Joseph M. Welch
State Bar No. 24135531
**BLANK ROME LLP**
200 Crescent Court, Suite 1000
Dallas, TX 75201
Telephone: (972) 850-1450
joseph.welch@blankrome.com

Kenneth J. Ottaviano (*pro hac vice* forthcoming)
Paige B. Tinkham (*pro hac vice* forthcoming)
**BLANK ROME LLP**
444 West Lake Street, Suite 1650
Chicago, IL 60606
Telephone: (312) 776-2514
ken.ottaviano@blankrome.com
paige.tinkham@blankrome.com

Jordan L. Williams (*pro hac vice* forthcoming)
**BLANK ROME LLP**
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425 6424
jordan.williams@blankrome.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| GENESIS HEALTHCARE, INC. *et al.*,[1] | Case No. 25-80185 (SGJ) |
| Debtors. | (Joint Administration Requested) |

**REQUEST FOR NOTICES AND OTHER PAPERS
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002**

---

[1] The last four digits of Genesis Healthcare, Inc's federal tax identification number are 4755. There are 299 Debtors in these chapter 11 cases, for which the Debtors have requested joint administration. The location of Genesis Healthcare, Inc.'s corporate headquarters and the Debtors' service address is 101 East State Street, Kennett Square, PA 19348. A complete list of the Debtors is attached hereto as **Exhibit A** and may also be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/Genesis.

-1-

**NOTICE IS HEREBY GIVEN** pursuant to Federal Rule of Bankruptcy Procedure 2002 that Blank Rome LLP, counsel for White Oak Healthcare Finance, LLC ("White Oak"), requests that all notices given or required to be given in these cases be given to and served upon Blank Rome LLP at the following address:

| | |
|---|---|
| Kenneth J. Ottaviano<br>Paige B. Tinkham<br>**BLANK ROME LLP**<br>444 West Lake Street, Suite 1650<br>Chicago, IL 60606<br>Telephone: (312) 776-2514<br>ken.ottaviano@blankrome.com<br>paige.tinkham@blankrome.com | Jordan L. Williams<br>**BLANK ROME LLP**<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 425 6424<br>jordan.williams@blankrome.com |

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002 but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, telex or otherwise, that affect the above-captioned debtors or property of the debtors' estates.

**NOTICE IS FURTHER GIVEN** that this *Request for Notices and Other Papers Pursuant to Federal Rule of Bankruptcy Procedure 2002* shall not be deemed or construed to be a waiver of any substantive or procedural right of White Oak, including without limitation, to: (a) require that where any adversary proceeding is to be initiated against White Oak in this or any related case or where any proceeding is to be initiated by complaint against White Oak in accordance with applicable non-bankruptcy law, service shall be made on White Oak in accordance with the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b) have final orders in non-core matters entered only after de novo review by the United States

District Court; (c) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (d) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (e) compel arbitration of any disputes arising under or relating in any way to any contract, lease or other agreement or arrangement between White Oak, the debtors or any third party; or (f) any other rights, claims, actions, defenses, to which White Oak is or may be entitled at law or in equity, all of which rights, claims, actions and defenses White Oak expressly reserves.

| | |
|---|---|
| Dated: July 10, 2025<br>Wilmington, Delaware | **BLANK ROME LLP**<br><br>*/s/ Joseph M. Welch*<br>Joseph M. Welch<br>State Bar No. 24135531<br>**BLANK ROME LLP**<br>200 Crescent Court, Suite 1000<br>Dallas, TX 75201<br>Telephone: (972) 850-1450<br>joseph.welch@blankrome.com<br><br>-and-<br><br>Kenneth J. Ottaviano (*pro hac vice* forthcoming)<br>Paige B. Tinkham (*pro hac vice* forthcoming)<br>**BLANK ROME LLP**<br>444 West Lake Street, Suite 1650<br>Chicago, IL 60606<br>Telephone: (312) 776-2514<br>ken.ottaviano@blankrome.com<br>paige.tinkham@blankrome.com<br><br>-and-<br><br>Jordan L. Williams (*pro hac vice* forthcoming)<br>**BLANK ROME LLP**<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 425 6424<br>jordan.williams@blankrome.com<br><br>*Counsel to White Oak Healthcare Finance, LLC* |