| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP** | **GIBSON, DUNN & CRUTCHER LLP** |
| John T. Cox III (TX 24003722) | Jeffrey C. Krause (*pro hac vice* pending) |
| 2001 Ross Avenue, Ste. 2100 | Michael G. Farag (*pro hac vice* pending) |
| Dallas, Texas 75201-2923 | 333 South Grand Avenue |
| Telephone: (214) 698-3100 | Los Angeles, CA 90071-3197 |
| Facsimile: (214) 571-2900 | Telephone: (213) 229-7000 |
| Email: tcox@gibsondunn.com | Facsimile: (213) 229-7520 |
| | Email: jkrause@gibsondunn.com |
| | mfarag@gibsondunn.com |

*Counsel for Welltower*

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENESIS HEALTHCARE, INC., *et al.*,[1] | ) | Case No. 25-80185 (SGJ) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned attorneys of Gibson, Dunn & Crutcher LLP hereby enter an appearance (this "Notice of Appearance") on behalf of Welltower OP LLC, Markglen, LLC, and certain of their affiliates (collectively, "Welltower") in the above-captioned chapter 11 cases pursuant to rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request that all notices given or required to be given and

---

[1] The last four digits of Genesis Healthcare, Inc's federal tax identification number are 4755. There are 299 Debtors in these chapter 11 cases, for which the Debtors have requested joint administration. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/Genesis. The location of Genesis Healthcare, Inc.'s corporate headquarters and the Debtors' service address is 101 East State Street, Kennett Square, PA 19348.

all papers served or required to be served by U.S. Mail and by email in the above-captioned cases be given to and served upon:

        **GIBSON, DUNN & CRUTCHER LLP**
        John T. Cox III (TX 24003722)
        2001 Ross Avenue, Ste. 2100
        Dallas, Texas 75201-2923
        Telephone:   (214) 698-3100
        Facsimile:    (214) 571-2900
        Email:        tcox@gibsondunn.com

        - and -

        **GIBSON, DUNN & CRUTCHER LLP**
        Jeffrey C. Krause (*pro hac vice* pending)
        Michael G. Farag (*pro hac vice* pending)
        333 South Grand Avenue
        Los Angeles, CA 90071-3197
        Telephone:   (213) 229-7000
        Facsimile:    (213) 229-7520
        Email:        jkrause@gibsondunn.com
                       mfarag@gibsondunn.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request encompasses all notices, copies, and pleadings referred to in section 1109(b) of title 11 of the United States Code or in rules 2002, 3017, or 9007 of the Bankruptcy Rules, including, without limitation, any and all notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in these cases, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, delivery service, email, telephone, fax, telex, or otherwise which affect or seek to affect these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed as a waiver of any of Welltower's substantive or procedural rights, including without limitation,

Welltower's rights: (i) to have final orders in noncore matters entered only after *de novo* review by a United States district judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to contest jurisdiction or venue in these cases or in any case, controversy, or proceeding related to these cases, (v) to have documents served in accordance with Bankruptcy Rule 7004 and Rule 4 of the Federal Rules of Civil Procedure, or (vi) to any rights, claims, actions, defenses, setoffs, or recoupments to which Welltower is or may be entitled, under any agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[*Signature page follows*]

Dated: July 10, 2025                     Respectfully submitted,

*/s/ John T. Cox III*
John T. Cox III (TX 24003722)
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Ste. 2100
Dallas, Texas 75201-2923
Telephone:   (214) 698-3100
Facsimile:   (214) 571-2900
Email:   tcox@gibsondunn.com

- and -

Jeffrey C. Krause (*pro hac vice* pending)
Michael G. Farag (*pro hac vice* pending)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   (213) 229-7000
Facsimile:   (213) 229-7520
Email:   jkrause@gibsondunn.com
         mfarag@gibsondunn.com

*Attorneys for Welltower*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 10, 2025, a true and correct copy of the foregoing document was served by the Court's CM/ECF system on all counsel of record registered in the above-captioned chapter 11 cases through CM/ECF.

*/s/ John T. Cox III*
John T. Cox III