| | |
|---|---|
| **MCDERMOTT WILL & EMERY LLP** | **MCDERMOTT WILL & EMERY LLP** |
| Marcus A. Helt (TX 24052187) | Daniel M. Simon (*pro hac vice* pending) |
| Jack G. Haake (TX 24127704) | Emily C. Keil (*pro hac vice* pending) |
| Grayson Williams (TX 24124561) | William A. Guerrieri (*pro hac vice* pending) |
| 2801 N. Harwood Street, Suite 2600 | 444 West Lake Street, Suite 4000 |
| Dallas, Texas 75201-1574 | Chicago, Illinois 60606 |
| Telephone: (214) 295-8000 | Telephone: (312) 372-2000 |
| Facsimile: (972) 232-3098 | Facsimile: (312) 984-7700 |
| Email: mhelt@mwe.com | Email: dsimon@mwe.com |
| jhaake@mwe.com | ekeil@mwe.com |
| gwilliams@mwe.com | wguerrieri@mwe.com |

*Proposed Counsel for the Debtors and
Debtors-in-Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENESIS HEALTHCARE, INC., *et al.*,[1] | ) | Case No. 25-80185 (SGJ) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR
HEARING ON JULY 11, 2025, AT 9:30 A.M. (PREVAILING CENTRAL TIME)**

The debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the" Debtors") hereby submit this witness and exhibit list (the "Witness and Exhibit List") and designate the following witnesses in connection with the matters scheduled for hearing on **July 11, 2025 at 9:30 a.m. (prevailing Central Time)** (the "Hearing"):

---

[1] The last four digits of Genesis Healthcare, Inc's federal tax identification number are 4755. There are 299 Debtors in these chapter 11 cases, for which the Debtors have requested joint administration. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/Genesis. The location of Genesis Healthcare, Inc.'s corporate headquarters and the Debtors' service address is 101 East State Street, Kennett Square, PA 19348.

## WITNESSES

1. Louis E. Robichaux IV (Co-Chief Restructuring Officer, Genesis Healthcare, Inc.)

2. Jaspinder Kanwal (Senior Vice President, Jefferies LLC)

3. Alexander Warso (Consulting Director, Epiq Corporate Restructuring, LLC)

4. Any witnesses called or designated by any other party.

5. Any impeachment or rebuttal witnesses.

## EXHIBITS

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| 1. | Declaration of Louis E. Robichaux IV in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 18] | | | | | | | |
| 2. | Declaration of Jaspinder Kanwal in Support of Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 19] | | | | | | | |
| 3. | Declaration of Alexander Warso in Support of the Debtors' Application for Entry of Order Authorizing the Retention and Employment of Epiq Corporate Restructuring, LLC as Claims, Noticing, Solicitation, and Administrative Agent Effective as of the Petition Date [Docket No. 5, Ex. B] | | | | | | | |
| 4. | Initial DIP Budget [Docket No. 17, Ex. 2 to Ex. A] | | | | | | | |
| 5. | All exhibits necessary for impeachment purposes. | | | | | | | |

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| 6. | Any other document entered or filed in the above-styled bankruptcy case, including any exhibits thereto. | | | | | | | |
| 7. | Any and all documents identified or offered by any other party. | | | | | | | |

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserve the right to call additional witnesses and introduce additional exhibits in rebuttal. The Debtors further reserve the right to supplement this list prior to hearing.

*[Remainder of Page Intentionally Left Blank]*

<table>
<tr><td>Dated: July 10, 2025<br>Dallas, Texas</td><td>**MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Marcus A. Helt*<br>Marcus A. Helt (TX 24052187)<br>Jack G. Haake (TX 24127704)<br>Grayson Williams (TX 24124561)<br>2801 N. Harwood Street, Suite 2600<br>Dallas, Texas 75201-1574<br>Telephone: (214) 295-8000<br>Facsimile: (972) 232-3098<br>Email: mhelt@mwe.com<br>jhaake@mwe.com<br>gwilliams@mwe.com<br><br>- and -<br><br>Daniel M. Simon (*pro hac vice* pending)<br>Emily C. Keil (*pro hac vice* pending)<br>William A. Guerrieri (*pro hac vice* pending)<br>444 West Lake Street, Suite 4000<br>Chicago, Illinois 60606<br>Telephone: (312) 372-2000<br>Facsimile: (312) 984-7700<br>Email: dsimon@mwe.com<br>ekeil@mwe.com<br>wguerrieri@mwe.com<br><br>*Proposed Counsel for the Debtors and Debtors-in-Possession*</td></tr>
</table>

## CERTIFICATE OF SERVICE

I do hereby certify that on July 10, 2025, a true and correct copy of the foregoing was served via the Court's CM/ECF system to all parties authorized to receive electronic notice in these cases.

*/s/ Marcus A. Helt*
Marcus A. Helt
