**MCDERMOTT WILL & EMERY LLP**

Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
Grayson Williams (TX 24124561)
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201-1574
Telephone:   (214) 295-8000
Facsimile:   (972) 232-3098
Email:       mhelt@mwe.com
             jhaake@mwe.com
             gwilliams@mwe.com

**MCDERMOTT WILL & EMERY LLP**

Daniel M. Simon (*pro hac vice* pending)
Emily C. Keil (*pro hac vice* pending)
William A. Guerrieri (*pro hac vice* pending)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:   (312) 372-2000
Facsimile:   (312) 984-7700
Email:       dsimon@mwe.com
             ekeil@mwe.com
             wguerrieri@mwe.com

*Proposed Counsel for the Debtors and
Debtors-in-Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GENESIS HEALTHCARE, INC., *et al.*,[1] | ) | Case No. 25-80185 (SGJ) |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) | (Emergency Hearing Requested) |
|  | ) |  |

## NOTICE OF FILING OF FIRST-DAY HEARING PRESENTATION

**PLEASE TAKE NOTICE** that attached hereto as **Exhibit A** is a copy of the presentation

that will be presented by the above-captioned debtors and debtors-in-possession (collectively,

the "Debtors"), at the hearing scheduled for **July 11, 2025 at 9:30 a.m. (prevailing Central Time)**

in the above-captioned chapter 11 cases.

---

[1]    The last four digits of Genesis Healthcare, Inc's federal tax identification number are 4755.  There are 299 Debtors
in these chapter 11 cases, for which the Debtors have requested joint administration.  A complete list of the
Debtors and the last four digits of their federal tax identification numbers are not provided herein.  A complete
list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at
https://dm.epiq11.com/case/genesis/info.  The location of Genesis Healthcare, Inc.'s corporate headquarters and
the Debtors' service address is 101 East State Street, Kennett Square, PA 19348.

Dated: July 10, 2025
Dallas, Texas

**MCDERMOTT WILL & EMERY LLP**

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
Grayson Williams (TX 24124561)
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201-1574
Telephone:     (214) 295-8000
Facsimile:     (972) 232-3098
Email:         mhelt@mwe.com
               jhaake@mwe.com
               gwilliams@mwe.com

- and -

Daniel M. Simon (*pro hac vice* pending)
Emily C. Keil (*pro hac vice* pending)
William A. Guerrieri (*pro hac vice* pending)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:     (312) 372-2000
Facsimile:     (312) 984-7700
Email:         dsimon@mwe.com
               ekeil@mwe.com
               wguerrieri@mwe.com

*Proposed Counsel for the Debtors and
Debtors-in-Possession*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date a true and correct copy of the foregoing was served by the Court's CM/ECF system on all counsel of record registered in these Chapter 11 Cases through CM/ECF.  Subject to the Court's approval of their retention and access to filing privileges, the Debtors' proposed claims and noticing agent will be filing a supplemental certificate of service on the docket to reflect any additional service of the foregoing.

Dated: July 10, 2025
　　　　Dallas, Texas

**MCDERMOTT WILL & EMERY LLP**

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
Grayson Williams (TX 24124561)
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201-1574
Telephone:　(214) 295-8000
Facsimile:　(972) 232-3098
Email:　　　mhelt@mwe.com
　　　　　　jhaake@mwe.com
　　　　　　gwilliams@mwe.com

- and -

Daniel M. Simon (*pro hac vice* pending)
Emily C. Keil (*pro hac vice* pending)
William A. Guerrieri (*pro hac vice* pending)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:　(312) 372-2000
Facsimile:　(312) 984-7700
Email:　　　dsimon@mwe.com
　　　　　　ekeil@mwe.com
　　　　　　wguerrieri@mwe.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*

## EXHIBIT A

**First-Day Hearing Presentation**





## First Day Hearing Presentation



*In re Genesis Healthcare, Inc. et al.*, Case No. 25-80185

**United States Bankruptcy Court for the Northern District of Texas**

July 11, 2025



# Table of Contents

Company Overview                                         **2**

Capital Structure & Key Players                          **5**

Circumstances Leading to Chapter 11                      **11**

Path Forward                                             **13**

Proposed Hearing Agenda                                  **17**









# Company Overview

# Genesis Healthcare Overview

## Company Overview

- From humble beginnings in 1985, to becoming the largest operator of skilled nursing facilities in the country

- Leading operator of skilled nursing and assisted facilities, rehabilitation therapy services, and physician and post-acute care services

- National footprint with approximately 175 facilities operated across 18 states

  – Facilities include 165 skilled nursing and assisted living facilities (SNF / ALFs) and an additional 10 standalone ALFs

  – The Company's ancillary businesses operate across 40 states

- Leading resident satisfaction and family satisfaction metrics

## Genesis by the Numbers

| **>$3.3B** | **~175** | **~27,000** |
|---|---|---|
| 2024 Revenue | Facilities | Employees |
| **>80%** | **~20,000** | **>75%** |
| 2024 Average Occupancy | Total Beds | Resident Satisfaction Score |

