

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 11, 2025**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GENESIS HEALTHCARE, INC., *et al.*,[1] | ) Case No. 25-80185 (SGJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Related to Docket No. 2** |

### ORDER GRANTING COMPLEX CHAPTER 11 BANKRUPTCY CASE TREATMENT

---

[1] The last four digits of Genesis Healthcare, Inc's federal tax identification number are 4755. There are 299 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Genesis. The location of Genesis Healthcare, Inc.'s corporate headquarters and the Debtors' service address is 101 East State Street, Kennett Square, PA 19348.

Beginning on July 9, 2025, Genesis Healthcare, Inc. and certain of its affiliates and subsidiaries, as debtors and debtors-in-possession (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Court"). A *Notice of Designation as Complex Chapter 11 Bankruptcy Case* (see General Order No. 2023-01) was filed. After reviewing the initial pleadings filed in these cases, the Court concludes that these cases appear to be complex chapter 11 cases. Accordingly, unless the Court orders otherwise, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.　The Procedures for Complex Cases in the Northern District of Texas (the "Complex Case Procedures") and the Local Bankruptcy Rules for the Northern District of Texas (the "Local Bankruptcy Rules") shall apply to and govern these chapter 11 cases. Compliance with the Complex Case Procedures is required for all hearings, notice, and objection procedures. The Complex Case Procedures can be found on the Court's website at: https://www.txnb.uscourts.gov/complex-case-procedures. If a conflict exists between the Local Bankruptcy Rules and the Complex Case Procedures, the Complex Case Procedures shall govern.

2.　The Debtors (or their agent) shall give notice of this order (this "Order") to all parties-in-interest within seven days of entry of this Order. If any party-in-interest objects to the provisions of this Order, that party may file an appropriate motion articulating the objection and the relief requested within 14 days after service of the Order. After hearing the objection and any responses, the Court may reconsider any part of this Order and may grant relief, if appropriate.

3.　The Second Day Hearing will be held on August 5, 2025, at 9:30 a.m. (prevailing Central Time).

4. The Court hereby sets the following dates and times as pre-set omnibus hearing dates for the next two months for all motions and other matters in these Chapter 11 Cases:

> August 18, 2025 at 9:30 a.m. (prevailing Central Time)
> August 27, 2025 at 9:30 a.m. (prevailing Central Time)
> September 10, 2025 at 9:30 a.m. (prevailing Central Time)
> September 24, 2025 at 9:30 a.m. (prevailing Central Time)

# # # END OF ORDER # # #

Prepared and presented by:

/s/ *Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
Grayson Williams (TX 24124561)
**MCDERMOTT WILL & EMERY LLP**
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201-1574
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: mhelt@mwe.com
jhaake@mwe.com
gwilliams@mwe.com

- and -

Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
William A. Guerrieri (admitted *pro hac vice*)
**MCDERMOTT WILL & EMERY LLP**
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email: dsimon@mwe.com
ekeil@mwe.com
wguerrieri@mwe.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*