**25-80185- sgj11- Genesis Healthcare, Inc. - July 11, 2025, at 9:30a.m.**

| ID | Name: | Firm: | Party you represent: |
|---|---|---|---|
| 1 | Jeremy LaVine | Miller Buckfire | N/A |
| 2 | Peter DeMatteo | Miller Buckfire | N/A |
| 3 | Nate Cohen | Miller Buckfire | Miller Buckfire |
| 4 | John D'Amico | Miller Buckfire | N/A |
| 5 | Perry Zhang | Miller Buckfire | N/A |
| 6 | Josh Strauss | Miller Buckfire | N/A |
| 7 | Steven J. Reisman | Katten Muchin Rosenman LLP | Special Investigation Committee of the Board of Directors of Genesis Healthcare, Inc., Composed of Jonathan Foster and Elizabeth LaPuma |
| 8 | Michael D. Mueller | Williams Mullen | Genesis Healthcare, Inc. |
| 9 | Edward R. Turnbull | Williams Mullen | Genesis Healthcare, Inc. |
| 10 | Marcus Helt | McDermott Will & Emery LLP | Debtor, Genesis Healthcare, Inc. |
| 11 | Daniel Simon | McDermott Will & Emery LLP | Debtor, Genesis Healthcare, Inc. |
| 12 | Kari B. Coniglio | Vorys, Sater, Seymour and Pease LLP | KeyBank National Association |
| 13 | Emily Keil | McDermott Will & Emery LLP | Debtor, Genesis Healthcare, Inc. |
| 14 | Jack Haake | McDermott Will & Emery LLP | Debtor, Genesis Healthcare, Inc. |
| 15 | Nolley Rainey | McDermott Will & Emery LLP | Debtor, Genesis Healthcare, Inc. |
| 16 | Deborah Perry | Munsch Hardt Kopf & Harr, PC | Healthcare Services Group, Inc. |
| 17 | Robert Lapowsky | Stevens & Lee | Healthcare Services Group, Inc. |
| 18 | Paige B. Tinkham | Blank Rome LLP | White Oak Healthcare Finance LLC |
| 19 | Kenneth J. Ottaviano | Blank Rome LLP | White Oak Healthcare Finance, LLC |

|    | Name | Firm | Client |
|----|------|------|--------|
| 20 | Jordan Williams | Blank Rome LLP | White Oak Healthcare Finance, LLC |
| 21 | Matthew A. Hamermesh | Hangley Aronchick Segal Pudlin & Schiller, P.C. | Tryko Holdings LLC and affiliates |
| 22 | Michael G. Farag | Gibson, Dunn & Crutcher LLP | Welltower OP LLC, Markglen, LLC, and certain affiliates |
| 23 | Jeffrey C. Krause | Gibson, Dunn & Crutcher LLP | Welltower OP LLC, Markglen, LLC, and certain affiliates |
| 24 | Suzanne (Suki) Rosen | Vartabedian Hester & Haynes, LLP | Tryko Holdings, LLC; Willow Grove Operator, LLC d/b/a WIllow Grove Post Acute; Exton Operator, LLC d/b/a Exton Post Acute; Graduate Operator, LLC d/b/a Graduate Post Acute |
| 25 | Tony L. Draper | Walker Wilcox Matousek LLP | Marks Balette Young & Moss PLLC |
| 26 | Britt Walther | Walker Wilcox Matousek LLP | Marks Balette Young & Moss PLLC |
| 27 | Riley Orloff | McDermott Will & Emery | Debtors |
| 28 | Riley T. Orloff | McDermott Will & Emery LLP | Debtors, Genesis Healthcare, Inc. |
| 29 | Daniel Rogala |  | CCGEN HOLDINGS WO LLC |
| 30 | Christopher S. Koenig | Kirkland & Ellis LLP | 1970 Group (Insurance Collateral Provider) |
| 31 | Leslie Burke | pro se | John Kulas |
| 32 | Jenny Zhou | Porzio, Bromberg & Newman P.C. | Parties of interest |
| 33 | Gabriel A. Moyer | Vorys, Sater, Seymour and Pease LLP | KeyBank National Association |

| | | | |
|---|---|---|---|
| 34 | Robert Schechter | Porzio, Bromberg & Newman P.C. | Parties of interest |
| 35 | Cassandra Shoemaker | McGuireWoods LLP | Capital One, National Association |
| 36 | Brian I. Swett | McGuireWoods LLP | Capital One, National Assocation |
| 37 | Alexandra Shipley | McGuireWoods LLP | Capital One, National Association |
| 38 | Connor Casas | Kirkland & Ellis | Seafire NEMA Holdings, LLC |
| 39 | Ryan Barbur | Levy Ratner, P.C. | 1199SEIU |
| 40 | Brian Swett | McGuireWoods LLP | Capital One, National Association |
| 41 | Casey McGushin | Kirkland & Ellis LLP | Seafire NEMA Holdings, LLC |
| 42 | Casey McGushin | Kirkland & Ellis LLP | Seafire NEMA Holdings, LLC |
| 43 | Catherine Lee | McDermott Will & Emery LLP | Genesis Healthcare, Inc. |
| 44 | Eric English | Porter Hedges LLP | Seafire NEMA Holdings, LLC |
| 45 | Natalie Rowles | McDermott Will Emery LLP | Genesis Healthcare, Inc. |
| 46 | Michael Gehl | NewPoint Real Estate Capital | NewPoint Real Estate Capital |
| 47 | Jose A. Perez | NewPoint Real Estate Capital LLC | NewPoint Real Estate Capital LLC |