## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:

GENESIS HEALTHCARE, INC.,
et al.,

§
§    Case No.:  25-80185 (SGJ)
§
§
§
Debtor(s)    §

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1.  Name:  Anthony, John A.

       *Last*                          *First*                          *MI*

2.  Firm Name:  Anthony & Partners, LLC

3.  Address:  100 Ashley S. Drive

       Suite 1600

       Tampa, FL 33602

4.  Phone: 813-273-5616          FAX: 813-221-4113

    Email: janthony@anthonyandpartners.com

5.  Name used to sign *all* pleadings:  John A. Anthony

6.  Retained by: See attached Schedule "A"

7.  Admitted on 01/13/1988 _____ and presently a member in good standing
    of the bar of the highest court of the state of Florida
    and issued the bar license number of 0731013 _____ .

8.  Admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| United States District Court, Northern District of FL | 08/08/2012 |
| United States Court of Appeal/ 9th Circuit | 08/30/2022 |
| United Stated District Court, Southern District of FL | 04/18/2012 |

*Continued.*

9.  Are you presently a member in good standing of the bars of the courts listed above?

    ☒ Yes ☐ No

    If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | 05/10/2024 | Case No. 23-31868-sgj7 / In re: DBI Services, LLC |
    | | |
    | | |

13. Local counsel of record:  Paul Botros, Esquire

14. Local counsel's address:  8151 Peters Rd, 4th Floor

    Fort Lauderdale, FL 33324

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒   I am an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐   I am not an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the  $100.00 filing fee on _____.


John A. Anthony
_____
Printed Name of Applicant

_____
Date


_____
Signature of Applicant

SCHEDULE "A":

Claimants Represented by A&P

| # | Claimant |
|---|----------|
| 1. | James Williams, as Personal Representative of the Wrongful Death Estate of Josephine Garcia |
| 2. | Janet Katinowsky, Administratrix of the Estate of Jennie A. Katinowsky |
| 3. | Nicole Abramson, Personal Representative of the Estate of Aery Lawson, on behalf of the Estate of Aery Lawson |
| 4. | Gloria Cabrera and Francisco Ramirez, Co-Personal Representatives of the Estate of Ramona Ramirez, on behalf of the Estate of Ramona Ramirez |
| 5. | Edward Clark, Richard Clark, Elizabeth Sparr, Individually, and Edward Clark on behalf of the Estate of Aleene Clark |
| 6. | Kelvin Arrington, Individually, and as the Personal Representative of the Estate of Alma Page |
| 7. | Joan Birmingham on behalf of the Estate of Melady Siegfried |
| 8. | Patricia A. Clifford, as Administratrix of the Estate of John Thomas Baker |
| 9. | Glenn Howard, as Successor Administrator of the Estate of Joseph T. Bland, deceased |
| 10. | Christina Brown-Hudson, as Administratrix of the Estat of Dell'l Bown |
| 11. | Christina Civils, as Power of Attorney and Next Friend of James Civils, incapacitated |
| 12. | Louis Rossignol, as Administrator of the Estate of Carlotta W. Elkins, deceased |
| 13. | Dean McMurphy, Individually and as Administrator of the Estate of Tracey D. McMurphy |
| 14. | Mark Salfi, as Executor of the Estate of Salvatore Salfi |
| 15. | Michelle Sturtz, Individually and as Administratrix of the Estate of Jocelyn L. Wilson |
| 16. | Helen Laura Lopez, as Personal Representative of the Estate of Tom Pearl |
| 17. | Larry B. Kline, on behalf of the Estate of David W. Kline, Sr. |
| 18. | Randall H. Altar, on behalf of the Estate of James Thompson Alter, IV |
| 19. | James M. Saxon, Jr., on behalf of the Estate of Joyce Barber |
| 20. | Russell Barnes, on behalf of Carrie Barnes |
| 21. | Brenda Howard, on behalf of the Estate of Mildred Lewis |
| 22. | Kathryn Williamson, on behalf of Gina Thiel |
| 23. | Cornelia Joiner, on behalf of the Estate of Christa Bridge and in her own right |
| 24. | Stephanie Claudio, as Power of Attorney for Cheryl Kulis |
| 25. | Martha Bennett-Ryder, Administratrix of the Estate of Virginia Smith |
| 26. | Gabe Betancourt, Individually, and Vanessa Betancourt, as the Personal Representative of the Wrongful Death Estate of Nellie Betancourt |
| 27. | Carroll Cagle, as Personal Representative of the Wrongful Death Estate of Stephanie La Fortune |
| 28. | Mary Martinez, as Personal Representative of the Wrongful Death Estate of Candido Martinez |

