**MCDERMOTT WILL & SCHULTE LLP**
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
Grayson Williams (TX 24124561)
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201-1574
Telephone:  (214) 295-8000
Facsimile:  (972) 232-3098
Email:  mhelt@mwe.com
         jhaake@mwe.com
         gwilliams@mwe.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*

**MCDERMOTT WILL & SCHULTE LLP**
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
William A. Guerrieri (admitted *pro hac vice*)
Catherine T. Lee (admitted *pro hac vice*)
Landon W. Foody (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:  (312) 372-2000
Facsimile:  (312) 984-7700
Email:  dsimon@mwe.com
         ekeil@mwe.com
         wguerrieri@mwe.com
         clee@mwe.com
         lfoody@mwe.com

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>GENESIS HEALTHCARE, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80185 (SGJ)<br><br>(Jointly Administered)<br><br>**Related to Docket Nos. 9, 10, 11, 12, 14, 15, 17, 88, 117, 121, 198** |

**NOTICE OF CONTINUED FINAL HEARING ON FIRST DAY MOTIONS
AND BID PROCEDURES HEARING TO AUGUST 18, 2025 AT 11:00 A.M. (CT)**

**PLEASE TAKE NOTICE** that, on July 14, 2025, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed a *Notice of Final Hearing on First Day Motions* [Docket No. 88], scheduling the final hearing (the "Final Hearing") on certain of the Debtors' first-day motions for Tuesday, August 5, 2025 at 9:30 a.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that, on July 16, 2025, the Debtors filed a *Notice of Hearing on Bid Procedures Motion* [Docket No. 121], scheduling the hearing (the "Bid Procedures Hearing") on the Debtors' Bid Procedures Motion (as defined herein) for Tuesday, August 5, 2025 at 9:30 a.m. (prevailing Central Time).

---

[1] The last four digits of Genesis Healthcare, Inc.'s federal tax identification number are 4755. There are 299 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/case/genesis/info. The location of Genesis Healthcare, Inc.'s corporate headquarters and the Debtors' service address is 101 East State Street, Kennett Square, PA 19348.

**PLEASE TAKE FURTHER NOTICE** that the Final Hearing and the Bid Procedures Hearing (together, the "Hearing") on the following matters has been continued to **Monday, August 18, 2025 at 11:00 a.m. (prevailing Central Time)**:

1. *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes, Fees, and Related Obligations and (II) Granting Related Relief* [Docket No. 9];

2. *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages, Compensation, and Employee Benefits and (B) Continue Certain Employee Benefit Programs in the Ordinary Course, and (II) Granting Related Relief* [Docket No. 10];

3. *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Existing Cash Management System, (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related to the Use Thereof, (C) Maintain Purchasing Card Programs and Honor Prepetition Obligations Related Thereto, and (D) Continue to Perform Intercompany Transactions; (II) Extending the Time for the Debtors to Comply with 11 U.S.C. § 345(b) Deposit and Investment Requirements; and (III) Granting Related Relief* [Docket No. 11];

4. *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Prepetition Obligations Owed to Resident Care Vendors and (II) Granting Related Relief* [Docket No. 12];

5. *Debtors' Emergency Motion for Entry of Order (I) Authorizing the Debtors to (A) Honor and Incur Obligations to Professional Corporations and (B) Obtain New Professional Corporations Contracts, (II) Extending the Automatic Stay to Certain Non-Debtors and (II) Granting Related Relief* [Docket No. 14];

6. *Debtors' Emergency Motion for Entry of Order (I) Restating and Enforcing the Automatic Stay, (II) Approving the Form and Manner of Notice, and (III) Granting Related Relief* [Docket No. 15];

7. *Debtors' Motion for Entry of Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Real Property Leases and (B) Abandon Certain Personal Property, Effective as of the Petition Date, and (II) Granting Related Relief* [Docket No. 16];

8. *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 17];

9. *Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures and Expense Reimbursement, (II) Approving the Debtors' Entry into the Stalking Horse*

  *APA, (III) Scheduling Certain Dates and Deadlines, (IV) Approving the Form and Manner of Notice Thereof, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Authorizing the Assumption and Assignment of Assumed Contracts, and (VII) Authorizing the Sale of Assets* [Docket No. 117] (the "Bid Procedures Motion"); and

10. *Debtors' (I) Response to Seafire NEMA Holdings, LLC's Objection to Debtors' Emergency Motion for Entry of Order Restating and Enforcing the Automatic Stay and, in the Alternative, (II) Emergency Motion for Entry of Order Extending the Automatic Stay to JV Entities* [Docket No. 198].

