# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re:

              §
              §    Case No.:
              §
              §
              §
Debtor(s)    §

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: _____
           *Last*        *First*        *MI*

2. Firm Name: _____

3. Address: _____

   _____

   _____

4. Phone: _____ FAX: _____

   Email: _____

5. Name used to sign *all* pleadings: _____

6. Retained by: _____

7. Admitted on _____ and presently a member in good standing of the bar of the highest court of the state of _____ and issued the bar license number of _____ .

8. Admitted to practice before the following courts:

   *Court:*                                               *Admission Date:*

   _____      _____

   _____      _____

   _____      _____

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

    Yes    No

    If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    Yes    No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    Yes    No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    *Date of Application*      *Case No. and Style*

    _____      _____

    _____      _____

    _____      _____

13. Local counsel of record: _____

14. Local counsel's address: _____

    _____

*Continued.*

      I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

      I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

      I am an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

      I am not an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

_____          _____

Printed Name of Applicant                                Date

*Eric Doochman* (signature)

_____

Signature of Applicant

*Attachment*

7. Admitted on 2/15/2018 and presently a member in good standing of the bar of the highest court of the state of  New York  and issued the bar license number of  5553821 .

    Admitted on  10/01/2020  and presently a member in good standing of the bar of the highest court of the state of  Illinois  and issued the bar license number of  6335021 .

    Admitted on  5/21/2021 and presently a member in good standing of the bar of the highest court of the state of  Commonwealth of Massachusetts  and issued the bar license number of  708118 .

    Admitted on 5/24/2021 and presently a member in good standing of the bar of the highest court of the state of  District of Columbia  and issued the bar license number of  1738880 .

8. Admitted to practice before the following courts:

    | Court: | Admission Date |
    |---|---|
    | United States Court of Appeals for the Sixth Circuit | 07-01-2003 |
    | United States Court of Appeals for the Ninth Circuit | 03-17-2021 |
    | United States District Court for the Southern District of Ohio | 10-04-2016 |
    | United States District Court for the Northern District of Illinois | 06-13-2013 |
    | United States District Court for the Eastern District of Michigan | 07-03-2012 |
    | United States District Court for the Western District of Pennsylvania | 09-04-2008 |
    | United States District Court for the Northern District of Ohio | 05-28-2003 |
    | United States District Court for the Southern District of New York | 06-12-2018 |

**Exhibit A**

| # | Claimant |
|---|---|
| 1 | Estate of Alma Brown |
| 2 | Estate of Stella Lucero |
| 3 | Yvonne Tellez-Ramirez |
| 4 | Estate of Janet Copsy |
| 5 | Estate of Manuel Salaiz |
| 6 | Estate of Gloria Quintana |
| 7 | Estate of Eshter Monje |
| 8 | Estate of Don Arrington |
| 9 | Estate of Eloy Medina |
| 10 | Georgia Romero |
| 11 | Estate of Linda Medlock |
| 12 | Estate of Ruben Montoya |
| 13 | Estate of Faustina Tinkham |
| 14 | Adam Gomez |
| 15 | Estate of Johnny Chewiwi |
| 16 | Shelia Leakey-O'Brien |
| 17 | Estate of Jane Handley |
| 18 | Estate of James Chavis |
| 19 | Estate of Paul Baca |
| 20 | Estate of Lorna Charles |
| 21 | Estate of Shearron Mitchell |
| 22 | Vikki Romo |
| 23 | Estate of Jerry Jones |
| 24 | Estate of Andrea Dominquez |
| 25 | Delores Buckner |
| 26 | Estate of Emden Syres |
| 27 | Estate of Laura Dinkins |