## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re: GENESIS HEALTHCARE, INC., et al.,

Debtor(s)

§
§   Case No.: 25-80185 (SGJ)
§
§
§
§
§

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: __Lafalce, Nicholas__
   *Last*             *First*             *MI*

2. Firm Name: __Anthony & Partners, LLC__

3. Address: __100 Ashley S. Drive__
   __Suite 1600__
   __Tampa, FL 33602__

4. Phone: __813-273-5616__      FAX: __813-221-4113__

   Email: __nlafalce@anthonyandpartners.com__

5. Name used to sign *all* pleadings: __Nicholas Lafalce__

6. Retained by: __See attached Schedule "A"__

7. Admitted on __10/02/2015__ and presently a member in good standing of the bar of the highest court of the state of __Florida__ and issued the bar license number of __0119250__.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | Florida District Court, Middle District of FL | 01/08/2016 |
   | Florida District Court, Southern District of FL | 06/03/2016 |
   | Florida District Court, Northern District of FL | 03/10/2021 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | 05/10/2024 | Case No. 23-31868-sgj7 / In re: DBI Services, LLC |
    | | |
    | | |

13. Local counsel of record: Paul Botros, Esquire

14. Local counsel's address: 8151 Peters Rd, 4th Floor
    Fort Lauderdale, FL 33324

*Continued.*

   I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

   I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

   ☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

   ☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

Nicholas Lafalce  
Printed Name of Applicant

08/1/25  
Date

_____  
Signature of Applicant

# SCHEDULE "A"
## Claimants Represented by A&P

| # | Claimant |
|---|---|
| 1. | Adam Hoffman, as Power of Attorney of Rita Hoffman |
| 2. | Addie Logan as the Administratrix of the Estate of Cheryl Lynn Logan |
| 3. | Albert Robinson, Individually and as Administrator Ad Prosequendum and General Administrator of the Estate of Mary Robinson |
| 4. | Alice Sultemeier as Power of Attorney for Rita Sultemeier |
| 5. | Amanda Stover, as Administratrix of the Estate of William Dale Stulter |
| 6. | Ameena Collier, on behalf of the Estate of Thurman Kirby |
| 7. | Angela Rivera Cornish, on behalf of the Estate of Nicholas R. Rivera, Sr. |
| 8. | Anita Fay Tekman, as Administratrix of the Estate of Lucy Gail Long |
| 9. | Ann S. Kelley, on behalf of the Estate of Lawrence F. Kelley |
| 10. | Anthony Wilson, on behalf of Jullian Murray |
| 11. | Aretha Caldwell, Administrator Ad Prosequendum of the Estate of Isabel Loatman |
| 12. | Ashley Johnson, on behalf of Virginia Graham |
| 13. | Barbara A. Clark, as Administrator of the Estate of Louise Andrews |
| 14. | Barbara J. Milton, on behalf of the Estate of Abdul Baa'Ith Muwwakkil |
| 15. | Barry Green, as Personal Representative of the Wrongful Death Estate of Lila Gonzales |
| 16. | Barry Green, as the Personal Representative to the Wrongful Death Estate of Urah Lee Hodge |
| 17. | Barry Green, Esq., as Personal Representative of the Wrongful Death Estate of Rosalina Blea |
| 18. | Barry Green, Esq., as Personal Representative of the Wrongful Death Estate of Cordelia Weseman |
| 19. | Barry Green, Esq., as Personal Representative to the Wrongful Death Estate of Edwin Romero |

| | |
|---|---|
| 20. | Beverly Reed, as Executrix of the Estate of Thelma Reed, and on behalf of any wrongful death beneficiaries |
| 21. | Brenda Howard, on behalf of the Estate of Mildred Lewis |
| 22. | Bridget Y. Hannibal and Anita Maria Butler, as Co-Executors of the Estate of Jean Butler |
| 23. | Carol McKnight, on behalf of the Estate of Nancy Randall |
| 24. | Carroll Cagle, as Personal Representative of the Wrongful Death Estate of Stephanie La Fortune |
| 25. | Cassandra Williams, Individually and on behalf of the Estate of Linda Williams |
| 26. | Charles V. DiLabbio, Administrator of the Estate of Harry J. DiLabbio |
| 27. | Christina Brown-Hudson, as Administratrix of the Estat of Dell'l Bown |
| 28. | Christina Civils, as Power of Attorney and Next Friend of James Civils, incapacitated |
| 29. | Christine Kattermann, as Executrix of the Estate of Eleanor Bretzger |
| 30. | Contricia Scutching, Individually and as Executrix of the Estate of Willie Triplet, Deceased |
| 31. | Cornelia Joiner, on behalf of the Estate of Christa Bridge and in her own right |
| 32. | Dean McMurphy, Individually and as Administrator of the Estate of Tracey D. McMurphy |
| 33. | Dianne Smith, on behalf of Mary Jane Smith |
| 34. | Dominic Mannella, as Executor for the Estate of Sally Mannella |
| 35. | Donald Berry, Individually |
| 36. | Donna Arera, individually and as Administrator of the Estate of Helen Stalgaitis |
| 37. | Donna Brownstein, on behalf of the Estate of Steven Brownstein |
| 38. | Douglas Cerbie, Executor of the Estate of Mary Ann Cerbie |
| 39. | Edward Clark, Richard Clark, Elizabeth Sparr, Individually, and Edward Clark on behalf of the Estate of Aleene Clark |

