**Mail body: Fwd:**

---------- Forwarded message ---------
From: **Angelise Harley** <proudmary626@gmail.com>
Date: Mon, Jul 28, 2025, 1:01 PM
Subject:
To: <swannangela356@gmail.com>

**FILED**
**JUL 29 2025**
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

Case # 25-80185
Judge: Stacey G. Jernigan**
Jurisdiction: Texas - Northern District

Date: July 28, 2025

Dear Judge Jernigan,

We, the undersigned plaintiffs—Glenn Johnson, Carla Johnson, Gregorey Johnson, Angela Swann, and Angelise Harley—are writing to bring to your attention a matter concerning the settlement of our mother, Margrett Diane Johnson's wrongful death case.

Our settlement was agreed upon and finalized on October 30, 2024, with a total amount of $950,000. As part of this agreement, we were to receive the final payment of $112,500 no later than June 30, 2025. We contacted our attorney, Cadaro & Peak LLC, regarding this payment, and he informed us that he was unaware of any delays. Upon further inquiry, we learned that the responsible party filed for bankruptcy on July 9, 2025, which we believe is a breach of our settlement contract, as the payment was due prior to their bankruptcy filing.

We have found official documents confirming the bankruptcy filing online, and as of today, July 28, 2025, we have not received the remaining settlement funds owed to us. We respectfully request that the Court issue an order requiring the defendant or responsible party to honor the terms of the settlement agreement and pay the outstanding amount of $112,500, and to take any additional actions necessary to enforce the settlement and protect our rights as plaintiffs.

If the court requires any additional information or documentation, please feel free to contact us at the following:

Angelise Harley: 202-666-2431
Address: 4420 31st Street South, Apt 12, Arlington, VA 22206

Carla Johnson & Angela Swann: 1282 Smallwood Drive, Waldorf, MD 20603
Phone: 240-435-3270

Gregorey Johnson: 1837 Jaybird Ct, Severn, MD 21144, 240-705-2007

Glenn Johnson: 14201 Brandywine Rd, Brandywine, MD 20613, 240-681-5817

Thank you for your attention to this matter.

Sincerely,
The Johnson Family

*Signatures:*
Angelise Harley 7/28/25
Angela Swann 7/28/25
Carla Johnson 7/28/25
Gregory Johnson 7/28/25
Glenn Johnson 7/28/25