**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No.   25-80185-SGJ-11 |
| | § | |
| GENESIS HEALTHCARE, INC., et al., | § | (Jointly Administered) |
| | § | |
| *Debtors-in-Possession*. | § | Chapter 11 |
| | § | |

**VERIFIED STATEMENT OF MELANIE CYGANOWSKI**

I, Melanie L. Cyganowski, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information and belief:

1. I am a member of the law firm of Otterbourg P.C. ("Otterbourg"). Between March 1, 1993 and February 28, 2007, I served as a United States Bankruptcy Judge in the Eastern District of New York, and as Chief Bankruptcy Judge between November 25, 2005 and February 28, 2007, at which time I retired from the Court at the end of my full term.

2. Unless otherwise stated in this Statement, I have personal knowledge of the facts set forth herein.

3. I am a person eligible and competent to perform the duties as patient care ombudsman ("PCO") in the above-captioned cases pursuant to 11 U.S.C. § 333 and Rule 2007.2 of the Federal Rules of Bankruptcy Procedure. My qualifications to perform the required functions of a PCO in these cases are evidenced by my Curriculum Vitae, attached hereto as **Exhibit A**.

4. To assist me in the performance of my duties as PCO, I may seek to retain Otterbourg as my counsel. Any retention of Otterbourg will be pursuant to an application to this Court.

5. Any bills rendered by me and/or Otterbourg will be subject to a twenty percent (20%) accommodation on the fees. All non-working travel time will be billed at fifty percent

(50%).  I and Otterbourg, if retained, will seek compensation and reimbursement of expenses in these cases in accordance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas, and the United States Trustee Guidelines.

6. I hereby verify that I have no connections with the above-captioned debtors ("Debtors"), creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except that I may have worked with, or am working with, other professionals involved in these cases in other matters in which Otterbourg or I were or are involved (as a professional to a client, co-counsel, as a retained expert, as an adversary, or as a retained professional).  I do not believe that any of these professional connections will in any way affect or compromise my disinterestedness as a PCO in this case.

7. With respect to my "disinterestedness" under Section 101(14) of the Bankruptcy Code, I provide the following information:

    a. I am not, and have not been during the pendency of these chapter 11 cases, a creditor, equity security holder or insider of the Debtors.

    b. I am not, and have not been, a director, officer or employee of the Debtors.

    c. I do not have an interest materially adverse to the interests of these bankruptcy estates or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with or interest in the Debtors, or for any other reason.

8. I am not a relative of any Bankruptcy Judge of the United States Bankruptcy Court for the Northern District of Texas, the United States Trustee (Region 6) or any person employed by the United States Trustee (Region 6).

9. In connection with my proposed appointment as PCO, I have asked Otterbourg to perform a computerized search of its records for the Debtors, their professionals, and other parties in interest based upon a review of the docket and pleadings filed in these cases to determine if any conflicts of interest would result from my appointment. I have attached **Exhibit B** that lists connections between Otterbourg and certain creditors and other parties in interest, which connections are unrelated to the Debtors or the cases.

10. I do not believe that any of these connections of Otterbourg will in any way affect or compromise my disinterestedness as PCO in these cases. If I discover any information that is contrary to or pertinent to the statements made herein, I will promptly disclose such information to the Court by supplement to this Statement.

11. As required by § 504 of the Bankruptcy Code, neither Otterbourg nor I have agreed to share any compensation or reimbursement received in connection with these chapter 11 cases with another person except pursuant to the corporate documents of Otterbourg.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: August 15, 2025

*Melanie L. Cyganowski*
Melanie L. Cyganowski

Exhibit 1

# EXHIBIT A

Exhibit 1

**MELANIE L. CYGANOWSKI**
Member of the Firm
Otterbourg P.C.

*Direct No. 212.905.3677*                                                                                      *Fax No. 212.682.6104*
*Cell No. 917.496.3670*                                                                                        *MCyganowski@Otterbourg.com*

**Otterbourg P.C.,** 230 Park Avenue, New York, NY 10169-0075.  Member of the Firm.  June 16, 2008 to present.  Chair of Bankruptcy & Restructuring practice area.  Bankruptcy law and Bankruptcy litigation; counsel to Official Committees of Unsecured Creditors; fiduciary appointments; mediation; arbitration; general commercial, federal court and complex litigation; expert witness; legal ethics.

**Greenberg Traurig, LLP,** The MetLife Building, 200 Park Avenue, New York, NY 10166.  Shareholder and Chair of the New York Office Bankruptcy Litigation Practice.  March 1, 2007 to June 2, 2008.  Bankruptcy law and Bankruptcy litigation; mediation; legal ethics.

**United States Bankruptcy Judge, Eastern District of New York,** United States Bankruptcy Court, The Long Island Federal Courthouse, 290 Federal Plaza, Central Islip, NY 11722.  Appointed on March 1, 1993 through February 28, 2007.  Appointed as Chief Judge of the Bankruptcy Court on November 29, 2005.  Presided over thousands of commercial and individual bankruptcy cases and published numerous opinions; mediations.

