## **Exhibit 26**

**Project Genie – Process Update PowerPoint dated August 11, 2025**

[Filed Under Seal]