Leslie Kulas Burke (pro se)
Jaclyn Rohr (pro se)
PO BOX 512
Plaistow, NH 03865
Telephone: (603) 777-2616
Email: jjwkguardian@gmail.com

*Co-Guardians for John J.W. Kulas*



**FILED**

AUG 1 9 2025

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

In re:                                              Chapter 11

**GENESIS HEALTHCARE, INC., et al.,**

     Debtors.                                    Case No. 25-80185-sgj11

**Witness and Exhibit List**
**In re Genesis Healthcare, Inc., et al.,**
**Hearing:** August 21, 2025

### A. Witness List

1. **Leslie Kulas Burke** – fact witness (guardianship, billing, unlawful collections, chronology).

2. **Jaclyn Rohr** – fact witness (guardianship, billing, unlawful collections)

3. **Custodian of Records / Corporate Representative of Debtors (if needed)** – authentication/foundation.

4. **Any rebuttal or impeachment witnesses as necessary.** *(No experts designated.)*

**B. Exhibit Binder** (See Exhibit Binder, submitted separately but concurrently herewith, containing Exhibits 1 through 6 referenced herein.)

Respectfully submitted,

Dated: August 16, 2025

Respectfully submitted,
Leslie Kulas Burke
Co-Guardian for John J.W. Kulas
Appearing *Pro Se*
PO BOX 512
Plaistow, NH 03865

**Signature:**

Jaclyn Rohr
Co-Guardian for John J.W. Kulas
Appearing *Pro Se*
62 Ledgeview Dr
Rochester, NH 03839

**Signature:**

-

Leslie Kulas Burke (pro se)
Jaclyn Rohr (pro se)
PO BOX 512
Plaistow, NH 03865
Telephone: (603) 777-2616
Email: jjwkguardian@gmail.com
*Co-Guardians for John J.W. Kulas*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

In re:                                                    Chapter 11

**GENESIS HEALTHCARE, INC., et al.,**

Debtors.                                    Case No. 25-80185-sgj11

---

## CERTIFICATE OF SERVICE OF WITNESS AND EXHIBIT LIST

---

We, Leslie Kulas Burke and Jaclyn Rohr, certify that on August 16, 2025, a copy of **Witness and Exhibit List - Hearing: August 21, 2025,** was served via the Court's CM/ECF system, which automatically serves all counsel of record and registered parties in this case, including, without limitation, counsel for the Debtors, counsel for the Official Committee of Unsecured Creditors, the Office of the United States Trustee, and other parties listed on the Master Service List.

To the extent any party on the Master Service List is not a registered CM/ECF user, service was made by first-class mail, postage prepaid, or by other means permitted under the Federal Rules of Bankruptcy Procedure, to the address set forth in the Court's records.

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 16, 2025

Signed:

Leslie Kulas Burke
PO BOX 512
Plaistow, NH 03865
(603) 777-2616

**Signature:** _____

Jaclyn Rohr
62 Ledgeview Dr
Rochester, NH 03839
(603) 343-6096

**Signature:** _____

Leslie Kulas Burke (pro se)
Jaclyn Rohr (pro se)
PO BOX 512
Plaistow, NH 03865
Telephone: (603) 777-2616
Email: jjwkguardian@gmail.com

*Co-Guardians for John J.W. Kulas*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

In re:                                            Chapter 11

**GENESIS HEALTHCARE, INC., et al.,**

      Debtors.                              Case No. 25-80185-sgj11

# EXHIBIT BINDER
# FOR HEARING SCHEDULED AUGUST 21, 2025
### *(RELATED TO DOCKET NOS. 83 and 225)*

# EXHIBIT 1

**Exhibit 1 – Hearing Transcript Excerpts**
*Dated: July 2, 2025 – 1:30 PM EDT*
**Adversary Proceeding No. 25-1002-KB**
United States Bankruptcy Court – District of New Hampshire

**Description:**

This exhibit contains verbatim excerpts from the official July 2, 2025, hearing transcript in which Genesis Healthcare Inc., through counsel, expressly admitted to willful violations of the automatic stay (11 U.S.C. § 362) and the discharge injunction (11 U.S.C. § 524). The Court confirmed these admissions, made findings of liability and willfulness, and acknowledged that the only remaining issues were limited to (1) the scope of the Debtors' corporate knowledge and intent, and (2) the quantification of damages.

These admissions occurred prior to Genesis Healthcare Inc.'s Chapter 11 filing in the Northern District of Texas and are directly relevant to the scope and propriety of any stay extension sought in Docket No. 14 or related motions.

**Relevance:**

These excerpts conclusively establish that Genesis Healthcare Inc., through counsel, expressly admitted on the record to willful violations of both the automatic stay and discharge injunction, and that the Court confirmed liability. The only matters left for adjudication are (1) the scope of the Debtors' corporate knowledge and intent, and (2) the quantification of damages. This evidence eliminates any legitimate basis for prolonging the stay, as liability is no longer in dispute. The record is directly tied to post-discharge and post-petition misconduct targeting a 79-year-old disabled veteran debtor and his guardians—making any extension of the stay inequitable and prejudicial to the Movants.

**Note:**

This excerpt is from the July 2, 2025 hearing in *Kulas v. Genesis Healthcare Inc.*, Adversary Proceeding No. 25-01002-KJB (U.S. Bankruptcy Court, District of New Hampshire).

A full certified transcript and audio recording are available upon request and can be lodged with the Court under seal or in camera if the Court deems further review appropriate.

# Exhibit 1

**Hearing Transcript Excerpts**
*Dated:* July 2, 2025 – 1:30 PM EDT
Adversary Proceeding No. 25-1002-KB
*United States Bankruptcy Court – District of New Hampshire*

**Description:**

This exhibit contains verbatim excerpts from the official July 2, 2025, hearing transcript in which Genesis Healthcare Inc., through counsel, expressly admitted to willful violations of the automatic stay (11 U.S.C. § 362) and the discharge injunction (11 U.S.C. § 524). The Court confirmed these admissions, made findings of liability and willfulness, and acknowledged that the only remaining issues were limited to (1) the scope of the Debtors' corporate knowledge and intent, and (2) the quantification of damages.

These admissions occurred prior to Genesis Healthcare Inc.'s Chapter 11 filing in the Northern District of Texas and are directly relevant to the scope and propriety of any stay extension sought in Docket No. 14 or related motions.

**Sub-Exhibits:**

- **Exhibit 1-A – Counsel acknowledgment that discovery rules not followed:**
  "The one thing they were right about is I mistakenly did not transmit my interrogatory responses when I thought we did. They're correct about that. I corrected that once I figured it out."
  (Certified Transcript – Pg. 5, Lines 20-23)

- **Exhibit 1-B – Counsel attesting to Genesis being solvent and agreeing to pay any judgement:**
  "Genesis Health Care, my primary client, is going to pay whatever judgment results from this from this complaint. We've made an offer, but - - so the - - the you know, there-- the - - nailing down the identity of all the movers and players in particular, you know, these homes frequently change ownership, and there was an ownership change during the course of the stay or shortly thereafter. I submit that's all irrelevant. We're going to pay a judgment. We are - - I represent a solid company who's going to pay a judgment.
  So exactly nailing down the M&A history of all these entities, I submit, is not particularly meaningful.
  (Certified Transcript – Pg. 7, Lines 8-19)

- **Exhibit 1-C – Court acknowledgment that liability is not in dispute:**
  "At its core this is a very simple case where liability is not in dispute."
  (Certified Transcript – Pg. 7, Lines 22-23)

- **Exhibit 1-D – Counsel admission of sending collection notices post-stay and post discharge:**
  "…We admit we did it. We did that. We sent those bills…
  (Certified Transcript – Pg. 14, Line 9)

  "Hopefully, we'll never do it again, but that's the issue. The issue is – well, we admit we did that. We admit we sent bills. So all these, you know, questions regarding institutional knowledge and how we decide who we bill and what -- we admit liability. The question is damages. The only question that's going to be before this court at trial is damages."
  (Certified Transcript – Pg. 14, Lines 14-20)

- **Exhibit 1-E – Court acknowledgment of victory and admitted liability:**
  "So counsel has stated that his client admits liability. You won. Okay? You have successfully pled your case. I have an attorney in my courtroom saying, 'We admit liability.'"
  (Certified Transcript – Pg. 15, Lines 10-13)

- **Exhibit 1-F – Court finding of willfulness:**
  "Counsel is admitting that they were willfully sent."
  (Certified Transcript – Pg. 21, Line 17)

  "…And a huge -- that's a huge hurdle. Like, you don't have to prove. That's --"
  (Certified Transcript – Pg. 21, Lines 20-21)

- **Exhibit 1-G – Court affirming Defendants are going to be held jointly and severally liable:**
  "The response from the defendant was on behalf of all the defendants counsel is before this court admitting liability and also going a step further to say that this clients have the ability to pay damages, so --"
  (Certified Transcript – Pg. 25, Lines 10-13)

  "..damages are not going to be increased by the number of defendants. Defendants are going to be jointly and severally liable."
  (Certified Transcript – Pg. 31, Lines 18-19)

  "I have a party saying, they are ready, willing and able to pay your damages.
  (Certified Transcript – Pg. 31, Lines 24-25)

- **Exhibit 1-H – Court, Counsel and Movant confirmation of narrow issues remaining:**
  <u>Genesis Counsel</u>
  "The question is damage. The only question that's going to be before this court at trial is damages.
  (Certified Transcript – Pg. 14, Lines 18-20)

  <u>Court</u>
  "Miss Kulas are you understanding that counsel is seeking to have more definite information from you on the damages?
  (Certified Transcript – Pg. 38, Lines 24-25 and Pg. 39, Line 1)

  <u>Movant</u>
  "And with all due respect, I don't understand how producing agreements, management contracts, communications, and ownership financial control and billing authority isn't part of this dispute when it clearly gets to the core of how a corporation and its subsidiaries goes through the billing practices to get us to the point we are today. And I understand they've admitted liability already.  It still goes to the underlying cause of the willful act by the corporation and it is not a one-off act. They have a history of doing this, unfortunately.
  (Certified Transcript – Pg. 25, Lines 17-25 and Pg. 26, Line 1)

- **Exhibit 1-I – Court and Counsel discussion on responsible entity, and Counsel again affirming Genesis will pay "any judgement"**

  <u>**Genesis Counsel**</u>
  "What does it matter? What does it matter? My client, Genesis Healthcare Inc, is going to pay any judgment. They are solvent. They sold --
  Langdon Place during the course of these events and trying to figure out who all who all is managing what is nearly impossible. I spent a lot of time on my phone with my clients. And it'd be one thing, your honor, if I said in my answer, we deny we acted here, we deny responsibility. It was an affiliate that -- of whom we, you know, have no connection -- with whom we have no connection. That's not what we said. We  admit we sent the letters. We're going to pay any judgment. Genesis Healthcare, Inc. is solvent....
  (Certified Transcript – Pg. 29, Lines 16-35 and Pg. 30, Line 1-4)

  <u>**Court**</u>
  "That's not what you said. So -- in the Answer Defendant's on 13 (b) it says sent at least thirty (30) collection notices between January 6, 2024, and December 31, 2024, including ten (10) addressed to the debtor and twenty (20) to the guardians, after being informed of the bankruptcy case and stay.

But there can be the responses signed by Genesis Healthcare Inc, Sunbridge Healthcare LLC, Dover SNF OPCO LLC and John Does 1-10 says defendants are without information to deny or admit this allegation".
(Certified Transcript – Pg. 30, Lines 5-13)

**Note:** Audio file clearly states (Audio file ~34:44)
But in 13(b)the response that was signed by Genesis Healthcare Inc….

### Genesis Counsel
"Wait. Because we didn't know them and I'm not sure we know now, but I'm saying in open court that Genesis Healthcare Inc is going to pay any judgment…"
(Certified Transcript – Pg. 30, Lines 14-16)

# EXHIBIT 2

**Genesis Fraudulent Invoices to Guardians**

**Description:**

Invoice issued by a Genesis Healthcare affiliate, Sunbridge Healthcare, LLC d/b/a Exeter Rehabilitation Center, to the court-appointed guardian of John J.W. Kulas, **billing for skilled nursing services from July 15, 2025, through August 31, 2025,** even though Mr. Kulas was **discharged at approximately 11:30 AM on July 15, 2025**, and received no services during the billed period.

**Relevance:**

This invoice evidences **fraudulent post-discharge billing** and supports the claim that Genesis Healthcare and/or its affiliates are actively engaged in billing for **services not rendered**. This conduct constitutes a willful violation of the discharge injunction under 11 U.S.C. § 524(a), and potentially violates federal law governing fraudulent claims. The invoice supports the need for discovery into institutional knowledge and policies, and further justifies stay relief to proceed in the NH adversary proceeding.

| DATE | EXPLANATION OF ACTIVITY | QUANTITY | CHARGES/ ADJ | CHARGES/ ADJ | BALANCE FORWARD |
|------|------------------------|----------|--------------|--------------|-----------------|
| | BALANCE FORWARD | | | | 0.00 |
| 07/14/2025 | ROOM AND BOARD CHARGES JUL 14-31 2025 | 18 | 11,052.00 | | |
| 08/01/2025 | ROOM AND BOARD CHARGES AUG 1-31 2025 | 31 | 19,034.00 | | |
| 07/14/2025 | TX EXERCISE COINSURANCE | 1 | 4.98 | | |
| 07/14/2025 | TX EXERCISE COINSURANCE | 1 | 4.98 | | |
| 07/14/2025 | GAIT TRAINING COINSURANCE | 1 | 4.41 | | |
| 07/14/2025 | MPPR ADJUSTMENT COINSURANCE | 1 | 2.07 | | |

If Insurance Information has changed or if you have a billing inquiry please call
603-778-0531

| DUE DATE | 1st OF MONTH |
|----------|--------------|
| PAYMENT IN FULL 1st OF MONTH | $ 30,102.44 |

Page 1

STATEMENT

⌄ DETACH HERE ⌄ AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

# Genesis

**EXETER REHABILITATION CENTER**
8 HAMPTON RD
EXETER, NH  03833-4806
Temp Return Service Requested

603-778-0531

017266

GEN13G 5773397 779873271
LESLIE KULAS-BURKE
PO BOX 512
PLAISTOW, NH 03865-0512

| CUSTOMER # | CUSTOMER NAME | STATEMENT DATE |
|------------|---------------|----------------|
| 101002829 | JOHN KULAS | 7/15/2025 |
| ROOM RATE | AMOUNT DUE | AMOUNT ENCLOSED |
| $ 614.00 | $ 30,102.44 | $ |

IF PAYING BY CREDIT CARD SEE REVERSE SIDE.

