Leslie Kulas Burke (pro se)
Jaclyn Rohr (pro se)
PO BOX 512
Plaistow, NH 03865
Telephone: (603) 777-2616
Email: jjwkguardian@gmail.com

*Co-Guardians for John J.W. Kulas*

**FILED**

AUG 1 9 2025

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

In re:                                              Chapter 11

**GENESIS HEALTHCARE, INC., et al.,**

    Debtors.                              Case No. 25-80185-sgj11

---

### Supplemental Bench Brief in Support of Docket No. 83 (Motion for Relief from Stay)

**Summary of Relief Requested:**

Movants respectfully request an order:

- Granting relief from the automatic stay to allow the continuation of Adversary Proceeding No. 25-01002-KJB, pending in the District of New Hampshire;
- Clarifying that Dover SNF OPCO LLC (Langdon Place of Dover) is not protected under 11 U.S.C. § 362, as it is a non-debtor entity;
- Allowing limited discovery to proceed against Dover SNF OPCO LLC, which remains the operative facility-level entity involved in the violations Genesis has already admitted.

**Key Facts:**

- Genesis **admitted in open court** (NH hearing, July 2, 2025) that it violated both the **automatic stay (§ 362)** and **discharge injunction (§ 524)** in the Chapter 7 case of John J.W. Kulas.
- The adversary proceeding is well underway, and Genesis's **counsel admitted liability and promised to pay judgment**.

- Discovery at this stage is narrowly targeted at **Dover SNF OPCO LLC**, a **non-debtor unconfirmed affiliate** of Genesis that is trying to use this Chapter 11 to evade scrutiny.

**Legal Basis for Relief:**

Relief is proper under 11 U.S.C. § 362(d)(1):

- There is **cause**, including Genesis's own admissions and the advanced stage of the adversary;
- There is **no harm to the estate** because no estate assets are being pursued;
- The proceeding involves **enforcement of existing bankruptcy rights**, not creation of new liability.

**Additional Notes:**

- Genesis has **not listed Dover SNF OPCO LLC** as a debtor in its petition.
- Despite this, it is attempting to shield that entity via **Docket No. 14,** which Movants have opposed separately (Docket No. 90).
- Exhibit 5 in the submitted binder demonstrates the corporate shell structure through which Genesis attempts to insulate its non-debtor affiliates.

**Conclusion:**

Genesis cannot admit violations and then use the bankruptcy to block redress. Movants request the Court:

- Grant the Motion for Relief from Stay (Dkt. 83);
- Reject any implied extension of § 362 to Dover SNF OPCO LLC;
- Allow the New Hampshire court to finish what Genesis's own admissions confirmed.

Respectfully submitted,
Dated: August 16, 2025

Respectfully submitted,

| | |
|---|---|
| Leslie Kulas Burke | Jaclyn Rohr |
| Co-Guardian for John J.W. Kulas | Co-Guardian for John J.W. Kulas |
| Appearing *Pro Se* | Appearing *Pro Se* |
| PO BOX 512 | 62 Ledgeview Dr |
| Plaistow, NH 03865 | Rochester, NH 03839 |

Signature: _____   Signature: _____

Leslie Kulas Burke (pro se)
Jaclyn Rohr (pro se)
PO BOX 512
Plaistow, NH 03865
Telephone: (603) 777-2616
Email: jjwkguardian@gmail.com
*Co-Guardians for John J.W. Kulas*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

In re:                                                                                    Chapter 11

**GENESIS HEALTHCARE, INC., et al.,**

Debtors.                                                                 Case No. 25-80185-sgj11

---

### CERTIFICATE OF SERVICE OF SUPPLEMENTAL BENCH BRIEF IN SUPPORT OF DOCKET NO. 83 (MOTION FOR RELIEF FROM AUTOMATIC STAY)

---

We, Leslie Kulas Burke and Jaclyn Rohr, certify that on August 16, 2025, a copy of **Supplemental Bench Brief in Support of Docket No. 83 (Motion for Relief from Stay)** was served via the Court's CM/ECF system, which automatically serves all counsel of record and registered parties in this case, including, without limitation, counsel for the Debtors, counsel for the Official Committee of Unsecured Creditors, the Office of the United States Trustee, and other parties listed on the Master Service List.

To the extent any party on the Master Service List is not a registered CM/ECF user, service was made by first-class mail, postage prepaid, or by other means permitted under the Federal Rules of Bankruptcy Procedure, to the address set forth in the Court's records.

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 16, 2025

Signed:
Leslie Kulas Burke
PO BOX 512
Plaistow, NH 03865
(603) 777-2616

**Signature:** _____

Jaclyn Rohr
62 Ledgeview Dr
Rochester, NH 03839
(603) 343-6096

**Signature:** _____