Leslie Kulas Burke (pro se)
Jaclyn Rohr (pro se)
PO BOX 512
Plaistow, NH 03865
Telephone: (603) 777-2616
Email: jjwkguardian@gmail.com

*Co-Guardians for John J.W. Kulas*



## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

In re:                                                        Chapter 11

**GENESIS HEALTHCARE, INC., et al.,**

　　　Debtors.                                        Case No. 25-80185-sgj11

# EXHIBIT BINDER SUPPLEMENT – EXHIBIT 6
# FOR HEARING SCHEDULED AUGUST 21, 2025
*(RELATED TO DOCKET NO. 83)*

# EXHIBIT 6

**Email Exchange Re: Improper Transcript Demands by Genesis Counsel**

**Description (Cover Page or Exhibit Index):**
Email correspondence dated August 13–16, 2025 between Jack Haake (McDermott Will & Emery, counsel for Genesis Healthcare Inc.) and Leslie Kulas Burke, in which Debtors' counsel:

- **Demanded production of a certified court transcript** under threat of sanctions;
- Ignored the 90-day restriction period under Judicial Conference policy;
- Attempted to **compel disclosure via informal email** rather than proper discovery procedures;
- Was advised the transcript was available to the Court under seal or in camera, and that Genesis could obtain their own copy, which they did per court reporter / transcriptionist.

**Relevance:**
This exhibit supports:

- Movants' compliance with all applicable transcript rules;
- The improper pressure and procedural overreach by Debtors' counsel;
- That Movants relied on **admissions already on the record**, not the full transcript;
- The need for **relief from stay** to proceed in the proper forum (NH), where Debtors previously admitted liability.

 Gmail

Leslie Kulas Burke, Co_Guardian <jjwkguardian@gmail.com>

## Re: Genesis - Transcript Request
1 message

**Leslie Kulas Burke, Co_Guardian** <jjwkguardian@gmail.com>  Sat, Aug 16, 2025 at 3:18 PM
To: "Haake, Jack" <Jhaake@mwe.com>
Cc: "Keil, Emily" <Ekeil@mwe.com>, "Green, Debbie" <Dgreen@mwe.com>, mhelt@mwe.com
Bcc: " " ..eslie

Mr. Haake,

We will comply with the Judicial Conference transcript policy and this Court's procedures. For 90 days, remote access is limited to purchasers; we will not distribute our copy or circumvent the court reporter's copyright. We will follow whatever direction the Court gives. Having chosen the Northern District of Texas, the Debtors and McDermott are presumptively familiar with these requirements.

Our Reply to Dkt. 225 already contains the exhibits we intend to use on August 21, 2025. We will comply with L.B.R. 9014-1(c) and promptly identify any additional exhibit or demonstrative if we decide one would aid the Court.

If you seek broader discovery, proceed under FRBP 9014 and 7026–7037. We will not produce materials in response to informal email demands, and we will not redistribute a purchased transcript during the 90-day restriction.

Your office has already ordered its own copy through Ms. Jacqueline Bishop Jones. Any further access should be obtained from your staff or directly from the reporter. To the extent pinpoint admissions are useful, we will identify page/line citations. If the Court wishes to see the underlying pages, we will submit those pages directly to chambers for in camera review, or, if directed, file limited excerpts under seal. We will not serve transcript pages on you absent a court order.

We reserve all rights, including to seek appropriate relief if the Debtors persist in imposing unnecessary motion practice.

Your demand to "produce the transcript by 4:00 p.m. CT" and threat of sanctions are unsupported by the rules. If you intend to seek relief, file a motion. Absent a properly noticed motion, we consider this issue closed.

