| | |
|---|---|
| **MCDERMOTT WILL & SCHULTE LLP**<br>Marcus A. Helt (TX 24052187)<br>Jack G. Haake (TX 24127704)<br>Grayson Williams (TX 24124561)<br>2801 N. Harwood Street, Suite 2600<br>Dallas, Texas 75201-1574<br>Telephone: (214) 295-8000<br>Facsimile: (972) 232-3098<br>Email: mhelt@mwe.com<br>jhaake@mwe.com<br>gwilliams@mwe.com<br><br>*Proposed Counsel for the Debtors and Debtors-in-Possession* | **MCDERMOTT WILL & SCHULTE LLP**<br>Daniel M. Simon (admitted *pro hac vice*)<br>Emily C. Keil (admitted *pro hac vice*)<br>William A. Guerrieri (admitted *pro hac vice*)<br>Catherine T. Lee (admitted *pro hac vice*)<br>Landon W. Foody (admitted *pro hac vice*)<br>444 West Lake Street, Suite 4000<br>Chicago, Illinois 60606<br>Telephone: (312) 372-2000<br>Facsimile: (312) 984-7700<br>Email: dsimon@mwe.com<br>ekeil@mwe.com<br>wguerrieri@mwe.com<br>clee@mwe.com<br>lfoody@mwe.com |

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>GENESIS HEALTHCARE, INC., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 25-80185 (SGJ)<br>)<br>) (Jointly Administered)<br>)<br>) **Related to Docket Nos. 17, 57**<br>) |

## NOTICE OF UPDATED DIP BUDGET

**PLEASE TAKE NOTICE** that, on July 9, 2025 (the "Petition Date"), Genesis Healthcare, Inc. and certain of its affiliates and subsidiaries as debtors and debtors-in-possession (collectively, the "Debtors") filed voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on July 10, 2025, the Debtors filed the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate*

---

[1] The last four digits of Genesis Healthcare, Inc.'s federal tax identification number are 4755. There are 299 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/case/genesis/info. The location of Genesis Healthcare, Inc.'s corporate headquarters and the Debtors' service address is 101 East State Street, Kennett Square, PA 19348.

*Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 17] (the "DIP Motion").

**PLEASE TAKE FURTHER NOTICE** that, on July 11, 2025, the Court entered the *Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 57] (the "Interim DIP Order").  A copy of the Initial DIP Budget (as defined in the Interim DIP Order) was attached to the Interim DIP Order as Exhibit 2.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 11(a) of the Interim DIP Order, the Updated DIP Budget is attached hereto as **Exhibit A**.

| | |
|---|---|
| Dated: August 19, 2025<br>Dallas, Texas | **MCDERMOTT WILL & SCHULTE LLP**<br><br>*/s/ Marcus A. Helt*<br>Marcus A. Helt (TX 24052187)<br>Jack G. Haake (TX 24127704)<br>Grayson Williams (TX 24124561)<br>2801 N. Harwood Street, Suite 2600<br>Dallas, Texas 75201-1574<br>Telephone:   (214) 295-8000<br>Facsimile:    (972) 232-3098<br>Email:           mhelt@mwe.com<br>                     jhaake@mwe.com<br>                     gwilliams@mwe.com<br><br>- and -<br><br>Daniel M. Simon (admitted *pro hac vice*)<br>Emily C. Keil (admitted *pro hac vice*)<br>William A. Guerrieri (admitted *pro hac vice*)<br>Catherine T. Lee (admitted *pro hac vice*)<br>Landon W. Foody (admitted *pro hac vice*)<br>444 West Lake Street, Suite 4000<br>Chicago, Illinois 60606<br>Telephone:   (312) 372-2000<br>Facsimile:    (312) 984-7700<br>Email:           dsimon@mwe.com<br>                     ekeil@mwe.com<br>                     wguerrieri@mwe.com<br>                     clee@mwe.com<br>                     lfoody@mwe.com<br><br>*Proposed Counsel for the Debtors and Debtors-in-Possession* |

2

## CERTIFICATE OF SERVICE

    I do hereby certify that on the date hereof, a true and correct copy of the foregoing was served via the Court's CM/ECF system to all parties authorized to receive electronic notice in these cases. The Debtors' claims and noticing agent will be filing a supplemental certificate of service on the docket to reflect any additional service of the foregoing.

Dated: August 19, 2025  
       Dallas, Texas

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
Grayson Williams (TX 24124561)
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201-1574
Telephone:   (214) 295-8000
Facsimile:   (972) 232-3098
Email:   mhelt@mwe.com
       jhaake@mwe.com
       gwilliams@mwe.com

- and -

Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
William A. Guerrieri (admitted *pro hac vice*)
Catherine T. Lee (admitted *pro hac vice*)
Landon W. Foody (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:   (312) 372-2000
Facsimile:   (312) 984-7700
Email:   dsimon@mwe.com
       ekeil@mwe.com
       wguerrieri@mwe.com
       clee@mwe.com
       lfoody@mwe.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*

