**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| GENESIS HEALTHCARE, INC., *et al*.,[1] | ) Case No. 25-80185 ) |
| Debtors. | ) (Jointly Administered) ) |

**SUPPLEMENTAL DECLARATION OF RUSSELL A. PERRY IN
SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF ORDER (I)
AUTHORIZING DEBTORS TO RETAIN ANKURA CONSULTING GROUP, LLC AS
RESTRUCTURING ADVISOR, (II) DESIGNATING LOUIS E. ROBICHAUX IV AND
RUSSELL A. PERRY AS CO-CHIEF RESTRUCTURING OFFICERS FOR THE
DEBTORS, IN EACH CASE EFFECTIVE AS OF THE PETITION DATE, AND (III)
APPROVING THE ENGAGEMENT LETTER RELATED THERETO**

I, Russell A. Perry, being duly sworn, state the following under penalty of perjury and that the following is true and correct to the best of my knowledge, information, and belief:

1. I submit this Supplemental Declaration (the "Supplemental Declaration") in support of the application (the "Application")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for an order authorizing the Debtors to (a) retain and employ Ankura as their restructuring advisor, (b) designate Louis E. Robichaux IV ("Mr. Robichaux") and Russell A. Perry ("Mr. Perry") as Co-Chief Restructuring Officers (the "Co-CROs"), and (c) employ additional individuals pursuant to the terms of the engagement letter entered into by and between the Debtors and Ankura, dated as of August 1, 2020, as subsequently

---

[1] The last four digits of Genesis Healthcare, Inc.'s federal tax identification number are 4755. There are 299 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Genesis. The location of Genesis Healthcare, Inc.'s corporate headquarters and the Debtors' service address is 101 East State Street, Kennett Square, PA 19348.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

\

amended by engagement letters dated November 17, 2020, and July 9, 2025 (collectively, the "Engagement Letter"), in each case effective as of July 9, 2025 (the "Petition Date").

2. I am a Senior Managing Director with Ankura Consulting Group, LLC ("Ankura"), a management consulting firm that provides expert services to businesses in various professional areas including bankruptcy and corporate restructuring. Except as otherwise noted, I have personal knowledge of the matters set forth herein.[3] Reference is made to that certain Declaration of Russell A. Perry, and filed in this case under ECF No. 247 (the "First Declaration").

3. I submit this Supplemental Declaration to (i) update my previous disclosure for additional parties added to the Debtors' Parties in Interest ("PII") list, and (ii) provide information requested in the Limited Omnibus and Reservation of Rights of the Statutory Unsecured Claimholders' Committee (the "Committee") to the Retention Applications of the Debtors' Professionals filed in this case under ECF No. 521 (the "Response").

4. Respecting the additional parties added to the PII list, Ankura processed those names in accordance with the Firm Procedures set forth in the First Declaration. Results of this supplemental search are as follows.

| Party Details | Description |
|---|---|
| FTI Consulting, Inc. | Current Client, Past Client, Ankura Professional Advisor |
| Greenberg Traurig | Current Client, Past Client, Ankura Legal Advisor |
| Haynes & Boone, LLP | Current Client, Past Client, Vendor, Ankura Legal Advisor |
| Houlihan Lokey Capital, Inc. | Past Client |
| Kane Russell Coleman Logan PC | Past Client |
| Marshall Dennehey | Current Client, Past Client |
| Proskauer Rose LLP | Current Client, Past Client, Ankura Legal Advisor |
| Stinson LLP | Past Client |
| Bragdon Baron & Kossayda PC | No Connection |
| Goldman Gruder Woods, LLC | No Connection |
| Kennedy, PC Law Offices | No Connection |
| Law Offices of Carolos E. Martinez | No Connection |

---

[3] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at Ankura and are based on information provided by them.

| | |
|---|---|
| Melanie Cyganowski | No Connection |
| Ross Brittain & Schonberg | No Connection |
| Susan Goodman | No Connection |
| Suzanne Koenig | No Connection |
| The Kay Law Firm | No Connection |

5.  In the Response, the Committee requested additional information relating to the relationships between the professionals whose retentions are sought by the Debtors and the following parties (the "Additional Disclosure Parties):

   i.   Joel Landau ("Mr. Landau")
   ii.  David Gefner ("Mr. Gefner")
   iii. Pinta Capital Partners ("Pinta")
   iv.  Perigrove
   v.   Integra WIP Tenant, LLC. ("Integra")

6.  Ankura has not represented, and does not represent, any of the Additional Disclosure Parties, although it has represented entities which have transacted with one or more of the Additional Disclosure Parties. The following sets forth more detail on these transactions.

