**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| GENESIS HEALTHCARE, INC., *et al.*,[1] | Case No. 25-80185 (SGJ) |
| Debtors. | (Jointly Administered) |
| | Related Dkt. Nos. 577, 925, 926 & 954 |

**AD HOC GROUP'S AMENDED WITNESS AND EXHIBIT LIST FOR HEARING
ON SEPTEMBER 29, 2025 AT 9:30 A.M. (PREVAILING CENTRAL TIME)**

The tort claimants who are members of the Ad Hoc Group of Holders of Personal Injury and Wrongful Death Claims (the "Ad Hoc Group"),[2] by and through their undersigned counsel, hereby submit this amended witness and exhibit list (the "Witness and Exhibit List") and designate the following witness in connection with the matters scheduled for hearing on September 29, 2025 at 9:30 a.m. (prevailing Central Time) (the "Hearing"):

**WITNESSES**

1. Jacques G. Balette (will offer fact and opinion testimony and may offer expert opinion testimony (to the extent necessary)).

2. Any witness listed, offered, called, or designated by any other party.

3. Any witness necessary to authenticate a document.

4. Any impeachment or rebuttal witnesses.

---

[1] The last four digits of Genesis Healthcare, Inc.'s federal tax identification number are 4755. There are 291 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. The location of Genesis Healthcare, Inc.'s corporate headquarters and the Debtors' service address is 101 East State Street, Kennett Square, PA 19348.

[2] *See* Verified Statement of the Ad Hoc Group of Holders of Personal Injury and Wrongful Death Claims Pursuant to Bankruptcy Rule 2019(c) (Dkt. No. 884).

The Ad Hoc Group reserves the right to cross-examine any witness called by any other party.

**EXHIBITS**

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| 1. | Lift Stay Motion (Dkt. No. 577). | | | | | | | |
| 2. | Debtors' Objection to Lift Stay Motion (Dkt. No. 925). | | | | | | | |
| 3. | CPE 88988 LLC's Objection to Lift Stay Motion (Dkt. No. 926). | | | | | | | |
| 4. | Reply in Support of Lift Stay Motion (Dkt. No. 954). | | | | | | | |
| 5. | Balette Declaration (Dkt. No. 972). | | | | | | | |
| 6. | Proof of Claim filed by Estate of Alma Brown | | | | | | | |
| 7. | Proof of Claim filed by Estate of Andrea Dominquez | | | | | | | |
| 8. | Proof of Claim filed by Estate of Don Arrington | | | | | | | |
| 9. | Proof of Claim filed by Estate of Eloy Medina | | | | | | | |
| 10. | Proof of Claim filed by Estate of Emden Syres | | | | | | | |
| 11. | Proof of Claim filed by Estate of Eshter Monje | | | | | | | |
| 12. | Proof of Claim filed by Estate of Faustina Tinkham | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13. | Proof of Claim filed by Estate of Gloria Quintana | | | | | | | |
| 14. | Proof of Claim filed by Estate of James Chavis | | | | | | | |
| 15. | Proof of Claim filed by Estate of Jane Handley | | | | | | | |
| 16. | Proof of Claim filed by Estate of Janet Copsy | | | | | | | |
| 17. | Proof of Claim filed by Estate of Jerry Jones | | | | | | | |
| 18. | Proof of Claim filed by Estate of Johnny Chewiwi | | | | | | | |
| 19. | Proof of Claim filed by Estate of Laura Dinkins | | | | | | | |
| 20. | Proof of Claim filed by Estate of Linda Medlock | | | | | | | |
| 21. | Proof of Claim filed by Estate of Lorna Charles | | | | | | | |
| 22. | Proof of Claim filed by Estate of Manuel Salaiz | | | | | | | |
| 23. | Proof of Claim filed by Estate of Paul Baca | | | | | | | |
| 24. | Proof of Claim filed by Estate of Ruben Montoya | | | | | | | |
| 25. | Proof of Claim filed by Estate of Shearron Mitchell | | | | | | | |
| 26. | Proof of Claim filed by Estate of Stella Lucero | | | | | | | |
| 27. | Proof of Claim filed by Adam Gomez | | | | | | | |

| 28. | Proof of Claim filed by Sheila Leakey-O'Brien | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 29. | Proof of Claim filed by Georgia Romero | | | | | | | |
| 30. | Proof of Claim filed by Vikki Romo | | | | | | | |
| 31. | Proof of Claim filed by Yvonne Tellez-Ramirez | | | | | | | |
| 32. | All exhibits necessary for impeachment purposes. | | | | | | | |
| 33. | Any other document entered or filed in the above-styled bankruptcy cases, including any exhibits thereto. | | | | | | | |
| 34. | Any and all documents identified or offered by any other party. | | | | | | | |
| 35. | Any exhibits necessary for rebuttal. | | | | | | | |

## RESERVATION OF RIGHTS

5. The Ad Hoc Group reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserve the right to call additional witnesses and/or introduce additional exhibits in rebuttal or for impeachment purposes. The Ad Hoc Group further reserves the right to supplement this list prior to the Hearing.

Dated: September 26, 2025

**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, PC**

*/s/ Sander L. Esserman*
Sander L. Esserman
State Bar No. 06671500
Peter C. D'Apice
2323 Bryan Street, Ste. 2200
Dallas, Texas 75201-2689
Telephone: (214) 969-4900
Facsimile: (214) 969-4999
Email: esserman@sbep-law.com
dapice@sbep-law.com

**BROWN RUDNICK LLP**
David J. Molton (admitted *pro hac vice*)
Eric R. Goodman (admitted *pro hac vice*)
Gerard T. Cicero (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnik.com
egoodman@brownrudnick.com
gcicero@brownrudnick.com

**MARKS, BALETTE, YOUNG & MOSS PLLC**
Jacques G. Balette (admitted *pro hac vice*)
7521 Westview Dr.
Houston, Texas 77055
Telephone: (713) 681-4830
Facsimile: (713) 681-2811
Email: jacquesb@marksfirm.com

*Counsel to Certain Holders of Personal Injury and Wrongful Death Claims*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means via ECF transmission to all Pacer System participants in these bankruptcy cases on September 26, 2025.

*/s/ Peter C. D'Apice*
Peter C. D'Apice

5