**GREENBERG TRAURIG, LLP**

| | |
|---|---|
| Jared Robert Weir (SBN 24075253) | Nancy A. Peterman (admitted *pro hac vice*) |
| 2200 Ross Avenue, Suite 5200 | 360 North Green Street, Suite 1300 |
| Dallas, Texas 75201 | Chicago, Illinois 60607 |
| Telephone: (214) 665-3600 | Telephone: (312) 456-8400 |
| Facsimile: (214) 665-3601 | Facsimile: (312) 456-8435 |
| Email: Jared.Weir@gtlaw.com | Email: PetermanN@gtlaw.com |

*Proposed Counsel to Suzanne Koenig, Solely in her Capacity as Patient Care Ombudsman*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>GENESIS HEALTHCARE, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80185 (SGJ)<br><br>(Jointly Administered) |

### NOTICE OF PATIENT CARE OMBUDSMAN'S FIRST REPORT FOR THE FACILITIES LOCATED IN ALABAMA, DELAWARE, MARYLAND, NORTH CAROLINA, TENNESSEE, VIRGINIA, AND PENNSYLVANIA

**PLEASE TAKE NOTICE** that Suzanne Koenig, the patient care ombudsman (the "Ombudsman") appointed by the United States Trustee pursuant to an order of the Court entered in the above-captioned bankruptcy cases,[2] will be filing a written Ombudsman report (the "Report") on or about **October 14, 2025** in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, for the facilities located in Alabama, Delaware, Maryland, North Carolina, Tennessee, Virginia, and Pennsylvania.

---

[1] The last four digits of Genesis Healthcare, Inc.'s federal tax identification number are 4755. There are 299 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/case/genesis/info. The location of Genesis Healthcare, Inc.'s corporate headquarters and the Debtors' service address is 101 East State Street, Kennett Square, PA 19348.

[2] *See Order Directing Appointment of One or More Patient Care Ombudsmen Under 11 U.S.C. § 333 and Fed. R. Bankr. P. 2007.2* [Docket No. 187]; *Notice of Appointment of Suzanne Koenig Patient Care Ombudsman Under 11 U.S.C. § 333* [Docket No. 445].

ACTIVE 714982195v1

If you would like a copy of the Report or require additional information, please contact:

Carla Greenberg
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Ste. 6700
Houston, TX 77002
Phone: 713.374.3620
Fax: 312.899.0465
greenbergc@gtlaw.com

Date: September 29, 2025
Dallas, Texas

**GREENBERG TRAURIG, LLP**

By: */s/ Jared R. Weir*
Jared R. Weir (SBN 24075253)
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601
Email: Jared.Weir@gtlaw.com

– and –

Nancy A. Peterman (admitted *pro hac vice*)
360 North Green Street, Suite 1300
Chicago, Illinois 60607
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: PetermanN@gtlaw.com

***Proposed Counsel for Suzanne A. Koenig, in her capacity as the Patient Care Ombudsman***

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

By: */s/ Jared R. Weir*
Jared R. Weir