**ANTHONY AND PARTNERS, LLC**
John A. Anthony, Esq. (pro hac vice)
Nicholas Lafalce, Esq. (pro hac vice)
100 S. Ashley Drive, Suite 1600
Tampa, Florida 33602
Tel.: (813) 273 5616
Fax: (813) 221 4113
Email: janthony@anthonyandpartners.com
Email: nlafalce@anthonyandpartners.com

Counsel for the Non-Debtor Claimants

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | |
| GENESIS HEALTHCARE INC. et. al.[1], | Chapter 11 |
| Debtors. | Case No. 25-80185 (SGJ) |
| _____/ | (Jointly Administered) |

**NOTICE OF HEARING ON**
**NON-DEBTOR CLAIMANTS' COMBINED OBJECTION**
**TO DEBTORS' STAY EXTENSION MOTION AND MOTION FOR**
**RELIEF FROM THE AUTOMATIC STAY TO PURSUE NON-DEBTOR DEFENDANTS**

**PLEASE TAKE NOTICE** that, on September 29, 2025, a set of 101 non-debtor claimants whose claims arose as a result of healthcare negligence by non-debtor defendants[2] (collectively, the "Non-Debtor Claimants") filed "Non-Debtor Claimants' Combined (A) Objection To Debtors' Stay Extension Motion And (B) Motion For Relief From The Automatic Stay To Pursue Claims

---

[1] The last four digits of Genesis Healthcare, Inc's federal tax identification number are 4755. There are 299 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Genesis. The location of Genesis Healthcare, Inc.'s corporate headquarters and the Debtors' service address is 101 East State Street, Kennett Square, PA 19348.

[2] A schedule of the Non-Debtor Claimants, listing the name of each, and the corresponding non-debtor defendants, is attached hereto as Schedule "A."

Against Non-Debtor Defendants" [Docket No. 1069] (the "Motion"), which scheduled the hearing with respect to the Motion for Thursday, October 23, 2025 at 9:30 a.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in hybrid format, with parties being permitted to appear either in-person or virtually via WebEx, at their option. For purposes of this Hearing, the Court will allow argument and evidence to be presented and witness testimony to be given via WebEx. Parties who wish to participate in the Hearing via WebEx may do so at the following link:

https://us-courts.webex.com/meet/jerniga

**PLEASE TAKE FURTHER NOTICE** that parties who wish to participate in the Hearing by teleconference may do so via WebEx using the following dial-in and access code information:

Dial-In: 650-479-3207

Access Code: 2304 154 2638

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jernigan's homepage: https://www.txnb.uscourts.gov/electronic-appearances-5. Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that the Motion may be obtained (i) at the website established by the Debtors' noticing agent, Epiq Corporate Restructuring, LLC at https://dm.epiq11.com/case/genesis/info, (ii) from the Court's website https://ecf.txnb.uscourts.gov/ via CM/ECF, or (iii) upon request to the undersigned.

Dated this 30th day of September, 2025.

/s/ John A. Anthony
**JOHN A. ANTHONY, ESQUIRE**
Florida Bar Number: 0731013
janthony@anthonyandpartners.com
**NICHOLAS LAFALCE, ESQUIRE**
Florida Bar Number: 0119250
nlafalce@anthonyandpartners.com
**ANTHONY & PARTNERS, LLC**
100 S. Ashley Drive, Suite 1600
Tampa, Florida 33602
Telephone: 813/273-5616
Facsimile: 813/221-4113
Attorneys for Non-Debtor Claimants

### **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2025, a true and correct copy of the foregoing document was electronically filed in the above captioned case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system and a copy was served on the parties who receive notice via the Court's ECF notification system.

| | |
|---|---|
| Marcus A. Helt, Esq.<br>Jack G. Haake, Esq.<br>MCDERMOTT WILL & EMERY LLP,<br>2501 North Harwood Street, Suite 1900,<br>Dallas, TX 75201<br>mhelt@mwe.com<br>jhaake@mwe.com | Nicholas Zluticky, Esq.<br>Zachary Hemenway, Esq.<br>Miranda Swift, Esq.<br>STINSON LLP<br>2200 Ross Avenue, Suite 2900<br>Dallas, TX 75201<br>nicholas.zluticky@stinson.com<br>zachary.hemenway@stinson.com<br>miranda.swift@stinson.com |
| Daniel M. Simon, Esq.<br>MCDERMOTT WILL & EMERY LLP,<br>1180 Peachtree St. NE, Suite 3350,<br>Atlanta, GA 30309<br>dsimon@mwe.com | Brian S. Rosen, Esq.<br>Ehud Barak, Esq.<br>Timothy Q. Karcher, Esq.<br>Daniel S. Desatnik, Esq. |
| William A. Guerrieri, Esq.<br>Emily C. Keil, Esq.<br>MCDERMOTT WILL & EMERY LLP,<br>444 West Lake Street, Suite 4000, | PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>brosen@proskauer.com |

