# EXHIBIT 1

## Wallace, Brooke Myers

**From:**      Wallace, Brooke Myers
**Sent:**      Monday, September 22, 2025 11:55 AM
**To:**        Harrison, Courtney J.; zachary.hemenway@stinson.com; Farag, Michael G.; Cox, Trey; Krause, Jeffrey C.; Fogelman, James P.
**Cc:**        Zluticky, Nicholas; Swift, Miranda S.; Genesis Restructuring
**Subject:**   RE: Genesis HC | UCC Request to M&C re: Rule 2004 Subpoena to Welltower

Counsel—

As you know, on Friday Welltower made a significant third-party production comprising more than 60,000 pages of documents. On Friday we also received your proposed search strings. We have run your search terms on the email of the two main business contacts who interacted with Genesis on the transactions of interest and on the day-to-day operation of Genesis business (Nikhil Chaudhri and Adi Jain), from Jan. 1, 2021-present (with the exception of strings 17a-17c, which were from 8/1/24-present) using the collection terms identified below—which were necessary given the volume of data involved and the compressed timeline here. Even so, as you will see below, three of your proposed review terms have returned more than 20,000 hits (not including families) _each_. Given the significant, meaningful production Welltower has already made as a third-party in response to your very broad document requests, we are only willing to conduct limited additional searches to target specific issues, as indicated below, which based on rough estimates comprise an additional 8,000 documents. If there are a small handful of _significantly_ narrowed strings you would like us to use instead of or in addition to the ones we've accepted below, we will consider it. Please be advised that we are unable to meet and confer later today or tomorrow due to the holiday.

| | Term | Documents with hits | Documents with hits, including group | Unique hits | Welltower Response |
|---|---|---|---|---|---|
| 1 | "$880 million" OR ("144,000" w/3 bed) | 82 | 193 | 4 | Accepted |
| 2 | "cindat best years welltower" | 3,977 | 6,637 | 1,537 | Rejected |
| 3 | ("wax" OR "nao") AND (assign OR reassign OR assignment OR reassignment OR recharacterize OR "backrent" OR "back rent") | 1,426 | 3,693 | 139 | Rejected |
| 4 | ("wax" OR "nao") and (facility OR facilities OR snf) | 1,324 | 3,945 | 96 | Rejected |
| 5 | (Genesis OR integra OR promedica OR landau OR alitra OR gehner) AND ((facility OR snf OR facilities) w/5 (valuation* OR apprais*)) | 548 | 2,025 | 7 | Accepted |
| 6 | (Genesis OR integra OR promedica OR landau OR alitra OR gehner) AND ((loan* OR debt*) AND (forgive OR forgiveness)) | 2,524 | 6,469 | 142 | Accepted |

1

| | | | | | |
|---|---|---|---|---|---|
| 7 | (Genesis OR integra OR promedica OR landau OR altira OR gefner) AND (avoidance OR fiduciary OR transfer OR insider) | 21,581 | 40,352 | 2,062 | Rejected |
| 8 | (Genesis OR integra OR promedica OR landau OR altira OR gefner) AND ("lease" OR sublease") | 34,940 | 59,445 | 10,252 | Rejected |
| 9 | (Genesis OR integra OR promedica OR landau OR altira OR gefner) w/10 ("renegotiate" OR "assign" OR recharacterize OR recharacterization or subordination) | 4,773 | 11,017 | 162 | Rejected |
| 10 | (Genesis OR integra OR promedica OR landau OR altira OR gefner) w/20 (divest OR divested OR divestiture OR termination OR terminate OR terminates) | 4,872 | 11,093 | 82 | Rejected |
| 11 | (Genesis OR landau OR gefner) AND ("stalking horse") | 764 | 1,137 | 20 | Accepted |
| 12 | (Genesis OR landau OR gefner) AND ("claim" OR release" OR "waiv" OR bankruptcy OR "dip" or (debtor w/5 possession)) | 24,368 | 43,277 | 4,057 | Rejected |
| 13 | Dashdoc44@hotmail.com | 0 | 0 | 0 | Accepted |
| 14 | jli@pergrove.com | 1 | 5 | 0 | Accepted |
| 15 | jlandau@pintapartners.com | 8,752 | 16,745 | 3,432 | Rejected |
| 16 | Pinta AND (consult OR consulting OR investor OR transfer OR affiliate OR insider OR related OR genesis) | 1,105 | 2,482 | 119 | Accepted |
| 17a | "Cindat" | 6,857 | 9,011 | 5,683 | Rejected |
| 17b | "mao" | 1,208 | 2,049 | 62 | Rejected |
| 17c | "wax" | 2,144 | 3,413 | 413 | Rejected |

