# EXHIBIT 29

## MONTGOMERYVILLE SKILLED NURSING AND REHABILITATION CENTER

**A.**     **Executive Summary**

Montgomeryville Skilled Nursing and Rehabilitation Center ("Montgomeryville" or the "facility") is a skilled nursing facility located at 640 Bethlehem Pike, Montgomeryville, Pennsylvania 18936. The facility is operated by Debtor 640 Bethlehem Pike Operations LLC. On September 25, 2025, the Ombudsman's representatives toured Montgomeryville in person.

Overall, based on the visit, Montgomeryville provides safe and quality resident care. The environment was observed to be clean and odor-free. Supplies were adequate at point of care. Staffing met Pennsylvania minimums while satisfying the federal sufficiency standard. Survey corrections were implemented and monitored through Quality Assessment and Performance Improvement ("QAPI"). No Immediate Jeopardy was identified. At the time of the visit, renovation of the flood-affected ninety-five (95) bed unit was ongoing, with plans to reopen upon clearance. Opportunities for improvement discussed with leadership included maintaining survey-ready closure documentation for Life Safety items and reinforcing baseline care plan timeliness and order-implementation to sustain gains from the June through August 2025 survey cycle.

**B.**     **Facility Profile and Physical Environment**

The facility is a two (2) story structure off a commercial highway with maintained grounds and adequate parking. Walkways were observed to be even and debris-free. Outdoor lighting was functional. The lobby is secured and was observed to have the required postings prominently posted (including the facility's license, Nursing Home Administrator's ("NHA") license, Clinical Laboratory Improvement Amendments certificate, and residents' rights). Interior spaces were uncluttered with comfortable temperatures, and call systems were audible at the nurses' station.

A flood that occurred in January 2025 led to the temporary closure of Montgomeryville. The sixty (60) bed unit reopened after the June 2025 occupancy survey. At the time of the visit, the ninety-five (95) bed unit was closed pending renovation and clearance. The onsite dialysis unit was also closed, with plans to reopen as construction phases conclude. The physical environment of the open unit was observed to be safe, functional, sanitary, and comfortable.

C.   **Regulatory Status and Survey Review**

The annual recertification survey, which occurred on June 26, 2025, cited four (4) deficiencies: (i) baseline care plans not consistently completed; (ii) physician orders not fully implemented; (iii) absence of a qualified dietary manager; and (iv) food storage practices not aligned with regulation. The Pennsylvania Department of Health revisited on August 7, 2025 and verified corrections and restored full compliance.

The Life Safety Code recertification survey occurred on June 30, 2025 and cited nineteen (19) deficiencies. A revisit on August 21, 2025 cleared seventeen (17) deficiencies, with two (2) open pending final clearance at the time of the visit. The facility reported that corrective actions were completed and internal audits are ongoing. No subsequent health surveys occurred after the August 2025 revisits.

D.   **Leadership, Staffing, and Facility Assessment**

The NHA returned to Montgomeryville on April 8, 2025, and the Director of Nursing ("DON") returned on August 6, 2025. The Medical Director is onsite at least two (2) days per week. Lumina Telehealth provides after-hours coverage. The interdisciplinary team ("IDT") includes maintenance, activities, social services, dietary, and environmental services via Healthcare Services Group.

2

Staffing was stabilized, with Montgomeryville employing approximately seventy-five (75) staff members total (including eight (8) in administration, five (5) in nursing administration, twelve (12) in dietary, three (3) in activities, one (1) in maintenance, one (1) in social services, and the remainder in direct-care nursing). At the time of the visit, Montgomeryville was not using agency staff. HealthStream is used for mandatory training (including abuse/neglect, infection control, emergency preparedness, elopement, fire, and natural disaster). Posted coverage and Payroll-Based Journal data showed compliance with state ratios and the federal sufficiency standard, including a registered nurse ("RN") each shift and a designated charge nurse per tour. The facility assessment aligned staffing and competencies with resident acuity and services. Staffing coverage typically included the following:

- Day Shift: 3 RNs and 5 Certified Nursing Assistants ("CNAs")
- Evening Shift: 2 RNs and 4 CNAs
- Night Shift: 2 RNs and 3 CNAs

The DON covers for RN position when census is below forty (40) residents. As census increases, leadership will scale staffing consistent with the facility assessment and acuity-based needs.

### E. Resident Observations, Interviews, and Life Enrichment

Residents appeared well-groomed and appropriately dressed. Activities were posted and offered. Participation reflected the smaller-unit operation during renovation. Staff were respectful and conversational. Interviewed residents expressed satisfaction with their care and responsiveness. Choice, dignity, and autonomy were upheld consistent with regulatory requirements.

3

F.  **Clinical Services – Assessment, Care Planning, and Services**

Montgomeryville uses Point Click Care ("PCC"), an electronic medical record platform, with paper components. Sampled records showed timely assessments, individualized care plans with measurable goals, and implementation of orders. Baseline and quarterly care conferences were documented with IDT involvement. PASARR and POLST/advance directives were present when indicated. Interventions and monitoring aligned to residents' conditions.

