IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GENESIS HEALTHCARE, INC., *et al.*,[1] | ) ) ) | Case No. 25-80185 (SGJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

**SECOND SUPPLEMENTAL DECLARATION OF JEFFREY FINGER IN SUPPORT OF THE DEBTORS' APPLICATION TO (I) EMPLOY AND RETAIN JEFFERIES LLC AS INVESTMENT BANKER TO THE DEBTORS IN POSSESSION PURSUANT TO SECTIONS 327(A) AND 328 OF THE BANKRUPTCY CODE, EFFECTIVE AS OF THE PETITION DATE, (II) WAIVING CERTAIN TIME-KEEPING REQUIREMENTS AND (III) GRANTING RELATED RELIEF**

I, Jeffrey Finger, hereby declare under penalty of perjury that, to the best of my knowledge and belief, and after reasonable inquiry, the following is true and correct:

1. I am a Managing Director and Co-Head of US Debt Advisory Restructuring at Jefferies LLC ("Jefferies"), an investment banking and financial advisory firm with principal offices located at 520 Madison Avenue, New York, New York 10022.

2. I submit this additional supplemental declaration (this "Supplemental Declaration") in support of the *Debtors' Application to (I) Employ and Retain Jefferies LLC as Investment Banker to The Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code,*

---

[1] The last four digits of Genesis Healthcare, Inc.'s federal tax identification number are 4755. There are 299 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Genesis. The location of Genesis Healthcare, Inc.'s corporate headquarters and the Debtors' service address is 101 East State Street, Kennett Square, PA 19348.

*Effective as of the Petition Date and (II) Waiving Certain Time-Keeping Requirements; and (III) Granting Related Relief* [Docket No. 248] (the "Application").[2]

3. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and, if called as a witness, I would testify thereto. Certain of the disclosures herein, however, relate to matters within the personal knowledge of other professionals at and representatives of Jefferies and are based on information provided by such professionals.

4. In connection with the Application, I submitted an initial declaration (the "Initial Declaration") describing Jefferies' connections with the entities identified by the Debtors and their representatives as Potential Parties in Interest. The Initial Declaration was appended to the Application as **Exhibit B**.[3]

5. As noted in the Initial Declaration, to check potential connections with the Debtors and other Parties in Interest, Jefferies entered the names of the Potential Parties in Interest into a database containing the names of Jefferies' current and former investment banking clients. To the extent that this inquiry revealed that certain Potential Parties in Interest (or their apparent affiliates) were current or former investment banking clients of Jefferies within the past three years, these parties were identified on **Schedule 2** to the Initial Declaration. Through the information generated from the aforementioned inquiry and through follow-up inquiries to Jefferies professionals responsible for the parties listed on **Schedule 2**, Jefferies determined that its representation of the parties on the Client Match List, if any, concerned matters unrelated to the Debtors.

---

[2] Terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

[3] I also submitted a supplemental declaration [Docket No. 702] in support of the Application after certain additional Potential Parties in Interest were identified by the Official Committee of Unsecured Creditors.

6.  Although not an investment banking engagement, I understand that Berkadia Commercial Mortgage LLC ("Berkadia") is one of the Potential Parties in Interest in these Chapter 11 Cases. I understand that Berkadia is an affiliate of Berkadia Commercial Mortgage Holding LLC ("BCMH"). BCMH is a commercial real estate finance and investment sales joint venture formed in 2009 between Berkshire Hathaway Inc. ("Berkshire") and Leucadia National Corporation, the predecessor to Jefferies' parent company, Jefferies Financial Group Inc. (the "Parent"). Both Berkshire and the Parent have a 50% interest in BCMH. BCMH's business is separately operated and managed from Jefferies with its own operations and locations, as well as, among other things, its own legal and compliance departments. Jefferies is not involved in the operations of BCMH.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 22, 2025

*/s/ Jeffrey Finger*
Jeffrey Finger
Managing Director
Jefferies LLC
