**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GENESIS HEALTHCARE, INC., *et al.*, [1] | ) Case No. 25-80185 |
| | ) |
| Debtors. | ) (Jointly Administered) |

**SECOND SUPPLEMENTAL DECLARATION OF RUSSELL A. PERRY IN
SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF ORDER (I)
AUTHORIZING DEBTORS TO RETAIN ANKURA CONSULTING GROUP, LLC AS
RESTRUCTURING ADVISOR, (II) DESIGNATING LOUIS E. ROBICHAUX IV AND
RUSSELL A. PERRY AS CO-CHIEF RESTRUCTURING OFFICERS FOR THE
DEBTORS, IN EACH CASE EFFECTIVE AS OF THE PETITION DATE, AND (III)
APPROVING THE ENGAGEMENT LETTER RELATED THERETO**

I, Russell A. Perry, being duly sworn, state the following under penalty of perjury and that the following is true and correct to the best of my knowledge, information, and belief:

1.       I am a Senior Managing Director with Ankura Consulting Group, LLC ("**Ankura**"), a management consulting firm that provides expert services to businesses in various professional areas including bankruptcy and corporate restructuring.

2.       I am duly authorized to make this supplemental declaration on behalf of Ankura (this "**Second Supplemental Declaration**") in support of the *Debtors' Application for Entry of Order (I) Authorizing Debtors to Retain Ankura Consulting Group, LLC As Restructuring Advisor, Designating Louis E. Robichaux IV and Russell A. Perry As Co-Chief Restructuring Officers for the*

---

[1]     The last four digits of Genesis Healthcare, Inc.'s federal tax identification number are 4755. There are 299 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Genesis. The location of Genesis Healthcare, Inc.'s corporate headquarters and the Debtors' service address is 101 East State Street, Kennett Square, PA 19348.

*Debtors, in Each Case Effective as of the Petition Date, and (III) Approving the Engagement Letter Related Thereto* filed at Docket No. 247 (the "**Application**").[2]

3.      Except as otherwise stated in this Second Supplemental Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify thereto. Certain of the disclosures set forth herein are related to matters within the knowledge of other employees of Ankura and are based on information provided by them.

4.      I submit this Second Supplemental Declaration to supplement my Declaration filed with the Application and my first supplemental declaration filed on August 28, 2025 at Docket No. 703 (such declarations collectively, the "**Prior Declarations**") and provide certain additional disclosure.

5.      Ankura has continued to monitor any potential conflicts or connections related to the debtor and its non-debtor affiliates that may arise with respect to its employment by the Debtors since the filing of the Prior Declarations.

6.      In connection with such monitoring, Ankura discloses that, on July 1, 2025, BlackRock, Inc. ("**BlackRock**") acquired 100% of the equity of HPS Investment Partners, LLC ("**HPS**"). As disclosed in public filings, HPS remains responsible for the activities of the fund that has provided the investment in Ankura. As such, no changes are anticipated in the management of such investment. However, in connection with the acquisition, the Database has been updated to include BlackRock and its wholly owned subsidiaries. The Ankura Entities have no access to BlackRock's or its subsidiaries systems or confidential information, nor does BlackRock or its wholly owned subsidiaries have the ability to access the Ankura Entities' systems or confidential

---

[2]      Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Application.

information.  For the avoidance of doubt, Genesis Healthcare, Inc. and its debtor affiliates do not have any affiliation with Blackrock.

7.      Finally, in connection with filing this Second Supplemental Declaration, Ankura has obtained from the Debtors the current list of Parties-in-Interest as set forth on Schedule 1 and compared it to the Database. New connections not previously disclosed are set forth on Schedule 2.

8.      To the best of Ankura's knowledge, Ankura remains a "disinterested person" within the meaning of section 101(14), as modified by section 1107(b), of the Bankruptcy Code throughout this chapter 11 case.

9.      Accordingly, to the best of my knowledge, it remains that neither I, Ankura, nor any person employed by Ankura, insofar as I have been able to ascertain, represented any interest adverse to the Debtor and their estates in the matters for which Ankura was engaged during these chapter 11 cases.

*[Remainder of Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: 10/22/2025
     New York, NY

*/s/ Russell A. Perry*
Russell A. Perry
Senior Managing Director
Ankura Consulting Group, LLC

**<u>SCHEDULE 1</u>**
**POTENTIAL PARTIES IN INTEREST**

**SCHEDULE 1**

**Potential Parties-in-Interest**

| <u>Schedules</u> | <u>Category</u> |
|---|---|
| 1(a) | Debtors and Non-Debtor Affiliates; Non-Debtor Joint Ventures; Non-Debtor Professional Corporations |
| 1(b) | Current and Former Directors and Officers |
| 1(c) | Equity Holders (More than 5%) |
| 1(d) | Bankruptcy Judges and Staff for the United States Bankruptcy Court for the Northern District of Texas, and U.S. Trustee Personnel for the Northern District of Texas |
| 1(e) | Banks, Lenders, Lien Parties, and Administrative Agents |
| 1(f) | Top 100 Unsecured Creditors |
| 1(g) | Chapter 11 Professionals |
| 1(h) | Insurance Providers and Agents |
| 1(i) | Landlords |
| 1(j) | Unions & Benefit Providers |
| 1(k) | Potential Sale Parties + Affiliates |
| 1(l) | Governmental Agencies / Regulators / Billing Agencies |

