| | |
|---|---|
| **MCDERMOTT WILL & SCHULTE LLP**<br>Marcus A. Helt (TX 24052187)<br>Jack G. Haake (TX 24127704)<br>2801 N. Harwood Street, Suite 2600<br>Dallas, Texas 75201-1574<br>Telephone: (214) 295-8000<br>Facsimile: (972) 232-3098<br>Email: mhelt@mwe.com<br>jhaake@mwe.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* | **MCDERMOTT WILL & SCHULTE LLP**<br>Daniel M. Simon (admitted *pro hac vice*)<br>Emily C. Keil (admitted *pro hac vice*)<br>William A. Guerrieri (admitted *pro hac vice*)<br>Catherine T. Lee (admitted *pro hac vice*)<br>Landon W. Foody (admitted *pro hac vice*)<br>444 West Lake Street, Suite 4000<br>Chicago, Illinois 60606<br>Telephone: (312) 372-2000<br>Facsimile: (312) 984-7700<br>Email: dsimon@mwe.com<br>ekeil@mwe.com<br>wguerrieri@mwe.com<br>clee@mwe.com<br>lfoody@mwe.com |

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>GENESIS HEALTHCARE, INC., et al.,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 25-80185 (SGJ)<br><br>(Jointly Administered) |
| SUNBRIDGE GARDENDALE HEALTH CARE CENTER, LLC and GENESIS HEALTHCARE, INC.,<br><br>                              Plaintiffs,<br><br>         v.<br><br>ROBERT F. KENNEDY, JR., et al.<br><br>                              Defendants. | Adv. Proc. No. 25-08029 (SGJ) |

---

[1] The last four digits of Genesis Healthcare, Inc.'s federal tax identification number are 4755. There are 299 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Genesis. The location of Genesis Healthcare, Inc.'s corporate headquarters and the Debtors' service address is 101 East State Street, Kennett Square, PA 19348.

**DEBTORS' AMENDED[2] WITNESS AND EXHIBIT LIST FOR
HEARING ON OCTOBER 23, 2025 AT 9:30 A.M. (PREVAILING CENTRAL TIME)**

The debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") hereby submit this witness and exhibit list (the "Witness and Exhibit List") and designate the following witnesses in connection with the matters scheduled for hearing on **Thursday, October 23, 2025 at 9:30 a.m. (prevailing Central Time)** (the "Hearing"):

**WITNESSES**

1. Louis E. Robichaux IV (Co-Chief Restructuring Officer, Genesis Healthcare, Inc.) will offer fact and opinion testimony and may offer expert opinion testimony (to the extent necessary).

2. Russell Perry (Co-Chief Restructuring Officer, Genesis Healthcare, Inc.) will offer fact and opinion testimony and may offer expert opinion testimony (to the extent necessary).

3. Sharon Warren will offer fact and opinion testimony and may offer expert opinion testimony (to the extent necessary).

4. Shayne Hutchinson will offer fact and opinion testimony and may offer expert opinion testimony (to the extent necessary).

5. Dr. Jeremy Prince will offer fact and opinion testimony and may offer expert opinion testimony (to the extent necessary).

6. Janice Thorpe will offer fact and opinion testimony and may offer expert opinion testimony (to the extent necessary).

7. Suzanne Koenig (Patient Care Ombudsman) will offer fact and opinion testimony and may offer expert opinion testimony (to the extent necessary).

8. **Resident #103 will offer fact and opinion testimony.**

9. Any witnesses listed, offered, called or designated by any other party.

10. Any witness necessary to authenticate a document.

11. Any impeachment or rebuttal witnesses.

The Debtors reserve the right to cross-examine any witness called by any other party.

---

[2] All amendments to the version of the Debtors' original witness and exhibit list filed at Docket No. 1375 and Adv. Docket No. 29 are reflected in **bold/underlined**.

2

# EXHIBITS

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| 1. | *Special Report of Suzanne Koenig, Patient Care Ombudsman, Relating to the Closure of Magnolia Ridge* [Docket No. 910] | | | | | | | |
| 2. | *Declaration of Russell A. Perry in Support of Debtors' Emergency Motion for Entry of Order temporarily Enjoining Decertification of Magnolia Ridge Center* [Docket No. 923] | | | | | | | |
| 3. | *Declaration of Sharon Warren in Support of Plaintiffs' Emergency Motion for a Preliminary Injunction* [AP 25-08029, Docket No. 4] | | | | | | | |
| 4. | *Declaration of Shayne Hutchinson in Support of Plaintiffs' Emergency Motion for a Preliminary Injunction* [AP 25-08029, Docket No. 4] | | | | | | | |
| 5. | *Declaration of Dr. Jeremy Prince in Support of Plaintiffs' Emergency Motion for a Preliminary Injunction* [AP 25-08029, Docket No. 4] | | | | | | | |
| 6. | *Declaration of Janice Thorpe in Support of Plaintiffs' Emergency Motion for a Preliminary Injunction* [AP 25-08029, Docket No. 4] | | | | | | | |
| 7. | *Declaration of Russell A. Perry in Support of Debtors' Emergency Motion for a Preliminary Injunction* [AP 25-08029, Docket No. 4] | | | | | | | |
| 8. | March 13, 2025 immediate jeopardy removal plan | | | | | | | |
| 9. | April 17, 2025 plan of correction | | | | | | | |
| 10. | June 1, 2025 immediate jeopardy removal plan | | | | | | | |
| 11. | July 22, 2025 plan of correction | | | | | | | |
| 12. | August 22, 2025 immediate jeopardy removal plan | | | | | | | |
| 13. | August 22, 2025 immediate jeopardy removal plan | | | | | | | |
| 14. | August 22, 2025 immediate jeopardy removal plan | | | | | | | |

