# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: GENESIS HEALTHCARE, INC. et al.

Plaintiff(s)

v.

Defendant(s)

Case No.: 25-80185 (SGJ)

Adversary No.:

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: **Allen**, **Angela**, **M.**
   (Last, First, MI)

2. Firm Name: Jenner & Block LLP

3. Address: 353 N. Clark Street
   Chicago, IL 60654

4. Phone: (312) 840-7218    FAX: (312) 527-0484
   Email: aallen@jenner.com

5. Name used to sign *all* pleadings: Angela M. Allen

6. Retained by: Omnicare, LLC

7. Admitted on May 8, 2008 and presently a member in good standing of the bar of the highest court of the state of Illinois and issued the bar license number of 6295519.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | 7th Circuit Court of Appeals | March 27, 2015 |
   | USDC, Northern District of Illinois | June 30, 2008 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    *Date of Application*       *Case No. and Style*

    __09/25/2025_____         25-80486-sgl11

    _____  _____

    _____  _____

13. Local counsel of record: __moving for waiver_____

14. Local counsel's address: _____

    _____

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

Angela M. Allen                                                                10/29/2025
Printed Name of Applicant                                              Date

*[signature]*

Signature of Applicant