## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GENESIS HEALTHCARE, INC., *et al.*,[1] | ) | Case No. 25-80185 (SGJ) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Related to Docket No. 800** |
|  | ) |  |
|  | ) | **Obj. Deadline: 11/17/25** |
|  | ) |  |

### QUARTERLY REPORT OF ANKURA CONSULTING GROUP, LLC
### FOR THE PERIOD FROM JULY 9, 2025 THROUGH SEPTEMBER 30, 2025

In accordance with the *Order (I) Authorizing Debtors to Retain Ankura Consulting Group, LLC, (II) Designating Louis E. Robichaux IV and Russell A. Perry as Co-Chief Restructuring Officers for the Debtors, in Each Case Effective as of the Petition Date, and (III) Approving the Engagement Letter Related Thereto* [Docket No. 800] (the "Retention Order"), which authorized the Debtors' retention of Ankura Consulting Group, LLC ("Ankura") pursuant to the terms of that certain engagement letter dated August 1, 2020, as amended by the first amendment dated November 17, 2020 and amended by the second amendment dated July 9, 2025 (collectively, the "Engagement Letter"), Ankura hereby submits its quarterly report (the "Quarterly Report") for the period of July 9, 2025 through September 30, 2025 (the "Report Period"). In support of the Quarterly Report, Ankura respectfully represents as follows:

---

[1] The last four digits of Genesis Healthcare, Inc.'s federal tax identification number are 4755. There are 299 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Genesis. The location of Genesis Healthcare, Inc.'s corporate headquarters and the Debtors' service address is 101 East State Street, Kennett Square, PA 19348.

1.      As set forth in the Engagement Letter, Genesis Healthcare, Inc. and certain of its affiliates and subsidiaries, as debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, appointed Louis E. Robichaux IV and Russell A. Perry to serve as Chief Restructuring Officer (together, the "Co-CROs").  The Engagement Letter also states that Ankura will provide additional Ankura employees to assist Mr. Robichaux and Mr. Perry with the restructuring efforts and other business of the Debtors (the "Additional Personnel"), as set forth more fully in the Engagement Letter.

2.      The Retention Order provides that Ankura shall file with this Court and provide notice to the Office of the United States Trustee for Region 6, counsel to the DIP Lenders, and counsel to the Official Committee of Unsecured Creditors a report of staffing on the engagement for the previous month that includes the names and functions of each of the individuals assigned (each, an "Ankura Staffing Report").  *See* Retention Order, ¶ 5.  On September 22, 2025, the Debtors filed the Ankura Staffing Report for the period from July 9, 2025 through August 31, 2025.  *See* Docket No. 976.  On October 20, 2025, the Debtors filed the Ankura Staffing Report for the period from September 1, 2025 through September 30, 2025.  *See* Docket No. 1368.

3.      The Retention Order also provides that Ankura shall file reports of compensation earned and expenses incurred on a quarterly basis.  *See* Retention Order, ¶ 6.  Accordingly, Ankura has prepared a summary report of compensation earned and expenses incurred for the Report Period, attached hereto as **Exhibit A** (the "Summary Report").  A summary of Ankura's time by category is attached to the Summary Report as Exhibit 1.  A summary of Ankura's time by professional is attached to the Summary Report as Exhibit 2.  A summary of Ankura's time by professional and by category is attached to the Summary Report as Exhibit 3.  A summary of expenses incurred by Ankura is attached to the Summary Report as Exhibit 4 and an itemized detail of the same is attached to the Summary Report as Exhibit 5.

Dated: November 3, 2025

/s/ Russell A. Perry

Russell A. Perry
Senior Managing Director
Ankura Consulting Group, LLC

## <u>EXHIBIT A</u>

**Summary of Ankura's Compensation and Expenses
from July 9, 2025 through September 30, 2025**

## EXHIBIT 1

**SUMMARY OF COMPENSATION EARNED BY CATEGORY**

**EXHIBIT 1**
**GENESIS HEALTHCARE, INC., et al. - CASE NO.  25-80185 (SGJ)**
**SUMMARY OF COMPENSATION EARNED BY CATEGORY**
**FOR THE PERIOD JULY 9, 2025 TO SEPTEMBER 30, 2025**

| Code | Time Category | Hours | Fees |
|---|---|---:|---:|
| 1 | Case Administration | 194.1 | $  186,744.00 |
| 2 | Chief Restructuring Officer Services | 1,007.8 | 677,419.35 |
| 3 | Financial Management and Liquidity | 313.6 | 230,996.50 |
| 5 | 363 Sale Process Support | 338.7 | 284,201.50 |
| 6 | Vendor Communications & Negotiations | 14.3 | 17,505.50 |
| 7 | Unsecured Creditor Committee Matters | 251.0 | 228,474.00 |
| 8 | DIP Financing, Cash Collateral, and Related Reporting | 496.9 | 340,608.00 |
| 9 | Schedules & Statements (SOFA / SOAL) | 855.1 | 605,809.00 |
| 10 | Court Hearings - Filings, Preparation and Participation | 169.4 | 145,852.50 |
| 11 | US Trustee Inquiries & 341 hearing | 33.4 | 32,691.50 |
| 12 | Claims Analysis & Administration | 10.3 | 11,535.00 |
| 13 | Plan and Disclosure Statement | - | - |
| 14 | Case Reporting and Compliance (e.g., MORs,  First Day Order Compliance) | 808.0 | 657,351.50 |
| 15 | Executory Contracts Analysis (e.g., rejection & assumption) | 279.6 | 176,475.50 |
| 16 | Retention Application & Staffing Reports | 34.0 | 21,358.00 |
| 17 | Travel | 78.4 | 79,236.00 |
| 18 | Ad-hoc and Litigation Support | 320.9 | 184,698.50 |
| 19 | Joint Venture Analysis and Discussions | 193.0 | 185,874.50 |
| 20 | Engagement Team Work Sessions & Meetings | 51.2 | 40,060.00 |
| 21 | Ancillary Carve-Out | 32.9 | 20,791.50 |
| **Total** | | **5,482.6** | **$  4,127,682.35** |
| | Less: 50% Discount for Non-Working Travel Time | | (39,618.00) |
| **Grand Total** | | | **$  4,088,064.35** |

