

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed November 3, 2025

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENESIS HEALTHCARE, INC., et al.[1] | ) | Case No. 25-80185 (SGJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

---

[1] The last four digits of Genesis Healthcare, Inc.'s federal tax identification number are 4755. There are 299 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Genesis. The location of Genesis Healthcare, Inc.'s corporate headquarters and the Debtors' service address is 101 East State Street, Kennett Square, PA 19348.

# ORDER GRANTING MOTION OF OMNICARE, LLC TO WAIVE THE LOCAL COUNSEL REQUIREMENT OF LOCAL RULE 2090-4

UPON CONSIDERATION of the Motion of Omnicare to Waive the Local Counsel Requirement of Local Rule 2090-4 (the "**Motion**"),[2] and after deliberation, the Court finds that good and sufficient cause exists to grant the relief requested in the Motion; it is therefore

ORDERED:

1. The Motion is GRANTED as provided herein.

2. The requirements of Local Rule 2090-4 are hereby waived, and Jenner may represent Omnicare in the above-captioned bankruptcy cases without retaining local counsel.

3. This Court, at any time, may require Omnicare to comply with the requirement of Local Rule 2090-4.

##End of Order##

Order submitted by:
Angela M. Allen (*pro hac vice* pending)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2952
Facsimile: (312) 527-0484
Email:  aallen@jenner.com

*Counsel for Omnicare, LLC, on behalf of*
*Itself and certain corporate affiliates*

---

[2] Any capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.