## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GENESIS HEALTHCARE, INC., *et al.*,[1] | ) | Case No. 25-80185 (SGJ) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Ref. Docket Nos. 1482, 1486, 1487, & 1493** |
|  | ) |  |

## <u>CERTIFICATE OF SERVICE</u>

I, AMY HENAULT, hereby certify that:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal
    office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen
    years and am not a party to the above-captioned action.

2.  On November 3, 2025, I caused to be served the:

    a.  "Notice of Hearing on Brier Oak Motion Set for November 6, 2025 at 9:30 a.m. (CT),"
        dated November 3, 2025 [Docket No. 1482], (the "Hearing Notice"),

    b.  "Debtors' Reply in Support of Debtors' Motion for Entry of Order (I) Extending the
        Automatic Stay to the Non-Debtor Defendants and (II) Granting Related Relief and
        Opposition to Supplemental Brief in Support Filed by the Ortiz Plaintiffs," dated November
        3, 2025 [Docket No. 1486], (the "Debtors' Reply"),

    c.  "Declaration of Michael Berg in Support of Debtors' Reply to the Objection to Debtors'
        Motion for Entry of Order (I) Extending the Automatic Stay to the Non-Debtor Defendants
        and (II) Granting Related Relief," dated November 3, 2025 [Docket No. 1487], (the "Berg
        Declaration"), and

    d.  "Quarterly Report of Ankura Consulting Group, LLC for the Period From July 9, 2025
        Through September 30, 2025," dated November 3, 2025 [Docket No. 1493], (the "Ankura
        Consulting"),

---

[1] The last four digits of Genesis Healthcare, Inc.'s federal tax identification number are 4755. There are 299 Debtors
in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the
Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of
such information may be obtained on the website of the Debtors' claims and noticing agent at
https://dm.epiq11.com/case/genesis/info. The location of Genesis Healthcare, Inc.'s corporate headquarters and the
Debtors' service address is 101 East State Street, Kennett Square, PA 19348.

by causing true and correct copies of the:

    i.   Hearing Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A,</u>

    ii.   Debtors' Reply and Berg Declaration to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B,</u>

    iii.   Hearing Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C,</u>

    iv.   Debtors' Reply and Berg Declaration to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D,</u> and

    v.   Ankura Consulting to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit E.</u>

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>/s/ Amy Henault</u>
Amy Henault

**EXHIBIT A**

Genesis Healthcare
Address Service

| Name | Address |
|------|---------|
| CALIFORNIA ATTORNEY GENERAL | CONSUMER PROTECTION SECTION ATTN: BANKRUPTCY NOTICES 455 GOLDEN GATE AVE., STE. 11000  SAN FRANCISCO CA 94102-7004 |
| CALIFORNIA ATTORNEY GENERAL | ATTN: ROB BONTA 1300 "I" ST   SACRAMENTO CA 95814-2919 |
| CAMBRIDGE REALTY CAPITAL LTD OF ILL | 1 NORTH LASALLE STREET  37TH FL   CHICAGO IL 60602 |
| CTRSS FOR MEDICARE & MEDICAID SVCS | 7500 SECURITY BOULEVARD    BALTIMORE MD 21244-1850 |
| HEARTLAND BANK | PO BOX 1207    NORTHBROOK IL 600651207 NEW ZEALAND |
| KEYBANK NATIONAL ASSOCIATION | 8115 PRESTON ROAD SUITE 800   DALLAS TX 75225 |
| MASSACHUSETTS ATTORNEY GENERAL | ATTN: ANDREA JOY CAMPBELL 1 ASHBURTON PLACE, 20TH FL   BOSTON MA 02108-1518 |
| MISSISSIPPI ATTORNEY GENERAL | ATTN: LYNN FITCH 550 HIGH ST   JACKSON MS 39201 |
| MISSISSIPPI ATTORNEY GENERAL | ATTN: LYNN FITCH P.O. BOX 220   JACKSON MS 39205 |
| NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST - P.O. BOX 080  TRENTON NJ 08625-0080 |
| NEW MEXICO ATTORNEY GENERAL | ATTN: RAUL TORREZ VILLAGRA BLDG 408 GALISTEO ST  SANTA FE NM 87501 |
| NORTH CAROLINA ATTORNEY GENERAL | ATTN: JEFF JACKSON 9001 MAIL SERVICE CTR   RALEIGH NC 27699-9001 |
| SHIPMAN & GOODWIN LLP | ATTN: ANTHONY R. SCARCELLA AND ERIC S. GOLDSTEIN ONE CONSTITUTION PLAZA   HARTFORD CT 06103 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE   MONTGOMERY AL 36104 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: JAMES UTHMEIER PL-01, THE CAPITOL   TALLAHASSEE FL 32399-1050 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL  INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W. KOBACH 120 SW 10TH AVE, 2ND FL   TOPEKA KS 66612-1597 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES DEPT. OF LAW THE CAPITOL, 2ND FL  ALBANY NY 12224-0341 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST   AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON P.O. BOX 12548   AUSTIN TX 78711-2548 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: JASON MIYARES 202 N NINTH ST   RICHMOND VA 23219 |
| US DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE NW    WASHINGTON DC 20530-0001 |
| US DEPT OF HOUSING & URBAN DEV | OFF OF RES CARE FACILITIES 451 SEVENTH STREET SW   WASHINGTON DC 20410 |

