**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GENESIS HEALTHCARE, INC., *et al.*,[1] | ) Case No. 25-80185 (SGJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket No. 1647** |
| | ) |

### CERTIFICATE OF SERVICE

I, TIFFANY TAVERAS, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 20, 2025, I caused to be served the "Staffing Report of Ankura Consulting Group, LLC for the Time Period from October 1, 2025 Through October 31, 2025," dated November 20, 2025 [Docket No. 1647], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Tiffany Taveras*
Tiffany Taveras

---

[1] The last four digits of Genesis Healthcare, Inc.'s federal tax identification number are 4755. There are 299 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/case/genesis/info. The location of Genesis Healthcare, Inc.'s corporate headquarters and the Debtors' service address is 101 East State Street, Kennett Square, PA 19348.

# EXHIBIT A

| Creditor Name | Email Address |
|---|---|
| Counsel to CPE 88988 LLC, DLA Piper LLP | james.muenker@us.dlapiper.com |
| Counsel to Markglen LLC, Gibson, Dunn & Crutcher LLP | jkrause@gibsondunn.com; fpetrie@gibsondunn.com; mfarag@gibsondunn.com |
| Counsel to OHI Mezz Lender LLC, Ferguson Braswell Fraser Kubasta PC and Goodwin Proctor LLP | laiken@fbfk.law; rlemons@goodwinlaw.com |
| Counsel to the Statutory Unsecured Claimholders' Committee, Proskauer Rose LLP | brosen@proskauer.com; ebarak@proskauer.com; ddesatnik@proskauer.com |
| Counsel to the Statutory Unsecured Claimholders' Committee, Stinson LLP | nicholas.zluticky@stinson.com; zachary.hemenway@stinson.com |
| Genesis Healthcare, Inc., c/o Ankura Consulting Group, LLC | louis.robichaux@ankura.com; russell.perry@ankura.com |
| The Office of the United States Trustee for Region 6 | meredyth.kippes@usdoj.gov |