| | |
|---|---|
| **MUNSCH HARDT KOPF & HARR, P.C.**<br>Deborah M. Perry (TX 24002755)<br>500 N. Akard Street, Suite 4000<br>Dallas, Texas 75201-6659<br>Telephone: (214) 855-7500<br>Facsimile: (214) 855-7584<br>E-mail:  dperry@munsch.com<br><br>*Co-Counsel for Healthcare Services Group, Inc.* | **STEVENS & LEE, P.C.**<br>Robert Lapowsky (admitted *pro hac vice*)<br>620 Freedom Business Center, Suite 200<br>King of Prussia, Pennsylvania 19406<br>Telephone:  (215) 751-2866<br>Facsimile:  (610) 371-7958<br>E-mail:  robert.lapowsky@stevenslee.com<br><br>-and-<br><br>Gregory T. Donilon<br>(admitted *pro hac vice*)<br>919 North Market Street, Suite 1300<br>Wilmington, Delaware 19801<br>Telephone:  (302) 425-3311<br>Facsimile:  (610) 371-7371<br>E-mail:  gregory.donilon@stevenslee.com |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENESIS HEALTHCARE, INC., *et al.*,[1] | ) | Case No. 25-80185 (SGJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF RESIGNATION OF HEALTHCARE SERVICES GROUP, INC. FROM THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GENESIS <u>HEALTHCARE, INC, ET AL.</u>**

Please take notice that Healthcare Services Group, Inc. ("HCSG"), has resigned from membership in the Official Unsecured Creditors Committee of Genesis Healthcare, Inc., *et al*.

---

[1] The last four digits of Genesis Healthcare, Inc.'s federal tax identification number are 4755. There are 299 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Genesis. The location of Genesis Healthcare, Inc.'s corporate headquarters and the Debtors' service address is 101 East State Street, Kennett Square, PA  19348.

4915-3580-1736v.1

Dated: January 13, 2026

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

*/s/ Deborah M. Perry*
Deborah M. Perry
Texas Bar No. 24002755
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail:  dperry@munsch.com

-and-

**STEVENS & LEE, P.C.**
Robert Lapowsky (admitted *pro hac vice*)
620 Freedom Business Center, Suite 200
King of Prussia, Pennsylvania 19406
Telephone:  (215) 751-2866
Facsimile:  (610) 371-7958
E-mail:  robert.lapowsky@stevenslee.com

-and-


Gregory T. Donilon
(admitted *pro hac vice*)
919 North Market Street, Suite 1300
Wilmington, Delaware 19801
Telephone:  (302) 425-3311
Facsimile:  (610) 371-7371
Email:  gregory.donilon@stevenslee.com

*Co-Counsel for Healthcare Services Group, Inc.*