## Operating Segments

**Inpatient Services**

**(skilled nursing facilities, assisted living facilities, and independent living facilities)**



**Ancillary Businesses**

**(rehabilitation and respiratory therapy services and administrative, management, and physician services)**



**Ownership Interests in Non-Debtor JVs**

**(including operating interests and management services in joint venture facilities)**





3

# Geographic Scale & Scope









 **Capital Structure & Key Players**

# Simplified Corporate Organizational Chart





## Summary Capitalization

| Prepetition Secured Debt Obligations | | | |
|---|---|---|---|
| **Secured Debt** | **Interest** | **Maturity Date** | **Estimated Amount Outstanding ($ in millions)** |
| **White Oak Prepetition ABL Revolving Credit Facilities** | | | |
| **White Oak Prepetition Non-HUD ABL Credit Facility** | | | |
| White Oak Non-HUD Revolver | SOFR + 4.85% | 3/9/27 | $223.6 |
| **White Oak Prepetition HUD ABL Credit Facility** | | | |
| White Oak HUD Revolver | SOFR + 6.00% | 3/9/27 | $55.7 |
| **Prepetition Term Loan Credit Facility** | | | |
| **2016 Term Loan Credit Facility** | | | |
| Welltower Term Loan ($120M) | 14.0% | 6/30/26 | $72.6 |
| Omega Term Loan ($120M) | 14.0% | 6/30/26 | $97.7 |
| WAX Term Loan ($120M) | 14.0% | 6/30/26 | $69.8 |
| MAO Term Loan ($120M) | 14.0% | 6/30/26 | $13.7 |
| **2018 Term Loan Credit Facility** | | | |
| Welltower Term Loan ($40M) | 10.0% | 6/30/26 | $39.9 |
| Omega Term Loan ($40M) | 10.0% | 6/30/26 | $23.1 |
| MAO Term Loan ($40M) | 10.0% | 6/30/26 | $1.0 |
| **Other Secured Debt** | | | |
| HUD Operator Agreements | Various | Various | $0.0 |
| Rochester Manor – HUD Loan | 2.99% | 1/1/52 | $8.3 |
| Internal Revenue Service | Statutory Rate | N/A | $103.1 |
| **Total Secured Liabilities** | | | **$708.5** |



# Summary of Lien Priorities

- The Company's ABL facilities hold a first lien ("1L") in the Company's cash, accounts receivable ("AR"), and accounts receivable-related intangible assets and a second lien ("2L") on the Company's IP, equipment, leased real estate ("RE") and general intangible assets.

- The Term Loan facilities (with certain exceptions related to HUD-related OpCos) hold a 1L position in substantially all other assets and a 2L in the ABL collateral.

- The IRS holds a settlement claim with a junior lien on substantially all assets of the Company's non-ancillary-service OpCo entities and certain ancillary services entities.

| Collateral Overview | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Non-HUD OpCos | | HUD OpCos | | Ancillary Services | | HoldCo Entities |
| **Asset Description** | | • Cash, A/R, and Intangibles associated with A/R | • IP, equipment, leased RE, and general intangibles, among others | • Cash, A/R, and Intangibles associated with A/R | • IP, equipment, leased RE, and general intangibles, among others | • Cash, A/R, and Intangibles associated with A/R | • IP, equipment, leased RE, general intangibles, and subsidiary equity interests, among others | • Cash, A/R, and Intangibles associated with A/R | • IP, equipment, leased RE, general intangibles, and subsidiary equity interests, among others |
| **Lien Priority** | **First** | Non-HUD ABL | Term Loan | HUD-ABL | HUD | Non-HUD ABL | Term Loan | ABL | Term Loan |
| | **Second** | Term Loan | Non-HUD ABL | HUD | HUD-ABL | Term Loan | Non-HUD ABL | Term Loan | ABL |
| | **Third** | IRS | IRS | IRS | IRS | IRS | IRS | | |



8

# Debtors' Proposed Advisors



**Proposed Counsel to the Debtors**



**Proposed Financial Advisor**          **Proposed Investment Banker**



**Proposed Noticing and
Claims Agent**



**Proposed Special Investigations
Committee Counsel**



# Enhanced Corporate Governance

| Investigation Committee |
|:---:|





**Jon Foster**     **Liz LaPuma**

### Role and Responsibilities

- Investigate potential causes of action, value such actions, and evaluate consideration proposed to be received in exchange to sell/release causes of action
- Make recommendations to the Restructuring Committee

| Restructuring Committee |
|:---:|






**Jon Foster**     **Liz LaPuma**     **William Snyder**

**Co-CROs (Non-Voting Advisory Members)**




**Russell Perry**     **Louis Robichaux IV**

### Role and Responsibilities

- Sole authority to take restructuring actions regarding any related party transaction
- To the extent required, make recommendations to the full Board