| 29. | Joleen Youngers, as Personal Representative of the Wrongful Death Estate of Presciliana Sanchez |
| 30. | Erin Pearson, as Personal Representative of the Wrongful Death Estate of James Sanderson |
| 31. | Alice Sultemeier as Power of Attorney for Rita Sultemeier |
| 32. | Guy Morra, Wayne Morra, Albert Morra, the Estate of Roberta Furnier and Robert C. Collins, II, as Administrator of the Estate of Maryanna Morra |
| 33. | Anthony Wilson, on behalf of Jullian Murray |
| 34. | Albert Robinson, Individually and as Administrator Ad Prosequendum and General Administrator of the Estate of Mary Robinson |
| 35. | Jessica Hugar, Individually |
| 36. | Joe F. Byers, by and through his Successor-in-Interest, Courtland Byers; Courtland Byers, Individually; Armond Byers, Individually; and Joe Byers, Jr., Individually |
| 37. | Douglas Cerbie, Executor of the Estate of Mary Ann Cerbie |
| 38. | Larrice Harris, individually |
| 39. | Joetta McDowney, on behalf of the Estate of Thomasine Jones |
| 40. | Kathleen Phipps on behalf of the Estate of Rose Russell |
| 41. | Joann Parlett, Individually and as Personal Representative of the Estate of Shirley Boulin, Debbie Durling, Bryan Howlin, and Ronald Howlin |
| 42. | Donald Berry, Individually |
| 43. | Richard James Kirk, Individually, and as Personal Representative of the Estate of Helen Marie Kirk; and Thomas Edward Kirk, Individually, and as Personal Representative of the Estate of Helen Marie Kirk |
| 44. | Jennifer M. Palumbo and Laura A. Good, on behalf of the Estate of George Ilco |
| 45. | Melody Blake, on behalf of Arthur M. Blake |
| 46. | Marleen Chrzanowski, Individually |
| 47. | Ashley Johnson, on behalf of Virginia Graham |
| 48. | Greg L. Hunt, as Administrator of the Estate of Nancy R. Hunt |
| 49. | Melissa Devericks, as Personal Representative of the Estate of Charles Everett Devericks, Sr. |
| 50. | James E. Novak, Individually and as Personal Representative of the Estate of Janice C. Novak |
| 51. | Jo Harp, Executrix of the Estate of Nona Walker |
| 52. | Tommy Wayne White, Personal Representative of the Estate of Pauline White |
| 53. | Addie Logan as the Administratrix of the Estate of Cheryl Lynn Logan |
| 54. | Frank Jordan, Jr., as Administrator of the Estate of Mary Kathleen Jordan |
| 55. | Sharifah Bell and Joel Belcher as Co-Guardians of Antoinette Bell |
| 56. | Maria Dematteo, on behalf of the Estate of Gerard Berrigan |
| 57. | William Brown, Individually |
| 58. | Donna Brownstein, on behalf of the Estate of Steven Brownstein |
| 59. | Carol McKnight, on behalf of the Estate of Nancy Randall |
| 60. | Tammy Riemenschnitter, on behalf of Heinrich Riemenschnitter |
| 61. | Franchesca Rodriguez, Individually |
| 62. | Dianne Smith, on behalf of Mary Jane Smith |
| 63. | Lawrence Zukowski, on behalf of the Estate of Frances Zukowski |