  **PLEASE TAKE FURTHER NOTICE** that, unless parties received written confirmation of an objection deadline extension from proposed counsel to the Debtors in advance of the filing of this notice, the objection deadlines originally set with respect to the foregoing matters have not changed.

  **PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in hybrid format, with parties being permitted to appear either in-person or virtually via WebEx, at their option. For purposes of this Hearing, the Court will allow argument and evidence to be presented and witness testimony to be given via WebEx. Parties who wish to participate in the hearing via WebEx may do so at the following link:

https://us-courts.webex.com/meet/jerniga

  **PLEASE TAKE FURTHER NOTICE** that parties who wish to participate in the Hearing by teleconference may do so via WebEx using the following dial-in and access code information:

Dial-In: 650-479-3207<br>
Access Code: 2304 154 2638

  **PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jernigan's homepage: https://www.txnb.uscourts.gov/electronic-appearances-5. Select the case name, complete the required fields and click "Submit" to complete your appearance.

  **PLEASE TAKE FURTHER NOTICE** that, copies of the foregoing pleadings may be obtained (i) at the website established by the Debtors' noticing agent, Epiq Corporate Restructuring, LLC at https://dm.epiq11.com/case/genesis/info, (ii) from the Court's website https://ecf.txnb.uscourts.gov/ via CM/ECF, or (iii) upon request to the undersigned.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: August 1, 2025<br>Dallas, Texas | **MCDERMOTT WILL & SCHULTE LLP**<br><br>*/s/ Marcus A. Helt*<br>Marcus A. Helt (TX 24052187)<br>Jack G. Haake (TX 24127704)<br>Grayson Williams (TX 24124561)<br>2801 N. Harwood Street, Suite 2600<br>Dallas, Texas 75201-1574<br>Telephone:    (214) 295-8000<br>Facsimile:    (972) 232-3098<br>Email:    mhelt@mwe.com<br>    jhaake@mwe.com<br>    gwilliams@mwe.com<br><br>- and -<br><br>Daniel M. Simon (admitted *pro hac vice*)<br>Emily C. Keil (admitted *pro hac vice*)<br>William A. Guerrieri (admitted *pro hac vice*)<br>Catherine T. Lee (admitted *pro hac vice*)<br>Landon W. Foody (admitted *pro hac vice*)<br>444 West Lake Street, Suite 4000<br>Chicago, Illinois 60606<br>Telephone:    (312) 372-2000<br>Facsimile:    (312) 984-7700<br>Email:    dsimon@mwe.com<br>    ekeil@mwe.com<br>    wguerrieri@mwe.com<br>    clee@mwe.com<br>    lfoody@mwe.com<br><br>*Proposed Counsel for the Debtors and Debtors-in-Possession* |

## CERTIFICATE OF SERVICE

  I do hereby certify that on the date hereof, a true and correct copy of the foregoing was served via the Court's CM/ECF system to all parties authorized to receive electronic notice in these cases. The Debtors' claims and noticing agent will be filing a supplemental certificate of service on the docket to reflect any additional service of the foregoing.

Dated: August 1, 2025
    Dallas, Texas

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
Grayson Williams (TX 24124561)
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201-1574
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email:  mhelt@mwe.com
    jhaake@mwe.com
    gwilliams@mwe.com

- and -

Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
William A. Guerrieri (admitted *pro hac vice*)
Catherine T. Lee (admitted *pro hac vice*)
Landon W. Foody (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email:  dsimon@mwe.com
    ekeil@mwe.com
    wguerrieri@mwe.com
    clee@mwe.com
    lfoody@mwe.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*