| | |
|---|---|
| 40. | Erin Pearson, as Personal Representative of the Wrongful Death Estate of James Sanderson |
| 41. | Estate of Barbara Louise Matalucci, through Barbara Schlager, Executrix |
| 42. | Estate of Barbara Sligh |
| 43. | Estate of Jean F. Miller, through Sherrie A. Martinez, Administrator |
| 44. | Estate of Richard Ford |
| 45. | Estate of Roy Gaskins |
| 46. | Estate of Sheila J. Craig Mitchell, through Kimberly Lucky, Administrator |
| 47. | Eunice Fuentes Marquez, as personal representative of the wrongful death estate of Cointa Marquez Aragon |
| 48. | Faith Marietta Boose, as Administratrix of the Estate of Earl Morris |
| 49. | Franchesca Rodriguez, Individually |
| 50. | Frank C. Taylor, Administrator of the Estate of Maria A. Taylor, Deceased |
| 51. | Frank Jordan, Jr., as Administrator of the Estate of Mary Kathleen Jordan |
| 52. | Frauline Wolfe, as Representative of the Estate of Bryan Wolfe |
| 53. | Gabe Betancourt, Individually, and Vanessa Betancourt, as the Personal Representative of the Wrongful Death Estate of Nellie Betancourt |
| 54. | Glenn Howard, as Successor Administrator of the Estate of Joseph T. Bland, deceased |
| 55. | Gloria Cabrera and Francisco Ramirez, Co-Personal Representatives of the Estate of Ramona Ramirez, on behalf of the Estate of Ramona Ramirez |
| 56. | Greg L. Hunt, as Administrator of the Estate of Nancy R. Hunt |
| 57. | Guy Morra, Wayne Morra, Albert Morra, the Estate of Roberta Furnier and Robert C. Collins, II, as Administrator of the Estate of Maryanna Morra |
| 58. | Helen Laura Lopez, as Personal Representative of the Estate of Tom Pearl |
| 59. | Holly Hampton |
| 60. | Jacqueline Redmond |

| | |
|---|---|
| 61. | James E. Novak, Individually and as Personal Representative of the Estate of Janice C. Novak |
| 62. | James M. Saxon, Jr., on behalf of the Estate of Joyce Barber |
| 63. | James Williams, as Personal Representative of the Wrongful Death Estate of Josephine Garcia |
| 64. | Janet Katinowsky, Administratrix of the Estate of Jennie A. Katinowsky |
| 65. | Jennifer M. Palumbo and Laura A. Good, on behalf of the Estate of George Ilco |
| 66. | Jessica Hugar, Individually |
| 67. | Jo Harp, Executrix of the Estate of Nona Walker |
| 68. | Joan Birmingham on behalf of the Estate of Melady Siegfried |
| 69. | Joan K. Shayer |
| 70. | Joann Parlett, Individually and as Personal Representative of the Estate of Shirley Boulin, Debbie Durling, Bryan Howlin, and Ronald Howlin |
| 71. | Joe F. Byers, by and through his Successor-in-Interest, Courtland Byers; Courtland Byers, Individually; Armond Byers, Individually; and Joe Byers, Jr., Individually |
| 72. | Joetta McDowney, on behalf of the Estate of Thomasine Jones |
| 73. | Joleen Youngers, as Personal Representative of the Wrongful Death Estate of Presciliana Sanchez |
| 74. | Joseph Y. Sweeney as Administrator DBN/CTA of the Estate of Joseph A. Sweeney |
| 75. | Karen Peterson, as Administratrix of the Estate of Gladys Straight |
| 76. | Kathleen Phipps on behalf of the Estate of Rose Russell |
| 77. | Kathryn Williamson, on behalf of Gina Thiel |
| 78. | Kelvin Arrington, Individually, and as the Personal Representative of the Estate of Alma Page |
| 79. | Larrice Harris, individually |
| 80. | Larry B. Kline, on behalf of the Estate of David W. Kline, Sr. |
| 81. | Laurie Ann Bright on behalf of Kay A. Bright |