**St. John's University, School of Law,** 8000 Utopia Parkway, Jamaica, NY 11439.  Adjunct Professor (part-time), LL.M. Program in Bankruptcy.  January 2001 to 2021.  Bankruptcy Ethics, Fraud & Malpractice; Chapter 11 Corporate Reorganization; Interrelationship of Domestic Relations & Bankruptcy; Bankruptcy Litigation.

**Milbank, Tweed, Hadley & McCloy,** 1 Chase Manhattan Plaza, New York, NY 10005.  Senior Attorney, Litigation.  May, 1989 to February, 1993.  General commercial law; contract, partnership and business law disputes; federal court and complex litigation; Bankruptcy law and lender liability litigation.

**Sullivan & Cromwell,** 125 Broad, New York, NY 10004.  Litigation Associate.  1982 to May, 1989.  Federal court and complex litigation; general commercial, insurance and contract law disputes; mergers & acquisition litigation; securities regulatory compliance and securities litigation.

**United States District Court, Southern District of New York,** Foley Square, New York, NY 10007.  Law Clerk, Honorable Charles L. Brieant; 1981 to 1982.

**Hodgson, Russ, Andrews, Wood & Goodyear,** Buffalo, NY.  Summer Associate, 1980.

**Broadway-Fillmore Area Council, Inc.,** Buffalo, NY.  Director, Individual Referral Program funded by CETA Title I; 1978 to 1979.  Procured and administered grants exceeding $800,000 annually.

**City of Buffalo, Departments of Community Development and Human Resources,** Buffalo, NY.  Program Planning Coordinator, Planner & Consultant, 1974 to 1978.  Coordinated East Buffalo's comprehensive development plan and its designation as the first nationally recognized SBA loan program area and the implementation of $1 million EDA commercial beautification program.

# Exhibit 1

## EDUCATION

**Faculty of Law & Jurisprudence, State University of New York at Buffalo.** J.D., *magna cum laude,* May, 1981. Sea Grant Fellow, 1979. Award of Distinction in Law and Public Education, 1981. **Buffalo Law Review:** Senior Editor, 1980-81; Associate, 1979-80. Co-author, *Survey: The Buffalo Polish-American Legal Experience,* **Buffalo Law Review,** Vol. 30, No. 1 (1981). **Buffalo Law Journal,** Abstract Writer, 1979-80.

**Cornell University, Department of Anthropology,** Ithaca, NY. Graduate studies in Ph.D. program in urban development, 1975.

**Grinnell College,** Grinnell, Iowa. A.B., with Honors in Anthropology, May 1974. Grinnell Honor Scholar.

## SIGNIFICANT MEDIATIONS

- *In re The Diocese of Buffalo NY,* Case No. 20-10322 (Bankr. WDNY)
- *In re General Motors Corp.* (Member of Panel Mediators), Case No. 09-50026 (REG) (Bankr. SDNY)
- *In re Lehman Brothers Holding Inc. et al.* (Member of Panel Mediators), Case No. 08-13555 (Bankr. SDNY)
- *In re Intrep National Radio Sales Inc., et al.* (Member of Panel Mediators), Case No. 08-11079 (RDD) (Bankr. SDNY)
- *In re Madoff/BMLIS* (Member of Panel Mediators), Case No. 08-01789 (BRL) (Bankr. SDNY)
- *In re Metaldyne* (Member of Panel Mediators), Case No. 11-02000 (MG) (Bankr. SDNY)
- *In re Quebecor World Litigation Trust* (Member of Panel Mediators) (Bankr. SDNY)
- *Stephanie Vukosavljevic, on behalf of herself and all others similarly situated v. Century 21 Department Stores LLC,* Adv. Pro. No. 20-01344 (SCC) (Bankr. SDNY)
- *In re Servicom, LLC et al.,* Case No. 18-31722 (Bankr. D. Conn)
- *In re Doral Financial Corp.,* Case No. 15-10573 (SCC) (Bankr. SDNY)
- *In re ADOC Holdings, Inc., et al. (f/k/a Coda Holdings, Inc.),* Case No. 13-11153 (CSS) (Bankr. Del), *Tony Bulchak, et al., v. ADOC Holdings, Inc., et al.,* Adv. Pro. No. 13-51031 (CSS) (Bankr. Del)
- *Alliance Bancorp Mediations, including First Collateral Services Inc.,* Adv. Pro. No. 09-51408 (Bankr. Del)
- *Charter Communications/Law Debenture Trust Co.*, Adv. Pro. No. 11-01267 (JMP) (Bankr. SDNY)
- *Collavino Construction Company, et al., ads Port Authority of NY/NJ,* Case Nos. 14-12908 and 15-10344 (SCC) (Bankr. SDNY)
- *DTZ Rockwood Mediations*, Adv. Pro. No. 09-1263 (SMB) (Bankr. SDNY)
- *Genergy v. Port Authority of NY/NJ*, Case No. 10-05271 (REG) (Bankr. SDNY)
- *GII Industries, Inc. v. City of New York*, Adv. Pro. No. 08-01045 (Bankr. EDNY)
- *Grace/State of New York Mediations* (Bankr. EDNY)
- *In re FAH Liquidating Corp. (f/k/a Fisker Automotive Holdings, Inc.): Sven Etzelberger v. Fisker Automotive Holdings, Inc., et al.,* Adv. Pro. No. 13-52517 (KG) (Bankr. Del)
- *Lindenwood Associates LLC, as Liquidating Trustee of Lighthouse Global Partners LLC & Lighthouse Financial Group LLC v. Halpern & Associates LLC,* Adv. Pro. 11-02781(SMB) (Bankr. SDNY)
- *In re 2607 Jerome N, LLC, et al.,* Case No. 13-10034 (REG) (Bankr. SDNY)
- *In re 261 E. 78 Realty Corp.,* Case No. 11-15624 (REG), *261 E. 78 Realty Corp. v. MB Financial Corp.*, Adv. Proc. 12-01118, 13-01000 (REG) (Bankr. SDNY)
- *In re 192 N. Main, LLC,* Case No. 806-70368-REG) (Bankr. EDNY)
- *McCord v. Countrywide Financial Corp.*, Adv. Pro. No. 08-01215 (Bankr. EDNY)
- *In re Malese 18 Corp.*, Case No. 02-80586 (DTE) (Bankr. EDNY)
- *In re Metro Fuel Corp.*, et al., Case Nos. 12-46913, et al., (ESS) (Bankr. EDNY)
- *Peter Mochnal v. EOS Airlines, Inc.*, Adv. Pro. No. 08-08279 (Bankr. SDNY)
- *In re Newbury Common Associates, LLC,* Case No. 15-12507 (LSS) (Bankr. Del)
- *In re Quad-C Funding LLC.*, Case No. 13-11725 (ALG) (Bankr. SDNY)
- *In re SageCrest II LLC*, Case No. 08-50754 (Bankr. D. Conn)
- *Sheldrake Estates Condominiums, et al. & Sheldrake Lofts LLC v. Village of Mamaroneck*, Adv. Pro. No. 10-08424 (Bankr. SDNY)