**BU NUMBER**
57034

☐ CHECK HERE IF ADDRESS IS INCORRECT AND
  INDICATE CHANGE ON REVERSE SIDE

MAKE CHECK PAYABLE AND REMIT TO:

EXETER REHABILITATION CENTER
GENESIS NHG OPERATIONS LLC
PO BOX 208135
DALLAS, TX 75320-8135

5703401010028293KULAS0082000080000MBP030102449

| DATE | EXPLANATION OF ACTIVITY | QUANTITY | CHARGES/ ADJ | CHARGES/ ADJ | BALANCE FORWARD |
|------|-------------------------|----------|--------------|--------------|-----------------|
| | BALANCE FORWARD | | | | 0.00 |
| 07/14/2025 | ROOM AND BOARD CHARGES JUL 14-31 2025 | 18 | 11,052.00 | | |
| 08/01/2025 | ROOM AND BOARD CHARGES AUG 1-31 2025 | 31 | 19,034.00 | | |
| 07/14/2025 | TX EXERCISE COINSURANCE | 1 | 4.98 | | |
| 07/14/2025 | TX EXERCISE COINSURANCE | 1 | 4.98 | | |
| 07/14/2025 | GAIT TRAINING COINSURANCE | 1 | 4.41 | | |
| 07/14/2025 | MPPR ADJUSTMENT COINSURANCE | 1 | 2.07 | | |

If Insurance Information has changed or if you have a billing inquiry please call
603-778-0531

| DUE DATE | 1st OF MONTH |
|----------|--------------|
| PAYMENT IN FULL 1st OF MONTH | $ 30,102.44 |

Page 1

STATEMENT

˅ DETACH HERE ˅ AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

# Genesis

EXETER REHABILITATION CENTER
8 HAMPTON RD
EXETER, NH  03833-4806
Temp Return Service Requested

603-778-0531

017267

GEN13G 5773397 779873272
JACLYN ROHR
62 LEDGEVIEW DR
ROCHESTER, NH 03839-5619

| CUSTOMER # | CUSTOMER NAME | STATEMENT DATE |
|------------|---------------|----------------|
| 101002829 | JOHN KULAS | 7/15/2025 |
| ROOM RATE | AMOUNT DUE | AMOUNT ENCLOSED |
| $ 614.00 | $ 30,102.44 | $ |

IF PAYING BY CREDIT CARD SEE REVERSE SIDE.

BU NUMBER
57034

☐ CHECK HERE IF ADDRESS IS INCORRECT AND
INDICATE CHANGE ON REVERSE SIDE

MAKE CHECK PAYABLE AND REMIT TO

EXETER REHABILITATION CENTER
GENESIS NHG OPERATIONS LLC
PO BOX 208135
DALLAS, TX 75320-8135

57034010100282934KULAS000000000000MBP030102449

# Genesis DISCHARGE TRANSITION PLAN for John Kulas

Discharge Destination: Home alone (included own home/apartment or ALF/ILF)

Transportation for discharge: Family

Family/Resident Representative: Leslie Kulas-Burke Agent, Emergency Contact, Guardian
Address: 100 Sterling Wy, Dover, NH 03820

Phone: (603) 777-2616 (home)

----------------------------------------------------------------------
Attending Physician at Exeter Rehabilitation Center: Jatinder Aujla

Phone: (978) 354-4611

## Managing Your Future

We have enjoyed working with you and your family.  Genesis feels strongly about supporting you after you leave our center.  Should you or your caregiv have any follow-up questions, please contact Genesis Exeter Center at Exeter Rehabilitation Center at (603) 778-0531.

During your stay you were prescribed the following medications that have been discontinued or changed, please use this to share with your physician. YOUR CURRENT MEDICATIONS THAT YOU SHOULD TAKE AT HOME ARE LISTED on Page 2 or ATTACHED.

N/A

# Genesis DISCHARGE TRANSITION PLAN for John Kulas

Notes to remember what to talk about with Physician -  Donald R Rose

Other attachments that concern your care while in this facility:

☐ Lab

☐ Radiology

☐ Medication List

☐ Consultations

☐ Advance Directives/State Health Care Instruction form

☐ Therapy Transition Plan

☐ Other -

Discharge Transition plan reviewed with

Pt/Rep Signature _____ *Guardian*_____  Date _7/15/25_

Nurse _____  Date _7/15/25_

# EXHIBIT 3

**Documents asserting that Dover SNF OPCO is Non-Debtor**

**Description:**
Corporate registration, licensing documents, and/or bankruptcy petition schedules showing
Dover SNF OPCO LLC is **not a named debtor** in Case No. 25-80185.

**Relevance:**
Establishes that Dover SNF OPCO LLC (d/b/a Langdon Place of Dover) is a **non-debtor** entity
and therefore not protected by the automatic stay under 11 U.S.C. § 362(a). Supports the
argument that the stay does not extend to this potential affiliate and that any protection must be
sought via separate adversary relief under § 105(a), which has not occurred.

# Exhibit 3-A

State of New Hampshire Certificate of Formation of Dover SNF OPCO LLC.



# State of New Hampshire

# Department of State

Filed
Date Filed : 01/19/2024 01:58:00 PM
Effective Date : 01/19/2024 01:58:00 PM
Filing # : 6547042    Pages : 2
Business ID : 952081
David M. Scanlan
Secretary of State
State of New Hampshire

Form LLC-1
RSA 304-C:31

CERTIFICATE OF FORMATION
NEW HAMPSHIRE LIMITED LIABILITY COMPANY

THE UNDERSIGNED, under the New Hampshire Limited Liability Company Laws submits the following certificate of formation:

**FIRST**: The name of the limited liability company is:

**DOVER SNF OPCO LLC**

### Principal Business Information:

Principal Office Address:

| **2420 Knapp Street** | **Brooklyn** | **NY** | **11235** |
|---|---|---|---|
| (no. & street) | (city/town) | (state) | (zip code) |

Principal Mailing Address (if different):

| **2420 Knapp Street** | **Brooklyn** | **NY** | **11235** |
|---|---|---|---|
| (no. & street) | (city/town) | (state) | (zip code) |

Business Phone:   **NONE**

Business Email:    **agent@platinumfilings.com**

Notification Email:   **agent@platinumfilings.com**

_____ Please check if you would prefer to receive the Annual Report Reminder Notice by email.

**SECOND**: Describe the nature of the primary business or purposes (and if known, list the NAICS Code and Sub Code):

**62-Health Care and Social Assistance - 110-Nursing Care Facilities (Skilled Nursing Facilities)**

**THIRD**: The name of the limited liability company's initial registered agent is:

**PLATINUM REGISTERED AGENTS INC. (819912)**

The complete address of its registered office (agent's business address) is:

| **10 Ferry Street, Suite 313** | **Concord** | **NH** | **03301** |
|---|---|---|---|
| (no. & street) | (city/town) | (state) | (zip code) |

**FOURTH**: The management of the limited liability company **is** vested in a manager or managers.

The period of its duration is:   **Not Stated**

### Manager/Member Information:

| Name | Title | Address |
|---|---|---|
| Zisha Margulies | Manager | 2420 Knapp Street, Brooklyn, NY, 11235, USA |

CERTIFICATE OF FORMATION NEW HAMPSHIRE
LIMITED LIABILITY COMPANY

Form LLC-1
(Cont.)

| Raphael Treitel | Manager | 2420 Knapp Street, Brooklyn, NY, 11235, USA |
| Nathan Treitel | Manager | 2420 Knapp Street, Brooklyn, NY, 11235, USA |

Title: **Authorized Signer**

Signature: **Zisha Margulies**

Name of Signer: **Zisha Margulies**

Date signed: **01/19/2024**

Effective Date: **01/19/2024 01:58:00 PM**

Note: The sale or offer for sale of membership interests of the limited liability company will comply with the requirements of the New Hampshire Uniform Securities Act (RSA 421-B). The membership interests of the limited liability company: 1) have been registered or when offered will be registered under RSA 421-B; 2) are exempted or when offered will be exempted under RSA 421-B; 3) are or will be offered in a transaction exempted from registration under RSA 421-B; 4) are not securities under RSA 421-B; OR 5) are federal covered securities under RSA 421-B. The statement above shall not by itself constitute a registration or a notice of exemption from registration of securities within the meaning of sections 448 and 461(i)(3) of the United States Internal Revenue Code and the regulation promulgated thereunder.

* Must be signed by a **manager**; if no manager, must be signed by a **member**.

DISCLAIMER: All documents filed with the Corporation Division become public records and will be available for public inspection in either tangible or electronic form.

**Mailing Address** - Corporation Division, NH Department of State, 107 North Main Street, Room 204, Concord, NH 03301-4989
**Physical Location** - State House Annex, 3rd Floor, Room 317, 25 Capitol Street, Concord, NH
**Phone:** (603)271-3246 | **Fax:** (603)271-3247 | **Email:** corporate@sos.nh.gov | **Website:** sos.nh.gov

Page 2 of 2

Form LLC-1

# Exhibit 3-B

State of New Hampshire - Department of Health and Human Services initial application submitted for Dover SNF OPCO LLC as "owner" of Langdon Place of Dover, a former Gensis affiliate.

John B. Martin, Deputy Chief Legal Counsel, Department of Health and Human Services email on March 31, 2025, detailing ownership structure per NH Licensing application organization chart.



## STATE OF NEW HAMPSHIRE
### DEPARTMENT OF HEALTH AND HUMAN SERVICES
OFFICE OF OPERATIONS SUPPORT
HEALTH FACILITIES ADMINISTRATION
129 PLEASANT STREET, CONCORD, NH 03301

# LICENSE

Under provisions of New Hampshire Revised Statutes Annotated Chapter RSA 151, a license is issued to:

**Licensee:** DOVER SNF OPCO LLC
**Name:** LANGDON PLACE OF DOVER
**Located at:** 60 MIDDLE ROAD
Dover NH 03820

**To Operate:** Nursing Home     **Subtype:**
This license is effective under the conditions and for the period stated below:
**License#:** 04767
**Effective Date:** : 09/01/2024     **Expiration Date:** 08/31/2025
**Administrator:**     **Medical Director:**
KATHLEEN P OBY     BRIAN N TREZAK, MD

**Total Number of Beds:** 30

**COMMENTS:**



Chief Legal Officer

**STATE OF NEW HAMPSHIRE**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**OFFICE OF LEGAL AND REGULATORY SERVICES**
**HEALTH FACILITIES ADMINISTRATION**
129 Pleasant Street, Concord, NH 03301
TDD Access: Relay NH 1-800-735-2964
Agency Phone: 603-271-9039

MAR 1 2 2024

## APPLICATION FOR RESIDENTIAL, HEALTH CARE LICENSE OR SPECIAL HEALTH CARE SERVICES

EXISTING FACILITY LICENSE #: __02695__

CURRENT FACILITY LICENSE EXPIRATION DATE, IF APPLICABLE: _____

THIS APPLICATION SHALL BE FILLED OUT IN ACCORDANCE WITH RSA 151:4. A SEPARATE APPLICATION MUST BE SUBMITTED FOR EACH LICENSURE CATEGORY. **PLEASE BE SURE TO COMPLETE THE ENTIRE APPLICATION.** IF A SECTION DOES NOT APPLY TO YOUR FACILITY, MARK NOT APPLICABLE (N/A). FAILURE TO COMPLETE THE APPLICATION WILL RESULT IN A DELAY IN THE LICENSURE PROCESS. SEND THE ENTIRE COMPLETED FORM TO THE ADDRESS ABOVE. IF YOU NEED TO REVIEW YOUR LICENSING RULES, THEY CAN BE FOUND ONLINE AT: https://www.dhhs.nh.gov/administrative-rules-health-facilities

Check all applicable items:

☐ License renewal:          ☐ *New facility:          ☐ Other (please explain):
☒ *New owner:              ☐ **Change in # of beds:      ***Change in classification:
☐ **Change in address:

\* Requires processing as a new application.
\*\* Requires Local Approval Forms
\*\*\*Requires both

LICENSEE (Legal Owner of Facility): **Dover SNF OPCO LLC**      TELEPHONE #: (603) 743-4110

NAME OF FACILITY (DBA):  **Langdon Place of Dover**      TELEPHONE #: (603) 743-4110

FAX #: (__)

STREET ADDRESS: **60 Middle Road**      CITY: **Dover**      STATE: **NH** ZIP: **03820**

MAILING ADDRESS: **2420 Knapp Street**      CITY: **Brooklyn**      STATE: **NY** ZIP: **11235**

ADMINISTRATOR: ~~Robert Memmolo~~

MEDICAL DIRECTOR (IF APPLICABLE): ~~Dr. Amanda Hernandez~~  *Brian Tract NH) 1/28/...*

FACILITY E-MAIL ADDRESS (REQUIRED): **sstevenson@righthealthr.com**

IF APPLICABLE:
NUMBER OF BEDS:   PRESENTLY LICENSED: __30__   TOTAL # TO BE LICENSED: __30__

NUMBER OF HCBC CFI OR STATE PLACED INDIVIDUALS IN HOME (Complete for He-P 804, He-P 805 and He-P 814): __N/A__

NUMBER OF ESRD STATIONS (Completed for He-P 811 licensees only): __N/A__

BRANCH OFFICE LOCATIONS (Complete if applies under He-P 809.07, 819.07, 822.07 & 823.07 only): __N/A__

## OWNERSHIP

a.  Type of ownership:  ☐ Association   ☐ Partnership   ☐ Corporation
                        ☒ LLC           ☐ Individual    ☐ Other (explain

b.  List name and address of each person having an ownership interest (directly or indirectly) of greater than 5% in the facility.  **See attached.**

c.  If the licensee is organized as an association or corporation, list the name of the association or corporation and the name, address, and title of each officer.

d.  If the licensee is a partnership, list the name and address of each partner.

e.  Is this a certified facility? **(Facilities with deem status under RSA 151)**  ☒ YES  ☐ NO
    Only applies to He-P 802, 803, 809, 811, 812, 815, & 823

    If you are already a certified facility, is this an increase in services? If YES, please call 1-800-852-3345 ext. 9049

f.  Are you planning on being a certified facility? If YES, please call 1-800-852-3345 ext. 9049

## FEES:

| | |
|---|---|
| Hospitals (General, CAH, Psychiatric, Rehabilitation) (802) | $25 per licensed bed |
| Free Standing Emergency Rooms (802) | $500 |
| Nursing Homes (803) | $25 per licensed bed |
| Residential and Supported Residential Care Homes (804 & 805) | $15 per licensed bed (NO CHARGE FOR HCBC OR NH STATE PLACED RESIDENTS) |
| Non-Emergency Walk-In Care Centers (806) | $500 |
| Residential Treatment and Rehabilitation Facilities (807) | $25 per licensed bed |
| Home Health Care Providers (809) | $250 |
| Birthing Centers (810) | $150 |
| End Stage Renal Disease Dialysis Centers (811) | $500 |
| Ambulatory Surgical Centers (812) | $500 |
| Intermediate Care Facilities for Individuals with Intellectual Disabilities(ICF/IID)(815) | $25 per licensed bed |
| Educational Health Centers (816) | $500 |
| Adult Day Care Centers (818) | $200 |
| Case Management Agencies (819) | $150 |
| Home Care Service Provider Agencies (822) | Less than ten clients $25; Ten or more clients $250 |
| Home Hospice Care Providers (823) | $250 |
| Hospice Houses (824) | $25 per licensed bed |
| Substance Use Disorder Residential Treatment Facilities (826) | $25 per licensed bed |
| Freestanding Megavoltage Radiation Therapy Facility (827) | $500 |
| Psychiatric Residential Treatment Programs (830) | $25 per licensed bed |

A check or money order (payable to: **TREASURER, STATE OF NEW HAMPSHIRE**) must be attached to this application.

Applications submitted by those facilities exempt under RSA 151:4 I (a), (b) & (c) are not required to pay the license fee.