Regards,
Leslie Kulas Burke

On Fri, Aug 15, 2025 at 5:50 PM Haake, Jack <Jhaake@mwe.com> wrote:

> Leslie, please be advised that we will object to any testimony regarding the hearing if the full transcript is not provided. Furthermore, we request that the transcript be produced to the Debtors on or before 4:00 pm (CT) on August 18, 2025. We reserve all rights, including seeking attorneys fees and sanctions for failure to produce the requested document.
>
>
> **Jack G. Haake**
> Associate
>
> T: +1 214 210 2816 | M: +1 571 214 4863 | F: +1 972 232 3098
> jhaake@mwe.com | LinkedIn
>
> McDermott Will & Schulte LLP | mwe.com
> 2801 North Harwood Street, Suite 2600, Dallas, TX 75201
>
> 
>
> From: Leslie Kulas Burke, Co_Guardian <jjwkguardian@gmail.com>
> Sent: Friday, August 15, 2025 12:09 PM
> To: Haake, Jack <Jhaake@mwe.com>



Leslie Kulas Burke, Co_Guardian <jjwkguardian@gmail.com>

## RE: Genesis - Transcript Request

2 messages

**Haake, Jack** <Jhaake@mwe.com>  Fri, Aug 15, 2025 at 5:50 PM
To: "Leslie Kulas Burke, Co_Guardian" <jjwkguardian@gmail.com>
Cc: "Keil, Emily" <Ekeil@mwe.com>, "Green, Debbie" <Dgreen@mwe.com>

Leslie, please be advised that we will object to any testimony regarding the hearing if the full transcript is not provided. Furthermore, we request that the transcript be produced to the Debtors on or before 4: 00 pm (CT) on August 18, 2025. We reserve all rights, including seeking attorneys fees and sanctions for failure to produce the requested document.

**Jack G. Haake**
Associate

**T:** +1 214 210 2816 | **M:** +1 571 214 4863 | **F:** +1 972 232 3098
jhaake@mwe.com | LinkedIn

McDermott Will & Schulte LLP | mwe.com
2801 North Harwood Street, Suite 2600, Dallas, TX 75201



**From:** Leslie Kulas Burke, Co_Guardian <jjwkguardian@gmail.com>
**Sent:** Friday, August 15, 2025 12:09 PM
**To:** Haake, Jack <Jhaake@mwe.com>
**Cc:** Keil, Emily <Ekeil@mwe.com>
**Subject:** Re: Genesis - Transcript Request

[ External Email ]

Mr. Haake,

Good afternoon.

As noted previously, we are still traveling, and due to the recent court schedule changes we extended our trip. We will address upon our return and after we have had the opportunity to review the court's procedures regarding transcript distribution.

We are not relying on a complete transcript. Our filings rely on the Debtors' on-the-record admissions of violations made in open court.

Regards,
Leslie Kulas Burke

PS - Apologies for the delayed response. While traveling I have limited access to service and full case files.

On Thu, Aug 14, 2025 at 4:51 PM Haake, Jack <Jhaake@mwe.com> wrote:
> Leslie, your pleading states that the certified transcript is available upon request. We are requesting the transcript. Please advise whether you will provide it and if you plan on relying on the transcript at the hearing.

**Jack G. Haake**
Associate

**T:** +1 214 210 2816 | **M:** +1 571 214 4863 | **F:** +1 972 232 3098
jhaake@mwe.com | LinkedIn

McDermott Will & Schulte LLP | mwe.com
2801 North Harwood Street, Suite 2600, Dallas, TX 75201



---

**From:** Leslie Kulas Burke, Co_Guardian <jjwkguardian@gmail.com>
**Sent:** Thursday, August 14, 2025 3:44 PM
**To:** Haake, Jack <Jhaake@mwe.com>
**Subject:** Re: Genesis - Transcript Request

[ External Email ]

Mr. Haake,

I am currently traveling, with my return extended a bit due to the recent court rescheduling. I will respond in greater detail upon my return.

As noted in my filing, the transcript was available for the Court's review.