# **EXHIBIT A**

**Updated DIP Budget**

**Genesis HealthCare**
**DIP Budget**

| ($ in millions) | wk 1 Fcst. Post 8/15/25 | wk 2 Fcst. Post 8/22/25 | wk 3 Fcst. Post 8/29/25 | wk 4 Fcst. Post 9/5/25 | wk 5 Fcst. Post 9/12/25 | wk 6 Fcst. Post 9/19/25 | wk 7 Fcst. Post 9/26/25 | wk 8 Fcst. Post 10/3/25 | wk 9 Fcst. Post 10/10/25 | wk 10 Fcst. Post 10/17/25 | wk 11 Fcst. Post 10/24/25 | wk 12 Fcst. Post 10/31/25 | wk 13 Fcst. Post 11/7/25 | 13-Wk Fcst. Post Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 **Operating Receipts** | **55.1** | **49.3** | **71.3** | **43.6** | **55.1** | **45.0** | **68.6** | **48.4** | **54.9** | **88.7** | **68.0** | **44.6** | **49.5** | **742.4** |
| 2 Payroll & Benefits | (34.5) | (26.7) | (34.6) | (27.3) | (32.9) | (27.4) | (34.1) | (26.6) | (33.4) | (29.4) | (32.4) | (27.8) | (33.0) | (400.1) |
| 3 Insurance | (0.0) | (0.0) | (0.1) | (0.5) | (0.0) | (0.0) | (0.0) | (7.3) | (0.0) | (0.0) | (0.0) | (0.1) | (0.0) | (8.4) |
| 4 Provider Assessments | (6.6) | (0.7) | (5.8) | - | (4.3) | (2.5) | (0.9) | (0.3) | (4.4) | (2.5) | (5.7) | (3.8) | (4.4) | (41.9) |
| 5 Trade Payables | (13.9) | (17.2) | (13.9) | (17.0) | (17.0) | (17.0) | (14.3) | (12.1) | (11.9) | (32.3) | (11.9) | (11.9) | (14.0) | (204.2) |
| 6 Utilities | (1.2) | (1.2) | (1.2) | (1.5) | (1.5) | (1.5) | (1.5) | (1.2) | (1.0) | (1.0) | (1.0) | (1.0) | (1.3) | (16.2) |
| 7 Rent & Related | (8.0) | - | (3.3) | (18.9) | (2.7) | (2.6) | (2.1) | (16.9) | (2.7) | (2.7) | - | (2.1) | (19.6) | (81.7) |
| 8 **Subtotal - Operating Disbursements** | **($64.3)** | **($45.9)** | **($58.8)** | **($65.2)** | **($58.4)** | **($50.9)** | **($52.9)** | **($64.5)** | **($53.5)** | **($67.9)** | **($51.0)** | **($46.7)** | **($72.4)** | **($752.4)** |
| 9 **Net Operating Cash Flows** | **($9.2)** | **$3.5** | **$12.5** | **($21.6)** | **($3.3)** | **($5.9)** | **$15.7** | **($16.1)** | **$1.5** | **$20.8** | **$17.0** | **($2.1)** | **($22.8)** | **($10.1)** |
| 10 Total Interest Payments & Fees | (1.7) | - | - | (3.7) | - | - | - | - | (3.7) | - | - | - | (3.8) | (12.9) |
| 11 Total Professional Fees | (1.8) | (2.1) | (1.8) | (1.5) | (1.9) | (1.5) | (1.5) | (1.5) | (1.9) | (1.5) | (1.5) | (1.5) | (0.7) | (21.1) |
| 12 Total US Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - | (1.0) | (1.0) |
| 13 Total Other Restructuring Disbursements | (0.3) | (0.3) | (0.3) | (2.3) | (0.3) | (0.3) | (0.3) | (2.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.2) | (7.4) |
| 14 **Subtotal - Restructuring Disbursements** | **($3.9)** | **($2.4)** | **($2.1)** | **($7.5)** | **($2.2)** | **($1.8)** | **($1.8)** | **($3.8)** | **($5.9)** | **($1.8)** | **($1.8)** | **($1.8)** | **($5.8)** | **($42.4)** |
| 15 **Net Cash Flow** | **($13.0)** | **$1.0** | **$10.4** | **($29.1)** | **($5.5)** | **($7.7)** | **$13.9** | **($19.9)** | **($4.4)** | **$19.0** | **$15.2** | **($3.9)** | **($28.6)** | **($52.5)** |
| 16 Beginning Op. Book Cash Balance | 40.9 | 27.9 | 46.9 | 57.3 | 28.2 | 22.7 | 15.0 | 28.9 | 9.0 | 4.6 | 23.6 | 38.8 | 35.0 | 40.9 |
| 17 (+/-): Net Cash Flow | (13.0) | 1.0 | 10.4 | (29.1) | (5.5) | (7.7) | 13.9 | (19.9) | (4.4) | 19.0 | 15.2 | (3.9) | (28.6) | (52.5) |
| 18 (+): DIP Draw | - | 18.0 | - | - | - | - | - | - | - | - | - | - | - | 18.0 |
| 19 **Ending Op. Book Cash Balance** | **$27.9** | **$46.9** | **$57.3** | **$28.2** | **$22.7** | **$15.0** | **$28.9** | **$9.0** | **$4.6** | **$23.6** | **$38.8** | **$35.0** | **$6.4** | **$6.4** |