7.  In 2021, Ankura provided restructuring and financial advisory services to Genesis when ReGen Healthcare, LLC ("ReGen") made an investment in Genesis, which was consummated in a transaction that involved a lease restructuring with affiliates of Welltower, Inc. ("Welltower"). A component of the lease restructuring transaction involved a transfer of certain leased facilities to affiliates of ProMedica Health System, Inc. and its subsidiaries and affiliates (collectively, "ProMedica"). Ankura had no connection with ProMedica at the time of this transaction.

8.  Beginning in May, 2022 and continuing through approximately May 15, 2023, Ankura provided restructuring advisory services to ProMedica, and Mr. Robichaux served as ProMedica's Interim CFO, during a time when ProMedica, affiliates of Welltower, and affiliates of Integra Health ("Integra") negotiated a lease termination agreement resulting in ProMedica transferring approximately 147 skilled nursing facilities to various other operators. The operations

of certain of these transferred facilities were transferred to affiliates of the Debtors. Ankura provided limited liquidity and FP&A support to Genesis Healthcare, Inc. ("Genesis") during the time of this transaction but did not advise Genesis on the transaction. According to a press release issued by Welltower, Mr. Gefner was the Chief Executive Officer of Integra as of the time of this transaction. Mr. Landau was a contact party for Integra during the negotiation of this transaction. Houlihan Lokey Capital, Inc. ("Houlihan") and FTI Consulting, Inc. ("FTI") had roles with parties involved in the transaction around the time of the lease termination transaction.

9. In 2023, Ankura provided restructuring advisory services to Encore Rehabilitation Services, LLC ("Encore") when it divested its business to Powerback Rehabilitation ("Powerback"), a Debtor in this matter. Pinta advised Powerback in connection with this transaction. Ankura provided limited liquidity and FP&A support to Genesis during the time of this transaction but did not advise Powerback on the transaction.

10. Ankura provided restructuring advisory services to, and M. Benjamin Jones ("Mr. Jones"), a Senior Managing Director of Ankura, served as Chief Restructuring Officer ("CRO") and I served as Assistant CRO for, Gulf Coast Health Care, LLC and its subsidiaries and affiliates ("Gulf Coast") during its Chapter 11 bankruptcy which commenced in October, 2021. Prior to the commencement of its bankruptcy cases, Gulf Coast defaulted on its leases with affiliates of Omega Healthcare Investors, Inc. ("Omega"). At the direction of its landlord and in accordance with both the master lease agreement and a bankruptcy court order, Gulf Coast transferred the operations of certain of the leased skilled nursing facilities to Nspire Healthcare ("Nspire"). The ultimate parent of Nspire was FC Investors XXI, LLC ("FC XXI"). At no time did Ankura represent FC XXI. FTI and Greenberg Traurig, LLP had roles in connection with this matter.

11.  Ankura provided restructuring services to, and I served as Chief Restructuring Officer of, Tehum Care Services, Inc. ("Tehum").  DG Realty Management LLC, a related party to Mr. Gefner, is a Released Party pursuant to Tehum's confirmed Chapter 11 plan.  Perigrove is a Settlement Party pursuant to Tehum's confirmed Chapter 11 plan.  FTI and Stinson LLP had roles in connection with this matter.

12.  As disclosed in my First Declaration, Ankura provided restructuring advisory services, and Mr. Jones served as the CRO to the Debtors in connection with the chapter 11 cases captioned *In re LaVie Care Centers, LLC* (Case No. 24-55507) (the "LaVie Debtors") in the United States Bankruptcy Court for the Northern District of Georgia.  As disclosed in the Declaration of M. Benjamin Jones in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 17] filed in the LaVie Debtors' cases, the ultimate parent of the LaVie Debtors was FC XXI.  FC XXI was owned by large number of individuals, LLCs, and family trusts own membership interests in FC XXI, none of whom owned more than 5%.  Mr. Landau was a board member of FC XXI until he resigned in August 2023 as well as a designated contact person with respect to certain of the LLCs, and family trusts who owned membership interests in FC XXI.  At no time did Ankura represent FC XXI.  A Chapter 11 plan was confirmed on November 14, 2024, and the plan went effective on June 1, 2025.  Proskauer Rose LLP ("Proskauer") and FTI had roles in connection with this matter.

13.  None of the above connections creates an interest materially adverse to the Debtors in matters upon which Ankura is to be employed, and none are in connection with the Chapter 11 Cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: August 28, 2025
       Dallas, Texas

                                          */s/ Russell A. Perry*
                                          Russell A. Perry
                                          Senior Managing Director
                                          Ankura Consulting Group, LLC