3

| | |
|---|---|
| Chicago, IL 60606<br>wguerrieri@mwe.com<br>ekeil@mwe.com<br>Counsel to the Debtors | ebarak@proskauer.com<br>tkarcher@proskauer.com<br>ddesatnik@proskauer.com<br><br>W. Grant DuBois, Esq.<br>STINSON LLP<br>2200 Ross Avenue, Suite 2900<br>Dallas, TX 75201<br>grant.dubois@stinson.com<br><br>Paul V. Possinger, Esq.<br>PROSKAUER ROSE LLP<br>Three First National Plaza<br>70 West Madison, Suite 3800<br>Chicago, IL 60602-4342<br>Telephone: (312) 962-3570<br>ppossinger@proskauer.com<br>Counsel to the Committee |
| Meredyth Kippes, Esq.<br>OFFICE OF THE UNITED STATES TRUSTEE Region 6<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242<br>meredyth.kippes@usdoj.gov | Jason S. Brookner, Esq.<br>Lydia R. Webb, Esq.<br>GRAY REED<br>1601 Elm Street, Suite 4600<br>Dallas, TX 75201<br>jbrookner@grayreed.com<br>lwebb@grayreed.com<br>Counsel to PharMerica Corporation |
| Leighton Aiken, Esq.<br>FERGUSON BRASWELL FRASER KUBASTA PC<br>2500 Dallas Parkway, Suite 600,<br>Plano, TX 75093<br>laiken@fbfk.law<br><br>and<br><br>Robert J. Lemons, Esq.<br>GOODWIN PROCTOR LLP,<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>rlemons@goodwinlaw.com<br>Counsel to OHI Mezz Lender LLC | Jeffrey C. Krause, Esq.<br>Francis Petrie, Esq.<br>Michael G. Farag, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>jkrause@gibsondunn.com<br>fpetrie@gibsondunn.com<br>mfarag@gibsondunn.com<br>Counsel to Welltower |
| James Muenker, Esq.<br>PIPER LLP | Kenneth J. Ottaviano, Esq.<br>Paige Barr Tinkham, Esq. |

4

| | |
|---|---|
| 1900 N. Pearl St., Suite 2200, <br> Dallas, TX 75201 <br> james.muenker@us.dlapiper.com <br> Counsel to ReGen Healthcare LLC DLA | BLANK ROME LLP <br> 444 West Lake Street, Suite 4000 <br> Chicago, IL 60606 <br> ken.ottaviano@blankrome.com <br> paige.tinkham@blankrome.com <br> Counsel to White Oak Healthcare Finance LLC |

/s/ John A. Anthony
**ATTORNEY**

# Schedule "A"

## List of Claimants and Non-Debtor Defendants

| # | Claimant | Non-Debtor Defendants | Case No. |
|---|---|---|---|
| 1. | Adam Hoffman, as Power of Attorney of Rita Hoffman | Welltower, Inc. | Cape May County, New Jersey, CPM-L-171-23 |
| 2. | Addie Logan, as Administrator of the Estate of Cheryl Lynn Logan | Jamie Zurn, Administrator | N/A |
| 3. | Aery Lawson, By And Through Her Power Of Attorney, Nicole Abramson | Christopher Daroczy, Administrator; Ryan Hendrickson, Administrator | Maricopa County, Arizona, Superior Court, CV2023-000595 |
| 4. | Anthony Wilson, As Power Of Attorney For Julian Murray | Joseph Bewley; Carol Dougherty; Katisha Smith | Philadelphia County, Pennsylvania, Court of Common Pleas, 231000315 |
| 5. | Antolino Jacquez, deceased, by the Personal Representative of the Wrongful Death Estate, Barry Green, Esq. | Peak Medical Farmington, LLC f/k/a Peak Medical Farmington, Inc. d/b/a San Juan Center; Karisa Y. Berry; Loretta J. Jenson | Santa Fe County, New Mexico, 1st District, D-101-CV-2021-01222 |
| 6. | Ashley Johnson, Attorney-In-Fact For Virginia Graham | HCCF Management Group XI, LLC; Welltower Inc.; ZAC Properties XI, LLC; Senior Care Genesis, LLC; Senior Care Holdings, LLC | Philadelphia County, Pennsylvania, Court of Common Pleas, 231201663 |
| 7. | Barbara Willard, Administrator of the Estate of Evelyn Casey | Queen City Nursing and Rehabilitation, LLC and 300 Pearl Street Property LLC | Superior Court of Vermont, 23-CV-03236 |
| 8. | Beverly Reed, Executrix of the Estate of Thelma Reed, deceased | Linda Lawrence, in her capacity as Administrator of Regency Center | N/A |
| 9. | Brenda Trogdon, as Attorney-in-Fact for Johnnie M. Devlin | ZAC Properties XI, LLC; Pinta Capital Partners, LLC; REGEN Healthcare GP, LLC; REGEN Healthcare Holdings, LLC; REGEN Healthcare, LLC; Welltower, Inc. | Philadelphia County, Pennsylvania, Court of Common Pleas, 250503472 |