Custodians

1. **Nikhil Chaudhri**, Co-President and Chief Investment Officer (Jan. 2025-present), formerly Vice President, Chief Investment Officer (Jan. 2023-Jan. 2025), formerly Senior Vice President, Co-Head of U.S. Investments (Nov. 2020-Jan. 2023)

   1. **Relationship to Transactions of Interest:** Main business contact and negotiating party on deal structure and fundamentals in the following deals: the 2021 transaction between FC-GEN and Welltower, the 2022 transaction with ProMedica, the September 2024 debt restructuring transaction.

2. **Adi Jain**, Assistant Vice President, Investments (2024-present), formerly Senior Associate, Investments (Jan. 2021-Jan. 2024)

   1. **Relationship to Transactions of Interest:** Main business contact for the business team at Genesis since 2021.

2

**Brooke Myers Wallace**
Associate Attorney

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

T: +1 213.229.7074 | M: +1 213.321.8025
bwallace@gibsondunn.com

(she/her/hers)

**From:** Harrison, Courtney J. <courtney.harrison@stinson.com>
**Sent:** Friday, September 19, 2025 3:07 PM
**To:** Wallace, Brooke Myers <bwallace@gibsondunn.com>; zachary.hemenway@stinson.com; Farag, Michael G. <MFarag@gibsondunn.com>; Cox, Trey <TCox@gibsondunn.com>; Krause, Jeffrey C. <JKrause@gibsondunn.com>; Fogelman, James P. <JFogelman@gibsondunn.com>
**Cc:** Zluticky, Nicholas <nicholas.zluticky@stinson.com>; Swift, Miranda S. <miranda.swift@stinson.com>; Genesis Restructuring <genesisproskrestructuring@proskauer.com>
**Subject:** RE: Genesis HC | UCC Request to M&C re: Rule 2004 Subpoena to Welltower

| This Message Is From an External Sender |
|---|
| This message came from outside your organization. |

Counsel,

Following up, please find below an initial list of search terms. As we mentioned, we're happy to work with you on narrowing or refining these based on hits, including limiting searches to "email only" for the hit analysis as needed. These terms are proposed without waiver of the UCC's right to request additional terms based on the documents.

Unless otherwise specified, these terms should be run from January 1, 2021 to present.

- (Genesis OR integra OR promedica OR landau OR altira OR gefner) AND (lease! OR sublease!)
- (Genesis OR integra OR promedica OR landau OR altira OR gefner) AND ((facility OR snf OR facilities) w/5 (valuation* OR appraisal*))

Collection Terms: Genesis OR gen OR regen OR MAO OR MAO22322 OR wax OR aurora OR altira OR apex OR "peace capital" OR cindat OR integra OR promedica OR shg OR "FC-GEN" OR Omega OR Guardian OR Joel OR Landau

- ("wax" OR "mao") and (facility OR facilities OR snf)
- (Genesis OR landau OR gefner) AND ("stalking horse")
- (Genesis OR landau OR gefner) AND (claim! OR release! OR waiv* OR bankruptcy OR "dip" or (debtor w/5 possession))
- Pinta AND (consult OR consulting OR investor OR transfer OR affiliate OR insider OR related OR genesis)
- (Genesis OR integra OR promedica OR landau OR attira OR gefner) AND (avoidance OR fiduciary OR transfer OR insider)
- (Genesis OR integra OR promedica OR landau OR attira OR gefner) w/20 (divest OR divested OR divestiture OR termination OR terminate OR terminates)
- (Genesis OR integra OR promedica OR landau OR attira OR gefner) w/10 (renegotiate* OR assign*OR recharacterize OR recharacterization or subordination or subordinate)
- (Genesis OR integra OR promedica OR landau OR attira OR gefner) AND ((loan! OR debt!) AND (forgive OR forgiveness))
- "$880 million" OR ("144,000" w/3 bed)
- ("wax" OR "mao") AND (assign OR reassign OR assignment OR reassignment OR recharacterize OR "backrent" OR "back rent")
- "cindat best years welltower"
- For August 1, 2024 to Present:
  - Cindat
  - "wax"
  - "mao"

jlandau@pintapartners.com
Dashdoc44@hotmail.com
lil@perigrove.com

Best,

**Courtney J. Harrison**
Partner
Pronouns: She/Her

STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Direct: 816.691.2354 \ Mobile: 573.303.4713 \ Bio