Record review did not identify late assessments. Following a fall occurrence, the eINTERACT, skin, pain, and fall-risk evaluations were completed as part of the post-event protocol. One (1) skin assessment originally flagged red as late was traced to a scheduling linkage issue. Documentation showed the assessment was completed on time.

Orders entered after the fall and subsequent skin tear were reviewed and found to be correctly transcribed, carried out, and evaluated in a timely manner, with the wound-care team assessing the resident during the next scheduled rounds. POLST documentation was present as both a physical copy in the chart and a scanned record in the PCC, with all sections completed and signed and dated appropriately. Care conferences were found to be held quarterly after the initial seventy-two (72) hour conference and as needed, with notes in the PCC reflecting IDT participation. Care plans were personalized with resident-specific goals and interventions, and incident-related interventions were added without delay, regulatory requirements.

G.  **Medication Management and Pharmacy**

Medication rooms, carts, and refrigeration were secured and organized. The consultant pharmacist performs drug regimen reviews. Prescriber responses to clinically significant issues were present. Avoidance of unnecessary medications, including psychotropics with gradual dose reduction when appropriate, was monitored.

4

**H.**     **Infection Prevention and Control**

The infection prevention and control program is led by a qualified Infection Preventionist and includes surveillance, isolation and transmission-based precautions, vaccination offering/tracking, and antibiotic stewardship. Personal protective equipment ("PPE") use and proper hand hygiene were observed during care. Surveillance line listings were current at the time of review. QAPI receives routine infection prevention and control trending. Enhanced barrier precautions ("EBP") education was found to be in the training plan for reinforcement across shifts.

Each isolation room maintained a dedicated door-hung PPE container with mobile drawers staged immediately outside the doorway. Signage was observed to be current, and the storage areas were clean and appropriately stocked. Staff were observed to perform correct hand hygiene and donning/doffing technique and to utilize PPE as indicated in EBP rooms. Infection-surveillance line listings for the prior three (3) months reflected a slight uptick in urinary tract infections during September 2025 concurrent with rising census. The DON reported increasing fluid rounds on nursing units and incorporating beverages into group activities to promote hydration. These actions, together with ongoing surveillance and stewardship review, align with applicable regulatory requirements.

**I.**     **Risk Management, Reportables, and QAPI**

Events reviewed on September 3, 2025 and September 12, 2025 involved discharges against medical advice ("AMA") and Area Agency on Aging referrals. A September 15, 2025 medication error triggered four (4) hour circulation, movement, and sensation checks, prescriber notice, targeted reeducation, and medication administration records audits. No adverse outcome was reported.

5

Daily standups and weekly clinical meetings track falls, wounds, behaviors, weights, and infection control. QAPI meets at least quarterly.

**J.** **Food and Nutrition Services**

Dining observed with direct feeding support and set-up. The kitchen clean was observed to be clean, and dietary staff were observed using gloves, hair coverings, and beard guards. Dry and cold storage was observed to be labeled, dated, and within temperatures. Cleaning logs and chemical audits were current at the time of review. Nelbud suppression inspection occurred on August 25, 2025.

**K.** **Emergency Preparedness and Life Safety**

Emergency preparedness manuals were current at the time of review, and Montgomeryville had the required three (3) days' worth of emergency food and water supplies. At the time of the visit, the following were the most recent tests and drills:

- Generator test occurred on May 25, 2025 and an internal test occurred on August 20, 2025;
- Fire drills occurred on July 26, 2025 and August 21, 2025;
- Elopement and tornado drills occurred on August 1, 2025;

Tabletop/community-based exercises were pending post-reopening. Life Safety Code work orders and vendor clearances were tracked through TELS with audits to evidence closure.

**L.** **Environmental Services, Maintenance, and Laundry**

Maintenance is tracked through TELS. The building was observed to be clean and odor-free. Laundry was fully operational with clean/soiled separation. Preventive maintenance audits were current at the time of review (including suppression, risers, water temperatures, and

6

extinguishers). Vendors were reported to be stable. Staff reported adequate supplies and no service interruptions.

**M.  Supplies and Vendor Relationships**

Vendor relationships were reported to be current and stable. No service interruptions were reported. Supplies were adequate across units with point-of-use availability observed.

**N.  Prioritized Recommendations and Timeframes**

- Immediate (0 – 14 Days):
    - Maintain survey-ready Life Safety closure documentation;
    - Reinforce EBP/PPE competencies with spot-checks and return-demonstrations; and
    - Sustain baseline care plan timeliness and order-implementation audits post-reopening.
- 30 Days:
    - Trend staffing against the facility assessment and acuity as census scales to maintain ratios and RN-per-shift coverage; and
    - Validate care-plan revisions and effectiveness checks for AMA and medication-error events.
- 60 – 90 Days:
    - Demonstrate closed-loop QAPI validation for survey-cycle findings (care plans, orders, and dietary operations) and Life Safety closure with measurable effectiveness checks; and
    - Complete a tabletop or community-based emergency preparedness exercise as operations stabilize.

7