## SCHEDULE 1(a)

### Debtors and Non-Debtor Affiliates;
### Non-Debtor Joint Ventures; Non-Debtor Professional Corporations

*Debtors*

Genesis Healthcare, Inc.
1 Glen Hill Road Operations LLC
1 Sutphin Drive Operations LLC
10 Woodland Drive Operations LLC
100 Abbeyville Road Operations LLC
100 Chambers Street Operations LLC
100 W. Queen Street Operations LLC
105 Chester Road Operations LLC
1000 Lincoln Drive Operations LLC
1008 Thompson Street Operations LLC
101 13th Street Operations LLC
101 Development Group, LLC
1020 South Main Street Operations LLC
106 Tyree Street Operations LLC
1070 Stouffer Avenue Operations LLC
11 Dairy Lane Operations LLC
1100 Norman Eskridge Highway Operations
LLC
1104 Welsh Road Operations LLC
1105 Perry Highway Operations LLC
113 W. McMurray Road Operations LLC
115 S. Providence Road Operations LLC
12-15 Saddle River Road Operations LLC
1245 Church Road Operations LLC
1248 Hospital Drive Operations LLC
125 Holly Road Operations LLC
128 East State Street Associates, LLC
136 Donahoe Manor Road Operations LLC
1361 Route 72 West Operations LLC
1539 Country Club Road Operations LLC
1543 Country Club Road Manor Operations
LLC
161 Bakers Ridge Road Operations LLC
1631 Ritter Drive Operations LLC
1650 Galisteo Street Operations LLC
1680 Spring Creek Road Operations LLC
1700 Market Street Operations LLC
1700 Pine Street Operations LLC
175 Blueberry Lane Operations LLC
1770 Barley Road Operations LLC

1848 Greentree Road Operations LLC
191 Hackett Hill Road Operations LLC
2 Blackberry Lane Operations LLC
20 Maitland Street Operations LLC
200 Pauline Drive Operations LLC
200 Reynolds Avenue Operations LLC
200 South Ritchie Avenue Operations LLC
201 Wood Street Operations LLC
2021 Westgate Drive Operations LLC
2029 Westgate Drive Operations LLC
2101 Fairland Road Operations LLC
211-213 Ana Drive Operations LLC
2125 Elizabeth Avenue Operations LLC
22 Tuck Road Operations LLC
225 Evergreen Road Operations LLC
227 Evergreen Road Operations LLC
23 Fair Street Operations LLC
23 Fair Street Property, LLC
24 Old Etna Road Operations LLC
2400 Kingston Court Operations LLC
25 East Lindsley Road Operations LLC
25 Ridgewood Road Operations LLC
2507 Chestnut Street Operations LLC
2600 Northampton Street Operations LLC
262 Toll Gate Road Operations LLC
2720 Charles Town Road Operations LLC
279 Cabot Street Operations LLC
279 Cabot Street Property LLC
2800 Palo Parkway Operations LLC
290 Hanover Street Operations LLC
292 Applegarth Road Operations LLC
3 Industrial Way East Operations LLC
30 West Avenue Operations LLC
300 Pearl Street Operations LLC
3000 Windmill Road Operations LLC
302 Cedar Ridge Road Operations LLC
330 Franklin Turnpike Operations LLC
333 Green End Avenue Operations LLC
3430 Huntingdon Pike Operations LLC
3485 Davisville Road Operations II LLC
3514 Fowler Avenue Operations LLC

2

3590 Washington Pike Operations LLC
3720 Church Rock Street Operations LLC
390 Red School Lane Operations LLC
40 Crosby Street Operations LLC
40 Whitehall Road Operations LLC
40 Whitehall Road Property LLC
400 McKinley Avenue Operations LLC
4140 Old Washington Highway Operations LLC
419 Harding Street Operations LLC
422 23rd Street Operations LLC
425 Buttonwood Street Operations LLC
450 East Philadelphia Avenue Operations LLC
462 Main Street Operations LLC
50 Mulberry Tree Street Operations LLC
50 Pheasant Road Operations LLC
500 East Philadelphia Avenue Operations LLC
501 Thomas Jones Way Operations LLC
505 Weyman Road Operations LLC
530 Macoby Street Operations LLC
54 Sharp Street Operations LLC
5485 Perkiomen Avenue Operations LLC
550 South Negley Avenue Operations LLC
5609 Fifth Avenue Operations LLC
590 North Poplar Fork Road Operations LLC
60 Highland Road Operations LLC
600 Paoli Pointe Drive Operations LLC
600 W. Valley Forge Road Operations LLC
613 Hammonds Lane Operations LLC
624 N. Converse Street Property, LLC
640 Bethlehem Pike Operations LLC
642 Metacom Avenue Operations LLC
660 Commonwealth Avenue Operations LLC
677 Court Street Operations LLC
7 Baldwin Street Operations LLC
700 Marvel Road Operations LLC
700 Town Bank Road Operations LLC
715 East King Street Operations LLC
723 Summers Street Operations LLC
724 N. Charlotte Street Operations LLC
735 Putnam Pike Operations LLC
75 Hickle Street Operations LLC