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| 15. | August 22, 2025 immediate jeopardy removal plan | | | | | | | |
| 16. | August 22, 2025 immediate jeopardy removal plan | | | | | | | |
| 17. | August 22, 2025 immediate jeopardy removal plan | | | | | | | |
| 18. | August 22, 2025 immediate jeopardy removal plan | | | | | | | |
| 19. | August 28, 2025 immediate jeopardy removal plan | | | | | | | |
| 20. | August 28, 2025 immediate jeopardy removal plan | | | | | | | |
| 21. | August 28, 2025 immediate jeopardy removal plan | | | | | | | |
| 22. | August 28, 2025 immediate jeopardy removal plan | | | | | | | |
| 23. | August 28, 2025 immediate jeopardy removal plan | | | | | | | |
| 24. | August 28, 2025 immediate jeopardy removal plan | | | | | | | |
| 26. | August 28, 2025 immediate jeopardy removal plan | | | | | | | |
| 27. | September 1, 2025 immediate jeopardy removal plan | | | | | | | |
| 28. | September 1, 2025 immediate jeopardy removal plan | | | | | | | |
| 29. | September 1, 2025 immediate jeopardy removal plan | | | | | | | |
| 30. | September 1, 2025 immediate jeopardy removal plan | | | | | | | |
| 31. | September 1, 2025 immediate jeopardy removal plan | | | | | | | |

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| 32. | September 1, 2025 immediate jeopardy removal plan | | | | | | | |
| 33. | September 13, 2025 plan of correction | | | | | | | |
| 34. | April 7, 2025 Form 2567 | | | | | | | |
| 35. | June 25, 2025 Form 2567 | | | | | | | |
| 36. | September 3, 2025 Form 2567 | | | | | | | |
| 37. | Master Lease Agreement | | | | | | | |
| 38. | September 29, 2025 CMS Departmental Appeals Board (DAB) Hearing Request | | | | | | | |
| 39. | Notice of Involuntary Termination (Sept. 4, 2025) | | | | | | | |
| 40. | Magnolia Ridge Medicare Ratings | | | | | | | |
| 41. | Medicare.gov map of senior nursing facilities near 35071 – Map I | | | | | | | |
| 42. | Medicare.gov map of senior nursing facilities near 35071 – Map II | | | | | | | |
| 43. | All exhibits necessary for impeachment purposes. | | | | | | | |
| 44. | Any other document entered or filed in the above-styled bankruptcy case, including any exhibits thereto. | | | | | | | |
| 45. | Any and all documents identified or offered by any other party. | | | | | | | |
| 46. | Any exhibits necessary for rebuttal. | | | | | | | |

## **RESERVATION OF RIGHTS**

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserve the right to call additional witnesses and/or introduce additional exhibits in rebuttal or for impeachment purposes. The Debtors further reserve the right to supplement this list prior to the Hearing.

| | |
|---|---|
| Dated: October 22, 2025<br>Dallas, Texas | **MCDERMOTT WILL & SCHULTE LLP**<br><br>*/s/ Marcus A. Helt*<br>Marcus A. Helt (TX 24052187)<br>Jack G. Haake (TX 24127704)<br>2801 N. Harwood Street, Suite 2600<br>Dallas, Texas 75201-1574<br>Telephone:   (214) 295-8000<br>Facsimile:     (972) 232-3098<br>Email:           mhelt@mwe.com<br>                     jhaake@mwe.com<br><br>- and -<br><br>Daniel M. Simon (admitted *pro hac vice*)<br>Emily C. Keil (admitted *pro hac vice*)<br>William A. Guerrieri (admitted *pro hac vice*)<br>Catherine T. Lee (admitted *pro hac vice*)<br>Landon W. Foody (admitted *pro hac vice*)<br>444 West Lake Street, Suite 4000<br>Chicago, Illinois 60606<br>Telephone:   (312) 372-2000<br>Facsimile:     (312) 984-7700<br>Email:           dsimon@mwe.com<br>                     ekeil@mwe.com<br>                     wguerrieri@mwe.com<br>                     clee@mwe.com<br>                     lfoody@mwe.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date a true and correct copy of the foregoing was served by the Court's CM/ECF system on all counsel of record registered in these Chapter 11 Cases through CM/ECF. The Debtors' claims and noticing agent will be filing a supplemental certificate of service on the docket to reflect any additional service of the foregoing.

Dated: October 22, 2025
       Dallas, Texas

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201-1574
Telephone:   (214) 295-8000
Facsimile:   (972) 232-3098
Email:   mhelt@mwe.com
       jhaake@mwe.com

- and -

Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
William A. Guerrieri (admitted *pro hac vice*)
Catherine T. Lee (admitted *pro hac vice*)
Landon W. Foody (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:   (312) 372-2000
Facsimile:   (312) 984-7700
Email:   dsimon@mwe.com
       ekeil@mwe.com
       wguerrieri@mwe.com
       clee@mwe.com
       lfoody@mwe.com

*Counsel for the Debtors and Debtors-in-Possession*