## **EXHIBIT 2**

**SUMMARY OF COMPENSATION EARNED BY PROFESSIONAL**

**EXHIBIT 2**
**GENESIS HEALTHCARE, INC., et al. - CASE NO. 25-80185 (SGJ)**
**SUMMARY OF COMPENSATION EARNED BY PROFESSIONAL**
**FOR THE PERIOD JULY 9, 2025 TO SEPTEMBER 30, 2025**

| Chief Restructuring Officers | Position | | Hours | Fixed Fee | |
|---|---|---|---|---|---|
| Louis Robichaux | Senior Managing Director | | 354.5 | $ | 338,709.68 |
| Russell Perry | Senior Managing Director | | 653.3 | | 338,709.67 |
| **Total** | | | **1,007.8** | **$** | **677,419.35** |

| Professional | Position | Rate | Hours | Fees | |
|---|---|---|---|---|---|
| Ben Jones | Senior Managing Director | $ 1,455.00 | 50.6 | $ | 73,623.00 |
| Alan Dalsass | Senior Managing Director | 1,300.00 | 229.0 | | 297,700.00 |
| Josh Johnston | Senior Managing Director | 1,050.00 | 11.6 | | 12,180.00 |
| Vin Phan | Senior Managing Director | 900.00 | 38.1 | | 34,290.00 |
| Christopher Hebard | Managing Director | 1,205.00 | 508.5 | | 612,742.50 |
| Rohid Ahmed | Managing Director | 1,155.00 | 3.2 | | 3,696.00 |
| Amanda Lattanzio | Managing Director | 825.00 | 31.5 | | 25,987.50 |
| Robert Mundy | Managing Director | 800.00 | 3.0 | | 2,400.00 |
| Manish Gupta | Managing Director | 305.00 | 1.1 | | 335.50 |
| Shawn Cahalane | Senior Director | 965.00 | 419.7 | | 405,010.50 |
| Dylan Mesh | Senior Director | 965.00 | 2.1 | | 2,026.50 |
| Raju Patel | Senior Director | 965.00 | 270.8 | | 261,322.00 |
| Susie Jang | Senior Director | 675.00 | 28.8 | | 19,440.00 |
| Thomas Bradey | Senior Director | 675.00 | 38.3 | | 25,852.50 |
| Zachary Gentry | Senior Director | 675.00 | 11.5 | | 7,762.50 |
| Alistair Anthony | Senior Director | 675.00 | 14.2 | | 9,585.00 |
| Rujuta Khanderia | Senior Director | 580.00 | 5.5 | | 3,190.00 |
| Jason Brilliant | Director | 795.00 | 58.9 | | 46,825.50 |
| Anthony Lo | Director | 740.00 | 251.0 | | 185,740.00 |
| Dylan Frankl | Director | 740.00 | 637.9 | | 472,046.00 |
| Aram Gupta | Director | 600.00 | 132.7 | | 79,620.00 |
| Johnny Beauplan | Director | 600.00 | 8.7 | | 5,220.00 |
| Salik Rahman | Senior Associate | 605.00 | 194.9 | | 117,914.50 |
| Ryan Francavilla | Senior Associate | 605.00 | 8.5 | | 5,142.50 |
| Claire Cahill | Senior Associate | 475.00 | 1.0 | | 475.00 |
| Bhumija Dawar | Senior Associate | 195.00 | 7.4 | | 1,443.00 |
| Sagar Mandal | Senior Associate | 195.00 | 9.5 | | 1,852.50 |
| Christelle Chavannes | Associate | 560.00 | 308.2 | | 172,592.00 |
| Robert Sheehan | Associate | 530.00 | 313.3 | | 166,049.00 |
| Garett Huang | Associate | 530.00 | 167.3 | | 88,669.00 |
| Julien de Bord | Associate | 495.00 | 486.0 | | 240,570.00 |
| Conor McCabe | Associate | 495.00 | 2.8 | | 1,386.00 |
| John Sveen | Associate | 495.00 | 7.8 | | 3,861.00 |
| Cecilia Lim | Associate | 375.00 | 88.8 | | 33,300.00 |
| Julia Blockinger | Associate | 375.00 | 8.3 | | 3,112.50 |
| Shauna Coy | Paraprofessional | 380.00 | 19.8 | | 7,524.00 |
| Aayush Sinha | Assistant Manager | 210.00 | 50.0 | | 10,500.00 |
| Manoj Mishra | Assistant Manager | 210.00 | 21.0 | | 4,410.00 |
| Dipita Samantaray | Assistant Manager | 210.00 | 8.8 | | 1,848.00 |
| Gandharva Mishra | Assistant Manager | 210.00 | 7.9 | | 1,659.00 |
| Ryan Bero | Analyst | 200.00 | 6.8 | | 1,360.00 |
| **Total** | | | **4,474.8** | **$** | **3,450,263.00** |
| Less: 50% Discount for Non-Working Travel Time | | | | | (39,618.00) |
| **Grand Total** | | | **5,482.6** | **$** | **4,088,064.35** |

## __EXHIBIT 3__

**SUMMARY OF COMPENSATION EARNED BY TASK BY PROFESSIONAL**

**EXHIBIT 3**
**GENESIS HEALTHCARE, INC., et al. - CASE NO. 25-80185 (SGJ)**
**SUMMARY OF COMPENSATION EARNED BY TASK BY PROFESSIONAL**
**FOR THE PERIOD JULY 9, 2025 TO SEPTEMBER 30, 2025**