## Total Count: 23

GENESIS HEALTHCARE, INC., *et al.,*
Case No. 25-80185 (SGJ)
First Class Mail Additional Service List

CDPH-OFFICE OF LEGISLATIVE AND
GOVERNMENTAL AFFAIRS
PO BOX 997377, MS 0503
SACRAMENTO, CA 95899-7377

CDPH-OFFICE OF LEGISLATIVE AND
GOVERNMENTAL AFFAIRS
1615 CAPITOL AVENUE, MS 0503
SACRAMENTO, CA 95899-7377

**EXHIBIT B**

GENESIS HEALTHCARE, INC., *et al.,*
Case No. 25-80185 (SGJ)
First Class Mail Additional Service List

STUTZMAN BROMBERG ESSERMAN PLIFKA
ATTN: SANDER ESSERMAN; PETER D'APICE
2323 BRYAN ST, STE 2200
DALLAS, TX 75201-2689

LAW OFFICE OF JOSEPH M KAR
ATTN: JOSEPH KAR
15250 VENTURA BLVD, STE PH1220
SHERMAN OAKS, CA 91430

**EXHIBIT C**

GENESIS HEALTHCARE, INC., et al.,
Case No. 25-80185 (SGJ)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| ANTHONY & PARTNERS, LLC | janthony@anthonyandpartners.com; nlafalce@anthonyandpartners.com |
| ASSISTANT ATTORNEYS GENERAL, OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | sahrish.soleja@oag.texas.gov; layla.milligan@oag.texas.gov |
| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | smathews@bakerdonelson.com |
| BALLARD SPAHR LLP | ganzc@ballardspahr.com; newellj@ballardspahr.com; myersm@ballardspahr.com |
| BENDER AND AGBOOLA, LLC | agbula@aol.com |
| BLANK ROME LLP | kenn.ottaviano@blankrome.com; paige.tinkham@blankrome.com; jordan.williams@blankrome.com |
| BRADLEY ARANT BOULT CUMMINGS LLP | jbmartin@bradley.com |
| BROWN RUDNICK LLP | dmolton@brownrudnick.com; egoodman@brownrudnick.com; gcicero@brownrudnick.com |
| BRUNNER QUINN | rlb@brunnerlaw.com; pmq@brunnerlaw.com |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| CAIN & SKARNULIS PLLC | rchapple@cstrial.com |
| CAVAZOS HENDRICKS POIROT, P.C. | aburns@chfirm.com |
| CLARK HILL, PLC | dbrescia@clarkhill.com |
| DEPARTMENT OF JUSTICE - ATTORNEY, TAX DIVISION | andrew.l.sobotka@usdoj.gov |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | oag@dc.gov |