 **Circumstances Leading to Chapter 11**

# Circumstances Leading to Chapter 11

## Sustained Liquidity Challenges & Industry Headwinds

- As the Company expanded, a complex web of legacy liabilities and operational challenges built over time, including litigation claims and legacy workers' compensation claims

- The Company has faced financial and operational challenges, magnified by the COVID-19 pandemic ("COVID") and delays in recovery, including elevated labor costs and pressure related to government reimbursements

## Operational and EBITDA Turnaround

- Since 2021, the Company replaced much of its existing management team with a new team that has focused its efforts on an operational turnaround, which has borne significant fruit

- The Company's performance improvement initiatives include:

  – Enhanced center capacity & capabilities

  – Financial management as a core competency

  – Evolve the technology integration infrastructure

  – Accelerate outcomes achievement through structured learning & development and feedback

## Prepetition Negotiations

- In the past few months, the Company has engaged constructively with the lenders under the Prepetition Term Loans to explore potential restructuring scenarios

- Ultimately, any alternative out-of-court transactions did not come to fruition, and a chapter 11 process was unavoidable







 **Path Forward**

# Goals of Chapter 11 Process

**Focus on Ensuring
Quality Care to Residents**



**Ensure Continued Stability of
Day-to-Day Operations**



**Maximize Value Through
Comprehensive Sale Process**



**Distribute Proceeds Through
Confirmed Chapter 11 Plan**





14

# Proposed Case Milestones

| Date | Days After Petition Date | Milestones |
|---|---|---|
| 7/19/2025 | 10 | • **Deadline for the Debtors to file the Bidding Procedures Motion** |
| 8/13/2025 | 35 | • **Deadline for the entry of the Bidding Procedures Order** |
| 10/12/2025 | 95 | • **Deadline to conduct the sale auction, if needed** |
| 10/17/2025 | 100 | • **Deadline to enter the Sale Order** |
| 2/4/2026 | 210 | • **Deadline to consummate the transaction** |



# Summary of Key DIP Facility Terms

**The below reflects the key proposed terms of the Debtors' contemplated $30 million secured DIP facility**

| | | |
|---|---|---|
| **Debtor in Possession Term Loan Facility** | **Credit Facility / Structure** | • Junior secured debtor-in-possession (DIP) credit facility<br>• Total principal amount: **$30 million**<br>   – Available in two draws consisting of a **$12 million** interim draw and **$18 million** final draw |
| | **Maturity** | • **210 days** after the Petition Date, or later if agreed by all DIP Lenders |
| | **Security** | • First priority (senior, fully-perfected liens) on all unencumbered property of the Loan Parties<br>• Junior on all other property of the Loan Parties (encumbered or not)<br>   – Junior to: prepetition ABL liens, prepetition term loan liens, WELL/OHI master lease liens, other landlord liens, carve out, permitted liens<br>   – Permits adequate protection payments and/or liens to certain prepetition lenders including the ABL Lenders, Term Loan Lenders, and certain Master Lease parties |
| | **Interest Rate** | • <u>Interest Rate:</u> **15.0%** per annum **paid in kind**<br>• <u>Frequency:</u> Monthly, in arrears<br>• All accrued and unpaid interest must be paid in cash on the DIP Termination Date |
| | **Fees / Expenses** | • <u>Upfront Fee:</u> **2.0%** of each DIP Lender's DIP Commitment, paid in kind<br>• <u>Exit Fee:</u> **4.0%** of each DIP Lender's initial DIP Commitment, payable in cash<br>• <u>Expenses:</u> Reasonable and documented out-of-pocket legal and professional fees incurred by the DIP Lenders in connection with the DIP Facility |
| | **Prepayment** | • Voluntary prepayment allowed at any time, no premium or penalty applies<br>• Mandatory prepayments within 2 business days of receipt (unless necessary for budgeted expenditures):<br>   – 100% of net proceeds from asset sales<br>   – 100% of net proceeds from insurance or condemnation awards<br>   – 100% of net proceeds from any debt or equity issuance<br>   – 100% of proceeds from claims and causes of action |



16





 **Proposed Hearing Agenda**

## Proposed Hearing Agenda

| Pleading | Docket No. |
|---|---|
| Notice of Designation as Complex Case | 2 |
| Joint Administration Motion | 3 |
| Creditor Matrix Motion | 4 |
| Epiq Retention Application | 5 |
| Schedules/SOFA Extension Motion | 6 |
| Resident Care Vendors Motion | 12 |
| Refund Programs Motion | 13 |
| PC Motion | 14 |
| Motion to Reject Leases | 16 |
| Insurance Motion | 7 |
| Utilities Motion | 8 |
| Taxes Motion | 9 |
| Employee Motion | 10 |
| Cash Management Motion | 11 |
| Stay Enforcement Motion | 15 |
| DIP Motion | 17 |