| 64. | Barbara A. Clark, as Administrator of the Estate of Louise Andrews |
|-----|---|
| 65. | Robert M. Brown, Jr. as Administrator of the Estate of Robert M. Brown, Sr. |
| 66. | Charles V. DiLabbio, Administrator of the Estate of Harry J. DiLabbio |
| 67. | Ameena Collier, on behalf of the Estate of Thurman Kirby |
| 68. | Scott Wabals, on behalf of the Estate of Sally Martin |
| 69. | Faith Marietta Boose, as Administratrix of the Estate of Earl Morris |
| 70. | Angela Rivera Cornish, on behalf of the Estate of Nicholas R. Rivera, Sr. |
| 71. | Joseph Y. Sweeney as Administrator DBN/CTA of the Estate of Joseph A. Sweeney |
| 72. | William P. Watson, on behalf of the Estate of Joanne M. Watson |
| 73. | Bridget Y. Hannibal and Anita Maria Butler, as Co-Executors of the Estate of Jean Butler |
| 74. | Richard D. Schibell, on behalf of the Estate of Dolores Schibell-Tomaine |
| 75. | Barry Green, Esq., as Personal Representative of the Wrongful Death Estate of Rosalina Blea |
| 76. | Barry Green, as Personal Representative of the Wrongful Death Estate of Lila Gonzales |
| 77. | Barry Green, as the Personal Representative to the Wrongful Death Estate of Urah Lee Hodge |
| 78. | Barry Green, Esq., as Personal Representative to the Wrongful Death Estate of Edwin Romero |
| 79. | Barry Green, Esq., as Personal Representative of the Wrongful Death Estate of Cordelia Weseman |
| 80. | Samantha Ritter, on behalf of the Estate of Michelle M. Coquet |
| 81. | Ann S. Kelley, on behalf of the Estate of Lawrence F. Kelley |
| 82. | Amanda Stover, as Administratrix of the Estate of William Dale Stulter |
| 83. | Contricia Scutching, Individually and as Executrix of the Estate of Willie Triplet, Deceased |
| 84. | Maria L. Ayala, as Administratrix for the Estate of Oscar Rene Martinez |
| 85. | Frauline Wolfe, as Representative of the Estate of Bryan Wolfe |
| 86. | Karen Peterson, as Administratrix of the Estate of Gladys Straight |
| 87. | Patricia Hanna, as Administratrix of the Estate of Jo Ann Robinson |
| 88. | Anita Fay Tekman, as Administratrix of the Estate of Lucy Gail Long |
| 89. | Michael Burdine, as Administrator of the Estate of Judy Burdine |
| 90. | Estate of Barbara Sligh |
| 91. | Estate of Richard Ford |
| 92. | Estate of Roy Gaskins |
| 93. | Teresa Fowler, as Administratrix of the Estate of Reva L. Buckbee |
| 94. | Dominic Mannella, as Executor for the Estate of Sally Mannella |
| 95. | Penny Raff, as Administratrix of the Estate of Tami Michelle Jennings |
| 96. | Cassandra Williams, Individually and on behalf of the Estate of Linda Williams |
| 97. | Teresa Thompson, as Personal Representative of the Estate of Orencle Barlow, deceased |
| 98. | Estate of Sheila J. Craig Mitchell, through Kimberly Lucky, Administrator |
| 99. | Estate of Jean F. Miller, through Sherrie A. Martinez, Administrator |

| 100. | Estate of Barbara Louise Matalucci, through Barbara Schlager, Executrix |
| 101. | Steven S. Tucker and Amir L. Tucker, as Administrators of the Estate of Steven Seals |
| 102. | Christine Kattermann, as Executrix of the Estate of Eleanor Bretzger |
| 103. | Rosemarie Bucciarelli, on behalf of the Estate of Joseph Bucciarelli |
| 104. | Nina Devito, on behalf of the Estate of Vincent Devito |
| 105. | Donna Arera, individually and as Administrator of the Estate of Helen Stalgaitis |
| 106. | Tiffany Diane Wiggins, as Personal Representative of the Estate of Diane McDonald Wiggins |
| 107. | William Chadwell, as Next Friend and Power of Attorney of Patsy Chadwell |
| 108. | Eunice Fuentes Marquez, as personal representative of the wrongful death estate of Cointa Marquez Aragon |
| 109. | Merla Graves, as Administratrix of the Estate of Christal Graves |
| 110. | Beverly Reed, as Executrix of the Estate of Thelma Reed, and on behalf of any wrongful death beneficiaries |



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida          )

County of Leon           )

In Re:  0731013
John Albert Anthony
Anthony & Partners, LLC
100 S Ashley Dr Ste 1600
Tampa, FL 33602-5318

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **January 13, 1988**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  1st  day of **August, 2025**.



Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-360932