| | |
|---|---|
| 82. | Lawrence Zukowski, on behalf of the Estate of Frances Zukowski |
| 83. | Louis Rossignol, as Administrator of the Estate of Carlotta W. Elkins, deceased |
| 84. | Maria Dematteo, on behalf of the Estate of Gerard Berrigan |
| 85. | Maria L. Ayala, as Administratrix for the Estate of Oscar Rene Martinez |
| 86. | Mark Moss, Administrator of the Estate of Billy M. Moss |
| 87. | Mark Musso, on behalf of the Estate of Opal O. Musso |
| 88. | Mark Salfi, as Executor of the Estate of Salvatore Salfi |
| 89. | Marleen Chrzanowski, Individually |
| 90. | Martha Bennett-Ryder, Administratrix of the Estate of Virginia Smith |
| 91. | Mary Martinez, as Personal Representative of the Wrongful Death Estate of Candido Martinez |
| 92. | Melissa Devericks, as Personal Representative of the Estate of Charles Everett Devericks, Sr. |
| 93. | Melody Blake, on behalf of Arthur M. Blake |
| 94. | Merla Graves, as Administratrix of the Estate of Christal Graves |
| 95. | Michael Burdine, as Administrator of the Estate of Judy Burdine |
| 96. | Michelle Hoffmaster, on behalf of the Estate of Rita Bommarito |
| 97. | Michelle Sturtz, Individually and as Administratrix of the Estate of Jocelyn L. Wilson |
| 98. | Nicole Abramson, Personal Representative of the Estate of Aery Lawson, on behalf of the Estate of Aery Lawson |
| 99. | Nina Devito, on behalf of the Estate of Vincent Devito |
| 100. | Patricia A. Clifford, as Administratrix of the Estate of John Thomas Baker |
| 101. | Patricia Hanna, as Administratrix of the Estate of Jo Ann Robinson |
| 102. | Penny Raff, as Administratrix of the Estate of Tami Michelle Jennings |
| 103. | Randall H. Altar, on behalf of the Estate of James Thompson Alter, IV |
| 104. | Richard D. Schibell, on behalf of the Estate of Dolores Schibell-Tomaine |

| 105. | Richard James Kirk, Individually, and as Personal Representative of the Estate of Helen Marie Kirk; and Thomas Edward Kirk, Individually, and as Personal Representative of the Estate of Helen Marie Kirk |
|---|---|
| 106. | Robert M. Brown, Jr. as Administrator of the Estate of Robert M. Brown, Sr. |
| 107. | Romeo Ralph |
| 108. | Rosemarie Bucciarelli, on behalf of the Estate of Joseph Bucciarelli |
| 109. | Russell Barnes, on behalf of Carrie Barnes |
| 110. | Samantha Ritter, on behalf of the Estate of Michelle M. Coquet |
| 111. | Scott Wabals, on behalf of the Estate of Sally Martin |
| 112. | Sharifah Bell and Joel Belcher as Co-Guardians of Antoinette Bell |
| 113. | Stephanie Claudio, as Power of Attorney for Cheryl Kulis |
| 114. | Steven S. Tucker and Amir L. Tucker, as Administrators of the Estate of Steven Seals |
| 115. | Sylvester McElhaney |
| 116. | Tammy Riemenschnitter, on behalf of Heinrich Riemenschnitter |
| 117. | Teresa Fowler, as Administratrix of the Estate of Reva L. Buckbee |
| 118. | Teresa Thompson, as Personal Representative of the Estate of Orencle Barlow, deceased |
| 119. | Tiffany Diane Wiggins, as Personal Representative of the Estate of Diane McDonald Wiggins |
| 120. | Tommy Wayne White, Personal Representative of the Estate of Pauline White |
| 121. | Valerie Bess, Administrator of the Estate of Mark Bess, Deceased |
| 122. | Vicki Ann Miller, individually and as Personal Representative of the Estate of Brian Michael Miller, Joshua Miller, Nicolas Miller, and Analisa Miller |
| 123. | William Brown, Individually |
| 124. | William Chadwell, as Next Friend and Power of Attorney of Patsy Chadwell |
| 125. | William P. Watson, on behalf of the Estate of Joanne M. Watson |
|  | Anthony & Partners anticipates the addition of claimants having claims very similar to those asserted by the preceding claimants |



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )        In Re:   0119250
                                    Nicholas Lafalce
                                    Anthony & Partners
                                    100 S Ashley Dr Ste 1600
                                    Tampa, FL 33602-5304

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 2, 2015**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  1st  day of **August, 2025**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar



PG:R10
CTM-360934