# Exhibit 1

- *Sonix Medical Resources, Inc., et al.,* Case No. 09-77781 (DTE), *Joshua Rizack, as the Plan Administrator, et al., v. Soni, et al.,* Adv. Pro. No. 11-09440 (AST) (Bankr. EDNY)
- *Southside Mediations*, 09-43575 (ESS) (Bankr. EDNY)
- *Wells Fargo Century, Inc. v. Safdeye,* Adv. Pro. No. 05-01417 (Bankr. EDNY)

**EXPERT TESTIMONY**

- *Joshua Dean Nelson, in His Own Right and on Behalf of Tele Facil Mexico, S.A. DE C.V. v. United Mexican States* (International Centre for Settlement of Investment Disputes)
- *The Federal Mogul Asbestos Personal Injury Trust v. The Federal Mogul Limited (formerly named T&N PLC, et al.,* Claim No. 2012 Folio 1093 (High Court of Justice, Queen's Bench Division, Commercial Division) (United Kingdom)
- *Fairfield Sentry Limited (In Liquidation)*, Claim No: BVIHC (COM) 133/2011 (High Court of Justice, British Virgin Islands, Commercial Division)
- *In re ICP Strategic Credit Income Fund Ltd and In re ICP Strategic Credit Income Master Fund Ltd.,* Cause Nos. FSD 82 & FSD 269of 2010 (Grand Court of the Cayman Islands, Financial Services Division)
- *In re Insigma Technology Co., Ltd and In re Section 216 of the Companies Ordinance, Cap. 32 of the Laws of Hong Kong Special Administrative Region,* No. 224 of 2013 (High Court of the Hong Kong Special Administrative Region, Court of First Instance, Companies Winding-Up (Hong Kong)
- *In re SphinX Group of Companies*, Cause No. 258 of 2006 (Grand Court of the Cayman Islands, Financial Services Division)
- *In re Vitro, S.A.B. de C.V.*, (Federal District Court for Civil and Labor Matters for the State of Nuevo León, the United Mexican States)
- *Vornado v. Stop 'n Shop*, Index No. 105819/03 (Supreme Court of the State of New York, New York County)
- *Miller v. Kluger, Kaplan, Silverman, Katzen & Levine, et al.*, Case No. 32-194-Y-00500-11 (American Arbitration Association, Miami, FL)
- *Aris Mardirossian and ARL LLC, et al., v. Miller Miller & Canby* (American Arbitration Association, MD)
- *Standard Chartered Bank of New York re Lehman Brothers Holdings, Inc.* (Philippines)
- *US Bank, NA, et al., v. 2150 Joshua's Path PLLC, et al.,* Case No. 13-1598 (GRB) (EDNY)