*APPLICATION FOR RESIDENTIAL, HEALTH CARE LICENSE, OR SPECIAL HEALTH CARE SERVICES*
*February 2023*                                                                    Page 2

## ADDITIONAL APPLICATION REQUIREMENTS: NOTE THAT NOT ALL APPLICATION REQUIREMENTS ARE LISTED HERE PLEASE REFER TO THE APPROPRIATE RULE TO DETERMINE OTHER ITEMS THAT NEED TO BE SUBMITTED.

1.  Renewal applications must be submitted at least 120 days prior to expiration of the current license. (Yearly)

2.  Include qualifications, including a resume with education and experience, and copies of all applicable licenses and certifications, for the administrator and medical director (if applicable). (Initial Application Only, unless changing Administrator or Medical Director)

3.  Include information relative to whether the facility has been granted any waivers, exemptions, or variances to the rules by the Department of Health and Human Services and/or the State Fire Marshal. (Yearly)

4.  Include a floor plan indicating the location of all rooms, # of beds in each bedroom, and fire exits. (Initial Application Only – NOT FOR He-P 809, 819, 820 & 823)

5.  Include NH Secretary of State Authority to do business in the State of NH and/or tradename registration (Initial Application Only)

6.  Include written local approvals from the health officer, the building official, the zoning officer, and the fire chief. For a building under construction, the written approvals required shall be submitted at the time of the application based on the local official's review of the building plans and again upon completion of the construction project. (Initial Application Only for ALL categories)

7   Include documentation that the water supply has been tested in accordance with RSA 485 and Env-Dw 702.02 and 704.02 (formerly Env-Ws 313.01 and 314.01). (Initial Application Only – NOT FOR He-P 809, 819, 820 & 823)

8.  Include documentation that every 3 years the water supply has been tested for bacteria and nitrates and determined to be at acceptable levels, in accordance with Env-Dw 702.02 (formerly Env-Ws 313.01) for bacteria and Env-Dw 704.02 (formerly Env-Ws 314.01) for nitrates. (NOT FOR He-P809. 819, 820 & 823)

9.  Include a list of all employees who have previously been granted waivers for criminal background check results from the Department of Health and Human Services. (Yearly and on initial application if change of ownership or category)

10. Include the results of a criminal records check to include results for the state of New Hampshire for the applicant(s), the licensee (owner even if entity) if different than the applicant, the administrator, medical director and, if applicable, each household member 17 years of age or older who resides at the facility. (Initial Application Only)

## FACILITY SERVICE DESCRIPTION:  Complete even on renewal

The following information will be used to determine which licensure category your facility will be placed in.

I.   Provide a detailed description of the services and programs you wish to provide.

*II.  Describe the facility's health care you wish to provide to residents.

*III. Identify who will provide the health care listed in II.

*To be completed if applying for beds

*APPLICATION FOR RESIDENTIAL,HEALTH CARE LICENSE, OR SPECIAL HEALTH CARE SERVICES*
*February 2023*                                                                    Page 3

SIGNATURES: This application must be signed by:

 1  The owner of a private facility;
 2  Two officers of a corporation,
 3  Two authorized individuals if an association or partnership; or
 4  The head of the governing agency if a government unit.

I affirm that I am familiar with the requirements of RSA 151 and the rules adopted thereunder and that the premises are in full compliance. I understand that providing false information shall be grounds for denial, suspension, or revocation of the License and the imposition of a fine

DATE: 3/12 24 SIGNED: _____ Owner _____
         (NAME AND TITLE)

DATE: 3/12/24 SIGNED: _____ Principal _____
         (NAME AND TITLE)

For all facilities to be newly licensed as an ambulatory surgical center (He-P 812), hospital (He-P 802), birthing center (He-P 810), walk in care center (He-P 806), dialysis center (He-P 811), or special health care service (He-P 802 and He-P 827) located within a 15 mile radius of a hospital certified as a critical access hospital, pursuant to 42 C.F.R. section 485.610 (b) and (c):

I affirm that I have complied with 151.4-a and a determination is on file with the department that finds the proposed health care facility shall be allowed to apply for licensure.

DATE _____ SIGNED: _____
        (NAME AND TITLE)

DATE _____ SIGNED _____
        (NAME AND TITLE)

APPLICATION FOR INITIAL OR RENEWAL OF LICENSE OR SPECIAL HEALTH CARE SERVICE

*HFA OFFICE USE ONLY*

CHECK NUMBER: 12539    AMOUNT: 750 00

APPLICATION COMPLETE: ✓    NOT COMPLETE: ___

(Describe in comments)

NEW ☐    RENEWAL ☐    CHANGE ☐

| | Required | Not Required | Received | |
|---|---|---|---|---|
| QUALIFICATIONS OF ADMINISTRATOR | Required ☑ | Not Required ☐ | Received | ☐ |
| COPY OF ADMINISTRATOR LICENSE | Required ☑ | Not Required ☐ | Received | ☐ |
| LIST OF EMPLOYEES WITH WAIVERS | Required ☑ | Not Required ☐ | Received | ☐ |
| WATER TEST  (INITIAL OR 3YR) | Required ☑ | Not Required ☐ | Received | ☐ |
| FLOOR PLAN* | Required ☑ | Not Required ☐ | Received | ☐ |
| SECRETARY OF STATE INFORMATION | Required ☑ | Not Required ☐ | Received | ☐ |
| LOCAL APPROVAL | Required ☑ | Not Required ☐ | Received | ☐ |
| LSC INSPECTION | Required ☐ | Not Required ☐ | Received ☑ | ☐ |
| LSC PLAN OF CORRECTION | Required ☐ | Not Required ☐ | Received ☑ | ☐ |
| LICENSURE INSPECTION | Required ☑ | Not Required ☐ | Received | ☐ |
| PLAN OF CORRECTION | Required ☐ | Not Required ☐ | Received ☑ | ☐ |
| COMPLIED WITH RSA 151:4-a | Required ☐ | Not Required ☐ | Received ☑ | ☐ |

FEDERAL FACILITY (EXEMPT FROM INSPECTION)    YES ☑    NO ☐

LICENSURE CATEGORY:

☐ 02 Hospitals (General, CAH, Psychiatric, Rehabilitation)    ☐ 14 Community Residence
☑ 03 Nursing Homes    ☐ 15 ICF/IID
☐ 04 Residential Care Home Facility    ☐ 16 Educational Health Services
☐ 05 Supported Residential Health Care Facility    ☐ 18 Adult Day Care
☐ 06 Non-Emergency Walk-in Care    ☐ 19 Case Management
☐ 07 Residential Treatment & Rehabilitation Facility    ☐ 22 Home Care Service Provider
☐ 09 Home Health Care Provider    ☐ 23 Home Hospice Care Provider
☐ 10 Birthing Center    ☐ 24 Hospice House
☐ 11 End Stage Renal Disease Dialysis    ☐ 26 Substance Use Disorder Res Treatment Facility
☐ 12 Ambulatory Surgical Center    ☐ 27 Freestanding Megavoltage Radiation Therapy
    ☐ 30 Psychiatric Residential Treatment

REVIEWED BY: _____    9/3/2024
(NAME & TITLE)    (DATE)

ISSUE ANNUAL LICENSE:    YES ✓    NO ___

LICENSE CERTIFICATE DATES:    FROM 9/1/2024    TO 8/31/2025

NUMBER OF PATIENTS/STATIONS/BEDS: 30

NOTES:

COMMENTS ON CERTIFICATE:

*APPLICATION FOR RESIDENTIAL HEALTH CARE LICENSE, OR SPECIAL HEALTH CARE SERVICES*
February 2023    Page 5

## Description of Services

The applicant intends to continue offering the same 24/7 healthcare and quality of life services. This includes:

- Assisted / Senior Living
- Respite care
- Palliative care
- Rehabilitation therapy
- Physical therapy
- Occupational therapy
- Speech therapy
- Orthopedic Rehabilitation - including joint replacement, injuries and amputation
- Aqua Therapy
- On-site Medical Director
- On-site Nurse Practitioner
- Attending Physicians
- Registered Nurses
- Audiology care
- Bariatric specialties
- Dental care
- Personal care
- Pet therapy
- Podiatry care
- Psychiatric services
- X-ray
- Hospice care
- Pain management
- Case management
- Dietary and nutrition needs management
- Individual treatment plans
- Medication management
- 24-hour emergency alert and response system
- Coordinated transportation
- Cultural, educational, religious and social activities
- Recreation activities
- 24 Hour Caregiving Staff
- Memory Support Activity Program



# State of New Hampshire
# Department of State



| | |
|---|---|
| Accepted Date: | 01/25/2024 |
| Business Name: | DOVER SNF OPCO LLC |
| Principal Office Address: | 2420 Knapp Street, Brooklyn, NY, 11235, USA |

RE: Acceptance of Business Formation

This letter is to confirm the acceptance of the following business formation:

| | |
|---|---|
| Business ID: | 952081 |
| Filing #: | 6547042 |
| Expiration Date: | Not Stated |
| Effective Date: | 01/19/2024 |
| Payment Transaction #: | 20249980342514003 |

To maintain your business registration in good standing, you must maintain a Registered Agent at all times. You must also file an annual report no later than April 1st of each year. To file your annual report please go to https://quickstart.sos.nh.gov/online/Account.

It is incumbent upon you to keep this office informed of address or email changes to ensure that all communications from our office reaches you. There is no charge for address changes.

Please visit our website for helpful information regarding all your business needs. If you require assistance or should you have any questions, you may contact the Corporation Division using the information provided below.

Please reference your Business ID in your communication.

Thank you,

New Hampshire Department of State
Corporation Division

Mailing Address - Corporation Division, NH Department of State, 107 North Main Street, Room 204, Concord, NH 03301-4989
Physical Location - State House Annex, 3rd Floor, Room 317, 25 Capitol Street, Concord, NH
Phone: (603)271-3246 | Fax: (603)271-3247 | Email: corporate@sos.nh.gov | Website: sos.nh.gov

Page 24 of 59



## State of New Hampshire
## Department of State

Filed
Date Filed : 01/19/2024 01:58:00 PM
Effective Date : 01/19/2024 01:58:00 PM
Filing # : 6547042    Pages : 2
Business ID : 952081
David M. Scanlan
Secretary of State
State of New Hampshire

Form LLC-1
RSA 304-C:31

### CERTIFICATE OF FORMATION
### NEW HAMPSHIRE LIMITED LIABILITY COMPANY

THE UNDERSIGNED, under the New Hampshire Limited Liability Company Laws submits the following certificate of formation:

FIRST: The name of the limited liability company is:

**DOVER SNF OPCO LLC**

#### Principal Business Information:

Principal Office Address:

| 2420 Knapp Street | Brooklyn | NY | 11235 |
| (no. & street) | (city/town) | (state) | (zip code) |

Principal Mailing Address (if different):

| 2420 Knapp Street | Brooklyn | NY | 11235 |
| (no. & street) | (city/town) | (state) | (zip code) |

Business Phone:  **NONE**

Business Email:  **agent@platinumfilings.com**

Notification Email:  **agent@platinumfilings.com**

_____ Please check if you would prefer to receive the Annual Report Reminder Notice by email.

SECOND: Describe the nature of the primary business or purposes (and if known, list the NAICS Code and Sub Code):

**62-Health Care and Social Assistance - 110-Nursing Care Facilities (Skilled Nursing Facilities)**

THIRD: The name of the limited liability company's initial registered agent is:

**PLATINUM REGISTERED AGENTS INC. [819912]**

The complete address of its registered office (agent's business address) is:

| 10 Ferry Street, Suite 313 | Concord | NH | 03301 |
| (no. & street) | (city/town) | (state) | (zip code) |

FOURTH: The management of the limited liability company **is** vested in a manager or managers.

The period of its duration is:  **Not Stated**

Manager/Member Information:

| Name | Title | Address |
|---|---|---|
| Zisha Margulies | Manager | 2420 Knapp Street, Brooklyn, NY, 11235, USA |

Mailing Address - Corporation Division, NH Department of State, 107 North Main Street, Room 204, Concord, NH 03301-4989
Physical Location - State House Annex, 3rd Floor, Room 317, 25 Capitol Street, Concord, NH
Phone: (603)271-3246 | Fax: (603)271-3247 | Email: corporate@sos.nh.gov | Website: sos.nh.gov

Page 1 of 2

Form LLC-1

CERTIFICATE OF FORMATION NEW HAMPSHIRE
LIMITED LIABILITY COMPANY

Form LLC-1
(Cont.)

| Raphael Treitel | Manager | 2420 Knapp Street, Brooklyn, NY, 11235, USA |
| Nathan Treitel | Manager | 2420 Knapp Street, Brooklyn, NY, 11235, USA |

Title: Authorized Signer

Signature: Zisha Margulies

Name of Signer: Zisha Margulies

Date signed: 01/19/2024

Effective Date: 01/19/2024 01:58:00 PM

Note: The sale or offer for sale of membership interests of the limited liability company will comply with the requirements of the New Hampshire Uniform Securities Act (RSA 421-B). The membership interests of the limited liability company: 1) have been registered or when offered will be registered under RSA 421-B; 2) are exempted or when offered will be exempted under RSA 421-B; 3) are or will be offered in a transaction exempted from registration under RSA 421-B; 4) are not securities under RSA 421-B; OR 5) are federal covered securities under RSA 421-B. The statement above shall not by itself constitute a registration or a notice of exemption from registration of securities within the meaning of sections 448 and 461(l)(3) of the United States Internal Revenue Code and the regulation promulgated thereunder.

* Must be signed by a manager; if no manager, must be signed by a member.

DISCLAIMER: All documents filed with the Corporation Division become public records and will be available for public inspection in either tangible or electronic form.

Mailing Address - Corporation Division, NH Department of State, 107 North Main Street, Room 204, Concord, NH 03301-4989
Physical Location - State House Annex, 3rd Floor, Room 317, 25 Capitol Street, Concord, NH
Phone: (603)271-3246 | Fax: (603)271-3247 | Email: corporate@sos.nh.gov | Website: sos.nh.gov

Page 2 of 2                                                        Form LLC-1

# State of New Hampshire

# Department of State

### CERTIFICATE OF EXISTENCE

### OF

### DOVER SNF OPCO LLC

This is to certify that **DOVER SNF OPCO LLC** is registered in this office as a New Hampshire Limited Liability Company to transact business in New Hampshire on 1/19/2024 1:58:00 PM.

Business ID: 952081



IN TESTIMONY WHEREOF,

I hereto set my hand and cause to be affixed

the Seal of the State of New Hampshire,

this 19th day of January A.D. 2024

David M. Scanlan

Secretary of State



# State of New Hampshire
# Department of State



Accepted Date:             03/05/2024

Business Name:             DOVER SNF OPCO LLC

Principal Office Address:  2420 Knapp Street, Brooklyn, NY, 11235, USA

RE: Acceptance of Registered Agent Change

This letter is to confirm the acceptance of the following Registered Agent Change:

Business ID:               952081

Filing #:                  6596976

Expiration Date:           Not Stated

Effective Date:            03/01/2024

Payment Transaction #:     20249988869359001

To maintain your business registration in good standing, you must maintain a Registered Agent at all times. You must also file an annual report no later than April 1st of each year.

To file your annual report please go to https://quickstart.sos.nh.gov/online/Account.

It is incumbent upon you to keep this office informed of address or email changes to ensure that all communications from our office reaches you.