Regards,
Leslie Kulas Burke

On Thu, Aug 14, 2025 at 10:57 AM Haake, Jack <Jhaake@mwe.com> wrote:

> Good morning, Leslie. We are following up on our request that you provide the certified transcript referenced in your pleading at Docket No. 423. Please provide us with the transcript as soon as possible. Thank you.
>
>
> **Jack G. Haake**
> Associate
>
> **T:** +1 214 210 2816 | **M:** +1 571 214 4863 | **F:** +1 972 232 3098
> jhaake@mwe.com | LinkedIn
>
> McDermott Will & Schulte LLP | mwe.com
> 2801 North Harwood Street, Suite 2600, Dallas, TX 75201
>
> 

---

**From:** Haake, Jack
**Sent:** Wednesday, August 13, 2025 1:50 PM
**To:** 'Leslie Kulas Burke, Co_Guardian' <jjwkguardian@gmail.com>
**Subject:** RE: Genesis

Leslie, can you please provide me with the certified transcript and audio recording that you reference in your pleading at Docket No. 423?

**Jack G. Haake**
Associate

**T:** +1 214 210 2816 | **M:** +1 571 214 4863 | **F:** +1 972 232 3098
jhaake@mwe.com | LinkedIn

McDermott Will & Schulte LLP | mwe.com
2801 North Harwood Street, Suite 2600, Dallas, TX 75201



---

**From:** Haake, Jack
**Sent:** Wednesday, August 13, 2025 1:24 PM
**To:** Leslie Kulas Burke, Co_Guardian <jjwkguardian@gmail.com>
**Subject:** RE: Genesis

Understood. If there is anything you would like to discuss, my line is open.

Travel safely.

**Jack G. Haake**
Associate

**T:** +1 214 210 2816 | **M:** +1 571 214 4863 | **F:** +1 972 232 3098
jhaake@mwe.com | LinkedIn

McDermott Will & Schulte LLP | mwe.com
2801 North Harwood Street, Suite 2600, Dallas, TX 75201



---

**From:** Leslie Kulas Burke, Co_Guardian <jjwkguardian@gmail.com>
**Sent:** Wednesday, August 13, 2025 1:22 PM
**To:** Haake, Jack <Jhaake@mwe.com>
**Subject:** Genesis

[ External Email ]

Apologies I am driving and went through a bad cell zone. I never hang up on a conversation. We will see you guys in court obviously.
Dictating via speech to text so I hope this email finds it your way.

Leslie

Leslie Kulas Burke (pro se)
Jaclyn Rohr (pro se)
PO BOX 512
Plaistow, NH 03865
Telephone: (603) 777-2616
Email: jjwkguardian@gmail.com

*Co-Guardians for John J.W. Kulas*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

In re:                                                            Chapter 11

**GENESIS HEALTHCARE, INC., et al.,**

        Debtors.                                         Case No. 25-80185-sgj11

## CERTIFICATE OF SERVICE FOR EXHIBIT BINDER SUPPLEMENT
## FOR HEARING SCHEDULED AUGUST 21, 2025

We hereby certify that on August 16, 2025, a true and correct copy of the foregoing **Exhbit Binder Supplement for Hearing Scheduled Augst 21, 2025** was served via the Court's CM/ECF system, which automatically serves all counsel of record and registered parties in this case, including, without limitation, counsel for the Debtors, counsel for the Official Committee of Unsecured Creditors, the Office of the United States Trustee, and other parties listed on the Master Service List.

To the extent any party on the Master Service List is not a registered CM/ECF user, service was made by first-class mail, postage prepaid, or by other means permitted under the Federal Rules of Bankruptcy Procedure, to the address set forth in the Court's records.

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 16, 2025

Signed:

| | |
|---|---|
| Leslie Kulas Burke | Jaclyn Rohr |
| PO BOX 512 | 62 Ledgeview Dr |
| Plaistow, NH 03865 | Rochester, NH 03839 |
| (603) 777-2616 | (603) 343-6096 |

**Signature:** _/s/ Leslie Kulas Burke_

**Signature:** _/s/ Jaclyn Rohr_