7

| | | | |
|---|---|---|---|
| 10. | Candido Martinez, deceased, by the Personal Representative of the Wrongful Death Estate, Mary Martinez | Karl Hernandez, Regional Vice President; Tiffany Titus, Administrator | Bernalillo County, New Mexico, 2nd District, D-202-CV-2023-08927 |
| 11. | Carol Ann Guthrie | HCCF Management Group XI, LLC; Chris Marshall, Administrator | N/A |
| 12. | Cheryl Beaudoin, Individually and as Administrator of the Estate of Barry H. Beaudoin, Estate of Harry H. Beaudoin; Amanda Beaudoin, Individually; Christopher Beuadoin, Individually; Matthew Beaudoin, Individually | Genesis Staffing Services; Michael Berg; Michael Sherman | Kent County, Rhode Island, KC-2023-0694 |
| 13. | Christina Brown-Hudson, as Power of Attorney and Next Friend of Dell'l Brown | Kindred Nursing Centers Limited Partnership d/b/a Kindred Hospital- Louisville; Kindred Hospitals West, LLC; Kindred Healthcare, Inc. n/k/a Kindred Healthcare, LLC; Kindred Healthcare Operating, Inc. n/k/a Kindred Healthcare Operating, LLC; Kindred Rehab Services, LLC f/k/a Kindred Rehab Services, Inc. d/b/a Peoplefirst Rehabilitation n/k/a Rehabcare; Grant Manor, LLC d/b/a Grant Center; Thomas Nielander, Administrator | Jefferson County, Kentucky, 21-C-003382 |
| 14. | Christina Civils, as Power of Attorney and Next Friend of James Civils | Hillside PropCo, LLC; Hillside PropCo TIC II, LLC; Lainie Brinkley, Administrator | Hopkins County, Kentucky, Circuit Court 22-CI-00317 |
| 15. | Cleo K. Stewart, By Charles E. Stewart, Jr., Power of Attorney | Joseph T. Foxhood, Alyssa M. Robinson; Rejoice Dhuwa; Salwa Beals | Bernalillo County, New Mexico, 2nd District, D-202-CV-2022-00436 |

8

| | | | |
|---|---|---|---|
| 16. | Cordelia Weseman, Deceased, By The Personal Representative Of The Wrongful Death Estate, Barry Green, Esq. | Kristina T. Schmidt A/K/A Kristina T. Mares; Kori E. Reid; Lynn M. Pedro | Santa Fe County, New Mexico, 1st District, D-101-CV-202200312 |
| 17. | Crystal Lawrence, as Administratrix of the Estate of Kenneth White, Sr. | HCCF Management Group XI LLC; Welltower, Inc.; Hannah Sayre, Administrator; and, Shawn Farley, Administrator | N/A |
| 18. | Dolores A. Rich, Executrix of the Estate of Helen R. Byers | Welltower, Inc. | Philadelphia County, Pennsylvania, Court of Common Pleas 240601545 |
| 19. | Donald Treimann, Deceased, By The Personal Representative Of The Wrongful Death Estate, Barry Green, Esq. | Sharon G. Inoue; Addus Healthcare, Inc. D/B/A Addus Homecare; Ambercare Hospice, Inc.; Ambercare Hospice-Santa Fe Branch A/K/A Ambercare Hospice New Mexico North; Ambercare Hospice, Inc. D/B/A Ambercare And Ambercare Hospice Santa Fe Branch A/K/A Ambercare Hospice New Mexico North; Ambercare Home Health Care Corporation; Ambercare Corporation; Addus Homecare Corporation; Legacy Healthcare, LLC F/K/A Legacy Healthcare, Inc. D/B/A Legacy Hospice; Legacy Home Health; Legacy Home Health And Hospice; Legacy Healthcare Holdings, LLC; Legacy Healthcare Intermediate, LLC; Legacy Intermediate Holdings, Inc. | Santa Fe County, New Mexico, 1st District, D-101-CV-2023-02784 |
| 20. | Donna Arera, Individually and and as Attorney- in-Fact for Helen Stalgaitis | Alex Arrington | Bergen County, New Jersey, BER-L-7119-21 |
| 21. | Douglas C. Martinson, II, as Personal Representative of | David Grimes | Colbert County, Alabama, 20- |

|  |  |  |  |
|---|---|---|---|
|  | the Estate of Bonnie Louise Blanton, deceased |  | CV-2024-900136.00 |
| 22. | Edwin Romero, Deceased, By The Personal Representative Of The Wrongful Death Estate, Barry Green, Esq. | Sharon G. Inoue | Santa Fe County, New Mexico D-101-CV-202301209 |
| 23. | Estate Of Alfred G. Giombetti, Through Carol Specht, Executor, And Rita Giombetti, Individually | HCCF Management Group XI, LLC; ZAC Properties XI, LLC; Welltower, Inc | Warren County, New Jersey, WRN-L-81-24 |
| 24. | Estate of Barbara J. Tinch, by and through its Special Administrator Lisa Tinch, Lisa Tinch, individually, Robert Tinch, individually, and Diana Carter, individually | The Heights of Summerlin, LLC; Andrew Reese; Latoya Davis; | N/A |
| 25. | Estate of Jean F. Miller, Through Sherrie A. Martinez, Administrator | Complete Care at Kresson View, LLC D/B/A Complete Care at Kresson View, LLC; PC-NJ Opcos LLC; PCWTA Opco Holdco LLC; Peace Capital Holdings, LLC; Shalom Stein; Peacecap, LLC; Complete Care Management; Aurora Guardian Holdco II, LLC | Camden County, New Jersey, CAM-L-000361-23 |
| 26. | Estate of Jocelyn L. Wilson, by and through Michele Sturz, Administrator | HCCF Management Group XI, LLC; ZAC Properties XI, LLC; Laura M. Sansone, LNHA | Morris County, New Jersey, MRS-L-001186-23 |
| 27. | Ethel Saunders, as Testatrix of the Estate of Richard Saunders | Welltower OP LLC; Welltower, Inc.; ZAC Properties XI, LLC; HCCF Management Group XI, LLC; Susan Ginberg; Reauchean Fuller; Steven Fishman; Arnold Whitman; Michael Berg; Najee Goldsmith, LPN; Sapan H. Majmunder, DO; LG-OHI Norristown LP; Seafire NEMA Holdings, LLC; Seafire NEMA Investment, LLC; Seafire NEMA Master Landlord LLC; White Oak Healthcare Finance | N/A |