Assistant: KCM.LSSTeam1@stinson.com \ 816.691.2738

STINSON.COM

**From:** Wallace, Brooke Myers <bwallace@gibsondunn.com>
**Sent:** Friday, September 19, 2025 11:01 AM
**To:** Harrison, Courtney J. <courtney.harrison@stinson.com>; Hemenway, Zachary H. <zachary.hemenway@stinson.com>; Farag, Michael G.

4

<Mfarag@gibsondunn.com>; Cox, Trey <TCox@gibsondunn.com>; Fogelman, James P. <JFogelman@gibsondunn.com>

**Cc:** Zluticky, Nicholas <nicholas.zluticky@stinson.com>; Swift, Miranda S. <miranda.swift@stinson.com>; Genesis Restructuring <genesisprosrestructuring@proskauer.com>

**Subject:** RE: Genesis HC | UCC Request to M&C re: Rule 2004 Subpoena to Welltower

Ah, got it. Thanks!

(she/her/hers)

**Brooke Myers Wallace**
Associate Attorney

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

T: +1 213.229.7074 | M: +1 213.321.8025
bwallace@gibsondunn.com

**From:** Harrison, Courtney J. <courtney.harrison@stinson.com>
**Sent:** Friday, September 19, 2025 8:42 AM
**To:** Wallace, Brooke Myers <bwallace@gibsondunn.com>; zachary.hemenway@stinson.com; Farag, Michael G. <MFarag@gibsondunn.com>; Cox, Trey <TCox@gibsondunn.com>; Krause, Jeffrey C. <JKrause@gibsondunn.com>; Fogelman, James P. <JFogelman@gibsondunn.com>
**Cc:** Zluticky, Nicholas <nicholas.zluticky@stinson.com>; Swift, Miranda S. <miranda.swift@stinson.com>; Genesis Restructuring <genesisprosrestructuring@proskauer.com>
**Subject:** RE: Genesis HC | UCC Request to M&C re: Rule 2004 Subpoena to Welltower

Brooke,

There's a 502(d) order within the Protective Order, at paragraph 28. Let me know if you're looking for something separate from that.

-Courtney

**Courtney J. Harrison**
Partner
Pronouns: She/Her

**STINSON LLP**
1201 Walnut Street, Suite 2900

5

Assistant: KCM_LSSTeam1@stinson.com \ 816.691.2738

Kansas City, MO 64106-2150
Direct: 816.691.2354 \ Mobile: 573.303.4713 \ Bio

**STINSON.COM**

**From:** Wallace, Brooke Myers <bwallace@gibsondunn.com>
**Sent:** Friday, September 19, 2025 10:01 AM
**To:** Hemenway, Zachary H. <zachary.hemenway@stinson.com>; Cox, Trey <TCox@gibsondunn.com>; Harrison, Courtney J. <courtney.harrison@stinson.com>; Farag, Michael G. <MFarag@gibsondunn.com>; Krause, Jeffrey C. <JKrause@gibsondunn.com>; Fogelman, James P. <JFogelman@gibsondunn.com>
**Cc:** Zluticky, Nicholas <nicholas.zluticky@stinson.com>; Swift, Miranda S. <miranda.swift@stinson.com>; Genesis Restructuring <genesisproskrestructuring@proskauer.com>
**Subject:** RE: Genesis HC | UCC Request to M&C re: Rule 2004 Subpoena to Welltower

Counsel,

Is there a 502(d) order in place in this case? If so, can you please send it to us? We have already dug up the Protective Order.