777 Lafayette Road Operations LLC
8 Rose Street Operations LLC
8 Snow Road Operations LLC
80 Maddex Drive Operations LLC
800 Court Street Circle Operations LLC
803 Hacienda Lane Operations LLC
885 MacBeth Drive Operations LLC
8100 Washington Lane Operations LLC
825 SUMMIT STREET OPERATIONS LLC
84 Cold Hill Road Operations LLC
840 Lee Road Operations LLC
850 12th Avenue Property, LLC
867 York Road Operations LLC
900 Tuck Street Operations LLC
91 Country Village Road Operations LLC
940 Walnut Bottom Road Operations LLC
98 Hospitality Drive Operations LLC
Albuquerque Heights Healthcare and Rehabilitation Center, LLC
Albuquerque Heights Property, LLC
Belen Meadows Healthcare and Rehabilitation Center, LLC
Belfast Operations, LLC
Brier Oak on Sunset, LLC
Camden Operations, LLC
Canyon Albuquerque Property, LLC
Canyon Transitional Rehabilitation Center, LLC
Clovis Healthcare and Rehabilitation Center, LLC
Courtyard JV LLC
Encore GC Acquisition LLC
Encore Pediatrics, LLC
Encore Preakness, LLC
Encore Rehabilitation Services, LLC
Falmouth Operations, LLC
Farmington Operations, LLC
FC-GEN Operations Investment, LLC
Five Ninety Six Sheldon Road Operations LLC
Forty Six Nichols Street Operations LLC
Fountain Holdco, LLC
Franklin Woods JV LLC
GEN BQ JV Holdings LLC
GEN CCG JV Holdings LLC

GEN Operations I, LLC
GEN Operations II, LLC
GEN SF JV Holdings, LLC
GEN-CCG WO Master Tenant LLC
GEN-Next Holdco I LLC
Genesis Administrative Services LLC
Genesis CT Holdings LLC
Genesis CT XCL Operations LLC
Genesis DE Holdings LLC
Genesis Dynasty Operations LLC
Genesis Eldercare Network Services, LLC
Genesis ElderCare Physician Services, LLC
Genesis HealthCare LLC
Genesis HealthCare of Maine, LLC
Genesis Holdings LLC
Genesis MA Holdings LLC
Genesis MD Holdings LLC
Genesis Midwest II Operations LLC
Genesis NH Holdings LLC
Genesis NHG Operations LLC
Genesis NHG-GEN Operations LLC
Genesis NJ Holdings LLC
Genesis OMG Operations LLC
Genesis Operations III LLC
Genesis Operations IV LLC
Genesis Operations LLC
Genesis Operations V LLC
Genesis Operations VI LLC
Genesis Orion Operations LLC
Genesis PA Holdings LLC
Genesis Partnership LLC
Genesis Physician Services MSO, LLC
Genesis PM CO Operations LLC
Genesis PM NJ Operations LLC
Genesis PM PA Operations LLC
Genesis RI Holdings LLC
Genesis SNI Operations LLC
Genesis Tang Operations LLC
Genesis VA Holdings LLC
Genesis VT Holdings LLC
Genesis WV Holdings LLC
GHC Holdings LLC
GHC JV Holdings LLC
GHC Payroll LLC
GHC TX Operations LLC
Granite Ledges JV LLC

Harborside Danbury Limited Partnership
Harborside Health I LLC
Harborside Healthcare Advisors Limited
Partnership
Harborside Healthcare Limited Partnership
Harborside Healthcare, LLC
Harborside New Hampshire Limited
Partnership
Harborside Rhode Island Limited
Partnership
Harborside Toledo Business LLC
HBR Kentucky, LLC
HBR Trumbull, LLC
HC 63 Operations LLC
Kansas City Transitional Care Center, LLC
Kennebunk Operations, LLC
Kennett Center, L.P.
KHI LLC
Leasehold Resource Group, LLC
Lewiston Operations, LLC
LTC ACO, LLC
Magnolia JV LLC
Maryland Harborside, LLC
Metro Therapy, Inc.
Nine Haywood Avenue Operations LLC
Odd Lot LLC
Orono Operations, LLC
PAI Participant 1, LLC
PAI Participant 2, LLC
PAI Participant 3, LLC
PAI Participant 4, LLC
PBR Intermediate Holdings, LLC
PDDTSE, LLC
Peak Medical Assisted Living, LLC
Peak Medical Las Cruces No. 2, LLC
Peak Medical Las Cruces, LLC
Peak Medical New Mexico No. 3, LLC
Peak Medical Roswell, LLC
Peak Medical, LLC
Pine Tree Villa LLC
Post-Acute Innovations, LLC
Powerback Pediatrics of Arkansas, LLC
Powerback Pediatrics of Georgia, LLC
Powerback Pediatrics of Missouri, LLC
Powerback Pediatrics of Nebraska, LLC