| Code | Professional | Hours | | Fees |
|---|---|---|---|---|
| **Case Administration** | | | | |
| 1 | Ben Jones | 21.7 | $ | 31,573.50 |
| 1 | Alan Dalsass | 23.2 | | 30,160.00 |
| 1 | Christopher Hebard | 17.1 | | 20,605.50 |
| 1 | Shawn Cahalane | 61.7 | | 59,540.50 |
| 1 | Raju Patel | 5.3 | | 5,114.50 |
| 1 | Jason Brilliant | 0.9 | | 715.50 |
| 1 | Anthony Lo | 6.1 | | 4,514.00 |
| 1 | Dylan Frankl | 19.8 | | 14,652.00 |
| 1 | Robert Sheehan | 16.8 | | 8,904.00 |
| 1 | Garett Huang | 9.2 | | 4,876.00 |
| 1 | Julien de Bord | 10.2 | | 5,049.00 |
| 1 | Conor McCabe | 2.1 | | 1,039.50 |
| **Total Case Administration** | | **194.1** | **$** | **186,744.00** |
| | | | | |
| **Chief Restructuring Officer Services** | | | | |
| 2 | Louis Robichaux | 354.5 | $ | 338,709.68 |
| 2 | Russell Perry | 653.3 | | 338,709.67 |
| **Total Chief Restructuring Officer Services** | | **1,007.8** | **$** | **677,419.35** |
| | | | | |
| **Financial Management and Liquidity** | | | | |
| 3 | Ben Jones | 1.8 | $ | 2,619.00 |
| 3 | Alan Dalsass | 1.6 | | 2,080.00 |
| 3 | Christopher Hebard | 54.7 | | 65,913.50 |
| 3 | Anthony Lo | 12.6 | | 9,324.00 |
| 3 | Dylan Frankl | 125.4 | | 92,796.00 |
| 3 | Robert Sheehan | 2.5 | | 1,325.00 |
| 3 | Julien de Bord | 113.9 | | 56,380.50 |
| 4 | Garett Huang | 0.4 | | 212.00 |
| 3 | Conor McCabe | 0.7 | | 346.50 |
| **Total Financial Management and Liquidity** | | **313.6** | **$** | **230,996.50** |
| | | | | |
| **363 Sale Process Support** | | | | |
| 5 | Ben Jones | 1.9 | $ | 2,764.50 |
| 5 | Alan Dalsass | 5.3 | | 6,890.00 |
| 5 | Christopher Hebard | 105.6 | | 127,248.00 |
| 5 | Dylan Mesh | 1.1 | | 1,061.50 |
| 5 | Anthony Lo | 66.6 | | 49,284.00 |
| 5 | Dylan Frankl | 73.5 | | 54,390.00 |
| 5 | Garett Huang | 18.2 | | 9,646.00 |
| 5 | Julien de Bord | 66.5 | | 32,917.50 |
| **Total 363 Sale Process Support** | | **338.7** | | **284,201.50** |
| | | | | |
| **Vendor Communications & Negotiations** | | | | |
| 6 | Alan Dalsass | 10.7 | $ | 13,910.00 |
| 6 | Christopher Hebard | 2.5 | | 3,012.50 |
| 6 | Robert Sheehan | 1.1 | | 583.00 |

**EXHIBIT 3**
**GENESIS HEALTHCARE, INC., et al. - CASE NO. 25-80185 (SGJ)**
**SUMMARY OF COMPENSATION EARNED BY TASK BY PROFESSIONAL**
**FOR THE PERIOD JULY 9, 2025 TO SEPTEMBER 30, 2025**

| Code | Professional | Hours | | Fees |
|------|--------------|-------|---|------|
| **Total Vendor Communications & Negotiations** | | **14.3** | **$** | **17,505.50** |
| | | | | |
| **Unsecured Creditor Committee Matters** | | | | |
| 7 | Alan Dalsass | 12.9 | $ | 16,770.00 |
| 7 | Christopher Hebard | 112.8 | | 135,924.00 |
| 7 | Rohid Ahmed | 0.7 | | 808.50 |
| 7 | Shawn Cahalane | 9.2 | | 8,878.00 |
| 7 | Anthony Lo | 3.1 | | 2,294.00 |
| 7 | Dylan Frankl | 21.4 | | 15,836.00 |
| 7 | Robert Sheehan | 8.4 | | 4,452.00 |
| 7 | Garett Huang | 76.4 | | 40,492.00 |
| 7 | Julien de Bord | 6.1 | | 3,019.50 |
| **Total Unsecured Creditor Committee Matters** | | **251.0** | **$** | **228,474.00** |
| | | | | |
| **DIP Financing, Cash Collateral, and Related Reporting** | | | | |
| 8 | Ben Jones | 5.8 | $ | 8,439.00 |
| 8 | Christopher Hebard | 54.8 | | 66,034.00 |
| 8 | Rohid Ahmed | 1.0 | | 1,155.00 |
| 8 | Shawn Cahalane | 0.4 | | 386.00 |
| 8 | Dylan Frankl | 198.4 | | 146,816.00 |
| 8 | Garett Huang | 20.3 | | 10,759.00 |
| 8 | Julien de Bord | 216.2 | | 107,019.00 |
| **Total DIP Financing, Cash Collateral, and Related Reporting** | | **496.9** | **$** | **340,608.00** |
| | | | | |
| **Schedules & Statements (SOFA / SOAL)** | | | | |
| 9 | Alan Dalsass | 63.4 | $ | 82,420.00 |
| 9 | Christopher Hebard | 5.8 | | 6,989.00 |
| 9 | Shawn Cahalane | 194.8 | | 187,982.00 |
| 9 | Dylan Frankl | 11.0 | | 8,140.00 |
| 9 | Salik Rahman | 130.7 | | 79,073.50 |
| 9 | Sagar Mandal | 2.0 | | 390.00 |
| 9 | Christelle Chavannes | 300.5 | | 168,280.00 |
| 9 | Robert Sheehan | 129.5 | | 68,635.00 |
| 9 | Julien de Bord | 1.1 | | 544.50 |
| 9 | Manoj Mishra | 9.5 | | 1,995.00 |
| 9 | Ryan Bero | 6.8 | | 1,360.00 |
| **Total Schedules & Statements (SOFA / SOAL)** | | **855.1** | **$** | **605,809.00** |
| | | | | |
| **Court Hearings - Filings, Preparation and Participation** | | | | |
| 10 | Ben Jones | 19.4 | $ | 28,227.00 |
| 10 | Alan Dalsass | 22.5 | | 29,250.00 |
| 10 | Christopher Hebard | 10.2 | | 12,291.00 |
| 10 | Shawn Cahalane | 6.5 | | 6,272.50 |
| 10 | Dylan Frankl | 53.0 | | 39,220.00 |
| 10 | Robert Sheehan | 55.4 | | 29,362.00 |
| 10 | Garett Huang | 1.2 | | 636.00 |
| 10 | Julien de Bord | 1.2 | | 594.00 |

**EXHIBIT 3**
**GENESIS HEALTHCARE, INC., et al. - CASE NO. 25-80185 (SGJ)**
**SUMMARY OF COMPENSATION EARNED BY TASK BY PROFESSIONAL**
**FOR THE PERIOD JULY 9, 2025 TO SEPTEMBER 30, 2025**