GENESIS HEALTHCARE INC., et al.,
Case No. 25-80185 (SGJ)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| DLA PIPER LLP (US) | james.muenker@us.dlapiper.com; rachel.nanes@us.dlapiper.com |
| DORSEY & WHITNEY LLP | niewiarowski.monica@dorsey.com |
| EVERSHEDS SUTHERLAND (US) LLP | davidwender@eversheds-sutherland.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | kristen.perry@faegredrinker.com |
| FERGUSON BRASWELL FRASER KUBASTA PC | laiken@fbfk.law; rsmiley@fbfk.law |
| FLEISCHER, SUGLIA, DOPKE & DOMOWITCH, P.C. | nsuglia@fleischerlaw.com |
| FOLEY & LARDNER LLP | mary.rofaeil@foley.com |
| FOX ROTHSCHILD LLP | dcrooks@foxrothschild.com; mmenkowitz@foxrothschild.com; tmonsour@foxrothschild.com |
| GIBBONS, P.C. | jmairo@gibbonslaw.com; dcrapo@gibbonslaw.com |
| GIBSON DUNN & CRUTCHER LLP | tcox@gibsondunn.com; jkrause@gibsondunn.com; mfarag@gibsondunn.com |
| GILL & CHAMAS, LLC | pcaliendo@gillandchamas.com |
| GODWIN BOWMAN PC | sscheinberg@godwinbowman.com; nchancy@godwinbowman.com |
| GOODWIN PROCTER LLP | rlemons@goodwinlaw.com |
| GRAY REED | jbrookner@grayreed.com; lwebb@grayreed.com |
| GREENBERG TRAURIG, LLP | jared.weir@gtlaw.com; kristen.jacobsen@gtlaw.com; petermann@gtlaw.com |
| HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER | mhamermesh@hangley.com |
| HAYNES AND BOONE, LLP | frasher.murphy@haynesboone.com; martha.wyrick@haynesboone.com |
| HOLLAND & KNIGHT LLP | steven.levitt@hklaw.com; cameron.rivers@hklaw.com |
| HUGHES & COLEMAN PLLC | alee@hughesandcoleman.com; rmasters@hughesandcoleman.com |

Case No. 25-80185 (SGJ)

Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| INTERNAL REVENUE SERVICE | millie.h.agent@irs.gov |
| JACKSON WALKER LLP | kstohner@jw.com; mstull@jw.com; wfarmer@jw.com |
| JONES WALKER LLP | aanderson@joneswalker.com |
| JONES, ALLEN & FUQUAY, L.L.P. | lworsham@jonesallen.com |
| KANE RUSSELL COLEMAN LOGAN PC | croy@krcl.com |
| KATTEN MUCHIN ROSENMAN LLP | michaela.crocker@katten.com; sreisman@katten.com; cgiglio@katten.com; marc.roitman@katten.com; dan.barnowski@katten.com |
| KELLY HART & HALLMAN LLP | katherine.hopkins@kellyhart.com; harrison.pavlasek@kellyhart.com |
| KING & SPALDING LLP | jleu@kslaw.com; thadwilson@kslaw.com |
| LATHAM & WATKINS LLP | jason.gott@lw.com; nikhil.gulati@lw.com |
| LAW OFFICE OF JOSEPH M. KAR, PC | jkar@civillegal.com |
| LESLIE KULAS BURKE & JACLYN ROHR | jjwkguardian@gmail.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | houston_bankruptcy@lgbs.com; dallas.bankruptcy@lgbs.com; austin.bankruptcy@lgbs.com |
| MARKS, BALETTE, YOUNG & MOSS PLLC | jacquesb@marksfirm.com |
| MAURICE WUTSCHER, LLP | ahochheiser@mauricewutscher.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | jparsons@mvbalaw.com |
| MCDOWELL HETHERINGTON LLP | tom.hetherington@mhllp.com; randy.duncan@mhllp.com |
| MCELROY, DEUTSCH, MULVENEY & CARPENTER, LLP | gbressler@mdmc-law.com; vshea@mdmc-law.com |