**FIDUCIARY APPOINTMENTS**

**Receiverships:**
- *Securities and Exchange Commission v. StraightPath Ventures LLC et al.,* Case No. 22-cv-3897 (SDNY) (Receiver)
- *The People of the State of New York, by Letitia James, Attorney General of the State of NY v. Laurence G. Allen, ACP Investment Group, LLC, NYPPEX Holdings, LLC, ACP Partners X, LLC, and ACP X, LP,* Index No. 452378/2019 (Supreme Court of the State of New York County of New York) (Receiver)
- *Securities and Exchange Commission v. Platinum Management (NY) LLC, et al.,* Case No. 16-6848 (United States District Court for the Eastern District of New York) (Receiver)
- *Ross v. Thomas*, Case No. 09-cv-05631 (SDNY) (Receiver)
- *JPMorgan Chase Bank, N.A. v. Global Capital Services LLC*, 11-cv-01648 (SDNY) (Receiver)
- *Bank of America, N.A., as Trustee, et al., v. PCV St Owner LP, et al.,* 10 Civ. 1178 (SDNY) (Referee) (aka Stuyvesant/Peter Cooper Village foreclosure)

**Special Master/Discovery:**
- *Neogenix Oncology, Inc. v. Peter Gordon, et al.,* Case No. 14-CV-04427 (EDNY) (Special Master Discovery)
- *In re Vivendi*, Case No. 5571 (SDNY) (Special Master) (Securities class action)
- *In re Orion HealthCorp., Inc., et al.,* Case No. 18-71748 (AST) (Bankr. EDNY) (Court Appointed Expert, Discovery)
- *Picard v. Merkin*, Adv. Pro. No. 09-1182 (Bankr. SDNY) (Arbitrator of e-discovery disputes)

**Health Care Appointments:**
- *In re Randolph Hospital, Inc. d/b/a Randolph Health, et al.,* Case No. 20-10247 (Bankr. MDNC) (Patient Care Ombudsman)
- *Interfaith Medical Center,* CRO and Temporary Operator (NYS Commissioner of Health Appointment)

# Exhibit 1

- *In re Promise Healthcare Group, LLC, et al.,* Case No. 18-12491 (CSS) (Bankr. Del.) (Patient Care Ombudsman)
- *In re 4 West Holdings LLC (a/k/a Orianna Health Systems, et al.),* Case No. 18-30777 (Bankr. ND Texas) (Patient Care Ombudsman)
- *In re 21st Century Oncology Holdings, Inc.,* Case No. 17-22770 (Bankr. SDNY) (Patient Care Ombudsman)
- *California Proton Treatment Center, LLC,* Case No. 17-10477 (Bankr. Del) (Patient Care Ombudsman)
- *Place for Achieving Total Health Medical, P.C.,* Case No. 17-13478 (MKV) (Bankr. SDNY) (Chapter 11 Trustee)
- *Mill River Foundation, Inc.*, Case No. 12-50306 (Bankr. D. Conn) (Chapter 11 & 7 Trustee)
- *Batavia Nursing Home, LLC,* Case No. 11-13223 (Bankr. WDNY) (Chapter 11 Trustee)
- *Geriatric Realty Corp.*, Case No. 11-13225 (Bankr. WDNY) (Chapter 11 Trustee)

**Auditor:**
- *U.S. Trustee v. Capital One*, Adv. Pro. No. 08-012720 (Bankr. D. Mass) (Auditor)

**Trustee Appointments:**
- *Biolitec, Inc.,* Case No. 13-11157 (DHS) (Bankr. NJ) (Chapter 11 & 7 Trustee)
- [Healthcare trustee appointments noted above]