Please visit our website for helpful information regarding all your business needs. If you require assistance or should you have any questions, you may contact the Corporation Division using the information provided below.

Please reference your Business ID in your communication.

Thank you,

New Hampshire Department of State
Corporation Division

Mailing Address - Corporation Division, NH Department of State, 107 North Main Street, Room 204, Concord, NH 03301-4989
Physical Location - State House Annex, 3rd Floor, Room 317, 25 Capitol Street, Concord, NH
Phone: (603)271-3246 | Fax: (603)271-3247 | Email: corporate@sos.nh.gov | Website: sos.nh.gov



# State of New Hampshire

# Department of State

**Filed**
Date Filed : 03/01/2024 10:55:40 AM
Effective Date : 03/01/2024 10:55:39 AM
Filing # : 6596976   Pages : 1
Business ID : 952081
David M. Scanlan
Secretary of State
State of New Hampshire

### Registered Agent Change

PURSUANT TO THE PROVISIONS of the New Hampshire Revised Statutes Annotated, the undersigned business, organized under the laws of New Hampshire submits the following statement for the purpose of changing the registered office or the registered agent, or both, in the state of New Hampshire. If submitted by the Registered Agent, the listed business has been notified in writing of the change in registered office.

**BUSINESS NAME: DOVER SNF OPCO LLC**                                **BUSINESS ID: 952081**

**BUSINESS TYPE: Domestic Limited Liability Company**        **STATE OF FORMATION: New Hampshire**

**PREVIOUS REGISTERED AGENT:**
**PLATINUM REGISTERED AGENTS INC. (819912)**

**PREVIOUS REGISTERED AGENT OFFICE:**
**PRINCIPAL OFFICE ADDRESS: 10 Ferry Street, Suite 313, Concord, NH, 03301, USA**
**MAILING ADDRESS: 10 Ferry Street, Suite 313, Concord, NH, 03301, USA**

**NEW REGISTERED AGENT:**
**REGISTERED AGENTS INC (658418)**

**NEW REGISTERED AGENT OFFICE:**
**PRINCIPAL OFFICE ADDRESS: 84 W BROADWAY, STE 200, Derry, NH, 03038, USA**
**MAILING ADDRESS: 84 W BROADWAY, STE 200, Derry, NH, 03038, USA**

☑ The street address, town/city of its registered office and the address of the business office of its registered agent, as changed, will be identical.
☑ Pursuant to the provisions of RSA 293-A:5.02(a), RSA 293-A:15.08(a), RSA 304-C:36 II, RSA 304-C:177 V, RSA 304-A:49 II, RSA 564-F:5-501 or RSA 564-F:5-2107, this document must be executed by an officer or director, a manager or member, a partner or agent.

I, the undersigned, do hereby certify that the above information is true to the best of my knowledge and belief.

Title: Manager

Signature: Robert Rausman

Name of Signer: Robert Rausman

Date signed: 03/01/2024

Mailing Address - Corporation Division, NH Department of State, 107 North Main Street, Room 204, Concord, NH 03301-4989
Physical Location - State House Annex, 3rd Floor, Room 317, 25 Capitol Street, Concord, NH
Phone: (603)271-3246 | Fax: (603)271-3247 | Email: corporate@sos.nh.gov | Website: sos.nh.gov
Page 1 of 1



## REGULATORY COMPLIANCE INFORMATION

Black Mountain Peak Healthcare LLC is an LLC established as the owner of the operating companies that will operate the facilities. Although this is a new entity, the LLC is 95% owned by Philip and Robert Rausman, Principles and managers of Northern Group LLC and the remaining 5% of the entity is owned by Sean Stevenson. As detailed below, Sean Stevenson has a lengthy background managing long term care operations in New Hampshire, and the Rausmans have signficant experience managing healthcare facilities in New York.

**Members:**

**Sean Stevenson** is a 25+ year highly skilled and passionate operations executive that meets and exceeds business performance targets including consistent growth and improvement. Consistently recognized for superior performance, reliability, and work ethic resulting in promotions focused on business excellence improvement. An energetic leader and skilled communicator responsible for directing and assuring operations and specialty leadership teams run the healthcare centers to maximum efficiency and highest quality. Adept at instilling alignment between departments towards common goals to ensure financial and clinical outcome success of each center through margin optimization and census/revenue control, labor management, clinical and service quality, cash collection and compassionate customer experience.

Sean served Genesis Healthcare 10 years as Regional Vice President of Operations (4 years) and then promoted to Senior Vice President of Operations (6 years). The Senior VP role had responsibility for half of the whole Genesis portfolio, 9 states and 140+ centers. Sean also served Sunbridge Healthcare and Harborside Healthcare in Regional Vice President of Operations role for 10 years and was a Nursing Home Administrator for Integrated Health Services (IHS) for 5 years. Sean graduated from the University of New Hampshire with a degree in Health Management and Policy and also earned a master's degree in Business Education from Southern New Hampshire University.

Sean has a history of managing operations in New Hampshire and ensuring that his facilities comply with their regulatory obligations and any deficiencies are immediately addressed and corrected.

**Philip Rausman**, has played a pivotal role in the day-to-day operations of the family business running the facilities described below. As CEO, he is deeply involved in various aspects, including clinical reimbursement, staffing, and compliance. Philip's hands-on approach and leadership have been vital in fostering a cohesive team environment and maintaining the quality of care across the facilities.

**Robert Rausman**, the newest addition to the family business in 2020, has quickly made his mark as CFO strategizing and leading the growth initiative. With a focus on financial management and fiscal well-being, Robert oversees the financial aspects of the company, ensuring efficiency and sustainability. His strategic insights and dedication contribute significantly to the continued success and growth of the business.

21556024.1

**Northern Group facilities:**

1. Northern Manhattan Nursing and Rehabilitation center.
   - 320 bed Skilled Nursing facility in New York, NY, 10035
   - Facility was built and licensed by Phillip and Robert's father in 1996
   - 5 Star quality measures
2. Medford MultiCare Center for Living
   - 320 Bed skilled nursing facility at 3115 Horseblock Rd., Medford, NY, 11763
   - 40 Vent beds
   - Facility was licensed and built by Phillip and Robert's father in 2000
   - 5 Star quality measures
3. Manhattanville Health Care center
   - 200 Bed skilled nursing facility at 311 West 231st St., Bronx, NY.
   - 5-star Quality measures
   - Owned and operated since 2002
4. Waterview Nursing center for rehabilitation
   - 200 bed skilled nursing facility at 119-15 27th St., Flushing, NY.
   - 5-star facility
   - Leased to purchase back in 2023
5. Park Avenue Dialysis Center
   - 24 Station Dialysis center at 116 East 124th St., New York, NY 10035

The facilities referenced above have substantially complied with regulatory requirements in New York throughout the past five years and any complaints or notices of deficiency have been addressed.

21556024.1

## ZONING REGULATIONS

I HEREBY CERTIFY THAT _60 Middle Rd., Dover SNF Opco, LLC, d.b.a. Langdon Place of Dover, NH._ COMPLIES WITH ALL APPLICABLE ZONING REGULATIONS FOR THE CITY/TOWN OF _Dover, NH 03870_ .

I HEREBY CERTIFY THAT _____ DOES NOT HAVE LOCAL ZONING REGULATIONS.

NUMBER OF ~~BEDS/CLIENTS~~ units: _140_    NUMBER OF ESRD* STATIONS: _____ N/A: _A_

DATE: _3/4/24_ SIGNATURE: _____ Zoning Administrator
(NAME AND TITLE OF ZONING OFFICIAL)

## FIRE REGULATIONS

THIS CITY/TOWN USES THE FOLLOWING FIRE CODES: (EXAMPLE NFPA 101 (2003 EDITION) CHAPTER ____.)

_____
_____
_____

☐ I HEREBY CERTIFY THAT _____ FD HAS INSPECTED _____
ON _____ AND OBSERVED THE FOLLOWING VIOLATIONS:

_____
_____
_____

☐ I HEREBY CERTIFY THAT _____ FD HAS INSPECTED _____
ON _____ AND FIND THAT ON THE DATE OF INSPECTION NO VIOLATIONS OF THE FIRE CODE ADOPTED BY THE STATE FIRE MARSHAL AND/OR LOCAL MUNICIPAL CODES WERE OBSERVED.

☐ I HEREBY CERTIFY THAT _____ FD HAS INSPECTED _____
ON _____ AND ALL PREVIOUSLY VIOLATIONS NOTED HAVE BEEN CORRECTED.

NUMBER OF BEDS/CLIENTS: _____    NUMBER OF ESRD* STATIONS: _____ N/A: _____

DATE: _____    SIGNATURE: _____
(FIRE CHIEF OR DESIGNEE)

* ESRD = End Stage Renal Dialysis

COMMENTS:

2/20/2020

Page 2

**STATE OF NEW HAMPSHIRE**
**DEPARTMENT OF HEALTH & HUMAN SERVICES**
**OFFICE OF LEGAL AND REGULATORY SERVICES**
**HEALTH FACILITIES ADMINISTRATION**
129 Pleasant Street, Concord, New Hampshire 03301-3857
TDD Access: Relay NH 1-800-735-2964
Agency Phone Number: 800-852-3345, Extension 9039 or 603-271-9039

The facility listed below is requesting through the Department of Health and Human Services the following action:

☑ Initial Licensing
☐ A change in current licensing category
☐ Renovation of Existing Building
☐ New Construction and/or Addition to Existing Building
☐ An increase in current licensed beds / ESRD stations/ or Adult Day Clients

Please note: All applicants must have this form filled out by the local officials, even if they do not see clients at their place of business. This is to confirm that the local authorities are aware that a business is operating at the identified location and that the business complies with all local ordinances.

Local authorities please complete and sign each section.

FACILITY/ESTABLISHMENT NAME: Langdon Place of Dover
STREET ADDRESS: 60 Middle Road
OWNER'S NAME: Dover SNF Opco LLC
ADMINISTRATORS NAME: ~~Robert Hardy~~ Kathleen Ohr
TELEPHONE NUMBER: (603)-743-4110
PROPOSED TYPE OF FACILITY: Nursing Home + Assisted Living Facility

## HEALTH OFFICER

I HEREBY CERTIFY THAT Langdon Place of Dover
COMPLIES WITH ALL APPLICABLE HEALTH, SEWAGE AND WATER REGULATIONS FOR THE CITY/TOWN
OF Dover NH

I HEREBY CERTIFY THAT _____ DOES
NOT REQUIRE HEALTH, SEWAGE AND WATER APPROVAL OF THIS FACILITY/ESTABLISHMENT.

NUMBER OF BEDS/CLIENTS: 156    NUMBER OF ESRD* STATIONS: _____ N/A: ✓

DATE: 04/22/24    SIGNATURE: _____
(NAME AND TITLE OF HEALTH OFFICIAL)

## BUILDING REGULATIONS

I HEREBY CERTIFY THAT Langdon Place at Dover
COMPLIES WITH ALL APPLICABLE BUILDING REGULATIONS FOR THE CITY/TOWN OF

I HEREBY CERTIFY THAT _____ DOES
NOT HAVE LOCAL BUILDING CODES OR REGULATIONS.
4/16/24 Ren 0443 Creal
NUMBER OF BEDS/CLIENTS: 156    NUMBER OF ESRD* STATIONS: _____ N/A: _____

DATE: 4/22/24    SIGNATURE: _____
(NAME AND TITLE OF BUILDING OFFICIAL)

## ZONING REGULATIONS

I HEREBY CERTIFY THAT _60 Middle Rd., Dover SNF Opco, LLC, dba Langdon Place &_
COMPLIES WITH ALL APPLICABLE ZONING REGULATIONS FOR THE CITY/TOWN OF _Dover; NH._
_Dover, NH. 03820_

I HEREBY CERTIFY THAT _____ DOES
NOT HAVE LOCAL ZONING REGULATIONS.

NUMBER OF BEDS/CLIENTS: _156_    NUMBER OF ESRD* STATIONS: _____ N/A: _X_

DATE: _3/4/24_ SIGNATURE _____ _Zoning Administrator_
(NAME AND TITLE OF ZONING OFFICIAL)

## FIRE REGULATIONS

THIS CITY/TOWN USES THE FOLLOWING FIRE CODES: (EXAMPLE NFPA 101 (2000 EDITION)  2018
CHAPTER _11_ )

_____

_____

☐ I HEREBY CERTIFY THAT _____ FD HAS INSPECTED _____
ON _____ AND OBSERVED THE FOLLOWING VIOLATIONS:

_____

_____

☑ I HEREBY CERTIFY THAT _Dover Fire Dept_ FD HAS INSPECTED _Langdon Place_
ON _5/3/24_ AND FIND THAT ON THE DATE OF INSPECTION NO VIOLATIONS OF THE FIRE
CODE ADOPTED BY THE STATE FIRE MARSHAL AND/OR LOCAL MUNICIPAL CODES WERE OBSERVED.

☐ I HEREBY CERTIFY THAT _____ FD HAS INSPECTED _____
ON _____ AND ALL PREVIOUSLY VIOLATIONS NOTED HAVE BEEN CORRECTED.

NUMBER OF BEDS/CLIENTS: _156_    NUMBER OF ESRD* STATIONS: _____ N/A: _____

DATE _5/3/24_ SIGNATURE: _____ – _Fire Inspector_
(FIRE CHIEF OR DESIGNEE)

* ESRD = End Stage Renal Dialysis

COMMENTS:

2/20/2020

Page 2

Outlook

## RE: Nursing Home Facility License Lookup

From Martin, John <John.B.Martin@dhhs.nh.gov>

Date Mon 03/31/2025 10:30 AM

To Leslie B

My org chart is legible (barely)

Top row left to right: Philip Rausman; Robert Rausman

Second row: PR NH Holdings, LLC; RB NH Holdings, LLC; Sean Stevenson

Third row: Northern Care NH Holdings, LLC (can't make out the words on parentheses); 603 Healthcare, LLC (Management Agency) (NH); Black Mountain Peak Healthcare, LLC (NH)

Fourth row: Bedford Hills SNF OPCO, LLC (NH); Wolfeboro SNF OPCO, LLC (NH); Dover SNF OPCO, LLC (NH); Exeter SNF OPCO, LLC (NH); Keene SNF OPCO, LLC (NH); Nashua SNF OPCO, LLC (NH); North Conway SNF OPCO, LLC (NH)

John B. Martin, Deputy Chief Legal Counsel
Department of Health and Human Services
Office of Legal and Regulatory Services
Bureau of General Counsel
129 Pleasant Street
Concord, NH 03301

603/271-9256
603/271-5590 (Fax)

==============================================
ATTORNEY CLIENT PRIVILEGE/CONFIDENTIALITY NOTICE: This electronic message and any attachments to this message may contain confidential or privileged legal information, which is intended for the exclusive use of the intended recipient(s); unauthorized use or further dissemination may be prohibited or restricted by law. If you received this message in error or believe that you are not authorized to have access to the information contained herein, please secure the information and notify the sender immediately.
==============================================

From: Leslie B <
Sent: Friday, March 28, 2025 2:38 PM
To: Martin, John <John.B.Martin@dhhs.nh.gov>
Subject: Re: Nursing Home Facility License Lookup

EXTERNAL EMAIL WARNING! This email originated outside of the New Hampshire Executive Branch network. Do not open attachments or click on links unless you recognize the sender and are expecting the email. Do not enter your username and password on sites that you have reached through an email link. Forward suspicious and

# EXHIBIT 3

**Documents asserting that Dover SNF OPCO is Non-Debtor**

**Description:**
Corporate registration, licensing documents, and/or bankruptcy petition schedules showing
Dover SNF OPCO LLC is **not a named debtor** in Case No. 25-80185.