|     |                                                                                                                                                       |                                                                                                                                                              |                                                                                                  |
|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------------------------------------------------------------------------------------|
|     |                                                                                                                                                       | LLC; and Vantage Point Capital LLC                                                                                                                           |                                                                                                  |
| 28. | Feliz A. Rael, As Personal Representative For Eduardo Triste                                                                                          | CareerStaff Unlimited, LLC; Hope Armenta, LPN; Adrian Collins, RN                                                                                            | Bernalillo County, New Mexico, D-202-CV-2024-020000                                              |
| 29. | Feliz Rael, as Personal Representative for David Cox, deceased                                                                                        | Team Health Holdings, Inc.; Team Health, LLC; Team Health New Mexico; Ann S. Mercer, M.D.; Elite Primary Care, LLC; and Calibre Post Acute, LLC, D/B/A Calibre Post Acute | Second Judicial District Court of New Mexico, Bernalillo County, D-202-CV-2025-00069             |
| 30. | Frances Sydnor, administratrix of the estate of Jerome Sydnor                                                                                         | Regency Health Center LLC; Encore Health Partners LLC; Mayer Fischl; Eli Grinspan                                                                            | Jefferson County, Kentucky, Circuit Court, 24-CI-007745                                          |
| 31. | Frank Jordan, Jr., as Administrator of the Estate of Mary Kathleen Jordan                                                                             | Jennifer Soldevilla, Administrator; Diane Morris Administrator                                                                                               | Jefferson County, Kentucky, Circuit Court, 23-CI-001374                                          |
| 32. | Gabe Betancourt, Individually and Nellie Betancourt, deceased, by the Personal Representative of the Wrongful Death Estate, Vanessa Betancourt        | Karl Hernandez, Market President; Tiffany Titus, Administrator                                                                                               | Bernalillo County, New Mexico, D-202-CV-2024-06474                                               |
| 33. | Glen Ray Hodge, on Behalf of the Estate of Mary Evelyn Hodge                                                                                          | HCCF Management Group XI LLC; Welltower, Inc.; ZAC Properties XI, LLC; Tanatha Amos, Administrator                                                           | N/A                                                                                              |
| 34. | Gloria Cabrera and Francisco Ramirez, Co-Personal Representatives of the Estate of Ramona Ramirez, on behalf of the Estate of Ramona Ramirez         | Christopher Daroczy, Administrator; Ryan Hendrickson, Administrator                                                                                          | Maricopa County, Arizona, CV2024-004103                                                          |
| 35. | Helen Laura Lopez, as Personal Representative of the Estate of Tom Pearl, deceased                                                                    | Red Rocks Care Center; Jason Maheia; Toni Beasley                                                                                                            | Santa Fe County, New Mexico, 1st District, D-101-CV-2021-00811                                   |
| 36. | Ignacio Garcio, Individually and as Personal Representative of the Estate of Frances Lupasita Serna                                                   | Ronald Sautter, M.D., Team Health Holdings, Inc., Team Health, LLC and Team Health New Mexico                                                                | Bernalillo County, New Mexico, 2nd District, D-202-CV-                                           |

11

|  |  |  | 2022-05988 |
|---|---|---|---|
| 37. | Ivory Walker, as Attorney-in-Fact for Barbara Barron | 3485 Davisville Road PA Owner; HCCF Management Group XI, LLC; Welltower, Inc.; ZAC Properties XI, LLC; Senior Care Genesis, LLC; Senior Care Holdings, LLC; Marquis Health Services; Marquis Health Consulting Services, LLC; UKR Nexgen LLC; Quinto Nexgen LLC; RSBMK Holdings LLC; Tryko Nexgen Holdings, LLC; Tryko Holdings LLC; Clinical Consulting Associates, LLC; Cedarbridge Financial Services, LLC; NFR 2020 Irrv Tr; SK Nexgen Tr; UAK 2020 Irrv Tr; Yk Nexgen Tr; Yr Nexgen Tr; Tryko Assets, LP; Tryko Partners, LLC; K Equities, LLC; Quinto Holdings, LLC; Quinto Delta, LLC; Skilled Venture, LLC; UKR Consulting, LLC; Kimberly Ann Rowello, DON | Philadelphia County, Pennsylvania, 250302520 |
| 38. | Jacqueline L. Ostrander, individually, and as Special Administrator, Personal Representative, and statutory heir to the Estate of Sally Lou Scanlon; Denise Pauley, individually, and as statutory heir to the Estate of Sally Lou Scanlon | The Heights of Summerlin, LLC; NewGen Operations Management, LLC; Latoya Davis; Andrew Reese | Clark County, Nevada, District Court, A-21-837212-C |
| 39. | James E. Novak, Individually and as Personal Representative of the Estate of Janice C. Novak | Spencer S. Steffy; Glenda J. Lynn | Pinellas County, Florida, 22-002458-CI |
| 40. | James Moyers, on behalf of Marilyne Mabery | Lily Care of New Mexico, LLC d/b/a Lily Care Hospice | Second Judicial District Court of New Mexico, Bernalillo County, D-202-CV-2023-09677. |
| 41. | James Sanderson, deceased, by the Personal Representative of the Wrongful Death Estate, Erin Pearson | Karen Jenkins, Aisha Jones, LLC and Aisha Jones | Bernalillo County, New Mexico, 2nd District D-202-CV- |