Thank you,
Brooke

Brooke Myers Wallace
Associate Attorney

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

T: +1 213.229.7074 | M: +1 213.321.8025
bwallace@gibsondunn.com

(she/her/hers)

**From:** Hemenway, Zachary H. <zachary.hemenway@stinson.com>
**Sent:** Wednesday, September 17, 2025 11:03 AM
**To:** Wallace, Brooke Myers <bwallace@gibsondunn.com>; Cox, Trey <TCox@gibsondunn.com>; Harrison, Courtney J. <courtney.harrison@stinson.com>; Farag, Michael G. <MFarag@gibsondunn.com>; Krause, Jeffrey C. <JKrause@gibsondunn.com>; Fogelman, James P. <JFogelman@gibsondunn.com>
**Cc:** Zluticky, Nicholas <nicholas.zluticky@stinson.com>; Swift, Miranda S. <miranda.swift@stinson.com>; Genesis Restructuring <genesisproskrestructuring@proskauer.com>
**Subject:** RE: Genesis HC | UCC Request to M&C re: Rule 2004 Subpoena to Welltower

We'll speak at 11 AM PT tomorrow morning.

**Zachary H. Hemenway**
Partner
Pronouns: He/Him

STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Direct: 816.691.2647 \ Bio

STINSON.COM

**From:** Wallace, Brooke Myers <bwallace@gibsondunn.com>
**Sent:** Wednesday, September 17, 2025 12:50 PM
**To:** Hemenway, Zachary H. <zachary.hemenway@stinson.com>; Harrison, Courtney J. <courtney.harrison@stinson.com>; Farag, Michael G. <MFarag@gibsondunn.com>; Cox, Trey <TCox@gibsondunn.com>; Krause, Jeffrey C. <JKrause@gibsondunn.com>; Fogelman, James P. <JFogelman@gibsondunn.com>
**Cc:** Zluticky, Nicholas <nicholas.zluticky@stinson.com>; Swift, Miranda S. <miranda.swift@stinson.com>; Genesis Restructuring <genesisprosrestructuring@proskauer.com>
**Subject:** RE: Genesis HC | UCC Request to M&C re: Rule 2004 Subpoena to Welltower

Counsel,

We obviously disagree with the assertions in your email below. And if you are facing any time crunch now it is because you waited so many weeks to serve these requests, not because of anything we have done, or not done. But the fact remains that you have not served narrow requests or yet narrowed them to anything reasonable, which is why we have offered to meet and confer. We can be available to meet and confer today from 1-130 PT or from 2-3 PT, or tomorrow between 10-12 PT (note the changed end time in our availability tomorrow). Please let us know what works for you and your team.

Regards,
Brooke

**Brooke Myers Wallace**
Associate Attorney

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

T: +1 213.229.7074 | M: +1 213.321.8025
bwallace@gibsondunn.com

(she/her/hers)

**From:** Hemenway, Zachary H. <zachary.hemenway@stinson.com>
**Sent:** Wednesday, September 17, 2025 9:50 AM
**To:** Wallace, Brooke Myers <bwallace@gibsondunn.com>; Harrison, Courtney J. <courtney.harrison@stinson.com>; Farag, Michael G. <MFarag@gibsondunn.com>; Cox, Trey <TCox@gibsondunn.com>; Krause, Jeffrey C. <JKrause@gibsondunn.com>; Fogelman, James P. <JFogelman@gibsondunn.com>
**Cc:** Ziuticky, Nicholas <nicholas.zluticky@stinson.com>; Swift, Miranda S. <miranda.swift@stinson.com>; Genesis Restructuring <genesisproskrestructuring@proskauer.com>
**Subject:** RE: Genesis HC | UCC Request to M&C re: Rule 2004 Subpoena to Welltower

Brooke,

Your self-serving recounting of our call on Friday is inaccurate. On the call, we noted that we were aware of a few large transactions and suggested that based on the scope of the requests many of the responsive documents might relate to those transactions. It strains credulity to suggest that you or your colleagues, such as Mr. Krause, are not aware of what those transactions are.

Thus, your assertion that you "haven't received the additional targeting information [we] promised" both misstates the discussion that was had and presents a nonsensical justification for any lack of responsiveness. It also rings false because we spoke and sent you requests on Friday, and the first we've heard is your message below, which only came in response to our request for an update.

As to your complaint that we offered to meet and confer a day before our first proposed rolling production deadline, I'm confused. When we spoke Friday, we told you we would make ourselves available anytime to meet and confer because it's important that we get documents as soon as possible. We suggested a date later this week in large part because we had heard nothing from you and were concerned we might not receive a timely response to the email we sent 24 hours before your response below. In any event, if you'd like to meet sooner, we are happy to accommodate.