Powerback Pediatrics of South Carolina, LLC
Powerback Pediatrics of Vermont, LLC
Powerback Rehabilitation, LLC
PRMC/GEC at Salisbury Center, LLC
Property Resource Holdings, LLC
Regency Health Services, LLC
Respiratory Health Services LLC
Romney Health Care Center Limited Partnership
Route 92 Operations LLC
Saddle Shop Road Operations LLC
Salisbury JV LLC
Scarborough Operations, LLC
SHG Partnership, LLC
SHG Resources, LLC
Skies Healthcare and Rehabilitation Center, LLC
Skiles Avenue and Sterling Drive Urban Renewal Operations LLC
Skilled Healthcare, LLC
Skowhegan SNF Operations, LLC
St. Anthony Healthcare and Rehabilitation Center, LLC
St. Catherine Healthcare and Rehabilitation Center, LLC
St. John Healthcare and Rehabilitation Center, LLC
St. Theresa Healthcare and Rehabilitation Center, LLC
State Street Associates, L.P.
State Street Kennett Square, LLC
Stillwell Road Operations LLC
Summit Care Parent, LLC
Summit Care, LLC
Sun Healthcare Group, Inc.
SunBridge Beckley Health Care LLC
SunBridge Care Enterprises, LLC
SunBridge Clipper Home of North Conway, LLC
SunBridge Clipper Home of Wolfeboro, LLC
SunBridge Dunbar Health Care LLC
SunBridge Gardendale Health Care Center, LLC
SunBridge Goodwin Nursing Home, LLC

SunBridge Healthcare, LLC (f/k/a SunBridge Healthcare Corporation)
SunBridge Nursing Home, LLC
SunBridge Putnam Health Care LLC
SunBridge Regency-North Carolina, LLC
SunBridge Regency-Tennessee, LLC
SunBridge Retirement Care Associates, LLC
SunBridge Salem Health Care LLC
SunDance Rehabilitation Agency, LLC
SunDance Rehabilitation Holdco, Inc.
SunDance Rehabilitation, LLC
The Rehabilitation Center of Albuquerque, LLC
Thirty Five Bel-Aire Drive SNF Operations LLC
Three Mile Curve Operations LLC
Waterville SNF Operations LLC
Westbrook Operations, LLC
Westwood Medical Park Operations LLC

***Non-Debtor Affiliates***
AttainCare Consulting Services LLC
AttainCare LLC
Careerstaff Unlimited, LLC
Fountain View Reinsurance, Ltd.
GHS International Inc.
GRS Asia Limited
Liberty Health Corporation, Ltd.
Moriah Consulting Services LLC
Moriah Healthcare Partners, LLC
Pinnacle Health Partners LLC
Pinnacle HP Consulting Services LLC

***Non-Debtor Joint Ventures***
Bold Quail 4 LLC
Bold Quail Holdings LLC
Bowie Center Limited Partnership
Capital/Region Genesis ElderCare L.L.C.
CCGEN Holdings, LLC
Courtyard Nursing Care Cener Partnership
Franklin Square/Meridian Healthcare Nursing Home Limited Partnership
Magnolia Gardens Limited Liability Company
Magnolia Gardens Real Estate LLC

5

NEXTGEN INVESTORS, LLC
Seafire NEMA Investment, LLC

***Non-Debtor Non-Genesis JV Members***
Capital Region Health Services Corporation
CCGEN Holdings Member, LLC
Doctors Community Health Ventures, Inc.
Lawrence Memorial Hospital of Medford, Inc.
Madison Manor, Inc.
New Generation Health, LLC
NextGen Investors Holdings, LLC
Parkway Ventures, Inc.
Seafire NEMA Holdings, LLC

***Non-Debtor Non-Genesis Professional Corporations***
AlignMed Medical Group IL SC
AlignMed Medical Group MA, P.C.
AlignMed Medical Group NC, P.C.
AlignMed Medical Group NJ, P.C. (f/k/a PAI Participant 26, P.C.)
AlignMed Medical Group WV, P.C.
AlignMed Medical Group, P.C.
AlignMed Partners, P.C. (f/k/a GPA Physician Group, P.C.)
Enjati/Johnson Occupational and Physical Therapy, PS
GEPS Physician Group of New Jersey, P.C.
GEPS Physician Group of New Mexico, P.C.
GEPS Physician Group of North Carolina, P.C.