| Code | Professional | Hours | | Fees |
|------|-------------|-------|---|------|
| **Total Court Hearings - Filings, Preparation and Participation** | | **169.4** | **$** | **145,852.50** |
| | | | | |
| **US Trustee Inquiries & 341 hearing** | | | | |
| 11 | Alan Dalsass | 3.0 | $ | 3,900.00 |
| 11 | Christopher Hebard | 4.4 | | 5,302.00 |
| 11 | Shawn Cahalane | 21.5 | | 20,747.50 |
| 11 | Dylan Frankl | 1.7 | | 1,258.00 |
| 11 | Robert Sheehan | 2.8 | | 1,484.00 |
| **Total US Trustee Inquiries & 341 hearing** | | **33.4** | | **32,691.50** |
| | | | | |
| **Claims Analysis & Administration** | | | | |
| 12 | Alan Dalsass | 7.1 | $ | 9,230.00 |
| 12 | Shawn Cahalane | 1.4 | | 1,351.00 |
| 12 | Garett Huang | 1.8 | | 954.00 |
| **Total Claims Analysis & Administration** | | **10.3** | **$** | **11,535.00** |
| | | | | |
| **Case Reporting and Compliance (e.g., MORs, First Day Order Compliance)** | | | | |
| 14 | Alan Dalsass | 35.9 | $ | 46,670.00 |
| 14 | Christopher Hebard | 60.7 | | 73,143.50 |
| 14 | Rohid Ahmed | 1.5 | | 1,732.50 |
| 14 | Shawn Cahalane | 71.5 | | 68,997.50 |
| 14 | Raju Patel | 143.5 | | 138,477.50 |
| 14 | Jason Brilliant | 57.8 | | 45,951.00 |
| 14 | Anthony Lo | 162.6 | | 120,324.00 |
| 14 | Dylan Frankl | 89.6 | | 66,304.00 |
| 14 | Salik Rahman | 1.0 | | 605.00 |
| 14 | Robert Sheehan | 79.4 | | 42,082.00 |
| 14 | Garett Huang | 38.2 | | 20,246.00 |
| 14 | Julien de Bord | 66.3 | | 32,818.50 |
| **Total Case Reporting and Compliance (e.g., MORs, First Day** | | **808.0** | **$** | **657,351.50** |
| | | | | |
| **Executory Contracts Analysis (e.g., rejection & assumption)** | | | | |
| 15 | Alan Dalsass | 35.4 | $ | 46,020.00 |
| 15 | Christopher Hebard | 0.7 | | 843.50 |
| 15 | Manish Gupta | 1.1 | | 335.50 |
| 15 | Shawn Cahalane | 52.7 | | 50,855.50 |
| 15 | Salik Rahman | 63.2 | | 38,236.00 |
| 15 | Ryan Francavilla | 8.5 | | 5,142.50 |
| 15 | Bhumija Dawar | 7.4 | | 1,443.00 |
| 15 | Sagar Mandal | 7.5 | | 1,462.50 |
| 15 | Christelle Chavannes | 7.7 | | 4,312.00 |
| 15 | Robert Sheehan | 17.4 | | 9,222.00 |
| 15 | John Sveen | 7.8 | | 3,861.00 |
| 15 | Aayush Sinha | 42.0 | | 8,820.00 |
| 15 | Manoj Mishra | 11.5 | | 2,415.00 |
| 15 | Dipita Samantaray | 8.8 | | 1,848.00 |
| 15 | Gandharva Mishra | 7.9 | | 1,659.00 |

**EXHIBIT 3**

**GENESIS HEALTHCARE, INC., et al. - CASE NO. 25-80185 (SGJ)**
**SUMMARY OF COMPENSATION EARNED BY TASK BY PROFESSIONAL**
**FOR THE PERIOD JULY 9, 2025 TO SEPTEMBER 30, 2025**

| Code | Professional | Hours | | Fees |
|---|---|---|---|---|
| **Total Executory Contracts Analysis (e.g., rejection & assumption)** | | **279.6** | **$** | **176,475.50** |
| | | | | |
| **Retention Application & Staffing Reports** | | | | |
| 16 | Christopher Hebard | 9.5 | $ | 11,447.50 |
| 16 | Jason Brilliant | 0.2 | | 159.00 |
| 16 | Julien de Bord | 4.5 | | 2,227.50 |
| 16 | Shauna Coy | 19.8 | | 7,524.00 |
| **Total Retention Application & Staffing Reports** | | **34.0** | **$** | **21,358.00** |
| | | | | |
| **Travel** | | | | |
| 17 | Alan Dalsass | 8.0 | $ | 10,400.00 |
| 17 | Christopher Hebard | 36.0 | | 43,380.00 |
| 17 | Dylan Frankl | 34.4 | | 25,456.00 |
| **Total Travel** | | **78.4** | **$** | **79,236.00** |
| | | | | |
| **Ad-hoc and Litigation Support** | | | | |
| 18 | Vin Phan | 38.1 | $ | 34,290.00 |
| 18 | Christopher Hebard | 0.5 | | 602.50 |
| 18 | Susie Jang | 28.8 | | 19,440.00 |
| 18 | Thomas Bradey | 28.2 | | 19,035.00 |
| 18 | Zachary Gentry | 6.7 | | 4,522.50 |
| 18 | Alistair Anthony | 6.4 | | 4,320.00 |
| 18 | Rujuta Khanderia | 5.5 | | 3,190.00 |
| 18 | Dylan Frankl | 2.8 | | 2,072.00 |
| 18 | Aram Gupta | 97.5 | | 58,500.00 |
| 18 | Claire Cahill | 1.0 | | 475.00 |
| 18 | Garett Huang | 0.3 | | 159.00 |
| 18 | Cecilia Lim | 88.8 | | 33,300.00 |
| 18 | Julia Blockinger | 8.3 | | 3,112.50 |
| 18 | Aayush Sinha | 8.0 | | 1,680.00 |
| **Total Ad-hoc and Litigation Support** | | **320.9** | **$** | **184,698.50** |
| | | | | |
| **Joint Venture Analysis and Discussions** | | | | |
| 19 | Josh Johnston | 11.6 | $ | 12,180.00 |
| 19 | Christopher Hebard | 20.4 | | 24,582.00 |
| 19 | Amanda Lattanzio | 31.5 | | 25,987.50 |
| 19 | Robert Mundy | 3.0 | | 2,400.00 |
| 19 | Dylan Mesh | 1.0 | | 965.00 |
| 19 | Raju Patel | 122.0 | | 117,730.00 |
| 19 | Aram Gupta | 2.5 | | 1,500.00 |
| 19 | Garett Huang | 1.0 | | 530.00 |
| **Total Joint Venture Analysis and Discussions** | | **193.0** | **$** | **185,874.50** |
| | | | | |
| **Engagement Team Work Sessions & Meetings** | | | | |
| 20 | Christopher Hebard | 12.8 | $ | 15,424.00 |
| 20 | Zachary Gentry | 4.8 | | 3,240.00 |
| 20 | Alistair Anthony | 3.6 | | 2,430.00 |