GENESIS HEALTHCARE INC., et al.,
Case No. 25-80185 (SGJ)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| MCGINNIS LOCHRIDGE LLP | chalgren@mcginnislaw.com; elawrence@mcginnislaw.com |
| MEYERS, RODBELL & ROSENBAUM, P.A. | bdept@mrrlaw.net |
| MIRMAN, BUBMAN & NAHMIAS | anahmias@mbn.law |
| MUNSCH HARDT KOPF & HARR, P.C. | dperry@munsch.com |
| NIXON PEABODY LLP | lcisz@nixonpeabody.com |
| NORTON ROSE FULBRIGHT US LLP | ryan.manns@nortonrosefulbright.com |
| OFFICE OF THE US TRUSTEE (REGION 6) | meredyth.kippes@usdoj.gov |
| OHI MEZZ LENDER LLC | laiken@fbfk.law |
| OHI MEZZ LENDER LLC | rlemons@goodwinlaw.com |
| OKIN ADAMS BARTLETT CURRY LLP | dcurry@okinadams.com; mschmidt@okinadams.com |
| OTTERBOURG P.C. | jfeeney@otterbourg.com; mmaizel@otterbourg.com |
| PADFIELD & STOUT, LLP | carisco@padfieldstout.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P | sgarcia@pbfcm.com; ebcalvo@pbfcm.com; mvaldez@pbfcm.com |
| PIVOT HEALTH LAW, LLC | sgoodman@pivothealthaz.com; pivothealthaz@gmail.com |
| PROSKAUER ROSE LLP | brosen@proskauer.com; ebarak@proskauer.com; tkarcher@proskauer.com; ddesatnik@proskauer.com; ppossinger@proskauer.com |
| REDDICK LAW FIRM, P.A | brian@reddicklawfirm.com |
| REED SMITH LLP | pmoak@reedsmith.com; tsierra@reedsmith.com |
| REGEN HEALTHCARE LLC | james.muenker@us.dlapiper.com |
| ROCHELLE MCCULLOUGH, LLP | kdm@romclaw.com; bryan.rochelle@romclaw.com |
| SAUL EWING LLP | luke.murley@saul.com; maxwell.hanamirian@saul.com |

GENESIS HEALTHCARE INC., et al.,
Case No. 25-80185 (SGJ)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| SINGER & LEVICK, P.C. | levick@singerlevick.com |
| SOMMERMAN, MCCAFFITY, QUESADA & GEISLER, L.L.P. | smccaffity@textrial.com |
| SPENCER FANE LLP | ericvanhorn@spencerfane.com |
| STATE OF ALABAMA ATTORNEY GENERAL | consumerinterest@alabamaag.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | agcarr@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | hawaiiag@hawaii.gov |
| STATE OF ILLINOIS ATTORNEY GENERAL | rev.bankruptcy@illinois.gov |
| STATE OF IOWA ATTORNEY GENERAL | webteam@ag.iowa.gov |
| STATE OF KENTUCKY ATTORNEY GENERAL | kyoagor@ky.gov |
| STATE OF MAINE ATTORNEY GENERAL | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | consumer@oag.state.md.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | miag@michigan.gov |
| STATE OF MISSOURI ATTORNEY GENERAL | attorney.general@ago.mo.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | ago.info.help@nebraska.gov |
| STATE OF NEVADA ATTORNEY GENERAL | aginfo@ag.nv.gov |