## SIGNIFICANT CLIENT REPRESENTATIONS

- *In re Red River Talc, LLC,* Case No. 24-90505 (CML) (Bankr. ND TX) (Counsel to Coalition of Counsel for Justice for Talc Claimants in Chapter 11 case)
- (*In re LTL Management LLC,* Case No. 21-30589 (MBK) (Bankr. NJ) (Counsel to Official Committee of Talc Claimants in Chapter 11 case)
- *In re LTL Management LLC,* Case No. 23-12825 (MBK) (Bankr. NJ) (Counsel to Official Committee of Talc Claimants in Chapter 11 case)
- *In re Aearo,* Case No. 22-02890 (JJG) (Bankr. SD IN) (Counsel to Official Committee of Talc Claimants in Chapter 11 case)
- *In re Purdue Pharma LP,* Case No. 19-23649 (RDD) (Bankr. SDNY) (Counsel to the Ad Hoc Committee of Governmental Entities in Chapter 11 case)
- *In re: General Motors LLC Ignition Switch Litigation – MDL,* Case No. 1:14-md-0253-JMF (SDNY) (Member of Executive Committee of MDL)
- *In re Blue Dog at 399 Inc.,* No. 15-10694 (MEW) (Bankr. SDNY) (Debtor's Counsel in Chapter 11 case)
- *In re Gramercy Group Inc.,* Case No. 19-73622 (LAS) (Bankr. EDNY) (Debtor's Counsel in Chapter 11 case)
- *In re Navillus Tile, Inc., dba Navillus Contracting,* Case No. 17-13162 (SHL) (Bankr. SDNY) (Debtors' Special Counsel in Chapter 11 case)
- *In re New York Crane & Equipment Corp., et al.,* Case No. 16-40043, et. seq. (CEC) (Bankr. EDNY) (Debtors' counsel in Chapter 11 case)
- *In re Quirky, Inc., et al.,* Case No. 15-12596 (MG) (Bankr. SDNY) (Committee of Unsecured Creditors in Chapter 11 23-18case)
- *In re Simon Posen,* Case No. 15-12859 (MEW) (Bankr. SDNY) (Debtor's counsel in Chapter 11 case)
- *In re Sammy Eljamal,* Case No. 15-22872 (RDD) (Bankr. SDNY) (Committee of Unsecured Creditors in Chapter 11 case)
- *In re Downey Financial Corp.,* Case No. 08-13041 (Bankr. D. Del.) (FDIC in Chapter 7 case)
- *In re DPH Holdings Corp.*, No.10-4170-bk (2d Cir.) (State of Michigan Workers' Compensation Insurance Agency and State of Michigan Funds Administration)
- *In re Escada (USA) Inc.*, Case No. 09-15008 (Bankr. SDNY) (Committee of Unsecured Creditors in Chapter 11 case)
- *In re General Motors Corp.*, Case No. 09-50026 (REG) (Bankr. SDNY) (Ally Financial Corp.)
- *In re Greatwide Logistic Services*, Case No. 08-12430 (Bankr. D. Del.) (Committee of Unsecured Creditors in Chapter 11 case)
- *Guaranty Financial Group Inc.  v. FDIC*, Case No. 10-cv-00980 (ND Tex.) (FDIC)
- *Claybrook v. United States*, Case No. 10-cv-00734 (Court of Federal Claims) (FDIC)

Exhibit 1

**WRITTEN OPINIONS & SIGNIFICANT DECISIONS**

    *During the period in which I served as United States Bankruptcy Judge for the Eastern District of New York (1993-2007), I presided over thousands of bankruptcy cases, including the following:*

- *In re Telcar Group, Inc.*, 365 B.R. 345 (Bankr. EDNY 2007)
- *In re R.F. Cunningham & Co., Inc.*, 47 Bankr. Ct. Dec. 158, 61 U.C.C. Rep. Serv. 2d (Callaghan) 642 (Bankr. EDNY Dec. 21, 2006)
- *In re R.F. Cunningham & Co., Inc.*, 355 B.R. 408 (Bankr. EDNY 2006)
- *In re DiGeronimo*, 354 B.R. 625 (Bankr. EDNY 2006)
- *In re Total Time Solutions LLC*, 806-71631 (Bankr. EDNY 2005)
- *In re Brunswick Hospital Center, Inc.*, 805-88168 (Bankr. EDNY 2005)
- *In re The Motorcycle Excellence Group, Inc.*, 805-70089 (Bankr. EDNY 2005)
- *In re New Times Securities Services, Inc.*, 318 B.R. 753 (Bankr. EDNY 2004)
- *In re Acclaim Entertainment, Inc.*, 804-85595 (Bankr. EDNY 2004)
- *In re David Blatt a/k/a Jay Black*, 805-94851 (Bankr. EDNY 2005)
- *In re Developmental Disabilities Institute, Inc.*, 801-80920 (Bankr. EDNY 2001)
- *In re Bay Harbour Associates LP*, 899-85379 (Bankr. EDNY 1999)
- *In re QC Piping Installations, Inc.*, 225 B.R. 553 (Bankr. EDNY 1998)
- *In re Sanders-Langsam Tobacco Co.*, 224 B.R. 1 (Bankr. EDNY 1998)
- *In re Corporate Food Management, Inc.*, 223 B.R. 635 (Bankr. EDNY 1998)
- *In re PG Realty Co.*, 220 B.R. 773 (Bankr. EDNY 1998)
- *In re Gurney's Inn Corp. Liquidating Trust*, 215 B.R. 659 (Bankr. EDNY 1997)
- *In re Koula Enterprises, Ltd.*, 197 B.R. 753 (Bankr. EDNY 1996)
- *In re Braniff International Airlines, Inc.*, 164 B.R. 820 (Bankr. EDNY 1994)
- *In re IBI Security Service, Inc.*, 158 B.R. 1 (Bankr. EDNY 1993)