**Relevance:**
Establishes that Dover SNF OPCO LLC (d/b/a Langdon Place of Dover) is a **non-debtor** entity
and therefore not protected by the automatic stay under 11 U.S.C. § 362(a). Supports the
argument that the stay does not extend to this potential affiliate and that any protection must be
sought via separate adversary relief under § 105(a), which has not occurred.

## Rider 1

### Pending Bankruptcy Cases Filed by the Debtor and
### Certain Affiliates and Subsidiaries of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases for procedural purposes only under the case number assigned to the chapter 11 case of Debtor Genesis Healthcare, Inc.

| Debtor Name | EIN Number |
|---|---|
| Genesis Healthcare, Inc. | 20-3934755 |
| 1 Glen Hill Road Operations LLC | 83-3800183 |
| 1 Sutphin Drive Operations LLC | 26-0798393 |
| 10 Woodland Drive Operations LLC | 26-3157524 |
| 100 Abbeyville Road Operations LLC | 88-4293103 |
| 100 Chambers Street Operations LLC | 26-0796788 |
| 100 W. Queen Street Operations LLC | 92-1075272 |
| 105 Chester Road Operations LLC | 37-1787889 |
| 1000 Lincoln Drive Operations LLC | 26-0798815 |
| 1008 Thompson Street Operations LLC | 92-1055669 |
| 101 13th Street Operations LLC | 26-0798876 |
| 101 Development Group, LLC | 26-3764579 |
| 1020 South Main Street Operations LLC | 26-0831465 |
| 106 Tyree Street Operations LLC | 26-0798930 |
| 1070 Stouffer Avenue Operations LLC | 92-1055714 |
| 11 Dairy Lane Operations LLC | 26-0797280 |
| 1100 Norman Eskridge Highway Operations LLC | 26-0789197 |
| 1104 Welsh Road Operations LLC | 26-0831607 |
| 1105 Perry Highway Operations LLC | 92-1060178 |
| 113 W. McMurray Road Operations LLC | 92-1040208 |
| 115 S. Providence Road Operations LLC | 92-1149731 |
| 12-15 Saddle River Road Operations LLC | 26-0858429 |
| 1245 Church Road Operations LLC | 26-0832125 |
| 1248 Hospital Drive Operations LLC | 36-4813989 |
| 125 Holly Road Operations LLC | 26-0833210 |
| 128 East State Street Associates, LLC | 20-5229040 |
| 136 Donahoe Manor Road Operations LLC | 92-1085905 |
| 1361 Route 72 West Operations LLC | 26-0858998 |
| 1539 Country Club Road Operations LLC | 26-1446436 |
| 1543 Country Club Road Manor Operations LLC | 26-1446339 |
| 161 Bakers Ridge Road Operations LLC | 26-0798986 |
| 1631 Ritter Drive Operations LLC | 26-0799048 |
| 1650 Galisteo Street Operations LLC | 38-4089170 |
| 1680 Spring Creek Road Operations LLC | 26-0834593 |

| Debtor Name | EIN Number |
|---|---|
| 1700 Market Street Operations LLC | 88-4312980 |
| 1700 Pine Street Operations LLC | 26-0837632 |
| 175 Blueberry Lane Operations LLC | 26-0902592 |
| 1770 Barley Road Operations LLC | 92-1100285 |
| 1848 Greentree Road Operations LLC | 92-1100372 |
| 191 Hackett Hill Road Operations LLC | 61-1745358 |
| 2 Blackberry Lane Operations LLC | 37-1787899 |
| 20 Maitland Street Operations LLC | 26-0902639 |
| 200 Pauline Drive Operations LLC | 92-1085955 |
| 200 Reynolds Avenue Operations LLC | 26-0865155 |
| 200 South Ritchie Avenue Operations LLC | 26-0802292 |
| 201 Wood Street Operations LLC | 26-0802570 |
| 2021 Westgate Drive Operations LLC | 92-1071278 |
| 2029 Westgate Drive Operations LLC | 92-1071366 |
| 2101 Fairland Road Operations LLC | 27-3286015 |
| 211-213 Ana Drive Operations LLC | 32-0445595 |
| 2125 Elizabeth Avenue Operations LLC | 88-4303273 |
| 22 Tuck Road Operations LLC | 26-3157262 |
| 225 Evergreen Road Operations LLC | 26-0837946 |
| 227 Evergreen Road Operations LLC | 26-0838035 |
| 23 Fair Street Operations LLC | 38-3974821 |
| 23 Fair Street Property, LLC | 37-1790621 |
| 24 Old Etna Road Operations LLC | 26-0902883 |
| 2400 Kingston Court Operations LLC | 88-4314431 |
| 25 East Lindsley Road Operations LLC | 26-0865287 |
| 25 Ridgewood Road Operations LLC | 26-0902937 |
| 2507 Chestnut Street Operations LLC | 26-0838130 |
| 2600 Northampton Street Operations LLC | 92-1075101 |
| 262 Toll Gate Road Operations LLC | 26-0838226 |
| 2720 Charles Town Road Operations LLC | 26-0802645 |
| 279 Cabot Street Operations LLC | 32-0473527 |
| 279 Cabot Street Property LLC | 38-3975205 |
| 2800 Palo Parkway Operations LLC | 88-4420565 |
| 290 Hanover Street Operations LLC | 26-3156358 |
| 292 Applegarth Road Operations LLC | 26-0865549 |
| 3 Industrial Way East Operations LLC | 26-0865899 |
| 30 West Avenue Operations LLC | 26-2602152 |
| 300 Pearl Street Operations LLC | 38-3975338 |
| 3000 Windmill Road Operations LLC | 88-4314481 |
| 302 Cedar Ridge Road Operations LLC | 26-0802735 |
| 330 Franklin Turnpike Operations LLC | 26-0865965 |
| 333 Green End Avenue Operations LLC | 26-0796847 |
| 3430 Huntingdon Pike Operations LLC | 88-4304543 |
| 3485 Davisville Road Operations II LLC | 92-1105056 |

| Debtor Name | EIN Number |
|---|---|
| 3514 Fowler Avenue Operations LLC | 30-1116161 |
| 3590 Washington Pike Operations LLC | 37-1800646 |
| 3720 Church Rock Street Operations LLC | 36-4906274 |
| 390 Red School Lane Operations LLC | 26-0866040 |
| 40 Crosby Street Operations LLC | 32-0573730 |
| 40 Whitehall Road Operations LLC | 30-0878413 |
| 40 Whitehall Road Property LLC | 36-4814745 |
| 400 McKinley Avenue Operations LLC | 93-3663691 |
| 4140 Old Washington Highway Operations LLC | 26-0814286 |
| 419 Harding Street Operations LLC | 37-1905331 |
| 422 23rd Street Operations LLC | 26-0806381 |
| 425 Buttonwood Street Operations LLC | 92-1040323 |
| 450 East Philadelphia Avenue Operations LLC | 26-0838908 |
| 462 Main Street Operations LLC | 26-0796131 |
| 50 Mulberry Tree Street Operations LLC | 26-0804456 |
| 50 Pheasant Road Operations LLC | 61-1896882 |
| 500 East Philadelphia Avenue Operations LLC | 26-0840575 |
| 501 Thomas Jones Way Operations LLC | 92-1086015 |
| 505 Weyman Road Operations LLC | 92-1086060 |
| 530 Macoby Street Operations LLC | 26-0840740 |
| 54 Sharp Street Operations LLC | 26-0866164 |
| 5485 Perkiomen Avenue Operations LLC | 26-0840797 |
| 550 South Negley Avenue Operations LLC | 92-1089430 |
| 5609 Fifth Avenue Operations LLC | 92-1116989 |
| 590 North Poplar Fork Road Operations LLC | 26-0802814 |
| 60 Highland Road Operations LLC | 88-4292979 |
| 600 Paoli Pointe Drive Operations LLC | 26-0842139 |
| 600 W. Valley Forge Road Operations LLC | 88-4293566 |
| 613 Hammonds Lane Operations LLC | 26-0816065 |
| 624 N. Converse Street Property, LLC | 32-0467257 |
| 640 Bethlehem Pike Operations LLC | 92-1044499 |
| 642 Metacom Avenue Operations LLC | 26-3157291 |
| 660 Commonwealth Avenue Operations LLC | 26-0796908 |
| 677 Court Street Operations LLC | 26-0903080 |
| 7 Baldwin Street Operations LLC | 26-0903110 |
| 700 Marvel Road Operations LLC | 26-0789419 |
| 700 Town Bank Road Operations LLC | 26-0866369 |
| 715 East King Street Operations LLC | 37-1690544 |
| 723 Summers Street Operations LLC | 26-0804524 |
| 724 N. Charlotte Street Operations LLC | 92-1045090 |
| 735 Putnam Pike Operations LLC | 26-3156030 |
| 75 Hickle Street Operations LLC | 26-0842502 |
| 777 Lafayette Road Operations LLC | 26-3157593 |
| 8 Rose Street Operations LLC | 26-0804585 |

| Debtor Name | EIN Number |
|---|---|
| 8 Snow Road Operations LLC | 36-4904863 |
| 80 Maddex Drive Operations LLC | 26-0804643 |
| 800 Court Street Circle Operations LLC | 92-1089501 |
| 803 Hacienda Lane Operations LLC | 36-4905637 |
| 8100 Washington Lane Operations LLC | 26-0842681 |
| 825 Summit Street Operations LLC | 26-0804702 |
| 84 Cold Hill Road Operations LLC | 26-0866432 |
| 840 Lee Road Operations LLC | 26-0805378 |
| 850 12th Avenue Property, LLC | 61-1762114 |
| 867 York Road Operations LLC | 26-0842583 |
| 885 MacBeth Drive Operations LLC | 92-1055531 |
| 900 Tuck Street Operations LLC | 92-1055607 |
| 91 Country Village Road Operations LLC | 26-0903160 |
| 940 Walnut Bottom Road Operations LLC | 92-1089574 |
| 98 Hospitality Drive Operations LLC | 36-4814147 |
| Albuquerque Heights Healthcare and Rehabilitation Center, LLC | 26-0675040 |
| Albuquerque Heights Property, LLC | 36-4739932 |
| Belen Meadows Healthcare and Rehabilitation Center, LLC | 26-0675094 |
| Belfast Operations, LLC | 20-5541877 |
| Brier Oak on Sunset, LLC | 95-4212165 |
| Camden Operations, LLC | 20-5542380 |
| Canyon Albuquerque Property, LLC | 61-1715791 |
| Canyon Transitional Rehabilitation Center, LLC | 26-0675157 |
| Clovis Healthcare and Rehabilitation Center, LLC | 26-0675210 |
| Courtyard JV LLC | 27-3653462 |
| Encore GC Acquisition LLC | 36-4746246 |
| Encore Pediatrics, LLC | 92-0850640 |
| Encore Preakness, LLC | 25-1805051 |
| Encore Rehabilitation Services, LLC | 20-8215706 |
| Falmouth Operations, LLC | 20-5542263 |
| Farmington Operations, LLC | 20-5542206 |
| FC-GEN Operations Investment, LLC | 27-3237005 |
| Five Ninety Six Sheldon Road Operations LLC | 26-3157551 |
| Forty Six Nichols Street Operations LLC | 26-3157432 |
| Fountain Holdco, LLC | 61-1690655 |
| Franklin Woods JV LLC | 27-3653701 |
| GEN BQ JV Holdings, LLC | 83-4680177 |
| GEN CCG JV Holdings LLC | 84-4231317 |
| GEN Operations I, LLC | 27-3237090 |
| GEN Operations II, LLC | 27-3237225 |
| GEN SF JV Holdings, LLC | 84-2030307 |
| GEN-CCG WO Master Tenant LLC | 84-4852373 |
| GEN-Next Holdco I LLC | 83-3196600 |
| Genesis Administrative Services LLC | 30-0847166 |

| Debtor Name | EIN Number |
|---|---|
| Genesis CT Holdings LLC | 26-0787896 |
| Genesis CT XCL Operations LLC | 83-4097388 |
| Genesis DE Holdings LLC | 26-0788062 |
| Genesis Dynasty Operations LLC | 35-2579085 |
| Genesis Eldercare Network Services, LLC | 23-2107987 |
| Genesis ElderCare Physician Services, LLC | 06-1156428 |
| Genesis HealthCare LLC | 27-3237296 |
| Genesis HealthCare of Maine, LLC | 36-4725000 |
| Genesis Holdings LLC | 30-0843337 |
| Genesis MA Holdings LLC | 26-0788158 |
| Genesis MD Holdings LLC | 26-0788216 |
| Genesis Midwest II Operations LLC | 61-1866165 |
| Genesis NH Holdings LLC | 26-0902542 |
| Genesis NHG Operations LLC | 37-1904639 |
| Genesis NHG-GEN Operations LLC | 83-4098117 |
| Genesis NJ Holdings LLC | 26-0856500 |
| Genesis OMG Operations LLC | 45-2036948 |
| Genesis Operations III LLC | 27-3956918 |
| Genesis Operations IV LLC | 45-2014515 |
| Genesis Operations LLC | 26-0787826 |
| Genesis Operations V LLC | 45-2015148 |
| Genesis Operations VI LLC | 45-2015863 |
| Genesis Orion Operations LLC | 46-3646227 |
| Genesis PA Holdings LLC | 26-0788305 |
| Genesis Partnership LLC | 61-1747445 |
| Genesis Physician Services MSO, LLC | 37-1896412 |
| Genesis PM CO Operations LLC | 92-1398777 |
| Genesis PM NJ Operations LLC | 92-1881394 |
| Genesis PM PA Operations LLC | 92-1071670 |
| Genesis RI Holdings LLC | 26-0788381 |
| Genesis SNI Operations LLC | 84-2628539 |
| Genesis Tang Operations LLC | 38-4021426 |
| Genesis VA Holdings LLC | 26-0874971 |
| Genesis VT Holdings LLC | 26-0822458 |
| Genesis WV Holdings LLC | 26-0788494 |
| GHC Holdings LLC | 26-0740682 |
| GHC JV Holdings LLC | 27-3451063 |
| GHC Payroll LLC | 26-1091992 |
| GHC TX Operations LLC | 61-1750087 |
| Granite Ledges JV LLC | 27-3653829 |
| Harborside Danbury Limited Partnership | 06-1528119 |
| Harborside Health I LLC | 51-0304578 |
| Harborside Healthcare Advisors Limited Partnership | 04-2985690 |
| Harborside Healthcare Limited Partnership | 04-2985687 |