12

|     |     |     | 2019-09227 |
| --- | --- | --- | --- |
| 42. | James Williams, as Personal Representative of the Wrongful Death Estate of Josephina Garcia | Presbyterian Healthcare Services | Bernalillo County, New Mexico, D-202-CV-2022-0651 |
| 43. | Jessica Hugar | Carehouse Healthcare Center, LLC; Gwendy Hernandez | Orange County, California, 30-2018-01038628 |
| 44. | Jo Harp, Executrix of the Estate of Nona Walker | Shawn Farley | Raleigh County, West Virginia, 24-P-400 |
| 45. | Joe F. Byers, by and through his successor-in-interest, Courtland Byers; Courtland Byers, individually; Deeanna Byers, individually; Armond Byers, individually; and Joe Byers, Jr., individually | Rio Hondo Subacute and Nursing Center, LLC | Superior Court of California, 20STCV13524 |
| 46. | Joleen K. Youngers, as Next Friend to Shealynn Garnenez | Melanie Padilla, Maria R. Gallegos, MD, Brian Suazo and Laryssa Stoyko | Santa Fe County, New Mexico, D-101-CV-2025-00452 |
| 47. | Jonathan Baldwin, Deceased, By The Personal Representative Of The Wrongful Death Estate, Barry Green, Esq. | Tiffany Titus, Audrey K. Grosjean; Godfrey Kiprono; Uptown Rehabilitation Center, LLC | Santa Fe County, New Mexico 1st District, D-101-CV-2023-02012 |
| 48. | Josefina Garcia, Deceased, By The Personal Representative Of The Wrongful Death Estate, Barry Green, Esq. | Rodney L. Zwahlen; Rose Annalyn Manalili; Maurecia R. McNeal | Santa Fe County, New Mexico, D-101-CV-2024-02095 |
| 49. | Karen W. Brant | HCCF Management Group XI LLC; Joshua Crist, Administrator | N/A |
| 50. | Katherine Aranda, through her Power of Attorney, Michael Gutierrez | Nigel Williams, Administrator; Karl Hernandez, Regional Vice President | New Mexico, D-202-CV-2025-01490 |
| 51. | Kathleen Bohr, Individually as Executor of the Estate of David William Bohr, Deceased, and as Guardian of Gabriel William Bohr | Paige Sowders, in her capacity as Administrator of Heartland Village Center | Hancock County, Kentucky Circuit Court, 21-CI-00063 |

13

| 52. | Kevin Wormley, Executor of the Estate of Edward Wormley | Peter Mongillo; Tracy Kane, R.N. | New Haven County, Connecticut, NNH-CV-23-6129442-S |
|---|---|---|---|
| 53. | Larry May as Guardian and Next Friend of Matthew May, Incapacitated | 1040 US Highway 127 South Realty, LLC; Encore Health Partners, LLC; Encore Investors, LLC; Eli Grinspan; Mayer Fischl; Austin Gibson | Franklin County, Kentucky, 25-C-00276 |
| 54. | Lawrence Zukowski, on behalf of the Estate of Frances Zukowski | Maybrook-P Praxis Opco, LLC d/b/a The Gardens for Memory Care at Easton; Priority Healthcare Group, LLC; Priority Care Group, LLC; Maybrook-P Opco Holdings, LLC; GGL Reliant, LLC; Philipson Family Limited Liability Company; David Gamzeh; Ephram Lehasky; Benjamin Landa; Brent Philipson; Promedica Skilled Nursing & Rehabilitation Easton | Common Pleas Court of Philadelphia County, Pennsylvania, 240401816 |
| 55. | Lila Gonzales, deceased, by the Personal Representative of the Wrongful Death Estate, Barry Green, Esq. | Cynthia L. Rankin a/k/a Cyndy Rankin, Pamela R. Sims, and Julia R. Gamble a/k/a Julia Marquez | Santa Fe County, New Mexico, 1st District, D-101-CV-2021-02284 |
| 56. | Linda Lopez | Lorraine E. Lehnerz; Lynn M. Pedro; Alignmed Medical Group, PC d/b/a Alignmed Partners; Lily Wray, PA-C | Santa Fe County, New Mexico, D-101-CV-2025-01078 |
| 57. | Louis Rossignol, as Administrator of the Estate of Carlotta W. Elkins, deceased | Lainie Brinkley, Administrator | Hopkins County, Kentucky Circuit Court, 22-CI-00259 |
| 58. | Magnolia Terry, Deceased, by the Personal Representative of the Wrongful Death Estate, Berry Green, Esq. | Emilia A. Dominguez; Morgan E. Clayton; Brianna C. Martinez | Santa Fe County, New Mexico, 1st District, D-101-CV-2024-02794 |
| 59. | Maria Dematteo, on behalf of the Estate of Gerard Berrigan | Complete Care at Harston Hall, LLC d/b/a Complete Care at Harston Hall; Complete Care | Common Pleas Court of Philadelphia County, |