We are less than a month from the expiration of a challenge period your clients demanded, and as we have made clear from the outset, the documents we are requesting are absolutely essential to our investigation. Misstatements and posturing are counterproductive to completion of that process. If Welltower is not willing or able to comply with our discovery requests, please apprise us of that fact rather than making broad, implausible statements and allegations. We look forward to speaking further and to receiving documents later this week.

ZH

**Zachary H. Hemenway**
Partner
Pronouns: He/Him

**STINSON.COM**

**From:** Wallace, Brooke Myers <bwallace@gibsondunn.com>
**Sent:** Wednesday, September 17, 2025 11:03 AM
**To:** Harrison, Courtney J. <courtney.harrison@stinson.com>; Farag, Michael G. <MFarag@gibsondunn.com>; Cox, Trey <TCox@gibsondunn.com>; Krause, Jeffrey C. <Jkrause@gibsondunn.com>; Fogelman, James P. <JFogelman@gibsondunn.com>
**Cc:** Zluticky, Nicholas <nicholas.zluticky@stinson.com>; Hemenway, Zachary H. <zachary.hemenway@stinson.com>; Swift, Miranda S. <miranda.swift@stinson.com>; Genesis Restructuring <genesisproskrestructuring@proskauer.com>
**Subject:** RE: Genesis HC | UCC Request to M&C re: Rule 2004 Subpoena to Welltower

Counsel,

Thank you for your email. We are available between 10 and 1 PT on Thursday. As a reminder, your colleague told us during Friday's meet and confer that the document requests the UCC intended to serve later that day were going to be drafted broadly, but your team was going to help target our search to 1-3 transactions given the compressed production deadlines. Welltower received your document requests Friday afternoon, and they were indeed broadly framed. Yet we've not received the additional targeting information you promised and the first date you've offered for a meet and confer is the day before your first proposed production deadline. Nevertheless, we were already planning to make an initial production on Friday to get the ball rolling. Our written responses and objections will follow.

Regards,
Brooke

**Brooke Myers Wallace**
Associate Attorney

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

T: +1 213.229.7074 | M: +1 213.321.8025
bwallace@gibsondunn.com

(she/her/hers)

**From:** Harrison, Courtney J. <courtney.harrison@stinson.com>
**Sent:** Tuesday, September 16, 2025 12:28 PM
**To:** Farag, Michael G. <MFarag@gibsondunn.com>; Cox, Trey <TCox@gibsondunn.com>; Krause, Jeffrey C. <Jkrause@gibsondunn.com>; Fogelman, James P. <JFogelman@gibsondunn.com>; Wallace, Brooke Myers <bwallace@gibsondunn.com>

STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Direct: 816.691.2647 | Bio

**Cc:** Zluticky, Nicholas <nicholas.zluticky@stinson.com>; zachary.hemenway@stinson.com; Swift, Miranda S. <miranda.swift@stinson.com>; Genesis Restructuring <genesisproskrestructuring@proskauer.com>;
**Subject:** RE: Genesis HC | UCC Request to M&C re: Rule 2004 Subpoena to Welltower

Counsel,

Now that you've had a chance to review our requests, can you please let us know when the UCC will receive written responses/objections and whether we will receive an initial document production Friday? As we discussed on the phone, we are dealing with a very tight time period due to the deadline imposed by the challenge period, a date your clients are unwilling to modify, and we need to receive these documents as quickly as possible so that we may conduct our investigation within those limitations. We are available Thursday to meet and confer on any objections or other issues.

Best,

**Courtney J. Harrison**
Partner
Pronouns: She/Her
STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Direct: 816.691.2354 \ Mobile: 573.303.4713 \ Bio
Assistant: KCM_LSSTeam1@stinson.com \ 816.691.2738
**STINSON.COM**

---

**From:** Harrison, Courtney J.
**Sent:** Friday, September 12, 2025 3:54 PM
**To:** 'Farag, Michael G.' <MFarag@gibsondunn.com>; 'Cox, Trey' <TCox@gibsondunn.com>; 'Krause, Jeffrey C.' <JKrause@gibsondunn.com>; 'Fogelman, James P.' <JFogelman@gibsondunn.com>; 'Wallace, Brooke Myers' <bwallace@gibsondunn.com>
**Cc:** Zluticky, Nicholas <nicholas.zluticky@stinson.com>; 'Genesis Restructuring' <genesisproskrestructuring@proskauer.com>; Hemenway, Zachary H. <zachary.hemenway@stinson.com>; Swift, Miranda S. <miranda.swift@stinson.com>;
**Subject:** RE: Genesis HC | UCC re: Rule 2004 Subpoena to Welltower

Counsel,

Thank you for the call today. As discussed, please find attached the UCC's first requests for production to Welltower. Please advise as to whether you are able to accept service.