GEPS Physician Group of Pennsylvania, P.C.
GEPS Physician Group of West Virginia, P.C.
GPS Physician Group of New Jersey, P.C.
GPS Physician Group of Rhode Island, P.C.
GPS Physician Group of Texas, PLLC
Leland Wheeler Speech and Language P.A.
Nancy Johnson Speech & Language, PS
NV LTC Physicians – Shariff, P.C.
NY Long-Term Care Physician Services, P.C.
PAI Participant 10, P.A.
PAI Participant 11, P.C.
PAI Participant 12, P.C.
PAI Participant 13, P.C.
PAI Participant 15, P.A.
PAI Participant 18, P.C.
PAI Participant 23, S.C.
PAI Participant 25, P.C.
PAI Participant 27, P.C.
PAI Participant 29, P.C.
PAI Participant 5, P.C.
PAI Participant 6, P.C.
PAI Participant 7, P.C.
PAI Participant 8, P.C.
PAI Participant 9, P.A.
PAI Participant MA, PC
Powerback Rehabilitation of MA, PA (f/k/a Genesis Rehab Services, PC)
Tidd/Krafft Occupational and Physical Therapy, P.A.

## SCHEDULE 1(b)

## Current and Former Directors and Officers

### Current Directors and Officers

Alexander Shaine
Avi Mendelson
Carlye Reese
David Harrington
Elizabeth LaPuma
Erin Reed
Gary Siegel
Gerry Adest
Ian Oppel
Jake Komin
James Chow
John Loome, M.D.
John Randazzo
Jonathan Foster
Jonathan Kirschner
Juan Vallarino
Keith Nause
Kristen Krzyzewski
Laura Bridgeford
Laura Slack
Lauren Murray
Michael Berg
Paul Cass, M.D.
Walter Lin, M.D.
William Snyder

### Former Directors and Officers

Arnold Whitman
Carl Shrom
Greg Bogdan
Isaac Lefkowitz
Jason Feuerman
Mark Sulecki
Tim Davis

## SCHEDULE 1(c)

### Equity Holders (More than 5%)

Arnold Whitman
Isaac M. Neuberger
Steven E. Fishman
Welltower OP LLC

## SCHEDULE 1(d)

**Bankruptcy Judges and Staff for the United States Bankruptcy Court for the Northern
District of Texas, and U.S. Trustee Personnel for the Northern District of Texas**

*Bankruptcy Judges*
Honorable Judge Brad W. Odell
Honorable Judge Edward L. Morris
Honorable Judge Mark X. Mullin
Honorable Judge Michelle V. Larson
Honorable Judge Robert L. Jones
Honorable Judge Scott W. Everett
Honorable Judge Stacey G.C. Jernigan

*Bankruptcy Court Staff*
Dawn Harden
Hawaii Jeng
Jenni Bergreen
Jennifer Calfee
Jennifer Speer
Karyn Rueter
Shelby Wimberley
Stephen Manz
Traci Ellison

*U.S. Trustee Personnel*
Aamer Javed
Alexandria Hughes
Asher Bublick
C. Marie Goodier
Cheryl H. Wilcoxson
Elizabeth Young
Erin Schmidt
Felicia P. Palos
Fernando Garnica
Jason Russell
Kara Croop
Kendra M. Rust
Lisa L. Lambert
Meredyth Kippes
Rafay Suchedina
Reinhard Freimuth
Susan Hersh

## SCHEDULE 1(e)

### Banks, Lenders, Lien Parties, and Administrative Agents

***Debtors' Secured Lenders and Administrative Agents***
Berkadia Commercial Mortgage LLC
Cambridge Realty Capital Ltd. of Illinois
CPE 88988 LLC
Heartland Bank
Keybank National Association
MAO 22322 LLC
Markglen, LLC
OHI Mezz Lender LLC
Oxford Finance
ReGen Healthcare, LLC
WAX Dynasty Partners LLC
Welltower OP LLC (f/k/a Welltower Inc.)
White Oak Healthcare Finance, LLC
WO Healthcare Operating Partners, LLC
WO Healthco-MCM LLC

***Additional Lien Parties***
Department of Treasury – Internal Revenue Service
Secretary of Housing & Urban Development – Office of Residential Care Facilities

***Banks***

| | |
|---|---|
| Bank of America | First National Bank of Romney |
| Bank of the Midwest | FirstBank of Franklin |
| Builtwell | Key Bank, N.A. |
| Burke & Herbert Bank | Manufacturers and Trust Bank |
| Camden National Bank | Old National Bank |
| Capital One Bank | Passumpsic Bank |
| CIBC | PNC Bank |
| Citibank | Regions Bank |
| Citizens Bank | Southside Bank |
| City National Bank of West Virginia | TD Bank, N.A. |
| Commercial Bank | Truist Financial |
| Crossfirst Bank | United Bank |
| Fifth Third Bank | U.S. Bank |
| First Bank | Wells Fargo Bank, N.A. |
| First Citizens Bank & Trust Company | WesBanco |
| First Financial Bank | West Union Bank |