**EXHIBIT 3**
**GENESIS HEALTHCARE, INC., et al. - CASE NO.  25-80185 (SGJ)**
**SUMMARY OF COMPENSATION EARNED BY TASK BY PROFESSIONAL**
**FOR THE PERIOD JULY 9, 2025 TO SEPTEMBER 30, 2025**

| Code | Professional | Hours | | Fees |
|------|--------------|-------|---|------|
| 20 | Dylan Frankl | 6.9 | | 5,106.00 |
| 20 | Aram Gupta | 14.4 | | 8,640.00 |
| 20 | Johnny Beauplan | 8.7 | | 5,220.00 |
| **Total Engagement Team Work Sessions & Meetings** | | **51.2** | **$** | **40,060.00** |
| | | | | |
| **Ancillary Carve-Out** | | | | |
| 21 | Thomas Bradey | 10.1 | $ | 6,817.50 |
| 21 | Alistair Anthony | 4.2 | | 2,835.00 |
| 21 | Aram Gupta | 18.3 | | 10,980.00 |
| 21 | Garett Huang | 0.3 | | 159.00 |
| **Total Ancillary Carve-Out** | | **32.9** | **$** | **20,791.50** |
| | | | | |
| Less: 50% Discount for Non-Working Travel Time | | | | (39,618.00) |
| **Grand Total** | | | **$** | **4,088,064.35** |

## <u>EXHIBIT 4</u>

**SUMMARY OF EXPENSES**

**EXHIBIT 4**
**GENESIS HEALTHCARE, INC., et al. - CASE NO. 25-80185 (SGJ)**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JULY 9, 2025 TO SEPTEMBER 30, 2025**

| Expense Type | Amount |
|---|---:|
| Airfare | 16,577.12 |
| Internet | 319.75 |
| Lodging | 21,380.43 |
| Meals | 4,680.76 |
| Railway | 449.00 |
| Transportation | 3,209.15 |
| **Grand Total** | **$ 46,616.21** |

## **EXHIBIT 5**

**ITEMIZED DETAILED EXPENSE RECORDS BY
PROFESSIONAL BY CATEGORY**

**EXHIBIT 5**

**GENESIS HEALTHCARE, INC., et al. - CASE NO. 25-80185 (SGJ)**

**ITEMIZED DETAILED EXPENSE RECORDS BY PROFESSIONAL BY CATEGORY**

**FOR THE PERIOD JULY 9, 2025 TO SEPTEMBER 30, 2025**

| Category | Name | Date | Expense Detail | Amount |
|---|---|---|---|---|
| Airfare | Frankl, Dylan | 7/17/25 | Roundtrip airfare from DFW to LGA for client matters (7/15 - 7/17). | 886.97 |
| Airfare | Perry, Russell | 7/17/25 | Roundtrip airfare from DFW to LGA for client matters (7/14 - 7/17). | 1,500.00 |
| Airfare | Frankl, Dylan | 7/21/25 | One-way airfare from DFW to LGA for client matters (7/21). | 443.48 |
| Airfare | Perry, Russell | 7/24/25 | Roundtrip airfare from DFW to LGA for client matters (7/21 - 7/24). | 1,500.00 |
| Airfare | Frankl, Dylan | 7/24/25 | One-way airfare from LGA to AUS for client matters (7/24). | 398.19 |
| Airfare | Hebard, Christopher | 7/24/25 | Roundtrip airfare from DFW to LGA for client matters (7/21 - 7/24). | 1,096.96 |
| Airfare | Frankl, Dylan | 7/28/25 | One-way airfare from DFW to LGA for client matters (7/28). | 443.48 |
| Airfare | Hebard, Christopher | 7/28/25 | One-way airfare from DFW to LGA for client matters (7/28). | 548.48 |
| Airfare | Hebard, Christopher | 7/31/25 | One-way airfare from LGA to DAL for client matters (7/31). | 737.49 |
| Airfare | Perry, Russell | 7/31/25 | Roundtrip airfare from DFW to LGA for client matters (7/28 - 7/31). | 1,500.00 |
| Airfare | Frankl, Dylan | 7/31/25 | One-way airfare from LGA to SDF for client matters (7/31). | 336.99 |
| Airfare | Hebard, Christopher | 7/31/25 | One-way airfare from LGA to DFW for client matters (7/31). | 548.48 |
| Airfare | Frankl, Dylan | 8/25/25 | One-way airfare from DFW to LGA for client matters (8/25). | 443.48 |
| Airfare | Hebard, Christopher | 8/25/25 | One-way airfare from SEA to JFK for client matters (8/25). | 638.29 |
| Airfare | Frankl, Dylan | 8/28/25 | One-way airfare from JFK to LAS for client matters (8/28). | 278.48 |
| Airfare | Perry, Russell | 8/28/25 | Roundtrip airfare from DFW to LGA for client matters (8/25 - 8/28). | 1,500.00 |
| Airfare | Hebard, Christopher | 8/29/25 | One-way airfare from JFK to SEA for client matters (8/29). | 773.30 |
| Airfare | Frankl, Dylan | 9/1/25 | One-way airfare from DFW to LGA for client matters (9/1). | 443.48 |
| Airfare | Hebard, Christopher | 9/3/25 | One-way airfare from SEA to EWR for client matters (9/3). | 788.30 |