GENESIS GLOBAL HOLDCO, LLC *et al* .,
Case No. 25-80185 (SGJ)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | attorneygeneral@doj.nh.gov |
| STATE OF OHIO ATTORNEY GENERAL | trish.lazich@ohioattorneygeneral.gov |
| STATE OF OKLAHOMA ATTORNEY GENERAL | contact@oag.ok.gov |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ag@riag.ri.gov |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | odcmail@sccourts.org |
| STATE OF TENNESSEE ATTORNEY GENERAL | agbankcal@ag.tn.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ago.info@vermont.gov |
| STATE OF WASHINGTON ATTORNEY GENERAL | serviceatg@atg.wa.gov |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | consumer@wvago.gov |
| STATE OF WISCONSIN ATTORNEY GENERAL | dojbankruptcynoticegroup@doj.state.wi.us |
| STEVENS & LEE | robert.lapowsky@stevenslee.com |
| STINSON LLP | nicholas.zluticky@stinson.com; zachary.hemenway@stinson.com; miranda.swift@stinson.com; grant.dubois@stinson.com |
| STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C | esserman@sbep-law.com; dapice@sbep-law.com |
| TEXAS COMPTROLLER | bankruptcysection@cpa.texas.gov; bankruptcytax@oag.texas.gov |
| TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | steve.butler@ag.tn.gov |

GENESIS HEALTHCARE, INC., *et al*.,
Case No. 25-80185 (SGJ)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| TOGUT SEGAL & SEGAL LLP | frankoswald@teamtogut.com; mnester@teamtogut.com |
| TROUTMAN PEPPER LOCKE LLP | david.swanson@troutman.com; jonathan.young@troutman.com; michael.kind@troutman.com |
| UNITED STATES DEPARTMENT OF JUSTICE CIVIL DIVISION | zachary.c.semple@usdoj.gov; louisa.soulard@usdoj.gov |
| US ATTORNEYS OFFICE | usatxn.media@usdoj.gov |
| VARTABEDIAN, HESTER & HAYNES, LLP | suki.rosen@vhh.law; emily.chou@vhh.law; mary.stanberry@vhh.law |
| WEIL, GOTSHAL & MANGES LLP | jennifer.crozier@weil.com; jeffrey.saferstein@weil.com; garrett.fail@weil.com |
| WEINSTEIN RADCLIFF PIPKIN LLP | gweinstein@weinrad.com |
| WELLTOWER INC. | jkrause@gibsondunn.com; mfarag@gibsondunn.com |
| WHITAKER CHALK SWINDLE & SCHWARTZ PLLC | rsimon@whitakerchalk.com |
| WHITE OAK HEALTHCARE FINANCE, LLC | ken.ottaviano@blankrome.com; paige.tinkham@blankrome.com |
| WINSTEAD PC | sbdavis@winstead.com |

Case No. 25-80185 (SGJ)

Electronic Mail Additional Service List

| Creditor Name | Email Address |
|---|---|
| Michael Bubman | mbubman@mbn.law |
| Susan Goodman | sgoodman@pivothealthaz.com |
| Myers, Michael | MyersM@ballardspahr.com |
| Alan Nahmias | anahmias@mbn.law |
| Casey Roy | CRoy@krcl.com |
| Van Horn, Eric | ericvanhorn@spencerfane.com |

**EXHIBIT D**

GENESIS HEALTHCARE, INC., *et al*.,
Case No. 25-80185 (SGJ)
Electronic Mail Additional Service List

| Email Address |
|---|
| esserman@sbep-law.com |
| dapice@sbep-law.com |
| jkar@civillegal.com |

**EXHIBIT E**

GENESIS GLOBAL HC, LLC, *et al* .,
Case No. 25-80185 (SGJ)
Electronic Mail Additional Service List

| Email Address |
|---|
| meredyth.kippes@usdoj.gov |
| zachary.hemenway@stinson.com |
| nicholas.zluticky@stinson.com |
| miranda.swift@stinson.com |
| brosen@proskauer.com |
| ebarak@proskauer.com |
| tkarcher@proskauer.com |
| grant.dubois@stinson.com |
| ppossinger@proskauer.com |
| ddesatnik@proskauer.com |

GENESIS DOCUMENT Main Document HC Apparel 2NC of 21 et al.,

Case No. 25-80185 (SGJ)

Electronic Mail Additional Service List

| Email Address |
|---|
| laiken@fbfk.law |
| rlemons@goodwinlaw.com |
| jkrause@gibsondunn.com |
| fpetrie@gibsondunn.com |
| mfarag@gibsondunn.com |
| james.muenker@us.dlapiper.com |