**AWARDS/HONORS**

**Best Lawyers in America: Bankruptcy and Creditor Rights/Insolvency and Reorganization Law** (2021--)
**Best Lawyers in America: Commercial Litigation** (2021--)
**Americas Women in Business Law Award: Best in Restructuring and Insolvency** (2020)
**Lawdragon 500 Leading Global Restructuring & Insolvency Lawyers** (2020--)
**Lawdragon 500 Leading U.S. Bankruptcy & Restructuring Lawyers** (2020--)
**New York Law Journal:  Distinguished Leaders** (November 2019)
**New York Institute of Credit, Women's Division:**  The Honorable Cecelia Goetz Award, 2019 Recipient (2019)
**Crain's New York** inaugural "**Leading Women Lawyers in New York**" list (2018)
**National Law Journal:  Top 75 Outstanding Women Lawyers in US** (2015)
**New York Institute of Credit, Future Leaders Division:**  The Honorable Burton R. Lifland Mentor of the Year Award, 2016 Recipient (2016)
**Super Lawyers:  Top 50 Women Attorneys in New York Metro Area** (2012--)
**Super Lawyers:  Top 100 Attorneys in New York Metro Area** (2016--)
**Super Lawyers, Bankruptcy** (2007--)
**The Best Lawyers in America in Business Reorganization and Commercial Litigation** (2012--)
**Fellow, American College of Bankruptcy** (2014--)
**Fellow, Litigation Counsel of America** (2016--)
**Fellow, American Bar Foundation** (2004--)
**Fellow, New York State Bar Foundation** (2004--)
**Turnaround Award Healthcare:  Interfaith Medical Center** (2015)
**United States Marshal Special Recognition Award**, Crest Hollow Country Club, Westbury, NY (2007)
**New York Institute of Credit, Trustee's Award**, Hilton Hotel, New York, NY (2007)
**New York State Bar Association, Commercial & Federal Litigation Section, "Hail to the Chiefs" Award,** Lincoln Center, New York, NY (2006)

# Exhibit 1

**Turnaround Management Association Award**, Melville, NY (2006)
**Alumni Wall of Fame,** East Leyden High School, Franklin Park, IL (1998)
**Citizen of the Year Award in Law,** Am-Pol Eagle, Buffalo, NY (1994)

## ASSOCIATIONS & MEMBERSHIPS

**American Bankruptcy Institute**
**American Bar Association**
**Bar Association of the City of New York: Alternative Dispute Committee** (2011-2015) and Secretary (2012-2015); **Judiciary Committee** (2008-2010); **Bankruptcy Committee** (2009-2010) (2016-2020)
**Federal Bar Council**: Board of Trustees (2015-2020) and Secretary (2017-2020)
**National Association of Federal Equity Receivers (NAFER),** Full Member (2018--)
**National Conference of Bankruptcy Judges:** member (1993--)
**New York Institute of Credit:** Member & Vice President of Executive Committee of the Board of Directors (2015--); Board of Directors (2007--), Vice President, NYIC Women's Division (2007--)
**New York State-Federal Judicial Council:** Member (2016--)
**New York State Bar Association: Commercial & Federal Litigation Section**: Chair, Nomination Committee (1993--2023); Treasurer (1992-1993); Chair, Committee on Federal Judiciary (1990-1992); Member of the Executive Committee (1989--2023); Member of the ADR Committee (2013--); Member of the Committee on Federal Legislative Priorities (2012-2016)
**Norton Journal of Bankruptcy Law & Practice,** *Member, Editorial Advisory Board (Thomson Reuters)* (2015--)
**Second Circuit Federal-State Advisory Council:** member (2016--)
**Tina's Wish Leadership Council** *Member* (2014--) (Foundation for ovarian cancer research)
**Turnaround Management Association**

## ARTICLES & CONFERENCE PRESENTATIONS

"Foreign Investment in US Distressed Companies" presented through Expert Webcast, together with Jason Kim (BlankRomse), Mike Corrigan (Convergence), Elaine Carey (FTI Consulting), Alex Kasdan (Convergence) (May 2021)

"2021 Outlook" by Christopher Patalinghug, Turnarounds & Workouts, News for People Tracking Distressed Businesses, Vol. 35, no. 1 (January 2021)

"Protecting Privilege in Cyberspace, the Age of COVID-19 and Beyond" co-authored with Erik B. Weinick and Aisha Khan, published in New York State Bar Association, NY Litigator, vol. 25, no. 3 page 11 (Fall 2020)

"First Day Orders and Getting the Case Started" presented at National Association of Attorneys General Conference: Bankruptcy from a Governmental Perspective, together with Judge Michelle Harner (MDB), Andy Vara (US DOJ, Trustee's Office) and Lisa Beckerman (Akin Gump Strauss Hauer & Feld LLP) November (2020)

"PLI Studio Briefing Real Estate Series" presented with with PLI, together with Manny Farach, Jennifer Rodburg and Kenneth Min (October 2020)

**"**Bankruptcy Primer for General Counsel, C-Suite and Non-Bankruptcy Practitioners" presented through Expert Webcast, together with Alex Kasdan (DelMorgan & Co.), Rachel Albanese (DLA Piper), Don Navarro (KPN Onesource)  (August 2020)

"Lawyering Amid COVID-19: A New Normal," co-authored with Michael A. Pantzer, published in New York State Bar Association, Virtual Lawyering: A Practical Guide, page 235 (August 2020).