| Debtor Name | EIN Number |
|---|---|
| Harborside Healthcare, LLC | 04-3307188 |
| Harborside New Hampshire Limited Partnership | 04-3284611 |
| Harborside Rhode Island Limited Partnership | 05-0495209 |
| Harborside Toledo Business LLC | 04-3274482 |
| HBR Kentucky, LLC | 20-2512086 |
| HBR Trumbull, LLC | 20-4599841 |
| HC 63 Operations LLC | 26-0805549 |
| Kansas City Transitional Care Center, LLC | 38-3879014 |
| Kennebunk Operations, LLC | 20-5542183 |
| Kennett Center, L.P. | 34-1975968 |
| KHI LLC | 51-0304577 |
| Leasehold Resource Group, LLC | 20-0083961 |
| Lewiston Operations, LLC | 20-5541920 |
| LTC ACO, LLC | 37-1787111 |
| Maryland Harborside, LLC | 04-3168713 |
| Magnolia JV LLC | 27-3653937 |
| Metro Therapy, Inc. | 11-3068922 |
| Nine Haywood Avenue Operations LLC | 26-0797562 |
| Odd Lot LLC | 27-5191122 |
| Orono Operations, LLC | 20-5542044 |
| PAI Participant 1, LLC | 83-4164482 |
| PAI Participant 2, LLC | 83-4164572 |
| PAI Participant 3, LLC | 83-4164685 |
| PAI Participant 4, LLC | 83-4164813 |
| PBR Intermediate Holdings, LLC | 88-3920334 |
| PDDTSE, LLC | 46-2458197 |
| Peak Medical Assisted Living, LLC | 52-2088942 |
| Peak Medical Las Cruces No. 2, LLC | 20-0068615 |
| Peak Medical Las Cruces, LLC | 71-0950059 |
| Peak Medical New Mexico No. 3, LLC | 85-0484183 |
| Peak Medical Roswell, LLC | 20-0068604 |
| Peak Medical, LLC | 52-2088940 |
| Pine Tree Villa LLC | 20-2513222 |
| Post-Acute Innovations, LLC | 37-1932430 |
| Powerback Pediatrics of Arkansas, LLC | 88-4247749 |
| Powerback Pediatrics of Georgia, LLC | 99-0921365 |
| Powerback Pediatrics of Missouri, LLC | 92-0863507 |
| Powerback Pediatrics of Nebraska, LLC | 92-0886808 |
| Powerback Pediatrics of South Carolina, LLC | 99-0921075 |
| Powerback Pediatrics of Vermont, LLC | 99-0921658 |
| Powerback Rehabilitation, LLC | 23-2446104 |
| PRMC/GEC at Salisbury Center, LLC | 23-3010869 |
| Property Resource Holdings, LLC | 37-1712484 |
| Regency Health Services, LLC | 33-0210226 |

| Debtor Name | EIN Number |
|---|---|
| Respiratory Health Services LLC | 52-2054967 |
| Romney Health Care Center Limited Partnership | 55-0689584 |
| Route 92 Operations LLC | 26-0805623 |
| Saddle Shop Road Operations LLC | 26-0805711 |
| Salisbury JV LLC | 27-3654054 |
| Scarborough Operations, LLC | 20-5542088 |
| SHG Partnership, LLC | 36-4802236 |
| SHG Resources, LLC | 20-0084078 |
| Skies Healthcare and Rehabilitation Center, LLC | 26-0675263 |
| Skiles Avenue and Sterling Drive Urban Renewal Operations LLC | 61-1717930 |
| Skilled Healthcare, LLC | 20-0084014 |
| Skowhegan SNF Operations, LLC | 20-5541352 |
| St. Anthony Healthcare and Rehabilitation Center, LLC | 26-0675327 |
| St. Catherine Healthcare and Rehabilitation Center, LLC | 20-8386337 |
| St. John Healthcare and Rehabilitation Center, LLC | 20-8386810 |
| St. Theresa Healthcare and Rehabilitation Center, LLC | 26-0675370 |
| State Street Associates, L.P. | 23-2799332 |
| State Street Kennett Square, LLC | 23-2446105 |
| Stillwell Road Operations LLC | 26-0805824 |
| Summit Care Parent, LLC | 38-3901040 |
| Summit Care, LLC | 95-3656297 |
| Sun Healthcare Group, Inc. | 13-4230695 |
| SunBridge Beckley Health Care LLC | 31-1042548 |
| SunBridge Care Enterprises, LLC | 95-3311961 |
| SunBridge Clipper Home of North Conway, LLC | 02-0417606 |
| SunBridge Clipper Home of Wolfeboro, LLC | 02-0382521 |
| SunBridge Dunbar Health Care LLC | 55-0593873 |
| SunBridge Gardendale Health Care Center, LLC | 58-2238801 |
| SunBridge Goodwin Nursing Home, LLC | 02-0303002 |
| SunBridge Healthcare, LLC | 85-0370802 |
| SunBridge Nursing Home, LLC | 91-1572371 |
| SunBridge Putnam Health Care LLC | 31-0996773 |
| SunBridge Regency-North Carolina, LLC | 56-1954175 |
| SunBridge Regency-Tennessee, LLC | 33-0690226 |
| SunBridge Retirement Care Associates, LLC | 43-1441789 |
| SunBridge Salem Health Care LLC | 31-0996769 |
| SunDance Rehabilitation Agency, LLC | 30-0141695 |
| SunDance Rehabilitation Holdco, Inc. | 38-3954180 |
| SunDance Rehabilitation, LLC | 06-1310410 |
| The Rehabilitation Center of Albuquerque, LLC | 26-0675426 |
| Thirty Five Bel-Aire Drive SNF Operations LLC | 26-0797624 |
| Three Mile Curve Operations LLC | 26-0806097 |
| Waterville SNF Operations LLC | 20-5541966 |
| Westbrook Operations, LLC | 20-5542347 |

| Debtor Name | EIN Number |
|---|---|
| Westwood Medical Park Operations LLC | 26-0797458 |

Admin

*Epiq Debtors List*

# Genesis Healthcare

Case # 25-80185

**Judge** Stacey G Jernigan **Jurisdiction** Texas - Northern District

**Filed** Jul 09 2025 https://www.genesishcc.com/

⊕Healthcare

SUBSCRIBE TO DOCKET ALERTS

| Overview | Debtors | Dockets | Claims | Key Documents |
|---|---|---|---|---|

FEEDBACK

← Back to all cases                                                                          Admin

Lead Debtor **25-80185 Genesis Healthcare, Inc. 26-3934733**

## Related Debtors

| Case No. | Debtor | EIN Number |
|---|---|---|
| 25-80188 | 1 Glen Hill Road Operations LLC | 83-3800183 |
| 25-80195 | 1 Sutphin Drive Operations LLC | 26-0798393 |
| 25-80204 | 10 Woodland Drive Operations LLC | 26-3157524 |
| 25-80222 | 100 Abbeyville Road Operations LLC | 88-4293103 |
| 25-80228 | 100 Chambers Street Operations LLC | 26-0796788 |
| 25-80232 | 100 W. Queen Street Operations LLC | 92-1075272 |
| 25-80250 | 105 Chester Road Operations LLC | 37-1787889 |
| 25-80311 | 1000 Lincoln Drive Operations LLC | 26-0798815 |
| 25-80315 | 1008 Thompson Street Operations LLC | 92-1055669 |
| 25-80234 | 101 13th Street Operations LLC | 26-0798876 |
| 25-80246 | 101 Development Group, LLC | 26-3764579 |
| 25-80317 | 1020 South Main Street Operations LLC | 26-0831465 |
| 25-80253 | 106 Tyree Street Operations LLC | 26-0798930 |
| 25-80319 | 1070 Stouffer Avenue Operations LLC | 92-1055714 |
| 25-80210 | 11 Dairy Lane Operations LLC | 26-0797280 |
| 25-80323 | 1100 Norman Eskridge Highway Operations LLC | 26-0789197 |
| 25-80327 | 1104 Welsh Road Operations LLC | 26-0831607 |
| 25-80331 | 1105 Perry Highway Operations LLC | 92-1060178 |
| 25-80258 | 113 W. McMurray Road Operations LLC | 92-1040208 |
| 25-80260 | 115 S. Providence Road Operations LLC | 92-1149731 |
| 25-80214 | 12-15 Saddle River Road Operations LLC | 26-0858429 |
| 25-80335 | 1245 Church Road Operations LLC | 26-0832125 |
| 25-80338 | 1248 Hospital Drive Operations LLC | 36-4813989 |
| 25-80265 | 125 Holly Road Operations LLC | 26-0833210 |
| 25-80270 | 128 East State Street Associates, LLC | 20-5229040 |
| 25-80275 | 136 Donahoe Manor Road Operations LLC | 92-1085905 |
| 25-80343 | 1361 Route 72 West Operations LLC | 26-0858998 |
| 25-80346 | 1539 Country Club Road Operations LLC | 26-1446436 |
| 25-80350 | 1543 Country Club Road Manor Operations LLC | 26-1446339 |
| 25-80279 | 161 Bakers Ridge Road Operations LLC | 26-0798986 |
| 25-80354 | 1631 Ritter Drive Operations LLC | 26-0799048 |
| 25-80357 | 1650 Galisteo Street Operations LLC | 38-4089170 |
| 25-80361 | 1680 Spring Creek Road Operations LLC | 26-0834593 |

| | | |
|---|---|---|
| 25-80389 | 1770 Barley Road Operations LLC | 92-1100285 |
| 25-80394 | 1848 Greentree Road Operations LLC | 92-1100372 |
| 25-80287 | 191 Hackett Hill Road Operations LLC | 61-1745358 |
| 25-80200 | 2 Blackberry Lane Operations LLC | 37-1787899 |
| 25-80220 | 20 Maitland Street Operations LLC | 26-0902639 |
| 25-80293 | 200 Pauline Drive Operations LLC | 92-1085955 |
| 25-80297 | 200 Reynolds Avenue Operations LLC | 26-0865155 |
| 25-80303 | 200 South Ritchie Avenue Operations LLC | 26-0802292 |
| 25-80306 | 201 Wood Street Operations LLC | 26-0802570 |
| 25-80397 | 2021 Westgate Drive Operations LLC | 92-1071278 |
| 25-80401 | 2029 Westgate Drive Operations LLC | 92-1071366 |
| 25-80406 | 2101 Fairland Road Operations LLC | 27-3286015 |
| 25-80186 | 211-213 Ana Drive Operations LLC | 32-0445595 |
| 25-80189 | 2125 Elizabeth Avenue Operations LLC | 88-4303273 |
| 25-80192 | 22 Tuck Road Operations LLC | 26-3157262 |
| 25-80198 | 225 Evergreen Road Operations LLC | 26-0837946 |
| 25-80199 | 227 Evergreen Road Operations LLC | 26-0838035 |
| 25-80203 | 23 Fair Street Operations LLC | 38-3974821 |
| 25-80205 | 23 Fair Street Property, LLC | 37-1790621 |
| 25-80208 | 24 Old Etna Road Operations LLC | 26-0902883 |
| 25-80211 | 2400 Kingston Court Operations LLC | 88-4314431 |
| 25-80215 | 25 East Lindsley Road Operations LLC | 26-0865287 |
| 25-80217 | 25 Ridgewood Road Operations LLC | 26-0902937 |
| 25-80223 | 2507 Chestnut Street Operations LLC | 26-0838130 |
| 25-80227 | 2600 Northampton Street Operations LLC | 92-1075101 |
| 25-80230 | 262 Toll Gate Road Operations LLC | 26-0838226 |
| 25-80233 | 2720 Charles Town Road Operations LLC | 26-0802645 |
| 25-80236 | 279 Cabot Street Operations LLC | 32-0473527 |
| 25-80239 | 279 Cabot Street Property LLC | 38-3975205 |
| 25-80241 | 2800 Palo Parkway Operations LLC | 88-4420565 |
| 25-80245 | 290 Hanover Street Operations LLC | 26-3156358 |
| 25-80247 | 292 Applegarth Road Operations LLC | 26-0865549 |
| 25-80249 | 3 Industrial Way East Operations LLC | 26-0865899 |
| 25-80254 | 30 West Avenue Operations LLC | 26-2602152 |
| 25-80257 | 300 Pearl Street Operations LLC | 38-3975338 |
| 25-80259 | 3000 Windmill Road Operations LLC | 88-4314481 |
| 25-80264 | 302 Cedar Ridge Road Operations LLC | 26-0802735 |

| 25-80201 | 3485 Davisville Road Operations II LLC | 92-1105056 |
| 25-80213 | 3514 Fowler Avenue Operations LLC | 30-1116161 |
| 25-80218 | 3590 Washington Pike Operations LLC | 37-1800646 |
| 25-80225 | 3720 Church Rock Street Operations LLC | 36-4906274 |
| 25-80231 | 390 Red School Lane Operations LLC | 26-0866040 |
| 25-80240 | 40 Crosby Street Operations LLC | 32-0573730 |
| 25-80244 | 40 Whitehall Road Operations LLC | 30-0878413 |
| 25-80256 | 40 Whitehall Road Property LLC | 36-4814745 |
| 25-80263 | 400 McKinley Avenue Operations LLC | 93-3663691 |
| 25-80268 | 4140 Old Washington Highway Operations LLC | 26-0814286 |
| 25-80272 | 419 Harding Street Operations LLC | 37-1905331 |
| 25-80276 | 422 23rd Street Operations LLC | 26-0806381 |
| 25-80282 | 425 Buttonwood Street Operations LLC | 92-1040323 |
| 25-80286 | 450 East Philadelphia Avenue Operations LLC | 26-0838908 |
| 25-80289 | 462 Main Street Operations LLC | 26-0796131 |
| 25-80294 | 50 Mulberry Tree Street Operations LLC | 26-0804456 |
| 25-80301 | 50 Pheasant Road Operations LLC | 61-1896882 |
| 25-80310 | 500 East Philadelphia Avenue Operations LLC | 26-0840575 |
| 25-80313 | 501 Thomas Jones Way Operations LLC | 92-1086015 |
| 25-80329 | 505 Weyman Road Operations LLC | 92-1086060 |
| 25-80333 | 530 Macoby Street Operations LLC | 26-0840740 |
| 25-80337 | 54 Sharp Street Operations LLC | 26-0866164 |
| 25-80342 | 5485 Perkiomen Avenue Operations LLC | 26-0840797 |
| 25-80348 | 550 South Negley Avenue Operations LLC | 92-1089430 |
| 25-80351 | 5609 Fifth Avenue Operations LLC | 92-1116989 |
| 25-80356 | 590 North Poplar Fork Road Operations LLC | 26-0802814 |
| 25-80360 | 60 Highland Road Operations LLC | 88-4292979 |
| 25-80364 | 600 Paoli Pointe Drive Operations LLC | 26-0842139 |
| 25-80371 | 600 W. Valley Forge Road Operations LLC | 88-4293566 |
| 25-80375 | 613 Hammonds Lane Operations LLC | 26-0816065 |
| 25-80182 | 624 N. Converse Street Property, LLC | 32-0467257 |
| 25-80379 | 640 Bethlehem Pike Operations LLC | 92-1044499 |
| 25-80383 | 642 Metacom Avenue Operations LLC | 26-3157291 |
| 25-80390 | 660 Commonwealth Avenue Operations LLC | 26-0796908 |
| 25-80393 | 677 Court Street Operations LLC | 26-0903080 |