| | | Management LLC; PC PA OPCOS, LLC | Pennsylvania, 230901664 |
|---|---|---|---|
| 60. | Maria Fernandez, By The Personal Representative Of The Wrongful Death Estate Of Rafael Fernandez, Deceased | HCCF Management Group XI; Welltower OP, LLC; Welltower Inc. | Dona Ana County, New Mexico, D-307-CV-2025-00791 |
| 61. | Marilyn A. Sapone, Administrator For The Estate Of Kathleen A. Wolff | Stephenie Canlas | Philadelphia County, Pennsylvania, Court of Common Pleas, 250503045 |
| 62. | Mark F. Busch Administrator of the Estate of Joel D. Busch | Peter Stivali, R.N.; Alisha Wilson, L.N.A.; Laynie Batchelder, L.N.A.; Penny Van Alstyne, A.P. R.N; HCCF Management Group XI LLC | Cheshire County, New Hampshire 213-2022-CV-00138 |
| 63. | Mark Musso, Executor of the Estate of Opal O. Musso | Welltower Inc. | Cumberland County, New Jersey, CUM-L-348-23 |
| 64. | Mark Szypulski, individually and as Administrator and Administrator Ad Prosequendum of the Estate of Honorata Szypulski, and Heronim Joseph Szypulski | The Community Hospital Group, Inc. d/b/a JFK University Medical Center; JfkUniversity Medical Center; Liliana Gorski, RN; Peter Yablonsky, RN; Alysia Eschner; Kristen Hargadon, RN; Loreen Marie Ralisura, RN, Complete Care at Westfield, LLC; 1515 Lamberts Mill Road Operations, LLC d/b/a Westfield Center, Westfield Center | Middlesex County, New Jersey, Superior Court, MID-L-6280-21 |
| 65. | Mary Ramos, Deceased, By The Personal Representative Of The Wrongful Death Estate, Frances Ramos, And Nick Ramos, Sr. | Lovelace Health Systems, LLC dba Lovelace Medical Center, AHS Management Company; Karl Hernandez, Market President | Bernalillo County, New Mexico, D-202-CV-2024-09077 |
| 66. | Merla Graves, as the Administratrix of the Estate of Christal Graves | Leslie Michelle Wallace, Administrator | Boone County, Kentucky, Circuit Court, 24-CI-00140 |
| 67. | Monique Tapia, Individually And By The Personal | Kenny Allen | Bernalillo County, New |

15

|     |                                                                                                                          |                                                                                                                                    |                                                                                 |
| --- | ------------------------------------------------------------------------------------------------------------------------ | ---------------------------------------------------------------------------------------------------------------------------------- | ------------------------------------------------------------------------------- |
|     | Representative Of The Wrongful Death Estate Of Manuel Medina, Deceased                                                   |                                                                                                                                    | Mexico, 2nd District, D-202-CV-2024-01446                                       |
| 68. | Myeson Brigerman, Administratrix of the Estate of Gregory Brigerman                                                      | Crozier Keystone Health System; Dr. William S. Zirker                                                                              | Delaware County, Pennsylvania, Court of Common Pleas CV-2019-003814             |
| 69. | Nancy Parker                                                                                                             | Jason Norman, Administrator; Karl Hernandez, Regional Vice President                                                               | Bernalillo County, New Mexico, 2nd District, D-202-CV-2023-06469                |
| 70. | Neil Shotton                                                                                                             | Jason Norman, Administrator, And Karl Hernandez, Regional Vice President/Market President                                          | New Mexico D-202-CV-2025-01926                                                  |
| 71. | Nina Devito, Individually and as Executrix of the Estate of Vincent DeVito                                               | Newton Medical Center; Carolyn Candish, R.N.; Barbara Moore, R.N.; Adele Sweeten, R.N.; Uliana Fateey, R.N.,                       | Camden County, New Jersey, CAM-L-1981-22                                        |
| 72. | Patricia A. Clifford, as Administratrix of the Estate of John Thomas Baker, deceased                                     | Scott Stewart, Administrator; Welltower, Inc.; ZAC Properties XI, LLC                                                              | Jefferson County, Kentucky Circuit Court, 22-CI-004973                          |
| 73. | Patsy Chadwell, by and through her Next Friend and Power of Attorney, William Chadwell                                   | Bradford Square Nursing, LLC d/b/a Bradford Square Center; Jamie Zurn, in her capacity as Administrator of Bradford Square Center  | Franklin County, Kentucky, Circuit Court, 23-CI-00313                           |
| 74. | Pedro Celestino Benavidez, Deceased, By The Personal Representative Of The Wrongful Death Estate, Barry Green, Esq.      | Emmanuel Wilson; Felicia Lovato; Leandra R. Griego                                                                                 | Santa Fe County, New Mexico 1st District, D-101-CV-2023-02829                   |
| 75. | Presciliana Sanchez by the Personal Representative of the Wrongful Death Estate of Joleen Youngers                       | Rio Rancho Center; Kevin Traylor, Administrator                                                                                    | Sandoval County, New Mexico, D-101-CV-2019-02278                                |
| 76. | Priscilla Carr, Deceased, by the Personal Representative of the Wrongful Death Estate, Barry Green, Esq.                 | Frederick J.Vandi a/k/a Frederick J. Brima Vandi; Vanessa M. Rodriguez; Brande E. Broome; Grace E. Salazar                         | Santa Fe County, New Mexico, 1st District,                                      |