Have a lovely weekend,

**From:** Harrison, Courtney J.
**Sent:** Thursday, September 11, 2025 12:52 PM
**To:** 'Farag, Michael G.' <MFarag@gibsondunn.com>; Cox, Trey <TCox@gibsondunn.com>; Krause, Jeffrey C. <JKrause@gibsondunn.com>; Fogelman, James P. <JFogelman@gibsondunn.com>; Wallace, Brooke Myers <bwallace@gibsondunn.com>
**Cc:** Zluticky, Nicholas <nicholas.zluticky@stinson.com>; Hemenway, Zachary H. <zachary.hemenway@stinson.com>; Swift, Miranda S. <miranda.swift@stinson.com>; Genesis Restructuring <genesisproskrestructuring@proskauer.com>
**Subject:** RE: Genesis HC | UCC Request to M&C re: Rule 2004 Subpoena to Welltower

Michael,

Thanks, that works. I will send a calendar appointment.

-Courtney

**From:** Farag, Michael G. <MFarag@gibsondunn.com>
**Sent:** Thursday, September 11, 2025 12:21 PM
**To:** Harrison, Courtney J. <courtney.harrison@stinson.com>; Cox, Trey <TCox@gibsondunn.com>; Krause, Jeffrey C. <JKrause@gibsondunn.com>; Fogelman, James P. <JFogelman@gibsondunn.com>; Wallace, Brooke Myers <bwallace@gibsondunn.com>
**Cc:** Zluticky, Nicholas <nicholas.zluticky@stinson.com>; Hemenway, Zachary H. <zachary.hemenway@stinson.com>; Swift, Miranda S. <miranda.swift@stinson.com>; Genesis Restructuring <genesisproskrestructuring@proskauer.com>
**Subject:** RE: Genesis HC | UCC Request to M&C re: Rule 2004 Subpoena to Welltower

<span style="color:red">**External Email – Use Caution**</span>

Courtney – Adding others on our side. We can be available tomorrow morning between 10:30 and 11 a.m. PT.

Best,

**Michael G. Farag**
<span style="color:blue">Associate Attorney</span>

T: +1 213.229.7559 | M: +1 213.618.8562
MFarag@gibsondunn.com

<span style="color:blue">**GIBSON DUNN**</span>
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

**From:** Harrison, Courtney J. <courtney.harrison@stinson.com>
**Sent:** Wednesday, September 10, 2025 6:56 PM
**To:** Cox, Trey <TCox@gibsondunn.com>; Farag, Michael G. <MFarag@gibsondunn.com>; Krause, Jeffrey C. <JKrause@gibsondunn.com>
**Cc:** Zluticky, Nicholas <nicholas.zluticky@stinson.com>; zachary.hemenway@stinson.com; Swift, Miranda S. <miranda.swift@stinson.com>; Genesis Restructuring <genesisproskrestructuring@proskauer.com>
**Subject:** Genesis HC | UCC Request to M&C re: Rule 2004 Subpoena to Welltower

Counsel,

The UCC intends to file a Motion for Rule 2004 Examination seeking permission from the Court to issue a subpoena for documents to Welltower. Consistent with L.B.R. 2004-1, the UCC would like to schedule a time to meet and confer with Welltower regarding the timing of document productions. Please advise as to your availability to confer tomorrow or Friday morning.

Best,

**Courtney J. Harrison**
Partner
Pronouns: She/Her

<span style="color:orange">STINSON LLP</span>
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Direct: 816.691.2354 \ Mobile: 573.303.4713 \ Bio

Assistant: KCM_LSST_Team1@stinson.com \ 816.691.2738

**STINSON.COM**

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

<hr>

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

<hr>

This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information. If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.

<hr>

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.