**SCHEDULE 1(f)**

**Top 100 Unsecured Creditors**

1199 New England Health Care Employees
    Pension Fund
1970 Group Inc.
ACS Pro Global Solutions
Agile Premium Finance
Arrington, Don
Aspire
Atlas
Barboan, Lorraine
Betancourt, Nellie
Bland, Joseph
Blea, Rosalina
Blue Cross Blue Shield of Idaho
Blue Cross Blue Shield of New Mexico
Bodie Dolina Hobbs Friddell & Grenzer PC
Brown, Alma
Busch, Joel
Byndas, James
CareerStaff Unlimited LLC
Cerbie, Maryann
Change Healthcare Operations, LLC
Change Healthcare Technologies LLC
Charles, Lorna
Chavis, James
Clark, Aleene
Commonwealth of Pennsylvania
Complete Care
Dages, Pauline
Dechert LLP
DiLabbio, Harry
Direct Supply Inc.
Eckhardt, James
Ecolab Inc.
Encore
Englehart, Judith
G-Radar LLC
HD Supply Facilities Maintenance
Healthcare Services Group Inc.
Hugar, Jessica
Hunt, Nancy
ICIMS Inc.
Ilco, George

Integra Scripts LLC
Internal Revenue Service
Kam, Phan
Kelly, April
LaFortune, Stephanie
Lincare Inc.
Lucero, Stella
MAO 22322 LLC
Mark, Bessie
Marquez, Cointa
Martinez, Candido
Medina, Eloy
Medline Industries Inc.
Medlock, Linda
Miles, Barbara
Miller, Mary
MobilexUSA
Monje, Esther
Montoya, Ruben
Net Health Systems Inc.
Omnicare
OmniPro LLC
Pennington, Sandra
PharMerica
PointClickCare Technologies Inc.
Porter, Alvertia
Presbyterian Healthcare Services
Quintana, Gloria
Rainbow Real Estate Partners
Ramirez-Tellez, Yvonne
Recover Care
Romero, Edwin
Romero, Georgia
SADA Systems Inc.
Salaiz, Manuel
Serna, Luisita
Serrano, Ted
Snowden, Marilyn
State of Maryland
State of New Hampshire
State of New Jersey
State of New Mexico

| | |
|---|---|
| State of North Carolina | Tinkham, Faustina |
| State of Rhode Island | Tracy, Darlene |
| State of West Virginia | Treasurer of State of New Jersey |
| Stotler Hayes Group LLC | Twomagnets Inc. |
| Swartz Culleton PC | Unitex Textile Rental |
| Synergi Partners | UNM Hospitals |
| Sysco | Vaccaro, Anna |
| Target Building Construction Inc. | Wolderufael, Selome |
| Taylor Communications | Young, Paul |

**SCHEDULE 1(g)**

**Chapter 11 Professionals**

*Debtor Professionals*
Ankura Consulting Group LLC
Epiq Corporate Restructuring, LLC
Jefferies LLC
Katten Muchin Rosenman LLP
McDermott Will & Emery LLP

*Committee Professionals*
FTI Consulting, Inc.
Houlihan Lokey Capital, Inc.
Proskauer Rose LLP
Stinson LLP

*Patient Care Ombudswomen*
Melanie Cyganowski
Susan Goodman
Suzanne Koenig

*PCO Professionals*
Greenberg Traurig LLP
Kane Russell Coleman Logan PC

*Ordinary Course Professionals*
Anderson Kill
Bradley Arant Boult Cummings LLP
Bragdon Baron & Kossayda PC
Buchanan Ingersoll & Rooney
Carolina Advocacy Group LLC
Casey & Chapman
CBIZ
Cherry Petersen Landry Albert LLP
Coleman & Sons Appraisal Group
Constangy Brooks, Smith & Prophete LLP
Cozen O'Connor PC
Davis Malm & D'Agostine PC
Dechert LLP
Deloitte Tax LLP
Dietrich Law Firm
Dinse P.C.
Dorsi & Dorsi
Flaherty Sensabaugh & Bonasso PLLC
Fultz Maddox Dickens PLC
Genova Burns LLC