| Airfare | Frankl, Dylan | 9/4/25 | One-way airfare from LGA to DFW for client matters (9/4). | 443.48 |
| Airfare | Dalsass, Alan | 9/5/25 | One-way airfare from EWR to PBI for client matters (9/5). | 339.49 |
| Airfare | Hebard, Christopher | 9/5/25 | One-way airfare from EWR to SEA for client matters (9/5). | 749.30 |
| Airfare | Hebard, Christopher | 9/5/25 | Airfare change Fee. | 239.00 |
| Internet | Frankl, Dylan | 7/9/25 | Inflight Wi-Fi Monthly Subscription. | 59.95 |
| Internet | Hebard, Christopher | 7/10/25 | Inflight Wi-Fi during travel for client matters. | 8.00 |
| Internet | Hebard, Christopher | 7/21/25 | Inflight Wi-Fi Monthly Subscription. | 49.95 |
| Internet | Frankl, Dylan | 8/9/25 | Inflight Wi-Fi Monthly Subscription. | 59.95 |
| Internet | Hebard, Christopher | 8/21/25 | Inflight Wi-Fi Monthly Subscription. | 49.95 |
| Internet | Hebard, Christopher | 8/25/25 | Inflight Wi-Fi during travel for client matters. | 8.00 |
| Internet | Hebard, Christopher | 8/29/25 | Inflight Wi-Fi during travel for client matters. | 8.00 |
| Internet | Hebard, Christopher | 9/2/25 | Inflight Wi-Fi during travel for client matters. | 8.00 |
| Internet | Hebard, Christopher | 9/5/25 | Inflight Wi-Fi during travel for client matters. | 8.00 |
| Internet | Frankl, Dylan | 9/9/25 | Inflight Wi-Fi Monthly Subscription. | 59.95 |
| Lodging | Frankl, Dylan | 7/16/25 | Lodging in New York, NY - 2 nights (7/14 - 7/16). | 1,346.13 |
| Lodging | Frankl, Dylan | 7/17/25 | Lodging in New York, NY - 1 night (7/16 - 7/17). | 800.50 |
| Lodging | Perry, Russell | 7/17/25 | Lodging in New York, NY - 3 nights (7/14 - 7/17). | 1,067.37 |
| Lodging | Frankl, Dylan | 7/24/25 | Lodging in New York, NY - 3 nights (7/21 - 7/24). | 1,067.37 |
| Lodging | Hebard, Christopher | 7/24/25 | Lodging in New York, NY - 3 nights (7/21 - 7/24). | 1,940.62 |
| Lodging | Perry, Russell | 7/24/25 | Lodging in New York, NY - 3 nights (7/21 - 7/24). | 1,067.37 |
| Lodging | Frankl, Dylan | 7/31/25 | Lodging in New York, NY - 3 nights (7/28 - 7/31). | 1,346.93 |
| Lodging | Hebard, Christopher | 7/31/25 | Lodging in New York, NY - 3 nights (7/28 - 7/31). | 1,556.17 |
| Lodging | Perry, Russell | 7/31/25 | Lodging in New York, NY - 2 nights (7/29 - 7/31). | 1,106.32 |
| Lodging | Hebard, Christopher | 8/1/25 | Lodging in New York, NY - 1 night (7/31 - 8/1). | 464.27 |
| Lodging | Frankl, Dylan | 8/26/25 | Lodging in New York, NY - 1 night (8/25 - 8/26). | 566.30 |
| Lodging | Frankl, Dylan | 8/28/25 | Lodging in New York, NY - 2 nights (8/26 - 8/28). | 1,375.64 |
| Lodging | Hebard, Christopher | 8/29/25 | Lodging in New York, NY - 4 nights (8/25 - 8/29). | 1,423.16 |
| Lodging | Perry, Russell | 9/4/25 | Lodging in New York, NY - 3 nights (9/1 - 9/4). | 1,629.65 |
| Lodging | Cahalane, Shawn | 9/4/25 | Lodging in New York, NY - 2 nights (9/2 - 9/4). | 1,581.38 |
| Lodging | Frankl, Dylan | 9/4/25 | Lodging in New York, NY - 3 nights (9/1 - 9/4). | 1,927.25 |
| Lodging | Frankl, Dylan | 9/5/25 | Lodging in New York, NY - 1 night (9/4 - 9/5). | 402.42 |
| Lodging | Hebard, Christopher | 9/5/25 | Lodging in New York, NY - 2 nights (9/3 - 9/5). | 711.58 |
| Meals | Frankl, Dylan | 7/10/25 | Coffee during travel to New York for client matters (2 participants). | 9.74 |
| Meals | Perry, Russell | 7/14/25 | Breakfast during travel to New York, NY for client matters. | 36.05 |
| Meals | Perry, Russell | 7/15/25 | Breakfast during travel to New York, NY for client matters. | 18.24 |
| Meals | Perry, Russell | 7/16/25 | Breakfast during travel to New York, NY for client matters. | 17.19 |
| Meals | Frankl, Dylan | 7/16/25 | Breakfast during travel to New York, NY for client matters. | 18.51 |
| Meals | Frankl, Dylan | 7/16/25 | Dinner during travel to New York, NY for client matters. | 35.87 |
| Meals | Perry, Russell | 7/16/25 | Lunch during travel to New York for client matters (3 participants). | 79.77 |