"Mediating with a Higher Power:  Mediation of Disputes with Governments and Governmental Agencies, to be presented at the ABI Winter Leadership Conference, together with Susan A. Berson, Esq. (Berson Law Group), Ted

A. Berkowitz, Esq. (Morritt Hock & Hamroff), David Beress (Hilco Streambank) and Margarita Padilla, Esq. (CA OAG), Rancho Palos Verdes (December 2019).

"Sales," working lunch program to be presented at the ABI Views from the Bench Conference, together with Paul Basta, Esq. (Paul Weiss), Judge Jeffrey W. Cavender (ND GA), Judge Sean H. Lane (SDNY), Judge Karen Specie (ND FL) and Martin Bienenstock, Esq. (Proskauer), Washington, DC (September 2019).

"Practical Ethics for Government Attorneys, presented at the National Association of Attorneys General Conference, together with Gill Geldreic (TN OAG) and Zach Mosner (WA OAG, ret.), Santa Fe (September 2019).

"Let's Be Clear – Presenting Your Case in Commercial Litigation," presented at the 23rd Annual Bankruptcy Conference, The Capital Region Bankruptcy Bar Association, together with David Capriotti, Esq. (Harris Beach), Cooperstown (November 2018).

"Interface Between Bankruptcy and Matrimonial Law: Keeping it Together During the Split," presented at the 23rd Annual Bankruptcy Conference, The Capital Region Bankruptcy Bar Association, together with Hon. Colleen Brown (Chief U.S. Bankruptcy Judge, VT), Cooperstown (November 2018).

"Protecting Your Assets: Advanced Strategies on Sales and Insurance Issues," presented at the National Association of Federal Equity Receivers (NAFER) 7th Annual Conference, together with Marion A. Hecht (CliftonLarsonAllen LLP), Anne C. McKinley (SEC), Jonathan E. Perlman (Genovese, Joblove & Battista) and Todd Wohl (Braun Company), Chicago (October 2018).

"Thinking Ahead to Get Paid; Financial Assurances, Drafting Protections into Your Documents," presented at the National Association of Attorneys General Conference, together with Steve Sakamoto-Wengel (MD OAG) and Tracy Essig (Essig Law Firm), Columbus OH (October 2018).

"View from the Bench – Asset Recovery in a Globalized World," presented at the Asset Recovery Americas Conference with Hon. Ona Wang (Magistrate Judge, SDNY), New York City (September 2018).

"Healthcare - Will It Be The Next Big Meltdown Like Retail?," presented at the New York Institute of Credit, together with Kenneth A. Rosen (Board Member of RWJ Barnabas Health and Member of Lowenstein Sandler), Mark Claster (President of Carl Marks & Col, Managing Member of Carl Marks Advisors and Board Chair of Northwell Health), Mark Herbers (Senior Director, Alix Partners) and Suzanne Koenig (President SAK Management Services), New York City (September 2018).

"Physiotherapy: Recent Decision of Interest on the Amount Recoverable for Fraudulent Transfer Avoidance Liaibility," co-authored with Jennifer S. Feeney and Robert C. Yan, presented at ABI Bankruptcy Conference, NYC (May 2018).

"Expert Q&A on Creditors' Committees in the 2018 Bankruptcy Climate," published in Thomson Reuters Journal (Spring 2018).

"When is a Consignment Not a Consignment," co-authored with Robert C. Yan, published in the ABF Journal (February 2018).

"Recent Retail Bankruptcies: An Overview," co-authored with Robert C. Yan, and presented at the ABI Views from the Bench Conference, panelist together with David Pollack (Ballard Spehr), Judge Sean Lane (SDNY), Judge Wendelin Lipp (MD) and Judge Kevin Carey (Del.), Washington, D.C. (October 2017)

"Just Who Foots the Bill: Section 506(c) and the Secured Lender Surcharge," co-authored with Lloyd M. Green, Norton Journal of Bankruptcy Law & Practice, vol. 26, no. 4 (2017).

Exhibit 1

"The Involuntary Petition: Is It a Sword or a Shield? Should It be Utilized or Avoided?," panelist together with Scott L. Hazan, Peter Knox (Nestle USA) and Curtis Marshall (Coca Cola), CRF Conference, New Orleans, LA (March 2017).

"Bankruptcy Litigation panel – updates and discussions regarding fraudulent transfers, the split over § 546(e) safe harbors (*Physiotherapy, Tribune, Madoff, Meritt Management*), 10-year reach-back periods (*Kipnis*), the reinstatement of unsecured creditors' intentional fraudulent conveyance claims and the ruling that the intent of the CEO can be imputed to the company (*Lyondell*), the finding that substantive consolidation does not augment the trustee's § 544(b) avoiding powers by allowing the trustee to rely on predicate creditors from another estate (*Petters*), and the ruling that access to a credit line rebuts unreasonably small capital claims (*SemCrude*)," panelist together with Chief Judge Carla E. Craig, Philip Bentley (Kramer Levin) and Mark P. Kronfeld (Tennenbaum Capital Partners), ABI Bankruptcy Conference, New York City (May 2017).