← Back to all cases

Admin

| | | |
|---|---|---|
| 25-80436 | 715 East King Street Operations LLC | 37-1690544 |
| 25-80440 | 723 Summers Street Operations LLC | 26-0804524 |
| 25-80447 | 724 N. Charlotte Street Operations LLC | 92-1045090 |
| 25-80450 | 735 Putnam Pike Operations LLC | 26-3156030 |
| 25-80453 | 75 Hickle Street Operations LLC | 26-0842502 |
| 25-80455 | 777 Lafayette Road Operations LLC | 26-3157593 |
| 25-80458 | 8 Rose Street Operations LLC | 26-0804585 |
| 25-80462 | 8 Snow Road Operations LLC | 36-4904863 |
| 25-80467 | 80 Maddex Drive Operations LLC | 26-0804643 |
| 25-80468 | 800 Court Street Circle Operations LLC | 92-1089501 |
| 25-80469 | 803 Hacienda Lane Operations LLC | 36-4905637 |
| 25-80470 | 885 MacBeth Drive Operations LLC | 92-1055531 |
| 25-80471 | 8100 Washington Lane Operations LLC | 26-0842681 |
| 25-80472 | 825 SUMMIT STREET OPERATIONS LLC | 26-0804702 |
| 25-80473 | 84 Cold Hill Road Operations LLC | 26-0866432 |
| 25-80474 | 840 Lee Road Operations LLC | 26-0805378 |
| 25-80183 | 850 12th Avenue Property, LLC | 61-1762114 |
| 25-80475 | 867 York Road Operations LLC | 26-0842583 |
| 25-80476 | 900 Tuck Street Operations LLC | 92-1055607 |
| 25-80477 | 91 Country Village Road Operations LLC | 26-0903160 |
| 25-80478 | 940 Walnut Bottom Road Operations LLC | 92-1089574 |
| 25-80479 | 98 Hospitality Drive Operations LLC | 36-4814147 |
| 25-80266 | Albuquerque Heights Healthcare and Rehabilitation Center, LLC | 26-0675040 |
| 25-80269 | Albuquerque Heights Property, LLC | 36-4739932 |
| 25-80273 | Belen Meadows Healthcare and Rehabilitation Center, LLC | 26-0675094 |
| 25-80277 | Belfast Operations, LLC | 20-5541877 |
| 25-80280 | Brier Oak on Sunset, LLC | 95-4212165 |
| 25-80285 | Camden Operations, LLC | 20-5542380 |
| 25-80291 | Canyon Albuquerque Property, LLC | 61-1715791 |
| 25-80296 | Canyon Transitional Rehabilitation Center, LLC | 26-0675157 |
| 25-80299 | Clovis Healthcare and Rehabilitation Center, LLC | 26-0675210 |
| 25-80454 | Courtyard JV LLC | 27-3653462 |
| 25-80302 | Encore GC Acquisition LLC | 36-4746246 |
| 25-80305 | Encore Pediatrics LLC | 92-0850640 |
| 25-80309 | Encore Preakness, LLC | 25-1805051 |

| 25-80320 | FC-GEN Operations Investment, LLC | 27-3237005 |
| 25-80324 | Five Ninety Six Sheldon Road Operations LLC | 26-3157551 |
| 25-80326 | Forty Six Nichols Street Operations LLC | 26-3157432 |
| 25-80330 | Fountain Holdco, LLC | 61-1690655 |
| 25-80457 | Franklin Woods JV LLC | 27-3653701 |
| 25-80459 | GEN BQ JV Holdings, LLC | 83-4680177 |
| 25-80461 | GEN CCG JV Holdings LLC | 84-4231317 |
| 25-80340 | GEN Operations I, LLC | 27-3237090 |
| 25-80344 | GEN Operations II, LLC | 27-3237225 |
| 25-80464 | GEN SF JV Holdings, LLC | 84-2030307 |
| 25-80345 | GEN-CCG WO Master Tenant LLC | 84-4852373 |
| 25-80466 | GEN-Next Holdco I LLC | 83-3196600 |
| 25-80349 | Genesis Administrative Services LLC | 30-0847166 |
| 25-80353 | Genesis CT Holdings LLC | 26-0787896 |
| 25-80355 | Genesis CT XCL Operations LLC | 83-4097388 |
| 25-80358 | Genesis DE Holdings LLC | 26-0788062 |
| 25-80362 | Genesis Dynasty Operations LLC | 35-2579085 |
| 25-80366 | Genesis Eldercare Network Services, LLC | 23-2107987 |
| 25-80370 | Genesis ElderCare Physician Services, LLC | 06-1156428 |
| 25-80372 | Genesis HealthCare LLC | 27-3237296 |
| 25-80376 | Genesis HealthCare of Maine, LLC | 36-4725000 |
| 25-80380 | Genesis Holdings LLC | 30-0843337 |
| 25-80381 | Genesis MA Holdings LLC | 26-0788158 |
| 25-80385 | Genesis MD Holdings LLC | 26-0788216 |
| 25-80386 | Genesis Midwest II Operations LLC | 61-1866165 |
| 25-80387 | Genesis NH Holdings LLC | 26-0902542 |
| 25-80392 | Genesis NHG Operations LLC | 37-1904639 |
| 25-80396 | Genesis NHG-GEN Operations LLC | 83-4098117 |
| 25-80398 | Genesis NJ Holdings LLC | 26-0856500 |
| 25-80402 | Genesis OMG Operations LLC | 45-2036948 |
| 25-80405 | Genesis Operations III LLC | 27-3956918 |
| 25-80409 | Genesis Operations IV LLC | 45-2014515 |
| 25-80411 | Genesis Operations LLC | 26-0787826 |
| 25-80412 | Genesis Operations V LLC | 45-2015148 |
| 25-80413 | Genesis Operations VI LLC | 45-2015863 |
| 25-80415 | Genesis Orion Operations LLC | 46-3646227 |
| 25-80417 | Genesis PA Holdings LLC | 26-0788205 |

| | | |
|---|---|---|
| 25-80426 | Genesis PM NJ Operations LLC | 92-1881394 |
| 25-80427 | Genesis PM PA Operations LLC | 92-1071670 |
| 25-80431 | Genesis RI Holdings LLC | 26-0788381 |
| 25-80438 | Genesis SNI Operations LLC | 84-2628539 |
| 25-80441 | Genesis Tang Operations LLC | 38-4021426 |
| 25-80434 | Genesis VA Holdings LLC | 26-0874971 |
| 25-80444 | Genesis VT Holdings LLC | 26-0822458 |
| 25-80187 | Genesis WV Holdings LLC | 26-0788494 |
| 25-80196 | GHC Holdings LLC | 26-0740682 |
| 25-80207 | GHC JV Holdings LLC | 27-3451063 |
| 25-80212 | GHC Payroll LLC | 26-1091992 |
| 25-80184 | GHC TX Operations LLC | 61-1750087 |
| 25-80224 | Granite Ledges JV LLC | 27-3653829 |
| 25-80229 | Harborside Danbury Limited Partnership | 06-1528119 |
| 25-80237 | Harborside Health I LLC | 51-0304578 |
| 25-80243 | Harborside Healthcare Advisors Limited Partnership | 04-2985690 |
| 25-80248 | Harborside Healthcare Limited Partnership | 04-2985687 |
| 25-80252 | Harborside Healthcare, LLC | 04-3307188 |
| 25-80262 | Harborside New Hampshire Limited Partnership | 04-3284611 |
| 25-80274 | Harborside Rhode Island Limited Partnership | 05-0495209 |
| 25-80281 | Harborside Toledo Business LLC | 04-3274482 |
| 25-80290 | HBR Kentucky, LLC | 20-2512086 |
| 25-80298 | HBR Trumbull, LLC | 20-4599841 |
| 25-80307 | HC 63 Operations LLC | 26-0805549 |
| 25-80314 | Kansas City Transitional Care Center, LLC | 38-3879014 |
| 25-80321 | Kennebunk Operations, LLC | 20-5542183 |
| 25-80325 | Kennett Center, L.P. | 34-1975968 |
| 25-80332 | KHI LLC | 51-0304577 |
| 25-80336 | Leasehold Resource Group, LLC | 20-0083961 |
| 25-80341 | Lewiston Operations, LLC | 20-5541920 |
| 25-80347 | LTC ACO, LLC | 37-1787111 |
| 25-80359 | Maryland Harborside, LLC | 04-3168713 |
| 25-80352 | Magnolia JV LLC | 27-3653937 |
| 25-80363 | Metro Therapy, Inc. | 11-3068922 |
| 25-80369 | Nine Haywood Avenue Operations LLC | 26-0797562 |
| 25-80373 | Odd Lot LLC | 27-5191122 |

| | | |
|---|---|---|
| 25-80391 | PAI Participant 3, LLC | 83-4164685 |
| 25-80395 | PAI Participant 4, LLC | 83-4164813 |
| 25-80399 | PBR Intermediate Holdings, LLC | 88-3920334 |
| 25-80404 | PDDTSE, LLC | 46-2458197 |
| 25-80410 | Peak Medical Assisted Living, LLC | 52-2088942 |
| 25-80414 | Peak Medical Las Cruces No. 2, LLC | 20-0068615 |
| 25-80416 | Peak Medical Las Cruces, LLC | 71-0950059 |
| 25-80421 | Peak Medical New Mexico No. 3, LLC | 85-0484183 |
| 25-80430 | Peak Medical Roswell, LLC | 20-0068604 |
| 25-80437 | Peak Medical, LLC | 52-2088940 |
| 25-80442 | Pine Tree Villa LLC | 20-2513222 |
| 25-80445 | Post-Acute Innovations, LLC | 37-1932430 |
| 25-80449 | Powerback Pediatrics of Arkansas, LLC | 88-4247749 |
| 25-80452 | Powerback Pediatrics of Georgia, LLC | 99-0921365 |
| 25-80456 | Powerback Pediatrics of Missouri, LLC | 92-0863507 |
| 25-80460 | Powerback Pediatrics of Nebraska, LLC | 92-0886808 |
| 25-80463 | Powerback Pediatrics of South Carolina, LLC | 99-0921075 |
| 25-80465 | Powerback Pediatrics of Vermont, LLC | 99-0921658 |
| 25-80191 | Powerback Rehabilitation, LLC | 23-2446104 |
| 25-80194 | PRMC/GEC at Salisbury Center, LLC | 23-3010869 |
| 25-80202 | Property Resource Holdings, LLC | 37-1712484 |
| 25-80206 | Regency Health Services, LLC | 33-0210226 |
| 25-80209 | Respiratory Health Services LLC | 52-2054967 |
| 25-80216 | Romney Health Care Center Limited Partnership | 55-0689584 |
| 25-80219 | Route 92 Operations LLC | 26-0805623 |
| 25-80221 | Saddle Shop Road Operations LLC | 26-0805711 |
| 25-80226 | Salisbury JV LLC | 27-3654054 |
| 25-80235 | Scarborough Operations, LLC | 20-5542088 |
| 25-80238 | SHG Partnership, LLC | 36-4802236 |
| 25-80242 | SHG Resources, LLC | 20-0084078 |
| 25-80251 | Skies Healthcare and Rehabilitation Center, LLC | 26-0675263 |
| 25-80255 | Skiles Avenue and Sterling Drive Urban Renewal Operations LLC | 61-1717930 |
| 25-80261 | Skilled Healthcare, LLC | 20-0084014 |
| 25-80267 | Skowhegan SNF Operations, LLC | 20-5541352 |
| 25-80271 | St. Anthony Healthcare and Rehabilitation | 26-0675327 |

| | Center, LLC | |
| --- | --- | --- |
| 25-80288 | St. Theresa Healthcare and Rehabilitation Center, LLC | 26-0675370 |
| 25-80292 | State Street Associates, L.P. | 23-2799332 |
| 25-80295 | State Street Kennett Square, LLC | 23-2446105 |
| 25-80300 | Stillwell Road Operations LLC | 26-0805824 |
| 25-80304 | Summit Care Parent, LLC | 38-3901040 |
| 25-80308 | Summit Care, LLC | 95-3656297 |
| 25-80322 | Sun Healthcare Group, Inc. | 13-4230695 |
| 25-80328 | SunBridge Beckley Health Care LLC | 31-1042548 |
| 25-80334 | SunBridge Care Enterprises, LLC | 95-3311961 |
| 25-80339 | SunBridge Clipper Home of North Conway, LLC | 02-0417606 |
| 25-80368 | SunBridge Clipper Home of Wolfeboro, LLC | 02-0382521 |
| 25-80374 | SunBridge Dunbar Health Care LLC | 55-0593873 |
| 25-80377 | SunBridge Gardendale Health Care Center, LLC | 58-2238801 |
| 25-80382 | SunBridge Goodwin Nursing Home, LLC | 02-0303002 |
| 25-80480 | SunBridge Healthcare, LLC | 85-0370802 |
| 25-80400 | SunBridge Nursing Home, LLC | 91-1572371 |
| 25-80403 | SunBridge Putnam Health Care LLC | 31-0996773 |
| 25-80407 | SunBridge Regency-North Carolina, LLC | 56-1954175 |
| 25-80418 | SunBridge Regency-Tennessee, LLC | 33-0690226 |
| 25-80420 | SunBridge Retirement Care Associates, LLC | 43-1441789 |
| 25-80423 | SunBridge Salem Health Care LLC | 31-0996769 |
| 25-80425 | SunDance Rehabilitation Agency, LLC | 30-0141695 |
| 25-80429 | SunDance Rehabilitation Holdco, Inc. | 38-3954180 |
| 25-80433 | SunDance Rehabilitation, LLC | 06-1310410 |
| 25-80435 | The Rehabilitation Center of Albuquerque, LLC | 26-0675426 |
| 25-80439 | Thirty Five Bel-Aire Drive SNF Operations LLC | 26-0797624 |
| 25-80443 | Three Mile Curve Operations LLC | 26-0806097 |
| 25-80446 | Waterville SNF Operations LLC | 20-5541966 |
| 25-80448 | Westbrook Operations, LLC | 20-5542347 |
| 25-80451 | Westwood Medical Park Operations LLC | 26-0797458 |

View Less

# EXHIBIT 4

**Docket No. 423 (Incorporated by Reference)**

**Description:**

Reply to Debtors' Objection (Docket 225) filed by Leslie Kulas Burke on August 12, 2025.

---

**Relevance:**

This Reply sets forth the full factual and legal basis for granting stay relief. It includes:

- Detailed rebuttals to Genesis's misrepresentations;

- Admissions of stay/discharge violations made in open court;

- Exhibits documenting improper billing, corporate structuring, and the non-debtor status of Dover SNF OPCO LLC.

**Note:**

Due to its length (241 pages), this document is incorporated herein by reference to Docket No. 423 in Case No. 25-80185 (N.D. Tex.). The document is publicly available on the Court's ECF system. Copies will be provided to the Court upon request. If the Court prefers, Movant will lodge a courtesy PDF with bookmarks for judicial review, previously shared at the Clerk of Court's request on August 12, 2025.

# EXHIBIT 5

**Genesis Healthcare's Use of Shell LLCs: Dover SNF OPCO LLC is Not a Debtor**
*Supporting Targeted Stay Relief and Opposing Misuse of § 362 to Shield Non-Debtors*

## I. Summary

Genesis Healthcare Inc. seeks to block the continuation of an adversary proceeding in New Hampshire where it **has already admitted** violating the automatic stay and discharge injunction. Yet now, it improperly attempts to invoke § 362 to protect a separate entity, **Dover SNF OPCO LLC,** that is **not a debtor** in this case.