16

|     |                                                                                                                    |                                                                                                                    |                                                                                                        |
| --- | ------------------------------------------------------------------------------------------------------------------ | ------------------------------------------------------------------------------------------------------------------ | ------------------------------------------------------------------------------------------------------ |
|     |                                                                                                                    |                                                                                                                    | D-101-CV-2024-00220                                                                                    |
| 77. | Ralph Albert Romeo As Attorney-In-Fact For Anna Patricia Vaccaro                                                   | Raymond Villasurda, Rn; Temitope Oladoja, Lpn                                                                      | Bergen County, New Jersey BER-L-3438-L-23                                                              |
| 78. | Raymond Carrillo, Deceased, By The Personal Representative Of The Wrongful Death Estate, Barry Green, Esq.         | Marissa M. Hotze, Marlene Limary A/K/A Marlene Nguyen, Cynthia Sowards, And Tenzin Tsetan                          | Santa Fe County, New Mexico, 1st District, D-101-CV-2023-02271                                         |
| 79. | Riley Schaffer, as Personal Representative of the Estate of Rachael Schaffer, Deceased                             | Susan Pointer Jones                                                                                                | Morgan County, Alabama, Circuit Court, 52-CV-2023- 900159.00                                           |
| 80. | Robert Butera                                                                                                      | Platinum Health at Richboro, LLC d/b/a Richboro Rehabilitation & Nursing Center; Prestige Healthcare A.S., LLC a/k/a Prestige Healthcare Administrative Services; PHRH Holdings, LLC; Clyde II, LLC; PA Noble Parentco, LLC; Star PA I Holdings, LLC; Apex Healthcare Partners, LLC; Apex Global Solutions, LLC; Apex Healthcare Systems, LLC; Platinum PA Holdings, LLC; Platinum Healthcare Group, LLC; PHHA, LLC; Vintage Healthcare PA, LLC; Moshe Stern; Nathan Stern; and Jacob Karmel | Philadelphia County, Pennsylvania, Court of Common Pleas, 241201292                                    |
| 81. | Robert M. Brown, Jr. as Administrator of the Estate of Robert M. Brown, Sr., deceased                              | Tower Health f/k/a Reading Health System, CH Operating, LLC d/b/a Chestnut Hill Lodge Health and Rehabilitation Center; Premier Healthcare Management, LLC; CH Operating Holdings LLC; Crestview 360 Holdings LLC; Crestview 720 Trust; Wyndmor PA Realty LLC; Jonathan Bleier, Kimberly Griffies-Edwards, NHA; Dr. Anthony Letizio; | Philadelphia County, Pennsylvania, Court of Common Pleas, 210501319                                    |

17

|  |  | Richard Bailey, NHA |  |
|---|---|---|---|
| 82. | Robert Parker, By and Through His Next Friend, Isabell Parker | Magnolia Ridge Rehabilitation & Senior Living Opco LLC; Magnolia Ridge Rehabilitation & Senior Living Propco, LLC; Jennifer Dilworth, RN; Kelsi Walden, CRNP | Jefferson County, Alabama, CV-2023-902063.00 |
| 83. | Rosalina Blea, deceased, by the personal representative of the wrongful death estate, Barry Green, Esq. | Tamara L. Higgins; Andrea L. Adams; Cynthia A. Tabot | Santa Fe County, New Mexico, 1st District, D-101-CV-2021-02035 |
| 84. | Sandra Thomas-Camp, as Administratrix of the Estate of Allan Camp, Sr., deceased | HCCF Management Group XI; Welltower, Inc.; Senior Care Genesis, LLC; and Senior Care Holdings, LLC; ZAC Properties XI, LLC | Philadelphia County, Pennsylvania, Court of Common Pleas 241202109 |
| 85. | Shahidah Adams, Individually. and as Administrator of the Estate of Inez B. Wallace | Hillcrest RE, LLC; AlignMed Partners, P.C.; CareerStaff Unlimited, LLC | Philadelphia County, Pennsylvania, Court of Common Pleas, 250403280 |
| 86. | Sharon Ourian, individually and as successor in interest to Ester Benyamin | Rio Hondo Subacute and Nursing Center, LLC; NewGen Administrative Services LLC | Superior Court of California, Central District of Los Angeles County, 22STCV02244 |
| 87. | Sheila Sanders-Green, as Administratrix of the Estate of Harold L. Sanders, deceased | Herschel Sedonis, in his capacity as Administrator; Rhonda Smith in her capacity as Administrator | N/A |
| 88. | Shirley Lavenia Refile, as Administratrix for the Estate of Shirley Refile, deceased | HCCF Management Group XI, LLC; Welltower, Inc.; ZAC Properties XI, LLC; Senior Care Genesis, LLC; Senior Care Holdings, LLC; Pinta Capital Partners, LLC; Regen Healthcare GP, LLC; Regen Healthcare Holdings, LLC; Regen Healthcare, LLC | Philadelphia County, Pennsylvania, Court of Common Pleas, 250200406 |
| 89. | Stacy Tyler, individually, and as Special Administrator of the Estate of Gary Tyler | The Heights of Summerlin, LLC | Clark County, Nevada, A-18-783329-C |