Global Tax Management
Goldman Gruder Woods, LLC
Goldsmith & Grout
Gordon & Rees LLP
Grant Thornton LLP
Gregory S. Richters
Harris Beach Murtha Cullina PLLC
Haynes & Boone, LLP
Hiring Incentives, Inc.
Holloway & Sullivan LLC
Hooper, Lundy & Bookman
J McHale & Associates Inc.
Jackson Lewis LLP
Jarrard, Inc.
Kennedy, PC Law Offices
Klasko Immigration Law Partners, LLP
Law Offices of Carolos E. Martinez
Law Offices of Robert M. McCarthy
Littler Mendelson P.C.
Lowenstein Sandler LLP
Marshall Dennehey
McNees Wallace & Nurick LLC
Morgan Lewis & Bockius LLP
Ogletree Deakins LLP
Property Valuation Services
Quatro Tax LLC
Richards, Layton & Finger, P.A.
Ross Brittain & Schonberg
Ryan LLC
Saxton & Stump LLC
Seegel Lipshutz & Lo
Senior Care Valuation LLC
Skoloff & Wolfe PC
SOHO Legal Services Ltd.
Stevens & Lee
Stotler Hayes Group LLC
T Scott Basik PA
The Albano Group LLC
The Kay Law Firm
The Webb Law Firm
Unidas Case Management, Inc.
Williams Mullen Clark & Dobbins PC
Zipp & Tannenbaum LLC

## SCHEDULE 1(h)

### Insurance Providers and Agents

ACE American Insurance Company
AIG
American Bankers Insurance Company of
Florida
American National Group, Inc.
American Zurich Insurance Company
AmTrust Financial Company
Arch Specialty Insurance Company
Arrowpoint Capital
Associated Industries Insurance Company
Inc.
AXIS Insurance Company
Balance Partners, LLC (Archer)
C&F
Capitol Specialty Insurance Corporation
Chubb Insurance
Continental Insurance Company
Coverys Specialty Insurance Company
Evanston
Fair American Insurance
Federal Insurance Company
Hiscox Inc. (TRIA)
Houston Specialty Insurance Company
Hudson Insurance Company (Euclid)
Ironshore Specialty Insurance Company
Kinsale Insurance Company
Labor and Industries Washington State
Lancashire Insurance (US) LLC
Landmark American Insurance Company
Lexington Insurance Company
Liberty Mutual (B&M)
Lloyds of London
Marsh
Midwest Insurance Group
Mitsui
National Fire & Marine Insurance Company
National Union Fire Insurance Company of
Pittsburgh, PA (AIG)
Notting Hill Risk Retention Group, LLC
NY State Disability Plan
Ohio Bureau of Workers' Compensation
QBE Specialty Insurance Co.

RLI
Sedgewick Claims Management Services,
Inc.
Selective
Sentry Insurance
Sompo International Insurance
Starr Surplus Lines Insurance Company
Technology Insurance Company (AmTrust)
Travelers Insurance
Trisura Specialty Insurance Company
U.S. Specialty Insurance Company
Velocity Specialty Insurance Company
Wesco Insurance Company
Westchester Fire Insurance Company
Wright National Flood Insurance Company
Zurich American Insurance Company

**SCHEDULE 1(i)**

**Landlords**

33-35 Water Street Nominee Trust,
    Newburyport Manager LLC
3200 Mission Arch Drive, LLC
3399 Peachtreet, LLC
885 3rd Avenue Realty Owner LLC
A.L.E. Partners
Albuquerque Health Care, Ltd.
Albuquerque Real Estate Investments, Inc.
Belen Health Care, Ltd.
BFW, LLC
Bottled Lightning, LP
Cascade Capital Group
Cindat Best Years Welltower JV LLC
Cindat Capital Management Limited
Crest Hauppage
Edward and Diane Egazarian
Elaine Manor Limited Partnership
FC-Gen Real Estate, LLC
FPA 1350 King Associates, LLC
Fund IV/Ratio Park, LLC
Glenwood Realty, LLC
GMF Capital
Green Power Developers LLC
Imperial Realty
Integra Health Properties LLC
LTD Properties, Inc.
Next Healthcare Group
Omega Healthcare Investors, Inc.
Palmcrest Associates, Ltd.
Pemberton Place, Inc.
Presbyterian Healthcare Services
Rainbow Real Estate Partners II, LLC
Ralph Hazelbaker
RDB-NJR Office Holdings
Sabra Health Care REIT, Inc.
Sanatoga RE, LLC
Sandy River Health Systems LLC
Siebar Windor, LLC
The County Commission of Hampshire
    County, West Virginia
Troy 1997 LLC
Troy NH, LLC

Upchurch Living Trust
Vantage Point Capital, LLC
Ventas, Inc.
WNG, LLC

## SCHEDULE 1(j)

### Unions & Benefit Providers

*Unions*
AFSCME, AFL-CIO
Chauffeurs, Teamsters, and Helpers Local Union
Jersey Nurses Economic Security Organization
New England Health Care Employee Union
Office & Professional Employees International Union
Retail Wholesale and Department Store Union
Rhode Island Laborers' District Council
Service Employees International Union
United Brotherhood of Carpenters and Joiners of America and Carpenters Industrial Council
United Food & Commercial Workers Union
United Steel, Paper, and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service
    Workers International Union