**EXHIBIT 5**

**GENESIS HEALTHCARE, INC., et al. - CASE NO.  25-80185 (SGJ)**

**ITEMIZED DETAILED EXPENSE RECORDS BY PROFESSIONAL BY CATEGORY**

**FOR THE PERIOD JULY 9, 2025 TO SEPTEMBER 30, 2025**

| Category | Name | Date | Expense Detail | Amount |
|----------|------|------|----------------|--------|
| Meals | Frankl, Dylan | 7/17/25 | Breakfast during travel to New York, NY for client matters. | 13.07 |
| Meals | Frankl, Dylan | 7/17/25 | Coffee during travel to New York for client matters (2 participants). | 9.57 |
| Meals | Frankl, Dylan | 7/17/25 | Dinner during travel to New York, NY for client matters. | 59.75 |
| Meals | Perry, Russell | 7/18/25 | Breakfast during travel to New York for client matters. | 25.00 |
| Meals | Perry, Russell | 7/18/25 | Lunch during travel to New York for client matters. | 16.29 |
| Meals | Hebard, Christopher | 7/21/25 | Dinner during travel to New York, NY for client matters. | 19.76 |
| Meals | Perry, Russell | 7/22/25 | Breakfast during travel to New York for client matters. | 30.87 |
| Meals | Perry, Russell | 7/22/25 | Dinner during travel to New York for client matters (3 participants). | 300.00 |
| Meals | Hebard, Christopher | 7/22/25 | Lunch during travel to New York for client matters (3 participants). | 84.49 |
| Meals | Perry, Russell | 7/23/25 | Breakfast during travel to New York, NY for client matters. | 7.53 |
| Meals | Frankl, Dylan | 7/23/25 | Breakfast during travel to New York, NY for client matters. | 10.07 |
| Meals | Hebard, Christopher | 7/23/25 | Breakfast during travel to New York, NY for client matters. | 12.41 |
| Meals | Frankl, Dylan | 7/23/25 | Coffee during travel to New York for client matters (3 participants). | 18.40 |
| Meals | Hebard, Christopher | 7/23/25 | Coffee during travel to New York for client matters. | 12.70 |
| Meals | Perry, Russell | 7/23/25 | Dinner during travel to New York for client matters (3 participants). | 300.00 |
| Meals | Perry, Russell | 7/23/25 | Lunch during travel to New York for client matters. | 54.94 |
| Meals | Frankl, Dylan | 7/24/25 | Coffee during travel to New York for client matters (3 participants). | 25.15 |
| Meals | Frankl, Dylan | 7/24/25 | Dinner during travel to New York, NY for client matters. | 37.74 |
| Meals | Hebard, Christopher | 7/24/25 | Dinner during travel to New York, NY for client matters. | 49.03 |
| Meals | Hebard, Christopher | 7/28/25 | Dinner during travel to New York, NY for client matters. | 26.46 |
| Meals | Perry, Russell | 7/29/25 | Breakfast during travel to New York, NY for client matters. | 10.99 |
| Meals | Hebard, Christopher | 7/29/25 | Breakfast during travel to New York, NY for client matters. | 16.12 |
| Meals | Frankl, Dylan | 7/29/25 | Breakfast during travel to New York, NY for client matters. | 22.44 |
| Meals | Perry, Russell | 7/29/25 | Dinner during travel to New York for client matters (4 participants). | 400.00 |
| Meals | Hebard, Christopher | 7/29/25 | Lunch during travel to New York for client matters (3 participants). | 85.01 |
| Meals | Hebard, Christopher | 7/30/25 | Breakfast during travel to New York, NY for client matters. | 18.57 |
| Meals | Perry, Russell | 7/30/25 | Coffee during travel to New York for client matters. | 10.89 |
| Meals | Perry, Russell | 7/30/25 | Dinner during travel to New York for client matters (3 participants). | 300.00 |
| Meals | Perry, Russell | 7/30/25 | Lunch during travel to New York for client matters. | 33.61 |
| Meals | Perry, Russell | 7/31/25 | Breakfast during travel to New York, NY for client matters. | 25.42 |
| Meals | Hebard, Christopher | 7/31/25 | Dinner during travel to New York, NY for client matters. | 24.58 |
| Meals | Hebard, Christopher | 8/1/25 | Breakfast during travel to New York, NY for client matters. | 14.67 |
| Meals | Hebard, Christopher | 8/1/25 | Lunch during travel to New York, NY for client matters. | 19.76 |
| Meals | Hebard, Christopher | 8/5/25 | Lunch for team in Dallas (4 participants). | 84.44 |
| Meals | Frankl, Dylan | 8/7/25 | Lunch during travel to New York for client matters (3 participants). | 61.57 |
| Meals | Frankl, Dylan | 8/12/25 | Lunch during travel to New York for client matters (3 participants). | 61.57 |
| Meals | Frankl, Dylan | 8/13/25 | Lunch during travel to New York for client matters (3 participants). | 77.81 |
| Meals | Frankl, Dylan | 8/14/25 | Lunch during travel to New York for client matters (5 participants). | 122.63 |
| Meals | Frankl, Dylan | 8/15/25 | Coffee during travel to New York for client matters (3 participants). | 14.61 |
| Meals | Frankl, Dylan | 8/20/25 | Coffee during travel to New York for client matters (3 participants). | 21.51 |
| Meals | Frankl, Dylan | 8/22/25 | Dinner during travel to New York, NY for client matters. | 28.27 |
| Meals | Hebard, Christopher | 8/25/25 | Dinner during travel to New York, NY for client matters. | 19.56 |
| Meals | Hebard, Christopher | 8/25/25 | Dinner during travel to New York, NY for client matters. | 32.37 |
| Meals | Frankl, Dylan | 8/25/25 | Dinner during travel to New York, NY for client matters. | 56.60 |
| Meals | Frankl, Dylan | 8/25/25 | Lunch during travel to New York, NY for client matters. | 18.85 |
| Meals | Hebard, Christopher | 8/26/25 | Breakfast during travel to New York, NY for client matters. | 15.13 |
| Meals | Hebard, Christopher | 8/26/25 | Dinner during travel to New York, NY for client matters (2 participants). | 183.51 |
| Meals | Frankl, Dylan | 8/26/25 | Breakfast during travel to New York, NY for client matters. | 11.97 |
| Meals | Hebard, Christopher | 8/27/25 | Breakfast during travel to New York, NY for client matters. | 15.13 |
| Meals | Hebard, Christopher | 8/27/25 | Dinner during travel to New York, NY for client matters (2 participants). | 200.00 |
| Meals | Frankl, Dylan | 8/27/25 | Lunch during travel to New York, NY for client matters. | 34.58 |
| Meals | Hebard, Christopher | 8/28/25 | Coffee during travel to New York for client matters. | 12.41 |
| Meals | Hebard, Christopher | 8/28/25 | Dinner during travel to New York, NY for client matters (5 participants). | 377.47 |
| Meals | Hebard, Christopher | 8/29/25 | Breakfast during travel to New York, NY for client matters. | 15.13 |
| Meals | Hebard, Christopher | 8/29/25 | Dinner during travel to New York, NY for client matters. | 51.00 |