"Collision at the Courthouse: Discussion of parallel/overlapping civil and/or criminal enforcement actions (Ethics)," panelist together with Alistaire Bambach (SEC) and Alex Lipman (Brown Rudnick), Brooklyn, NY (April 2017).

"Views from the Bench: When A Judge Suggests Mediation: Case and Mediator Selection," faculty and keynote luncheon speaker at The ABI/St. John's Bankruptcy Mediation Training Program, which is a collaboration among the American Bankruptcy Institute, St. John's Center for Bankruptcy Studies, and St. John's Hugh L. Carey Center for Dispute Resolution, New York City (December 2016).

"Fluctuating Valuation in Chapter 11: Managing Expectations and Outcomes Amidst Changing Fulcrum Points," panelist together with Jack Butler (Birch Lake Holdings, LP), William Q. Derrough (Moelis & Co.), Randall S. Eisenberg (AlixPartners, LLP) and James P. Seery, Jr. (River Birch Capital, LLC), Beard Group Twenty-Third Annual Distressed Investing 2016 (November 2016).

"Mediation in the Federal Courts," panelist together with John Lundin (Schlam Stone), Rebecca Price (SDNY Mediation), Gary Shaffer (Shaffer Mediation) and Robyn Weinstein (EDNY Mediation), The Bar of the City of New York (June 2016).

"Bankruptcy Litigation Panel, with focus on e-discovery limitations, litigating with common interests and settlements," panelist together with Michael Luskin (Luskin Stern), Dion Hayes (McGuireWoods), David Hillman (Schulte Roth) and Judge Sean H. Lane (USBJ, SDNY), ABI New York City (May 2016).

"Beware the Traps: Ethical and Fiduciary Issues for Committee Members and Professionals," panelist together with Judge Mary Walrath (USBJ, Del), Jeffrey Pomerantz (Pachulski Stang), Brent Weisenberg (Ballard Spahr) and Mark Felger (Cozen), ABI Spring 2016, Washington, DC (April 2016).

"Is Bankruptcy A Game-Changer for Embattled Providers?", panelist together with Judge Nancy H. Lord (USBJ, EDNY), Samuel R. Maizel (Dentons), Karen Cordry (National Ass'n Attorneys General) and Judy W. Strobos (Health & Human Services), Medicare & Medicaid Payment Conference sponsored by the American Health Lawyers Ass'n, Baltimore, MD (April 2016).

"The Demise of Equitable Disallowance of Claims," co-authored with Lloyd M. Green, Norton Journal of Bankruptcy Law & Practice, vol. 24, no. 6, page 571 (2015)

"Judicial Voices on Transition: From the Bench to the Bar and Beyond," Moderated judicial panel of thirteen Bankruptcy Judges, New York Institute of Credit Women's Division, Union League Club, New York City (November 2015)

"From the Bench to the Bar and Back," panelist together with Judges Arthur Gonzalez (Ret.), James Peck (Ret.), Allan Gropper (Ret.), James Garrity and Robert Gerber, American College of Bankruptcy, New York City (October 2015)

# Exhibit 1

"Selected Issues in Healthcare and Non-Profit Cases," Moderated judicial panel of Judges Carla E. Craig (USBJ, EDNY), Nancy Lord (USBJ, EDNY), Sean Lane (USBJ, SDNY) and Robert Mayer (USBJ, VA), and facilitator Irving Walker (Cole Schotz), and presented article at ABI Views From the Bench, Washington, DC (October 2015)

"Selected Issues in Healthcare Bankruptcy Cases: Medicare Provider Agreements, Executory Contracts, Regulatory Issues, Interfaith Medical Center Case Study," panelist together with Hal Morris (Office of Texas Attorney General) and Scott Davis (Grant Thorton), and presented article at Annual Meeting of National Association of Attorney Generals, Seattle, WA (October 2015)

"To Mediate or Not, That is the Quest?," panelist together with Mark E. Felger, Dion W. Hayes, Ray T. Lyons and Claudia Z. Springer, and presented article at ABI Mid-Atlantic Bankruptcy Workshop, Hershey, PA (August 2015)

Exhibit 1

# EXHIBIT B

Exhibit 1

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO OTTERBOURG |
|---|---|---|
| Bank of America | Depository Bank | Current Client |
| Capital One Bank | Depository Bank | Current Client |
| Citizens Bank | Depository Bank | Current Client |
| First Bank | Depository Bank | Current Client |
| First Citizens Bank | Depository Bank | Current Client |
| Jefferies LLC | Professional | Jefferies Finance LLC is a Current Client |
| M&T Bank | Depository Bank | Current Client |
| PNC Bank | Depository Bank | Current Client |
| TD Bank | Depository Bank | Current Client |
| Truist Financial | Depository Bank | Current Client |
| Wells Fargo Bank | Depository Bank | Current Client |

# Exhibit 1