**Genesis has never asserted that Dover SNF OPCO LLC is a debtor.**
It appears **nowhere on the petition**, but Genesis is using its Chapter 11 filing to **shield this non-debtor affiliate from discovery and liability.**

## II. Dover SNF OPCO LLC Operates Langdon Place of Dover – But Is Not a Debtor

- Langdon Place of Dover, a skilled nursing facility, is operated through the shell entity Dover SNF OPCO LLC.

- Dover SNF OPCO LLC:

    - Is not included in the Chapter 11 petition;

    - Was central to the post-discharge collection conduct that gave rise to the adversary proceeding;

    - Remains a named target of discovery in the New Hampshire case (Adv. No. 25-01002-KJB).

Genesis now seeks to bar discovery into this entity by claiming blanket protection under the automatic stay, even though they never filed this suspected affiliate as a debtor.

## III. Clarification Regarding Post-Discharge Invoices

While the fraudulent post-discharge billing referenced in Exhibit 2 was issued by Sunbridge Goodwin Nursing Home, LLC d/b/a Exeter Rehabilitation Center, not Dover SNF OPCO LLC, both entities reflect Genesis's broader strategy:

- Use of non-debtor shell LLCs to continue billing and operations;

- Later attempts to invoke stay protections to prevent accountability;

- A systemic pattern of corporate separation without operational independence.

## IV. Corporate Shell Structure (Simplified)

Genesis Healthcare Inc. (Debtor)
↓
Genesis Mgmt. Companies & Financial Oversight
↓
SNF OPCO LLCs (non-debtors)
➔ Dover SNF OPCO LLC – Langdon Place of Dover
➔ Exeter SNF OPCL LLC – Langdon Place of Exeter

These shell LLC entities operate under centralized Genesis control, but remain legally insulated, until it becomes convenient for Genesis to claim stay protection on their behalf.

## V. Relevance to Motion for Relief from Stay (Doc. 83)

Our Motion for Relief from Stay requests permission to continue litigation where:

- Genesis admitted liability for stay and discharge violations;

- Discovery is now targeted at Dover SNF OPCO LLC, a non-debtor entity;

- No bankruptcy protection is owed to this entity under § 362.

## VI. Conclusion

Genesis cannot:

- Admit violations in open court,

- Omit key affiliates from its Chapter 11 petition,

- And then claim that § 362 protects those same non-debtors from liability.

**Dover SNF OPCO LLC is not entitled to stay protection** and should not be insulated from discovery or liability under the guise of Genesis's own bankruptcy filing.

Leslie Kulas Burke (pro se)
Jaclyn Rohr (pro se)
PO BOX 512
Plaistow, NH 03865
Telephone: (603) 777-2616
Email: jjwkguardian@gmail.com

*Co-Guardians for John J.W. Kulas*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

In re:                                          Chapter 11

**GENESIS HEALTHCARE, INC., et al.,**

    Debtors.                          Case No. 25-80185-sgj11

## CERTIFICATE OF SERVICE FOR EXHIBIT BINDER
## FOR HEARING SCHEDULED AUGUST 21, 2025

We hereby certify that on August 16, 2025, a true and correct copy of the foregoing **Exhbit Binder for Hearing Scheduled Augst 21, 2025** was served via the Court's CM/ECF system, which automatically serves all counsel of record and registered parties in this case, including, without limitation, counsel for the Debtors, counsel for the Official Committee of Unsecured Creditors, the Office of the United States Trustee, and other parties listed on the Master Service List.

To the extent any party on the Master Service List is not a registered CM/ECF user, service was made by first-class mail, postage prepaid, or by other means permitted under the Federal Rules of Bankruptcy Procedure, to the address set forth in the Court's records.

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 16, 2025

Signed:

Leslie Kulas Burke
PO BOX 512
Plaistow, NH 03865
(603) 777-2616

Signature: _____

Jaclyn Rohr
62 Ledgeview Dr
Rochester, NH 03839
(603) 343-6096

Signature: _____

Leslie Kulas Burke (pro se)
Jaclyn Rohr (pro se)
PO BOX 512
Plaistow, NH 03865
Telephone: (603) 777-2616
Email: jjwkguardian@gmail.com

*Co-Guardians for John J.W. Kulas*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

In re:                                          Chapter 11

**GENESIS HEALTHCARE, INC., et al.,**

    Debtors.                          Case No. 25-80185-sgj11

# EXHIBIT BINDER SUPPLEMENT – EXHIBIT 6
# FOR HEARING SCHEDULED AUGUST 21, 2025
### *(RELATED TO DOCKET NO. 83)*

# EXHIBIT 6

**Email Exchange Re: Improper Transcript Demands by Genesis Counsel**

**Description (Cover Page or Exhibit Index):**

Email correspondence dated August 13–16, 2025 between Jack Haake (McDermott Will & Emery, counsel for Genesis Healthcare Inc.) and Leslie Kulas Burke, in which Debtors' counsel:

- **Demanded production of a certified court transcript** under threat of sanctions;

- Ignored the 90-day restriction period under Judicial Conference policy;

- Attempted to **compel disclosure via informal email** rather than proper discovery procedures;

- Was advised the transcript was available to the Court under seal or in camera, and that Genesis could obtain their own copy, which they did per court reporter / transcriptionist.

**Relevance:**

This exhibit supports:

- Movants' compliance with all applicable transcript rules;

- The improper pressure and procedural overreach by Debtors' counsel;

- That Movants relied on **admissions already on the record**, not the full transcript;

- The need for **relief from stay** to proceed in the proper forum (NH), where Debtors previously admitted liability.

 Gmail

Leslie Kulas Burke, Co_Guardian <jjwkguardian@gmail.com>

___

### Re: Genesis - Transcript Request
1 message

**Leslie Kulas Burke, Co_Guardian** <jjwkguardian@gmail.com>                Sat, Aug 16, 2025 at 3:18 PM
To: "Haake, Jack" <Jhaake@mwe.com>
Cc: "Keil, Emily" <Ekeil@mwe.com>, "Green, Debbie" <Dgreen@mwe.com>, mhelt@mwe.com
Bcc: "                                                          ...eslie

Mr. Haake,

We will comply with the Judicial Conference transcript policy and this Court's procedures. For 90 days, remote access is limited to purchasers; we will not distribute our copy or circumvent the court reporter's copyright. We will follow whatever direction the Court gives. Having chosen the Northern District of Texas, the Debtors and McDermott are presumptively familiar with these requirements.

Our Reply to Dkt. 225 already contains the exhibits we intend to use on August 21, 2025. We will comply with L.B.R. 9014-1(c) and promptly identify any additional exhibit or demonstrative if we decide one would aid the Court.

If you seek broader discovery, proceed under FRBP 9014 and 7026–7037. We will not produce materials in response to informal email demands, and we will not redistribute a purchased transcript during the 90-day restriction.

Your office has already ordered its own copy through Ms. Jacqueline Bishop Jones. Any further access should be obtained from your staff or directly from the reporter. To the extent pinpoint admissions are useful, we will identify page/line citations. If the Court wishes to see the underlying pages, we will submit those pages directly to chambers for in camera review, or, if directed, file limited excerpts under seal. We will not serve transcript pages on you absent a court order.

We reserve all rights, including to seek appropriate relief if the Debtors persist in imposing unnecessary motion practice.

Your demand to "produce the transcript by 4:00 p.m. CT" and threat of sanctions are unsupported by the rules. If you intend to seek relief, file a motion. Absent a properly noticed motion, we consider this issue closed.

Regards,
Leslie Kulas Burke

On Fri, Aug 15, 2025 at 5:50 PM Haake, Jack <Jhaake@mwe.com> wrote:

> Leslie, please be advised that we will object to any testimony regarding the hearing if the full transcript is not provided.  Furthermore, we request that the transcript be produced to the Debtors on or before 4: 00 pm (CT) on August 18, 2025.  We reserve all rights, including seeking attorneys fees and sanctions for failure to produce the requested document.
>
>
> **Jack G. Haake**
> Associate
>
> **T:** +1 214 210 2816 | **M:** +1 571 214 4863 | **F:** +1 972 232 3098
> jhaake@mwe.com | LinkedIn
>
> McDermott Will & Schulte LLP | mwe.com
> 2801 North Harwood Street, Suite 2600, Dallas, TX 75201
>
>  McDermott
> Will & Schulte

**From:** Leslie Kulas Burke, Co_Guardian <jjwkguardian@gmail.com>
**Sent:** Friday, August 15, 2025 12:09 PM
**To:** Haake, Jack <Jhaake@mwe.com>

M Gmail

---

## RE: Genesis - Transcript Request

2 messages

---

**Haake, Jack** <Jhaake@mwe.com>                                            Fri, Aug 15, 2025 at 5:50 PM
To: "Leslie Kulas Burke, Co_Guardian" <jjwkguardian@gmail.com>
Cc: "Keil, Emily" <Ekeil@mwe.com>, "Green, Debbie" <Dgreen@mwe.com>

Leslie, please be advised that we will object to any testimony regarding the hearing if the full transcript is not provided.  Furthermore, we request that the transcript be produced to the Debtors on or before 4: 00 pm (CT) on August 18, 2025.  We reserve all rights, including seeking attorneys fees and sanctions for failure to produce the requested document.

**Jack G. Haake**
Associate

**T:** +1 214 210 2816 | **M:** +1 571 214 4863 | **F:** +1 972 232 3098
jhaake@mwe.com | LinkedIn

McDermott Will & Schulte LLP | mwe.com
2801 North Harwood Street, Suite 2600, Dallas, TX 75201

 McDermott
Will & Schulte

---

**From:** Leslie Kulas Burke, Co_Guardian <jjwkguardian@gmail.com>
**Sent:** Friday, August 15, 2025 12:09 PM
**To:** Haake, Jack <Jhaake@mwe.com>
**Cc:** Keil, Emily <Ekeil@mwe.com>
**Subject:** Re: Genesis - Transcript Request

[ External Email ]

Mr. Haake,

Good afternoon.

As noted previously, we are still traveling, and due to the recent court schedule changes we extended our trip. We will address upon our return and after we have had the opportunity to review the court's procedures regarding transcript distribution.

We are not relying on a complete transcript. Our filings rely on the Debtors' on-the-record admissions of violations made in open court.

Regards,
Leslie Kulas Burke

PS - Apologies for the delayed response. While traveling I have limited access to service and full case files.

On Thu, Aug 14, 2025 at 4:51 PM Haake, Jack <Jhaake@mwe.com> wrote:

> Leslie, your pleading states that the certified transcript is available upon request.  We are requesting the transcript.  Please advise whether you will provide it and if you plan on relying on the transcript at the hearing.

**Jack G. Haake**
Associate

**T:** +1 214 210 2816 | **M:** +1 571 214 4863 | **F:** +1 972 232 3098
jhaake@mwe.com | LinkedIn

McDermott Will & Schulte LLP | mwe.com
2801 North Harwood Street, Suite 2600, Dallas, TX 75201



---

**From:** Leslie Kulas Burke, Co_Guardian <jjwkguardian@gmail.com>
**Sent:** Thursday, August 14, 2025 3:44 PM
**To:** Haake, Jack <Jhaake@mwe.com>
**Subject:** Re: Genesis - Transcript Request

[ External Email ]

Mr. Haake,

I am currently traveling, with my return extended a bit due to the recent court rescheduling. I will respond in greater detail upon my return.

As noted in my filing, the transcript was available for the Court's review.

Regards,
Leslie Kulas Burke

On Thu, Aug 14, 2025 at 10:57 AM Haake, Jack <Jhaake@mwe.com> wrote:

> Good morning, Leslie.  We are following up on our request that you provide the certified transcript referenced in your pleading at Docket No. 423.  Please provide us with the transcript as soon as possible.  Thank you.
>
>
> **Jack G. Haake**
> Associate
>
> **T:** +1 214 210 2816 | **M:** +1 571 214 4863 | **F:** +1 972 232 3098
> jhaake@mwe.com | LinkedIn
>
> McDermott Will & Schulte LLP | mwe.com
> 2801 North Harwood Street, Suite 2600, Dallas, TX 75201
>
> 
>
> ---
>
> **From:** Haake, Jack
> **Sent:** Wednesday, August 13, 2025 1:50 PM
> **To:** 'Leslie Kulas Burke, Co_Guardian' <jjwkguardian@gmail.com>
> **Subject:** RE: Genesis

Leslie, can you please provide me with the certified transcript and audio recording that you reference in your pleading at Docket No. 423?

**Jack G. Haake**
Associate

**T:** +1 214 210 2816 | **M:** +1 571 214 4863 | **F:** +1 972 232 3098
jhaake@mwe.com | LinkedIn

McDermott Will & Schulte LLP | mwe.com
2801 North Harwood Street, Suite 2600, Dallas, TX 75201



---

**From:** Haake, Jack
**Sent:** Wednesday, August 13, 2025 1:24 PM
**To:** Leslie Kulas Burke, Co_Guardian <jjwkguardian@gmail.com>
**Subject:** RE: Genesis

Understood.  If there is anything you would like to discuss, my line is open.

Travel safely.

**Jack G. Haake**
Associate

**T:** +1 214 210 2816 | **M:** +1 571 214 4863 | **F:** +1 972 232 3098
jhaake@mwe.com | LinkedIn

McDermott Will & Schulte LLP | mwe.com
2801 North Harwood Street, Suite 2600, Dallas, TX 75201



---

**From:** Leslie Kulas Burke, Co_Guardian <jjwkguardian@gmail.com>
**Sent:** Wednesday, August 13, 2025 1:22 PM
**To:** Haake, Jack <Jhaake@mwe.com>
**Subject:** Genesis

[ External Email ]

Apologies I am driving and went through a bad cell zone. I never hang up on a conversation.  We will see you guys in court obviously.
Dictating via speech to text so I hope this email finds it your way.

Leslie

Leslie Kulas Burke (pro se)
Jaclyn Rohr (pro se)
PO BOX 512
Plaistow, NH 03865
Telephone: (603) 777-2616
Email: jjwkguardian@gmail.com

*Co-Guardians for John J.W. Kulas*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

In re:                                                Chapter 11

**GENESIS HEALTHCARE, INC., et al.,**

      Debtors.                                    Case No. 25-80185-sgj11

---

### CERTIFICATE OF SERVICE FOR EXHIBIT BINDER SUPPLEMENT
### FOR HEARING SCHEDULED AUGUST 21, 2025

We hereby certify that on August 16, 2025, a true and correct copy of the foregoing **Exhbit Binder Supplement for Hearing Scheduled Augst 21, 2025** was served via the Court's CM/ECF system, which automatically serves all counsel of record and registered parties in this case, including, without limitation, counsel for the Debtors, counsel for the Official Committee of Unsecured Creditors, the Office of the United States Trustee, and other parties listed on the Master Service List.

To the extent any party on the Master Service List is not a registered CM/ECF user, service was made by first-class mail, postage prepaid, or by other means permitted under the Federal Rules of Bankruptcy Procedure, to the address set forth in the Court's records.

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Dated: August 16, 2025

Signed:

Leslie Kulas Burke                          Jaclyn Rohr
PO BOX 512                                  62 Ledgeview Dr
Plaistow, NH 03865                          Rochester, NH 03839
(603) 777-2616                              (603) 343-6096

**Signature:** _____          **Signature:** _____