| | | | |
|---|---|---|---|
| 90. | Stephanie Ellis, as Attorney-In-Fact for Thomas Rozier | Jefferson Abington Hospital; Jefferson Health; James F. Rowley, MD; Wayne L. Rosen, MD; Merrit Van Pelt, MD; Dhiraj Baruah, MD | Philadelphia County, Pennsylvania, Court of Common Pleas, 25050297 |
| 91. | Stephanie La Fortune, deceased, by the Personal Representative of the Wrongful Death Estate, Carroll Cagle | Behavioral Health Services of New Mexico, LLC d/b/a Central Desert Behavioral Health Hospital; Fundamental Clinical and Operational Services, LLC; Fundamental Administrative Services, LLC; Kelley Whitaker, Administrator/CEO; Karl Hernandez, Regional Vice President | Bernalillo County, New Mexico, 2nd District, D-202-CV-2024-02825 |
| 92. | Sylvester McElhaney, Individually, And As Administrator Ad Prosequendum Of The Estate Of Christine Folds | Saint Barnabas Medical Center; Tracy Mayeski, RN; Catia Marques, RN; Carmela Carlos; Krisel Manglapus; Maria Abella | Essex County, New Jersey, ESX-L-009826-21 |
| 93. | Teresa Thompson, as Personal representative of the Estate of Orencle Barlow, Deceased | Jacqueline Carter; SunBridge Retirement Care Associates, LLC | Jefferson County, Alabama, 01-CV-2024-90192.00 |
| 94. | Terri Monaldi, as Administratrix for the Estate of PatriciaA. Smith | HCCF Management Group XI, LLC; Welltower, Inc.; ZAC Properties XI, LLC; Senior Care Genesis, LLC; Senior Care Holdings, LLC | Philadelphia County, Pennsylvania, Court of Common Pleas, 241102403 |
| 95. | The Estate of Charles Evertt Devericks, Sr, by and through Melissa Devericks, Personal Representative | Ronald V. Berlingo, NHA | Harrison County, West Virginia, 24-C-19 |
| 96. | The Estate Of George Velez, By And Through Grace Velez, Personal Representative; And Grace Velez, Individually | 24th Street Healthcare Associates, LLC d/b/a Desert Terrace Healthcare Center; Bandera Healthcare, Inc.; Ensign Services, Inc.; The Ensign Group Inc.; Lillian Rastgoo, Jeremy Bowen, and Ted Glazebrook | Maricopa County, Arizona, CV2021-010278 |
| 97. | The Estate of Leroy Stock, By Rachel Stock, The | Springfield Rivers Nursing and Rehabilitation, LLC; | Windsor County, Vermont, 24-CV- |

19

|  |  | Executor | Christopher Phillips; Michelle Tooley; Jesper Brickley, MD | 00334 |
|---|---|---|---|---|
| 98. | The Estate of Louis Woehl, by and through Carolyn Woehl | | New Lebanon Propco LLC; Harold Allen Ferguson, Jr., D.O. | Montgomery County, Ohio, Court of Common Pleas, 2022 CV 05089 |
| 99. | The Estate of Pauline White, by and through Tommy Wayne White, Administrator | | Lora Dawson, NHA | Logan County, West Virginia 24-C-20 |
| 100. | Thomas W. Banner, Personal Representative to the Wrongful Death Estate of Maria Escajeda | | HCCF Management Group XI, LLC; Pinta Capital Partners, LLC; Regen Healthcare GP, LLC; Regen Healthcare Holdings, LLC; Regen Healthcare, LLC; Mary Snyder, in her capacity as the Administrator of Casa De Oro Center | Santa Fe County, New Mexico, D-101-CV-2025-01201 |
| 101. | William Carter and Maria R. Carter, as Guardians of Linda C. Schoene, incapacitated | | Owensboro KY Opco, LLC d/b/a Chautauqua Health and Rehabilitation; The Portopiccolo Group, LLC; Naftali Zanziper; Simcha Hyman; Clearview Healthcare Management KY, LLC d/b/a Clearview Healthcare Management; Owensboro Health Medical Group, Inc. d/b/a Owensboro Health Medical Group-Family Medicine; Owensboro Health, Inc.; Heather Snowden; Benjamin Keeley, M.D. | Davies County, Kentucky, Circuit Court, 22-CI00067 |