*Benefit Providers*
Aetna Dental
Aflac
Anthem Blue Cross Blue Shield
ArmadaCare
Automatic Data Processing, Inc.
Brian Patten Associates
CapTrust
ConnectYourCare, LLC
Divvy
EmpiRx Health
Empower
EyeMed
First Stop Health
Health Advocate
Kaiser Permanente
Leading Edge Administrators
Liberty Mutual
MetLife
Optum Financial
PeopleSoft

## SCHEDULE 1(k)

### Potential Sale Parties + Affiliates / Related Parties

Stalking Horse Purchaser
CPE 88988 LLC

Affiliates and/or Related Parties of Stalking Horse Purchaser
David Gefner
Integra WIP Tenant LLC
Joel Landau
Perigrove
Pinta Capital Partners
ReGen Healthcare, LLC
WAX Dynasty Partners LLC

**SCHEDULE 1(*l*)**

**Governmental Agencies / Regulators / Billing Agencies**

*Governmental Agencies / Regulators*
Alabama Department of Public Health
Alabama Medicaid
Alabama State Health Planning and Development Agency
California Department of Health Services – Provider Enrollment Division
California Department of Public Health
Centers for Medicare & Medicaid Services
Connecticut Certificate of Need
Connecticut Department of Public Health
Connecticut Department of Social Services – Medical Assistance Program
Delaware Health and Social Services: Division of Health Care Quality
Delaware Health and Social Services: Division of Medicaid & Medical Assistance
Department of Health for the State of New Jersey
Department of Health of the Commonwealth of Pennsylvania
Department of Human Services – NJ FamilyCare/Medicaid
Department of Human Services (Medicaid) of the Commonwealth of Pennsylvania
Department of Vermont Health Access – Medicaid
Maine Department of Health and Human Services
Maine Department of Health and Human Services – Office of MaineCare Services
Maine Department of Public Health
Maryland Department of Health – Maryland Medicaid
Maryland Department of Health and Mental Hygiene – Division of Long Term Care Services
Maryland Nursing Home Licensure Program – Office of Health Quality
Massachusetts Department of Public Health – Determination of Need Program
Massachusetts Department of Public Health – Division of Health Care Facility Licensure & Certification
NC Medicaid
New Hampshire Department of Health and Human Services – Health Facilities Administration-Licensing
New Mexico Department of Health – Division of Health Improvement
New Mexico Health Care Authority
New Mexico Medicaid – Provider Enrollment
NH Department of Health & Human Services – Office of Medicaid Business & Policy
North Carolina Department of Health and Human Services – Division of Health Service Regulation
North Carolina Department of Health and Human Services – Medicaid
Office of Health and Human Services of Massachusetts
Rhode Island Department of Health – Center for Health Systems Policy and Regulations
Rhode Island Department of Health – Licensing Unit
Rhode Island Department of Human Services – Medicaid / Medicare
Rhode Island Executive Office of Health & Human Services
TennCare Provider Services

Tennessee Department of Health – Division of Health Licensure and Regulation
Tennessee Health Services and Development Agency
U.S. Department of Health and Human Services
U.S. Department of Justice
Vermont Agency of Human Services – Disabilities, Aging and Independent Living
Virginia Agency of Human Services – Disability, Aging and Independent Living
Virginia Department of Health – Office of Licensure and Certification
Virginia Department of Medical Assistance Services
Washington State Department of Health – Certificate of Need
Washington State Department of Social and Health Services
Washington State Department of Social and Health Services – Medicaid Provider Enrollment
Wast Virginia Health Care Authority – Certificate of Need Program
West Virginia Department of Health and Human Resources – Medicaid Provider Services
West Virginia Department of Health and Human Resources – Office of Health Facility Licensure
& Certification

***Medicare/Medicaid Billing Agencies***
Gainwell Technologies
General Dynamics Information Technology
National Government Services, Inc.
Noridian
Novitas Solutions, Inc.
Palmetto GBA

**SCHEDULE 2**
**CONNECTIONS TO PARTIES IN INTEREST LIST**

| Party Name | Description |
|---|---|
| Encore Rehabilitation Services, LLC | Current Client |
| Duke Energy | Current Client |
| Stericycle Inc | Past Client, Vendor |
| Jonathan Foster | Current Client |
| Heartland Bank | Past Client |
| Ogletree Deakins LLP | Current Client |
| Kane Russell Coleman Logan PC | Past Client |
| Haynes & Boone, LLP | Current Client, Vendor, Professional Service Provider |
| Marshall Dennehey | Current Client |
| FTI Consulting, Inc. | Current Client, Vendor |
| Houlihan Lokey Capital, Inc. | Past Client |
| Proskauer Rose LLP | Current Client, Vendor |
| Stinson LLP | Past Client |
| Greenberg Traurig | Current Client, Vendor |