**EXHIBIT 5**

**GENESIS HEALTHCARE, INC., et al. - CASE NO. 25-80185 (SGJ)**

**ITEMIZED DETAILED EXPENSE RECORDS BY PROFESSIONAL BY CATEGORY**

**FOR THE PERIOD JULY 9, 2025 TO SEPTEMBER 30, 2025**

| Category | Name | Date | Expense Detail | Amount |
|---|---|---|---|---|
| Meals | Hebard, Christopher | 8/29/25 | Lunch during travel to New York for client matters. | 24.05 |
| Meals | Hebard, Christopher | 9/2/25 | Dinner during travel to New York, NY for client matters. | 37.31 |
| Meals | Frankl, Dylan | 9/2/25 | Lunch during travel to New York for client matters (2 participants). | 37.55 |
| Meals | Hebard, Christopher | 9/2/25 | Lunch during travel to New York, NY for client matters. | 23.02 |
| Meals | Chavannes, Christelle | 9/2/25 | Lunch during travel to New York for client matters (4 participants). | 97.31 |
| Meals | Hebard, Christopher | 9/3/25 | Breakfast during travel to New York, NY for client matters. | 15.41 |
| Meals | Frankl, Dylan | 9/3/25 | Breakfast during travel to New York, NY for client matters. | 6.53 |
| Meals | Hebard, Christopher | 9/3/25 | Dinner during travel to New York, NY for client matters. | 34.02 |
| Meals | Cahalane, Shawn | 9/3/25 | Dinner during travel to New York, NY for client matters (3 participants). | 202.96 |
| Meals | Frankl, Dylan | 9/3/25 | Lunch during travel to New York for client matters (3 participants). | 58.83 |
| Meals | Chavannes, Christelle | 9/3/25 | Lunch during travel to New York for client matters (3 participants). | 91.60 |
| Meals | Hebard, Christopher | 9/4/25 | Breakfast during travel to New York, NY for client matters. | 19.44 |
| Meals | Hebard, Christopher | 9/4/25 | Dinner during travel to New York, NY for client matters. | 100.00 |
| Meals | Hebard, Christopher | 9/5/25 | Dinner during travel to New York, NY for client matters. | 16.88 |
| Meals | Hebard, Christopher | 9/5/25 | Breakfast during travel to New York, NY for client matters. | 14.17 |
| Meals | Hebard, Christopher | 9/5/25 | Lunch during travel to New York, NY for client matters. | 23.98 |
| Meals | Frankl, Dylan | 9/5/25 | Lunch during travel to New York, NY for client matters. | 34.82 |
| Meals | Frankl, Dylan | 9/9/25 | Coffee during travel to New York for client matters (3 participants). | 16.64 |
| Railway | Cahalane, Shawn | 9/2/25 | One-way Train from PHL to NYP for client matters (9/2). | 231.00 |
| Railway | Cahalane, Shawn | 9/4/25 | One-way Train from NYP to PHL for client matters (9/4). | 218.00 |
| Transportation | Frankl, Dylan | 7/14/25 | Taxi from Home to Airport (Dallas, TX). | 50.77 |
| Transportation | Perry, Russell | 7/14/25 | Taxi from Airport (New York, NY) to Hotel. | 82.27 |
| Transportation | Frankl, Dylan | 7/17/25 | Taxi from Office to Airport (New York, NY). | 101.87 |
| Transportation | Frankl, Dylan | 7/17/25 | Taxi from Airport (Dallas, TX) to Home. | 49.71 |
| Transportation | Frankl, Dylan | 7/21/25 | Taxi from Home to Airport (Dallas, TX). | 76.41 |
| Transportation | Hebard, Christopher | 7/21/25 | Taxi from Home to Airport (Dallas, TX). | 59.18 |
| Transportation | Perry, Russell | 7/21/25 | Taxi from Airport (New York, NY) to Hotel. | 137.57 |
| Transportation | Frankl, Dylan | 7/24/25 | Taxi from Office to Airport (New York, NY). | 97.99 |
| Transportation | Hebard, Christopher | 7/24/25 | Taxi from Office to Airport (New York, NY). | 83.05 |
| Transportation | Hebard, Christopher | 7/24/25 | Taxi from Airport (Dallas, TX) to Home. | 55.15 |
| Transportation | Perry, Russell | 7/24/25 | Parking at airport during travel to New York, NY for client matters (7/21 - 7/24). | 82.27 |
| Transportation | Frankl, Dylan | 7/28/25 | Taxi from Home to Airport (Dallas, TX). | 64.10 |
| Transportation | Frankl, Dylan | 7/28/25 | Taxi from Airport (New York, NY) to Hotel. | 81.38 |
| Transportation | Hebard, Christopher | 7/28/25 | Taxi from Home to Airport (Dallas, TX). | 50.98 |
| Transportation | Perry, Russell | 7/29/25 | Taxi from Airport (New York, NY) to Hotel. | 111.59 |
| Transportation | Frankl, Dylan | 7/31/25 | Taxi from Office to Airport (New York, NY). | 100.53 |
| Transportation | Frankl, Dylan | 7/31/25 | Taxi from Airport (Louisville, KY) to Home. | 27.41 |
| Transportation | Hebard, Christopher | 7/31/25 | Taxi from Airport (New York, NY) to Hotel after cancelled flight. | 43.84 |
| Transportation | Hebard, Christopher | 7/31/25 | Taxi from Hotel to Dinner. | 18.76 |
| Transportation | Hebard, Christopher | 7/31/25 | Taxi from Dinner to Hotel. | 24.03 |
| Transportation | Hebard, Christopher | 7/31/25 | Taxi from Office to Airport (New York, NY). | 154.75 |
| Transportation | Perry, Russell | 7/31/25 | Taxi from Office to Airport (New York, NY). | 110.05 |
| Transportation | Hebard, Christopher | 8/1/25 | Taxi from Hotel to Airport (New York, NY). | 43.66 |
| Transportation | Hebard, Christopher | 8/1/25 | Taxi from Airport (Dallas, TX) to Home. | 44.96 |
| Transportation | Frankl, Dylan | 8/21/25 | Taxi from Office to Court Hearing. | 13.65 |
| Transportation | Perry, Russell | 8/22/25 | Taxi from Hotel to Court. | 27.84 |
| Transportation | Hebard, Christopher | 8/25/25 | Taxi from Home to Airport (Seattle, WA). | 96.98 |
| Transportation | Hebard, Christopher | 8/25/25 | Taxi from Airport (New York, NY) to Hotel. | 72.62 |
| Transportation | Frankl, Dylan | 8/25/25 | Taxi from Airport (New York, NY) to Hotel. | 91.06 |
| Transportation | Frankl, Dylan | 8/25/25 | Taxi from Home to Airport (Dallas, TX). | 61.66 |
| Transportation | Frankl, Dylan | 8/28/25 | Taxi from Hotel to Airport (New York, NY). | 122.05 |
| Transportation | Hebard, Christopher | 8/29/25 | Taxi from Office to Airport (New York, NY). | 121.60 |
| Transportation | Hebard, Christopher | 8/29/25 | Taxi from Airport (Seattle, WA) to Home. | 91.99 |
| Transportation | Perry, Russell | 9/1/25 | Taxi from Airport (New York, NY) to Office. | 138.20 |
| Transportation | Cahalane, Shawn | 9/2/25 | Taxi from Train (New York, NY) to Office. | 37.50 |
| Transportation | Hebard, Christopher | 9/2/25 | Taxi from Home to Airport (Seattle, WA). | 91.85 |

**EXHIBIT 5**

**GENESIS HEALTHCARE, INC., et al. - CASE NO. 25-80185 (SGJ)**

**ITEMIZED DETAILED EXPENSE RECORDS BY PROFESSIONAL BY CATEGORY**

**FOR THE PERIOD JULY 9, 2025 TO SEPTEMBER 30, 2025**

| Category | Name | Date | Expense Detail | Amount |
|---|---|---|---|---|
| Transportation | Hebard, Christopher | 9/3/25 | Taxi from Airport (Newark, NJ) to Office. | 80.81 |
| Transportation | Cahalane, Shawn | 9/4/25 | Taxi from Office to Train (New York, NY). | 58.76 |
| Transportation | Cahalane, Shawn | 9/4/25 | Parking at Train Station during travel to New York, NY for client matters (9/2 - 9/4). | 88.20 |
| Transportation | Frankl, Dylan | 9/5/25 | Taxi from Airport (Dallas, TX) to Home. | 59.30 |
| Transportation | Hebard, Christopher | 9/5/25 | Taxi from Office to Airport (New York, NY). | 112.91 |
| Transportation | Hebard, Christopher | 9/5/25 | Taxi from Airport (Seattle, WA) to Home. | 89.89 |
| **Grand Total** | | | | **$ 46,616.21** |