**MCDERMOTT WILL & SCHULTE LLP**

Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201-1574
Telephone:    (214) 295-8000
Facsimile:    (972) 232-3098
Email:    mhelt@mwe.com
          jhaake@mwe.com

*Counsel for the Debtors and*
*Debtors-in-Possession*

**MCDERMOTT WILL & SCHULTE LLP**

Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
William A. Guerrieri (admitted *pro hac vice*)
Catherine T. Lee (admitted *pro hac vice*)
Landon W. Foody (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:    (312) 372-2000
Facsimile:    (312) 984-7700
Email:    dsimon@mwe.com
          ekeil@mwe.com
          wguerrieri@mwe.com
          clee@mwe.com
          lfoody@mwe.com

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENESIS HEALTHCARE, INC., *et al.*,[1] | ) | Case No. 25-80185 (SGJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF FILING OF JANUARY 13, 2026 AUCTION TRANSCRIPT

**PLEASE TAKE NOTICE** that, pursuant to the *Agreed Order (I) Approving Amended and Restated Bidding Procedures for the Submission, Receipt, and Analysis of Bids in Connection with the Sale of the Debtors' Assets, and (II) Scheduling Certain Auction Dates and Deadlines* [Docket No. 1989] (the "Amended Bidding Procedures Order"), the debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), in collaboration with the Estate Broker, conducted an Auction (as defined in the Amended Bidding Procedures Order) at Sidley Austin LLP, 2021 McKinney Avenue, Suite 2000, Dallas, TX 75201. The Auction commenced in person and via Zoom on January 13, 2026 and concluded later that evening.

---

[1] The last four digits of Genesis Healthcare, Inc.'s federal tax identification number are 4755. There are 299 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/case/genesis/info. The location of Genesis Healthcare, Inc.'s corporate headquarters and the Debtors' service address is 101 East State Street, Kennett Square, PA 19348.

**PLEASE TAKE FURTHER NOTICE** that a copy of the January 13, 2026 Auction Transcript is attached hereto as **Exhibit A**.

Dated: January 14, 2026
        Dallas, Texas

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201-1574
Telephone:    (214) 295-8000
Facsimile:    (972) 232-3098
Email:        mhelt@mwe.com
              jhaake@mwe.com

- and -

Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
William A. Guerrieri (admitted *pro hac vice*)
Catherine T. Lee (admitted *pro hac vice*)
Landon W. Foody (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:    (312) 372-2000
Facsimile:    (312) 984-7700
Email:        dsimon@mwe.com
              ekeil@mwe.com
              wguerrieri@mwe.com
              clee@mwe.com
              lfoody@mwe.com

*Counsel for the Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

I do hereby certify that on the date hereof, a true and correct copy of the foregoing was served via the Court's CM/ECF system to all parties authorized to receive electronic notice in these cases.

Dated: January 14, 2026
     Dallas, Texas

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201-1574
Telephone:   (214) 295-8000
Facsimile:   (972) 232-3098
Email:   mhelt@mwe.com
     jhaake@mwe.com

- and -

Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
William A. Guerrieri (admitted *pro hac vice*)
Catherine T. Lee (admitted *pro hac vice*)
Landon W. Foody (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:   (312) 372-2000
Facsimile:   (312) 984-7700
Email:   dsimon@mwe.com
     ekeil@mwe.com
     wguerrieri@mwe.com
     clee@mwe.com
     lfoody@mwe.com

*Counsel for the Debtors and Debtors-in-Possession*

## Exhibit A

**January 14, 2026 Auction Transcript**

Page 1

1              IN THE UNITED STATES BANKRUPTCY COURT

2                  NORTHERN DISTRICT OF TEXAS

3                      DALLAS DIVISION

4                      ---oOo---

5    IN RE:

6    GENESIS HEALTHCARE, INC., et al.,

7                              No. 25-80185 (SGJ)

8    _____/

9

10

11

12        REPORTER'S TRANSCRIPT OF PROCEEDINGS

13

14              January 13, 2026

15

16        Taken before Nicole A. Hatler

17     Texas CSR 11275, Exp. Date:  11/30/26

18       California CSR 13730, EXP 6/30/26

19       New Mexico CCR 588, EXP 12/31/26

20

21

22

23

24

25

Page 2

1          P R O C E E D I N G S
2          Tuesday, January 13, 2026 - 3:55 p.m.
3          ---oOo--- .
4          MR. TURNBULL:  All right.  Good afternoon,
5  everybody.  Thank you very much for attending the second
6  auction of Genesis Healthcare.
7          First of all, let me apologize to everybody
8  on account of the late start.  We were all here with the
9  expected start time of 9:00 a.m.  I believe we've used
10  time wisely between the debtor team, the committee team,
11  and the estate broker working with the various
12  constituencies of the Holdco bids trying to make this
13  process as efficient as we can from this point going
14  forward.  Hopefully, by the end of the auction, you will
15  agree that that was time well spent.  I believe it is.
16          Before we dive into the auction, initially, I
17  wanted to cover some introductions, some procedures, and
18  finally some confirmations related to the various --
19  from the bidders.  I also am going to ask Ellen Wheeler
20  to spend a little bit of time talking about some of the
21  modifications to the written documents that have been
22  circulated from through the Box site and the bids that
23  were submitted on the Holdco side.
24          We also wanted to discuss the scorecard
25  with you all.  We circulated a draft last night.  Not

Page 3

1  too long ago, we circulated a revision to that draft
2  based on the conversations we've been having with the
3  Holdco bidders.
4          Let me just start from an introduction
5  perspective.  If I haven't had the opportunity to meet
6  you, my name is Andrew Turnbull.  I'm with Houlihan
7  Lokey.  Houlihan is working as the estate broker here,
8  in addition to representing the creditors.  My
9  colleagues Ethan and Sai are here, as well.
10          We also have a variety of other people I'd
11  like to introduce.  We have Judge Hale and Reinhardt
12  Freeman in the back who have been serving as fantastic,
13  sort of, assistants and helpers to us from a monitoring
14  perspective assessing the process, making sure that all
15  of the things that we talked about in the first sale
16  hearing and since in front of Judge Jernigan are, in
17  fact, put in place, and they've been an invaluable
18  resource to -- I think certainly to me, and I think to a
19  lot of people in this process, so thank you for your
20  continued efforts.
21          I won't go into all of the people from the
22  debtors' team.  I understand we have all three members
23  of the SRC here, Liz LaPuma, Jonathan Foster, William
24  Snyder.  In addition to that, they are represented by
25  Sidley who's been kind enough to host us here today.

Page 4

1          The SIC of which Jonathan and Liz sit on,
2  as well, is represented by Hatton.  They're here, as
3  well.
4          On the debtor side, we have both of the
5  co-CEOs -- CROs Louis Robichaux and Russell Perry.  We
6  have the McDermott team and the Jefferies team.
7          White Oak is here on account of Blank Rome
8  and Alvarez & Marsal who represent them.
9          Weltower is here through Gibson Dunn.
10          Omega is here through FBFK.
11          The committee is represented by its -- a
12  couple of committee members as well as through their
13  advisor Proskauer, Stinson, and FTI who are also all
14  here.
15          And then the court reporter.
16          That's all in addition to the various
17  bidders we have.
18          We've received a variety of bids.  Three on
19  the Holdco transaction, and I think 6 or 7 on the
20  piecemeal bids.  Because of the nature of the piecemeal
21  bids, we encourage those parties to participate via
22  Zoom.
23          We spent time with each of the Holdco
24  bidders talking a little bit about the industry or the
25  segments of the Genesis Healthcare organization that we

Page 5

1  have bids on to get an interest to determine whether or
2  not there was an interest in aligning those bids.
3          I'm aware of at least one discussion that
4  was requested in that regard, but at this point in time,
5  I don't have a solution for how to incorporate the
6  Holdco bidders at this stage in the auction.  Perhaps
7  that will change as we go forward.
8          I'm going to get to the introduction of the
9  qualified bidders here and a few parties being
10  introduced.  As I do, I'd like each of the bidders to
11  think about who their spokesperson would be.  I think it
12  will greatly assist the court reporter to keep a record
13  here.
14          Just so everyone is aware, if you haven't
15  participated in an auction like this before, the court
16  reporter is going to be recording everything that's
17  going on in this room on the record for all of the
18  bidding.  The court reporter is not recording -- and I'm
19  sure this is not surprising to you -- any of the
20  discussions that are going on in the breakout rooms.
21          On the Holdco bids, we have three bidders
22  here.  We have Genie 3, who people perhaps also
23  associate with the stalking horse in this phase of the
24  process.  We have 1 State Street West, also sometimes if
25  you hear them referred to here as NewGen here as a

Page 6

1 bidder on the Holdco.  We also have Olumie here as a
2 bidder on the Holdco.
3        On the parts we received bids from
4 CareConnectMD, Cascade, FOX Rehab, NextGen, Sandy River,
5 and C Fire.  Those are the folks that I mentioned are on
6 the phone or on the Zoom remotely.
7        Just for general sort of background, the
8 concept of the bankruptcy call is for us to evaluate in
9 this circumstance the highest or best bids.  And so, as
10 we've described in some detail in our guidance memo that
11 was circulated I believe last week, we're evaluating a
12 number of factors here, not just all there is examples
13 of that in the form of consideration, certainty of
14 closing, timing of closing, among others, so it's all --
15 you know, what we've also tried to do is distill as many
16 of all of those qualitative features into quantitative
17 factors in the scorecard.
18        If you have any questions as we go along,
19 please interrupt.  Please stop some of us in the
20 hallways if you do.  Between the Houlihan and the
21 Jefferies team I think we'll try to tackle any questions
22 you have.
23        So I've got to run through a few procedures
24 first.  So, first of all, the auction is going to be
25 conducted in accordance with the amended and restated

Page 7

1 bidding procedure, which can be found at docket 1989 on
2 the court's docket.
3        Any official bidding is going to take place
4 in this main auction room and will be transcribed by the
5 court reporter.  During the auction bids shall be
6 announced in this main auction room on an open basis.
7        Each bidder, as I noted before, we would
8 like to identify him or herself and who he or she
9 represents.  And as mentioned, we prefer that there be a
10 single spokesperson for each bidder.
11        We are here generally speaking as I think
12 many of you have heard me say for a comprehensive
13 solution.  That's what led us to the square of focussing
14 at least initially on the Holdco bids as opposed to the
15 piecemeal bids because that's effectively what we need
16 for the overall case.
17        One thing I'd like to, sort of, flag for
18 everyone, and that is that all qualified bidders are
19 prohibited from discussing their bids with each other,
20 former bids, or anyone else other than the debtors and
21 the committee.  And I'd like you to channel those
22 discussions either through Houlihan or Jefferies,
23 please, so that we're a part of all of the discussions.
24 There should be absolutely no communications going on
25 between bidders or former bidders at any time.

Page 8

1        This also applies that, if a qualified
2 bidder decides to stop bidding at the auction, they
3 still remain bound by that obligation so that they will
4 not be having any such conversations.
5        The estate broker Houlihan Lokey is acting
6 at the joint direction of the debtors and the committee
7 and in consultation with the consultation parties, which
8 are White Oak, Omega, and Weltower.
9        We reserve the right to reject any bid that
10 is deemed either inadequate or insufficient, not in
11 conformity with the bidding procedures, or is contrary
12 to the best interest of the Genesis estate.
13        Also each bidder will remain bound by the
14 terms of its bid submitted on the record at the auction.
15 As set forth in the bidding procedures, the estate
16 reserves the right to modify the auction rules or to
17 impose such other terms or conditions with respect to
18 the auction as is determined will be in the best
19 interest of the matter of the estate and is contemplated
20 as in the bidding procedure and is contemplated by the
21 bidding procedures.
22        If you're not aware, there is a breakup fee
23 and expense reimbursement that has been granted to Gene
24 3 of $11 million as they are the stalking horse bidder.
25        As we talked about bidding going forward,

Page 9

1 we would ask people to think about bidding in gross
2 dollars, so effectively Genie 3 will have the equivalent
3 of credit bidding its breakup fee and expense
4 reimbursement.
5        The initial minimum bidding increment of
6 the auction was set at $5 million.  As I talked about,
7 we'll be seeking a modification of that for the first
8 round, but we may choose as the estate to modify the
9 minimum bid increment as is permitted by the bid
10 procedures going forward.
11        Qualified bidders shall advise the estate
12 broker if they wish to make modifications to their bid
13 terms other than price during the auction or as well as
14 price during the auction.  The estate -- and when I
15 refer to the estate, I'm talking about the estate
16 broker, the debtor, the committee and the other
17 consultation parties.
18        The estate will determine in its business
19 judgement if there are any proposed non price changes
20 and how that will be incorporated into the scorecard,
21 whether those adjustments are positive or negative and
22 how that changes their enrollment value.
23        Each qualified bidder during its turn in
24 the auction may either, one, make a bid by increasing
25 the consideration of its bid and/or improve the terms

3 (Pages 6 - 9)

Page 10

1  from the estate's perspective; two, decline to make a
2  bid; or, three, ask for a recess.
3        In the interest of keeping the process
4  moving along with some degree of pace, we are going to
5  try and limit the duration of any recesses that we have.
6  For any of those who participated in the last auction
7  don't view that as the market standard, please.
8        If a qualified bidder declines to make a
9  bid during its term of the auction, that bidder will be
10 subject to elimination from the auction and not given
11 the opportunity to rebid.
12       A qualified bidder may withdraw itself from
13 the auction at any time by making a statement to that
14 effect on the record and decline to further bid provided
15 that, as I noted before, their most recent pending bid
16 that was not rejected by the estate shall remain binding
17 on such bidder.
18       When no other qualified bidder is willing
19 to make an overbid acceptable to the estate, the parties
20 with the highest or best bid as determined by the estate
21 may be designated as the successful bidder.  At that
22 point we will also assess who might be designated as the
23 backup bidder.
24       If there are disagreements on this front
25 for anything that we've gone through in the process, we

Page 11

1  have a resolute dispute resolution protocol in the
2  revised bidding procedures that starts with spending
3  some time through mediations led by Judge Hale, and if
4  necessary, ultimately, taking the issue in front of
5  Judge Jernigan.
6        We reserve the right to adjourn the auction
7  at any time as may be necessary to complete
8  documentation, schedules, or potentially ensure the
9  receipt of incremental funding by bidders to increase
10 their good faith deposit as is required by the
11 successful bidder and the backup bidder under the bid
12 procedures.
13       And then before I ask Ellen to come up and
14 talk a little bit about some of the revisions to the
15 APAs that have happened in the course of since Friday's
16 submissions, what I'd like to do is go around the room
17 and ask each of the three Holdco bidders to introduce
18 themselves, identify who their speaking party is, and
19 seek their confirmation on the record that they have not
20 and will not engage in a collusion or discussion --
21       (Reporter clarification.)
22       MR. TURNBULL:  I'll just go back.  So
23 before we, sort of, move on, I'm going to ask each of
24 the bidders, the Holdco bidders, to identify themselves,
25 introduce themselves to the room, identify their

Page 12

1  speaker, and confirm on the record that they have not
2  and will not engage in collusion or discussion with any
3  of the other bidders or former bidders.
4        Let me just pause there and ask Genie 3 to
5  introduce themselves and make that confirmation, please.
6        MS. GREEN:  Thanks.  Good evening, Andrew.
7  I'm glad we're getting started.
8        Elizabeth Green for G3.  I have with me my
9  law partner, Andrew Layden, and our president of Genie 3
10 Rowan Farber.
11       I will be speaking for Genie 3, although
12 there may be occasion where Mr. Farber also speaks.
13       MR. TURNBULL:  Great.  Thank you.
14       MS. GREEN:  Oh, I'm, sorry.  And we have
15 not and we will not engage in any discussions with any
16 bidder or former bidders.
17       MR. TURNBULL:  Or collusion.
18       MS. GREEN:  Or collusion.
19       MR. TURNBULL:  Thank you.
20       State Street.
21       MR. SAFERSTEIN:  Jeff Saferstein for Weil,
22 Goshal & Manges on behalf of State Street.  I'm here
23 with Shawn Zhou from -- our client.  Garrett Fail and
24 Alicia Mortenson also from Weil.
25       I will be the spokesperson for State Street

Page 13

1  going forward.  And we can confirm that we have not had
2  discussions with any bidders, former bidders, and there
3  has been no collusion.
4        MR. TURNBULL:  Great.  Thank you very much.
5        And Olumie.
6        MR. SPECTOR:  Good afternoon.  My name is
7  Harold Spector.  I'm accompanied by Isaac Perlstein and
8  Clint Phillips, both of Olumie.
9        And I'll also confirm that we have not
10 discussed the bids with either bidders or other parties.
11       MR. TURNBULL:  Or collusion.
12       MR. SPECTOR:  Or collusion.
13       MR. TURNBULL:  Thank you.
14       Ellen, may I impose upon you to help me
15 with the modifications to the purchase agreements.
16       MS. WHEELER:  Do you want me up there or on
17 mic?
18       MR. TURNBULL:  It's probably easier for you
19 up here.
20       MS. WHEELER:  It is.  All right.  Well,
21 thank you, guys.
22       I'm going to read out two things.  First,
23 I'm going to read out changes agreed with the State
24 Street bidder since their submission.  And I -- just so
25 everyone is taking -- for everyone who is taking notes,

Page 14

1 take notes, but I also can send this to you afterwards.
2 Separately after I run through some changes to the State
3 Street bids since their submission you all should have
4 seen the box folder, the Olumie bid in the APA. I will
5 highlight a couple items in there, but, you know, not
6 necessarily going one for one given their recent
7 submission.
8         All right. So starting with State Street,
9 the first item is that excluded cash will include cash
10 that is paid to sellers out of the Bold Quail JV
11 settlement.
12         The second item in the revision of their
13 APA as submitted is they will remove Section 2.04P,
14 which is -- which refers to overpayments.
15         The next item in Section 3.02A where they
16 have made revisions referring to a separate form escrow
17 agreement they will -- this will be revised to refer to
18 the seller's bid form good faith deposit agreement
19 without modifications, which provides the deposit will
20 be returned to the backup bidder within five business
21 days of the backup termination date as set forth in the
22 bidding procedures.
23         Section 3.02D, the APA, will be amended to
24 remove the language provided, however, that the deposit
25 shall be returned within three days of the sale hearing.

Page 15

1         The buyer has agreed to include a buyer
2 fundamental representation, but nothing associated with
3 buyer's or its affiliates history with HUD will
4 interfere with buyer's ability to close.
5         Buyer has agreed to add a new covenant
6 stating that buyer agrees that it will deliver to
7 seller's customary market debt commitment letters that
8 are no more conditional than the APA in form and
9 substance reasonably acceptable to sellers covering the
10 full purchase price, cash, and any refinance debtor
11 liabilities which will be defined as the committed
12 financing letters no later than 45 days after entry of
13 the sale order.
14         If buyer increases the deposit by 15
15 million, buyer make extend such deadline to no later
16 than 76 days after entry of the sale order. If buyer
17 increases its deposit by an additional 7 million
18 together with the additional $15 million increase 22
19 million, buyer may extend such deadline to no later than
20 85 days after entry of the sale order.
21         If buyer fails to deliver the committed
22 financing letters by such deadline, sellers have the
23 right to terminate the APA and keep the full deposit
24 including any increase deposit.
25         Section 9.08 will be removed to remove the

Page 16

1 seller's condition regarding Bold Quail settlement.
2         Article VIII of the agreements will add a
3 condition to buyer's obligation to close stating that
4 parties have entered into the Bold Quail settlement
5 which contains the last term circulated by buyer prior
6 to opening the auction.
7         Buyer agrees that reaching agreement on
8 terms of go forward agreements between the Bold Quail JV
9 and Powerback Rehabilitation, LLC, will not be condition
10 to closing.
11         Could the State Street representative
12 confirm that I've accurately reflected the agreed terms.
13         MR. SAFERSTEIN: This is Jeff Saferstein on
14 behalf of State Street with just one question
15 clarification on the debt commitment papers that would
16 exclude our obligation our installment payment
17 obligation which is separate and apart from the debt
18 commitment.
19         MS. WHEELER: Agreed.
20         MR. SAFERSTEIN: Okay. With that, I'll
21 confirm everything you've read into the record.
22         MS. WHEELER: Thank you.
23         With respect to Olumie, I'm only going to
24 highlight a couple of items in what is in the box
25 folder.

Page 17

1         In section 2.03D of the Olumie APA buyers
2 are agreeing to assume all liabilities related to the
3 White Oak facility at closing.
4         In Section 3.01 of the APA buyer is
5 assuming the Rochester Manor HUD loan up to 8.3 million.
6         Buyer is agreeing to pay cash of 250
7 million.
8         And buyer is proposing a cash flow
9 promissory note of 140 million.
10         Finally, in Section 7.10 buyer can replace
11 their cash deposit with a letter of credit of equivalent
12 value for the term of at least 90 days following the
13 entry of the sale order.
14         Olumie, could you confirm that reflects our
15 agreement and modifications to your APA or the APA
16 that's in the box folder.
17         MR. SPECTOR: There's an additional
18 clarification of the body of the document that the four
19 special focus units need to be reflected as in a
20 schedule for the -- in 7.06 or 7.08.
21         THE REPORTER: And your name? I'm sorry.
22         MR. SPECTOR: Howard Marc Spector.
23         MS. WHEELER: All right. For the purposes
24 of the record the Olumie APA, the sellers agree that the
25 disclosure schedules will reflect the four special focus

Page 18

1  facilities against the applicable schedules in 4.06 and
2  I believe other schedules, potentially.
3          MR. SPECTOR:  With that acknowledgement, I
4  agree to everything read into the record.
5          MS. WHEELER:  Thank you.
6          MR. TURNBULL:  Okay.  Thank you very much,
7  Ellen.  I appreciate that because you did that far
8  better than I ever would have done that.
9          Sai, if it's possible, maybe we can bring
10 up the scorecard.  All right.  Thank you.  Hopefully,
11 everybody can see that that's on the -- on the Zoom, as
12 well as in the room.  Although, in the room, I suspect
13 the numbers are going to be a little small, so if you
14 have a copy yourselves.
15         This is the scorecard that we're starting
16 the auction with of the Holdco bids.  We've scored each
17 of Genie 3 State Street and Olumie's bids.
18         I will make a note on just a few of the
19 line items.  I don't know if there will be any other
20 comments or questions, but let me just start with the --
21 the note -- the promissory note, sort of, line item.
22 These values that we've put forth are a result of
23 efforts by the debtors' and the committees' advisors, as
24 well as some of the debtors -- the input of some of the
25 debtors' management team into determining a variety of

Page 19

1  factors that go into these notes.
2          Part of the challenge that we have here is
3  that there's a reasonable element of uncertainty as we
4  think about these notes and having incorporate values
5  from a scorecard perspective.
6          The Olumie note replicates the Genie 3 note
7  on net terms, albeit not on its principal amount.  The
8  principal amount is $140 million valued for Olumie
9  verses the Genie 3 note which is $100 million valued at
10 63.
11         The State Street payment obligation is
12 based on -- and all of these transactions assume that
13 the Bold Quail settlement transaction closes, so it is
14 77 and a half million dollars of effectively face amount
15 also discounted based on the terms that we have.
16         I'm not going to sit here and tell you that
17 these -- this is the perfect science.  There's an art
18 aspect to this valuation.  The debtors and the committee
19 and others at our respective firms have spent time
20 thinking about and coming up with these notes.  I think
21 the relative numbers are important attributes.
22         I would also be remiss if I did not note
23 that people bidding on just a promissory note going
24 forward at some point will tax the debtor, the
25 committee, and the estate broker's perspective on how

Page 20

1  one values the likelihood of repayment of these notes.
2  I'm foreshadowing I'm going to suspect someone might be
3  thinking about depending on how the auction plays out.
4          Each of the other attributes under the
5  assumed liability are consistent upon all of the bids
6  associated with what is happening.  We've listed the
7  State Street here as assuming the White Oak ABL,
8  although the likelihood here is that that could be
9  either an assumption or replacement.  There's no
10 certainty of that.
11         And so, further down below, you see a line
12 item referred to as the White Oak termination fees, and
13 the State Street bid has been burdened by an $8.125
14 million termination fee that comes with that that the
15 estate will be obligated to pay if State Street decides
16 to use a third party ABL lender.  And so their bid has
17 been discounted to that effect.
18         The net result of all of these bids -- or I
19 guess I should mention the financing risk.  In light of
20 the comments that Ellen Wheeler read into the record
21 associated the modifications of the State Street -- and
22 you didn't refer to the Genie 3 aspect on this bid
23 change, and I'm wondering if maybe we should -- talks
24 about the -- sort of the fact that we are looking for
25 certainty of closing associated with -- with the bids

Page 21

1  and that we have a protocol that we'd like to talk about
2  in a minute.
3          Before I do that, I do want to understand
4  that my understanding is that the Genie 3 bid has
5  been -- they've agreed to modify their bid and include a
6  provision associated with not identical but similar to
7  what State Street has agreed to, and that is that they
8  will commit to having their bid financing, the market
9  term sheet for their capital within 45 days of the entry
10 of the sale order with an auction to extend that for an
11 additional 30 days by increasing their deposit amount by
12 15 million dollars.  I think it's important for us to
13 understand that that is where Genie 3 is starting its
14 bid and ask if Genie 3 will confirm that on the record,
15 please.
16         MS. GREEN:  I will confirm that.  However,
17 Genie 3 -- sorry, Elizabeth Green on behalf of Genie 3.
18         I will confirm that on behalf of Genie 3.
19 However, we would like the same $7 million extension for
20 85 days as the State Street bid.
21         MR. TURNBULL:  Okay.
22         MR. FINGER:  This is Jeff Finger.  And just
23 to clarify, I think you might have said market term
24 sheet, but you meant market commitment, correct, Andrew?
25         MR. TURNBULL:  Oh, yes.  Definitely.

6 (Pages 18 - 21)

Page 22

1  Sorry.
2          MR. FINGER:  Yeah.  Thank you.
3          MR. TURNBULL:  So as we sit here right now,
4  this is a very important attribute of the process for
5  the -- for the estate in general.  There's uncertainty
6  associated with the financing.  And it's -- this process
7  has been long.  There are people's lives at stake in
8  these facilities.  And we want to make sure we are
9  driving towards a closing.
10          It's why we've put so much interest on this
11  and that the parties that agreed on the estate side at
12  this point in time that we will not accept any overbids
13  from any party without any structure such as this in
14  place where there is a commitment by that party to have
15  received commitment letters in a time period whether we
16  can talk about sort of the specific time periods and the
17  dollar amount of deposit so that we have absolute
18  certainty that their committed financing before the end
19  of 90 days after the sale order is entered which is when
20  the backup bidder would have a right to terminate and
21  otherwise determined to be the successful bidder.
22          So we had inserted a $10 million deduct
23  from a bid scoring perspective in the Olumie bid, which
24  makes Olumie's bid relative to the other two the lowest
25  of the three, that is not a bid that can be -- that

Page 23

1  is not a $10 million item that can be overcome by
2  increasing another attribute of consideration.  We will
3  not be accepting overbids without a provision committing
4  to financing inside of the 90-day window.
5          So with that said with the modifications we
6  have identified as the estate the opening bid here is
7  State Street.  The next best bid is Genie 3.  And the
8  Olumie's bid is the third from a relative perspective.
9          Let me just before we dive into evaluating
10  any parties who want to submit an overbid, let me pause
11  there, if I can, and see if anybody on the estate side
12  or any of the bidders have any questions, comments, or
13  anything before we move forward to the next phase of the
14  auction.
15          MR. SPECTOR:  I have a question.  Howard
16  Marc Spector for Olumie.
17          So your $10 million -- your $10 million
18  plug number really is just a number.  And if we did
19  satisfy the financing commitments that others have made,
20  that just would go away, right, and our bid would be
21  adjusted?
22          MR. TURNBULL:  Correct.
23          Any other questions?
24          MS. GREEN:  Elizabeth Green on behalf of
25  Genie 3.  I'd like to clarify whether the White Oak

Page 24

1  commitment letter is a qualified commitment letter under
2  your definition.
3          MR. TURNBULL:  Can you give Ellen the mic,
4  please.
5          MS. WHEELER:  Ellen Wheeler.  I think we
6  will need a commitment letter that has conditionality
7  that syncs to the APA.  My recollection is that the
8  letter does not do that.  I'm talking -- so -- but let
9  me know if I'm misremembering the specifics.
10          MS. GREEN:  We'll discuss it offline, but
11  I -- because I don't recall.
12          MR. TURNBULL:  The other thing just to note
13  in light of the fact and just to make sure everyone is
14  on the same page, the bidding procedures contemplated
15  that the first overbid would have to exceed the breakup
16  fee and the expense fee plus reimbursement $5 million.
17  In light of new information that came to light since
18  bids were submitted on Friday, which included the
19  $8 million termination fee, at least in light of new
20  information to me, we made an accommodation that we
21  deemed the State Street bid -- the qualified bid by
22  virtue of the fact that it only exceeded the Genie 3 bid
23  by $15 million dollars instead of $16 million, so just
24  to flag that so that everyone has that fact in the
25  record.

Page 25

1          But on a go-forward basis, for the time
2  being, the minimum overbid is $5 million or remains
3  $5 million.
4          So with that said, Olumie, whose bid is the
5  lowest of the two, the mic is to you.  And if you're
6  prepared to submit an overbid, including acknowledgement
7  of some terms associated with the financing structure
8  that we've been talking about that would make us have
9  certainty with market commitment letters for your
10  capital on or prior to the 90th day after the sale.
11          MR. SPECTOR:  We will need a short recess.
12          MR. TURNBULL:  Okay.  How long do you think
13  you'll need?
14          MR. SPECTOR:  No more than ten minutes.
15          MR. TURNBULL:  Great.  All right.  Thank
16  you.  We'll go off the record.
17      (A recess was held from 4:28 p.m. to 5:13 p.m.)
18          MR. TURNBULL:  All right.  We're back on
19  the record.
20          (Reporter clarification.)
21      Who's in charge of the Zoom waiting room?
22      Are you able to -- can you --
23      MS. JUN:  Sai Kollipara.
24          MR. TURNBULL:  Yeah.  Sai is just going to
25  double-check everyone.  There's no one in the waiting

7 (Pages 22 - 25)

Page 26

1 room right now.
2       MS. JUN: Oh, she's in. Thank you.
3       MR. TURNBULL: Thank you.
4 Howard, thank you. It's over to you.
5       MR. SPECTOR: Howard Marc Spector. Olumie
6 can't -- Olumie declines to up its bid at this time. We
7 believe that the financing requirement that was only
8 presented to us yesterday is impossible for bidders to
9 meet, at least for us. And we think it was, with all
10 due respect to the professionals, inappropriate to bring
11 this up on the day of the auction.
12       MR. TURNBULL: All right. Thank you for
13 your -- thank you for your comments. I'm sorry to hear
14 them.
15       MR. SPECTOR: We'll excuse ourselves.
16       MR. TURNBULL: Okay. Thank you.
17       All right. So next is to Genie 3 if they
18 are interested in submitting an overbid.
19       MS. GREEN: Could I have a microphone?
20       Elizabeth Green on behalf of Genie 3.
21 Genie 3 will increase its bid by $5 million in cash
22 making the total value of its bid $903 million. I mean,
23 I'm sorry.
24       MR. TURNBULL: You're behind.
25       MS. GREEN: Oh, sorry. So by 9 million

Page 27

1 cash. So I apologize.
2       MR. KOLLIPARA: She's right, 9 million.
3       MR. TURNBULL: Are we keeping a live
4 scorecard?
5       MR. KOLLIPARA: Yes.
6       MR. TURNBULL: You might want to put it up.
7 Sorry. Sorry to be harsh.
8       Thank you, Sai.
9       Okay. So with the increase of the bid from
10 259 million in cash to 168 million in cash, the
11 aggregate value rises from 894 to 903 million.
12       The next bid goes to State Street.
13       MR. SAFERSTEIN: So we need ten minutes.
14 Actually ten minutes.
15       MR. TURNBULL: Okay.
16       MR. SAFERSTEIN: And then we're going to
17 need to talk to you.
18       MR. TURNBULL: Thank you. We're off the
19 record.
20       (A recess was held from 5:19 p.m. to 5:55 p.m.)
21       MR. TURNBULL: Okay. Great. We're back on
22 the record.
23       The bid is to State Street.
24       MR. SAFERSTEIN: For the record Jeffrey
25 Saferstein on behalf of State Street. We will increase

Page 28

1 our bid in the form of the installment payment by
2 $22.4 million, which we understand is a $15 million
3 credit. And we're prepared to do that in the form of a
4 note which would be negotiated in good faith based on
5 the note that Genie 3 has.
6       MR. TURNBULL: Okay. Great. Thank you
7 very much.
8       So, Sai, if you're able to update and
9 demonstrate on the scorecard.
10       (A discussion was held off the record.)
11       MR. TURNBULL: For the consultation parties
12 who just walked in, I'm sorry I didn't notice you
13 weren't there. We are back on the record. State Street
14 increased its bid in the form of $22.4 million of
15 consideration to their payment structure, which they've
16 agreed to make in a note to be negotiated in good faith
17 similar to Genie 3, which would give them a $15 million
18 benefit.
19       It raises their bid from -- Sai is working
20 on the scorecard being put up. It raises their bid by
21 the $5 million their bid was behind Genie 3, and now
22 their bid exceeds Genie 3 by 10 million.
23       So if you can see on the right-hand side of
24 what Sai has put up, the note value has gone up
25 $67 million, and now their bid is 913 relative to 903

Page 29

1 for Genie 3.
2       We've indicated to both State Street and
3 Genie 3 that the debtors -- the committee in
4 consultation with the consultation parties decided that
5 they are not willing to accept increases in the bid in
6 the amount of face value of the promissory notes in
7 future rounds of bidding.
8       With that said, the bid is now to Genie 3.
9       MS. GREEN: Elizabeth Green for Genie 3.
10 First, can you clarify what, based on the note that
11 Genie 3 has, means?
12       MR. TURNBULL: So I'll try and ask Jeff to
13 confirm this, but the discussions we've had are to put
14 it into note form. The covenants will be similarly
15 structured things like the scripted payments, asset
16 sales, et cetera, similar to the Genie 3 structure.
17 What won't change is the call option mechanics, the
18 requirements for annual payments, or the interest rate.
19       MR. SAFERSTEIN: Confirmed.
20       MR. TURNBULL: Is that correct?
21       MR. SAFERSTEIN: Confirmed.
22       MR. TURNBULL: Thank you.
23       MS. GREEN: The interest rate on their
24 current.
25       MR. TURNBULL: Correct. The interest rate

8 (Pages 26 - 29)

Page 30

1 will remain zero.
2        MS. GREEN: We'd like a ten-minute break.
3        MR. TURNBULL: Okay. We'll take a break.
4 (A recess was held from 5:59 p.m. to 7:52 p.m.)
5        MR. TURNBULL: Okay. Great. We appreciate
6 everyone your patience. We've been dealing with trying
7 to deal with the balances. I think we've noted between
8 value and certainty of close as between the committee,
9 the debtor and discussion with consultation parties we
10 have sort of a general rule is that we've come to the
11 agreement on to help balance these issues and that is
12 for each incremental round of bidding starting now we're
13 going to ask that bidders be prepared to increase their
14 deposit by $5 million per round.
15        That would not be a reduction of the
16 amounts of deposit necessary by 45 days through 75 days
17 to 85 days. So basically if your deposit is 25 million
18 today, it will increase it to $30 million, and then
19 you'll have those incremental bids going forward. So
20 that's a standard the committee and debtor as I said in
21 consultation with the consultation parties have created
22 a new rule for each round of bidding to help with
23 certainty of close.
24        Any questions on that?
25        All right. So that said, is Sai still

Page 31

1 here?
2        MR. KOLLIPARA: I am.
3        MR. TURNBULL: Do you mind putting it up
4 again so we can sort of follow the scorecard?
5        MS. GREEN: Andrew, when does it have to be
6 funded?
7        MR. TURNBULL: So it has to be funded at
8 the -- upon the entry of the sale order -- let's just
9 say within two business days of the entry of the sale
10 order. Otherwise, it will be default under your APA.
11        MS. GREEN: Understood.
12        MR. TURNBULL: Okay. So the bidding as to
13 Genie, I don't have the latest stat in front of me,
14 unless you want to be able to pull it up, Sai, but I
15 believe you're behind by $10 million, if I recall the
16 numbers correctly. So I think it was 913 for --
17        MR. REISMAN: It was.
18        MR. TURNBULL: -- was the bid and you were
19 at 903.
20        MS. GREEN: Elizabeth Green for Genie 3.
21 Genie 3 will remove the call option from its note which
22 we understand has been valued at $6 million. We will
23 increase the interest rate from 3 to 6 percent, which
24 has been valued at $9 million, and add an additional
25 $15 million in cash and agree to the provision of adding

Page 32

1 the $5 million at entry of the sale for additional
2 deposit.
3        MR. TURNBULL: Thank you. To clarify, I
4 want to make sure that everyone understands, the
5 incremental $5 million is in addition to the fact that
6 your deposited must be 10 percent of your cash --
7        MS. GREEN: Understood.
8        MR. TURNBULL: -- deposit at the end of the
9 auction.
10        Okay. Thank you.
11        MR. KOLLIPARA: Could you say it one more
12 time?
13        MR. TURNBULL: So I think what I heard
14 is -- and, Liz, you can correct me if I get this wrong.
15        So Genie 3 is removing the call option from
16 its note, which has a value of $6 million; it is
17 increasing its interest rate on its note 3 percent to
18 6 percent for a value of $9 million; and it is adding
19 $15 million of cash to its bid. So that's an increase
20 in bid value of $30 million.
21        MS. GREEN: Correct.
22        MR. TURNBULL: They're also agreeing to the
23 debtor's/the estate's standard of increasing the deposit
24 of each round by an incremental 5 over and above what it
25 otherwise would have been.

Page 33

1        MS. GREEN: Correct.
2        MR. TURNBULL: Okay. So the bid is to
3 State Street.
4        MR. SAFERSTEIN: So their -- just to be
5 clear, they're 20 million higher than us now. 30
6 million was their bid, so they would be higher by then,
7 just to make sure --
8        MR. TURNBULL: Yes. Because their bid is
9 at 933, and you're at 913. So a $20 million difference,
10 correct.
11        MR. SAFERSTEIN: For the record, Jeff
12 Saferstein on behalf of State Street.
13        We'll increase our bid by $25 million in
14 cash.
15        MR. ROSEN: Plus the 5 million deposit.
16        MR. TURNBULL: Did you get that? That was
17 Brian Rosen.
18        MR. ROSEN: Sorry if I stole your thunder.
19        MR. TURNBULL: No problem.
20        MS. GREEN: Can we have, like, ten minutes,
21 a real ten minutes this time?
22        MR. TURNBULL: Do you think you could
23 really make it ten minutes?
24        MS. GREEN: I really mean ten minutes.
25        MR. TURNBULL: That's fine.

9 (Pages 30 - 33)

Page 34

1        MS. GREEN: We're not going to ask you any
2   questions so THAT people have to contemplate.
3        MR. TURNBULL: OKAY. That's fine. Thank
4   you. We'll go off the record.
5    (A recess was held from 7:58 p.m. to 8:26 p.m.)
6        MR. TURNBULL: Okay. We're back on the
7   record. The bid is to Genie 3.
8        MS. GREEN: Elizabeth Green for Genie 3.
9   Genie 3 will raise its bid by $10 million in cash and
10   also provide the additional $5 million deposit.
11        MR. TURNBULL: Thank you.
12        And State Street?
13        MR. SAFERSTEIN: We need a break.
14        MR. TURNBULL: Okay.
15        MR. SAFERSTEIN: We'll try to limit it as
16   much as we can. We're hoping for 15.
17        MR. TURNBULL: We'll hope for 10.
18        MR. SAFERSTEIN: Thanks.
19    (A recess was held from 8:27 p.m. to 9:04 p.m.)
20        MR. TURNBULL: Okay. We're back on the
21   record.
22        So the bid is to State Street. Do you have
23   a bid?
24        MR. SAFERSTEIN: Yeah. For the record,
25   Jeffrey Saferstein for State Street.

Page 35

1        We're going to add a 15 percent interest
2   rate to the note, which remains five years, and we
3   understand that that has been valued at $32.9 million.
4   And we confirm that we will add an additional $5 million
5   to the deposit.
6        MR. TURNBULL: Okay. Thank you.
7   Can people hear me okay?
8        (Multiple speakers simultaneously.)
9        MR. TURNBULL: Okay. So did everyone hear
10   the bid on the Zoom? I'm hoping the answer to that is
11   yes. Otherwise, someone will jump in here.
12        MR. ROSEN: They're all muted.
13        MR. TURNBULL: Okay. I guess you can't
14   tell us anyway. Apologies.
15        Okay. So the bid is back to Genie 3.
16        MS. GREEN: We need a couple minutes.
17        MR. TURNBULL: And Genie 3 needs a couple
18   of minutes, so we'll take a break. Thank you.
19        MR. REISMAN: You may want to repeat it.
20   They only heard part of it.
21        MR. TURNBULL: Okay. I'm told on the Zoom
22   people were unable to hear the bid.
23        State Street agreed to increase the
24   interest rate on its note to 15 percent. It's still a
25   five-year note. And they've calculated or the

Page 36

1   calculation has been done that that generates an
2   incremental $32.9 million. They've also confirmed that
3   they will increase the deposit by $5 million, as the
4   previous rules set forth by the estate.
5        MR. ROSEN: Can we just have the total?
6        MR. TURNBULL: And so, the total on the
7   screen, which hopefully everyone can see, is now State
8   Street at $970 million for the bid value.
9        The bid is to Genie 3. They've asked for a
10   break.
11    (A recess was held from 9:07 p.m. to 9:55 p.m.)
12        MR. TURNBULL: Okay. Great. Thanks.
13   We're back on the record.
14        Before we turn to Genie 3, I just wanted to
15   talk to State Street about one thing, got a comment from
16   the chat. So when you said you were going to 15 percent
17   interest rate, I want to confirm that it's cash on hand.
18   So it's just like the Genie 3 note structure, correct?
19        (Reporter clarification.)
20        MR. TURNBULL: Sorry. I just wanted to
21   confirm with State Street when they increased their
22   interest rate to 15 percent I was looking to confirm
23   that it's 15 percent paid in cash on a quarterly basis.
24   Sorry. On a quarterly basis? So paid in cash just like
25   the Genie 3 note?

Page 37

1        And Jeff Saferstein confirmed --
2        MR. SAFERSTEIN: Confirmed.
3        MR. TURNBULL: -- that is correct. Thank
4   you.
5        Okay. Now to Genie 3.
6        MS. GREEN: Genie 3 bids $35 million in
7   cash and the $5 million extra deposit fee.
8        MR. TURNBULL: Let's try this mic again.
9   Okay. Thank you.
10        Now it's to State Street.
11        MR. SAFERSTEIN: Can you just give me the
12   total tally difference?
13        MR. ROSEN: Can you scroll down?
14        MR. SAFERSTEIN: Where are we, just to make
15   sure?
16        MR. TURNBULL: So it's to State Street.
17   Genie 3's bid is a total bid value of $978 million.
18   Your last bid was 970.
19        Are you waiting for me?
20        No.
21        MR. SAFERSTEIN: For the record, Jeffrey
22   Saferstein on behalf of State Street. We'll increase
23   our bid by $10 million in cash and agree to the
24   $5 million extra deposit.
25        MR. TURNBULL: Great. Thank you. I'll let

10 (Pages 34 - 37)

Page 38

1 Sai catch up.
2          MR. FARBER: That's not enough.
3          MR. TURNBULL: Yeah. So I think the answer
4 is you're behind by $8 million. It's a 5 million
5 overbid, so your minimum bid is $13 million.
6          MR. SAFERSTEIN:   Again, for the record,
7 Jeffrey Saferstein.
8          We'll increase the bid 15 instead of 10.
9          MR. TURNBULL: Okay. It's still with the
10 $15 million deposit?
11         MR. SAFERSTEIN: Correct.
12         MR. TURNBULL: All right. So with that
13 State Street's bid is 985.
14         Back to Genie 3.
15         MS. GREEN: I need a few minutes.
16         MR. TURNBULL: Genie 3 has indicated they
17 need a few minutes, so we'll take a break.
18 (A recess was held from 10:00 p.m. to 10:16 p.m.)
19         MR. TURNBULL: Okay. We're back on the
20 record.
21         The bid is to Genie.
22         MS. GREEN: Elizabeth Green for Genie 3.
23         Genie 3 bids $13 million in cash --
24         MR. TURNBULL: And --
25         MS. GREEN: -- and the deposit.

Page 39

1          MR. TURNBULL: Do you want to say that?
2          MS. GREEN: And the $5 million deposit.
3          MR. TURNBULL: Okay. Thank you.
4          Sai, let me know how you're doing back
5 there.
6          MR. KOLLIPARA: Yeah, let me pull it up.
7          Do you see that?
8          MR. TURNBULL: Yeah.
9          MR. ROSEN: Thank you.
10         MR. TURNBULL: All right. So with that bid
11 Genie 3's bid is up to 991. The next bid is to State
12 Street.
13         MR. SAFERSTEIN: We need a few minutes.
14         MR. TURNBULL: All right. State Street
15 would like a brief recess, and then we'll reconvene.
16 (A recess was held from 10:18 p.m. to 10:25 p.m.)
17         MR. TURNBULL: Okay. We're back on the
18 record.
19         Bid is to State Street.
20         MR. SAFERSTEIN: Jeffrey Saferstein on
21 behalf of State Street.
22         We will increase our bid by $10 million in
23 cash and confirm the additional deposit.
24         MR. TURNBULL: All right. With that State
25 Street's bid is 996.

Page 40

1          Bid is back to Genie 3.
2          MS. GREEN: We need a short break.
3          MR. TURNBULL: And Genie 3 has asked for a
4 short break.
5          We're off the record.
6 (A recess was held from 10:26 p.m. to 10:33 p.m.)
7          MR. TURNBULL: All right. Great. We're
8 back on the record.
9          And the bid is to Genie 3.
10         MS. GREEN: Genie 3 declines to increase
11 the bid any further.
12         MR. TURNBULL: Okay. Thank you. I think
13 we should take a brief recess and let the debtors, the
14 community, and consultation parties get together and try
15 to make this as fast as we can, come back on the record
16 and make a few closing remarks, and then we'll call it
17 an evening.
18         Thank you, everyone, for your patience so
19 far, if you can oblige me for just a little bit longer.
20 We won't take two and a half hours. Thank you. We'll
21 be right back.
22 (A recess was held from 10:34 p.m. to 11:08 p.m.)
23         MR. TURNBULL: All right. For the last
24 time, we're back on the record.
25         Thank you everyone for your patience.

Page 41

1 Hopefully, the investment in the morning hours paid off
2 to move things along if you're questioning that, but we
3 appreciate everyone's effort.
4          To our two bidders, we really appreciate
5 the effort you both put in, and I suppose Olumie, as
6 well.
7          We've had an answer or we've had an
8 opportunity to discuss the results of the auction with
9 the debtors and the committee under the joint direction
10 of the consultation -- or, sorry, under their joint
11 direction and with the consultation parties.
12         Based on the revised bidding procedure,
13 it's the estate broker's recommendation that we will
14 make to the court as follows: That the stalking
15 horse -- or, sorry, that the successful bidder will be
16 named as 101 West State Street Holdings, LLC. Their bid
17 is $995.8 million and their total deposit is
18 $54.3 million.
19         That recommendation will also include a
20 recommendation to the court of the backup bidder being
21 Genie 3 Partners, LLC, with a bid of $991 --
22 $991 million even and a deposit of $54.1 million.
23         The results of this auction will be
24 included in a notice that is going to be filed by the
25 debtor, likely, this evening, possibly tomorrow morning.

11 (Pages 38 - 41)

Page 42

1    I guess I would like to remind everybody of
2  the confidentiality provisions that's exist so far, and
3  we want to make sure that the results of the auction are
4  not disclosed until such time as the notice is filed,
5  and then only to the extent of the information included
6  in the notice.
7    With that unless anyone has anything else
8  they wanted to add we can conclude the auction.
9    All right.  Thank you everybody.  We're
10  good to go.  Off the record.
11    Thank you to the reporter too.
12    (Whereupon proceedings concluded at 11:10 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 43

1    CERTIFICATE OF SHORTHAND REPORTER
2    ---oOo---
3    I, Nicole Hatler, a Certified Shorthand Reporter of
4  the State of Texas, do hereby Certify that I am a
5  disinterested person herein; that I reported the
6  foregoing sale in shorthand writing; that I thereafter
7  caused my shorthand writing to be transcribed into
8  typewriting.
9
10    IN WITNESS WHEREOF, I have hereunto set my hand
11  this 14th day of January 2026.
12
13
14
15    *Nicole Hatler*
      Nicole A. Hatler  Texas CSR 11275
16    Expiration Date:  11/30/26
      California CSR 13730, EXP 6/30/26
17    New Mexico CCR 588, EXP 12/31/26
      NHatler@Ymail.com
18
19
20
21
22
23
24
25

12 (Pages 42 - 43)

**[& - 85]**                                                                     Page 1

### &

**&**   4:8 12:22

### 1

**1**   5:24
**10**   22:22 23:1
   23:17,17 28:22
   31:15 32:6
   34:9,17 37:23
   38:8 39:22
**100**   19:9
**101**   41:16
**10:00**   38:18
**10:16**   38:18
**10:18**   39:16
**10:25**   39:16
**10:26**   40:6
**10:33**   40:6
**10:34**   40:22
**11**   8:24
**11/30/26**   1:17
   43:16
**11275**   1:17
   43:15
**11:08**   40:22
**11:10**   42:12
**12/31/26**   1:19
   43:17
**13**   1:14 2:2
   38:5,23
**13730**   1:18
   43:16
**140**   17:9 19:8

**14th**   43:11
**15**   15:14,18
   21:12 24:23
   28:2,17 31:25
   32:19 34:16
   35:1,24 36:16
   36:22,23 38:8
   38:10
**16**   24:23
**168**   27:10
**17252**   43:15
**1989**   7:1

### 2

**2.03d**   17:1
**2.04p**   14:13
**20**   33:5,9
**2026**   1:14 2:2
   43:11
**22**   15:18
**22.4**   28:2,14
**25**   30:17 33:13
**25-80185**   1:7
**250**   17:6
**259**   27:10

### 3

**3**   5:22 8:24 9:2
   12:4,9,11
   18:17 19:6,9
   20:22 21:4,13
   21:14,17,17,18
   23:7,25 24:22
   26:17,20,21
   28:5,17,21,22

**29**:1,3,8,9,11
   29:16 31:20,21
   31:23 32:15,17
   34:7,8,9 35:15
   35:17 36:9,14
   36:18,25 37:5
   37:6 38:14,16
   38:22,23 40:1
   40:3,9,10
   41:21
**3's**   37:17 39:11
**3.01**   17:4
**3.02a**   14:15
**3.02d**   14:23
**30**   21:11 30:18
   32:20 33:5
**32.9**   35:3 36:2
**35**   37:6
**3:55**   2:2

### 4

**4.06**   18:1
**45**   15:12 21:9
   30:16
**4:28**   25:17

### 5

**5**   9:6 24:16
   25:2,3 26:21
   28:21 30:14
   32:1,5,24
   33:15 34:10
   35:4 36:3 37:7
   37:24 38:4
   39:2

**54.1**   41:22
**54.3**   41:18
**588**   1:19 43:17
**5:13**   25:17
**5:19**   27:20
**5:55**   27:20
**5:59**   30:4

### 6

**6**   4:19 31:22,23
   32:16,18
**6/30/26**   1:18
   43:16
**63**   19:10
**67**   28:25

### 7

**7**   4:19 15:17
   21:19
**7.06**   17:20
**7.08.**   17:20
**7.10**   17:10
**75**   30:16
**76**   15:16
**77**   19:14
**7:52**   30:4
**7:58**   34:5

### 8

**8**   24:19 38:4
**8.125**   20:13
**8.3**   17:5
**85**   15:20 21:20
   30:17

[894 - asked]

**894** 27:11
**8:26** 34:5
**8:27** 34:19

**9**

**9** 26:25 27:2
  31:24 32:18
**9.08** 15:25
**90** 17:12 22:19
  23:4
**903** 26:22
  27:11 28:25
  31:19
**90th** 25:10
**913** 28:25
  31:16 33:9
**933** 33:9
**970** 36:8 37:18
**978** 37:17
**985** 38:13
**991** 39:11
  41:21,22
**995.8** 41:17
**996** 39:25
**9:00** 2:9
**9:04** 34:19
**9:07** 36:11
**9:55** 36:11

**a**

**a.m.** 2:9
**ability** 15:4
**abl** 20:7,16
**able** 25:22 28:8
  31:14

**above** 32:24
**absolute** 22:17
**absolutely** 7:24
**accept** 22:12
  29:5
**acceptable**
  10:19 15:9
**accepting** 23:3
**accommodati...**
  24:20
**accompanied**
  13:7
**accordance**
  6:25
**account** 2:8 4:7
**accurately**
  16:12
**acknowledge...**
  18:3 25:6
**acting** 8:5
**actually** 27:14
**add** 15:5 16:2
  31:24 35:1,4
  42:8
**adding** 31:25
  32:18
**addition** 3:8,24
  4:16 32:5
**additional**
  15:17,18 17:17
  21:11 31:24
  32:1 34:10
  35:4 39:23

**adjourn** 11:6
**adjusted** 23:21
**adjustments**
  9:21
**advise** 9:11
**advisor** 4:13
**advisors** 18:23
**affiliates** 15:3
**afternoon** 2:4
  13:6
**aggregate**
  27:11
**ago** 3:1
**agree** 2:15
  17:24 18:4
  31:25 37:23
**agreed** 13:23
  15:1,5 16:12
  16:19 21:5,7
  22:11 28:16
  35:23
**agreeing** 17:2,6
  32:22
**agreement**
  14:17,18 16:7
  17:15 30:11
**agreements**
  13:15 16:2,8
**agrees** 15:6
  16:7
**al** 1:6
**albeit** 19:7
**alicia** 12:24

**aligning** 5:2
**alvarez** 4:8
**amended** 6:25
  14:23
**amount** 19:7,8
  19:14 21:11
  22:17 29:6
**amounts** 30:16
**andrew** 3:6
  12:6,9 21:24
  31:5
**announced** 7:6
**annual** 29:18
**answer** 35:10
  38:3 41:7
**anybody** 23:11
**anyway** 35:14
**apa** 14:4,13,23
  15:8,23 17:1,4
  17:15,15,24
  24:7 31:10
**apart** 16:17
**apas** 11:15
**apologies** 35:14
**apologize** 2:7
  27:1
**applicable** 18:1
**applies** 8:1
**appreciate** 18:7
  30:5 41:3,4
**art** 19:17
**article** 16:2
**asked** 36:9 40:3

**[aspect - bit]**

**aspect** 19:18
20:22
**assess** 10:22
**assessing** 3:14
**asset** 29:15
**assist** 5:12
**assistants** 3:13
**associate** 5:23
**associated** 15:2
20:6,21,25
21:6 22:6 25:7
**assume** 17:2
19:12
**assumed** 20:5
**assuming** 17:5
20:7
**assumption**
20:9
**attending** 2:5
**attribute** 22:4
23:2
**attributes**
19:21 20:4
**auction** 2:6,14
2:16 5:6,15
6:24 7:4,5,6
8:2,14,16,18
9:6,13,14,24
10:6,9,10,13
11:6 16:6
18:16 20:3
21:10 23:14
26:11 32:9
41:8,23 42:3,8

**aware** 5:3,14
8:22

**b**

**back** 3:12
11:22 25:18
27:21 28:13
34:6,20 35:15
36:13 38:14,19
39:4,17 40:1,8
40:15,21,24
**background**
6:7
**backup** 10:23
11:11 14:20,21
22:20 41:20
**balance** 30:11
**balances** 30:7
**bankruptcy** 1:1
6:8
**based** 3:2 19:12
19:15 28:4
29:10 41:12
**basically** 30:17
**basis** 7:6 25:1
36:23,24
**behalf** 12:22
16:14 21:17,18
23:24 26:20
27:25 33:12
37:22 39:21
**believe** 2:9,15
6:11 18:2 26:7
31:15

**benefit** 28:18
**best** 6:9 8:12,18
10:20 23:7
**better** 18:8
**bid** 8:9,14 9:9,9
9:12,24,25
10:2,9,14,15,20
11:11 14:4,18
20:13,16,22
21:4,5,8,14,20
22:23,23,24,25
23:6,7,8,20
24:21,21,22
25:4 26:6,21
26:22 27:9,12
27:23 28:1,14
28:19,20,21,22
28:25 29:5,8
31:18 32:19,20
33:2,6,8,13
34:7,9,22,23
35:10,15,22
36:8,9 37:17
37:17,18,23
38:5,8,13,21
39:10,11,11,19
39:22,25 40:1
40:9,11 41:16
41:21
**bidder** 6:1,2
7:7,10 8:2,13
8:24 9:23 10:8
10:9,12,17,18
10:21,23 11:11

11:11 12:16
13:24 14:20
22:20,21 41:15
41:20
**bidders** 2:19
3:3 4:17,24 5:6
5:9,10,21 7:18
7:25,25 9:11
11:9,17,24,24
12:3,3,16 13:2
13:2,10 23:12
26:8 30:13
41:4
**bidding** 5:18
7:1,3 8:2,11,15
8:20,21,25 9:1
9:3,5 11:2
14:22 19:23
24:14 29:7
30:12,22 31:12
41:12
**bids** 2:12,22
4:18,20,21 5:1
5:2,21 6:3,9
7:5,14,15,19,20
13:10 14:3
18:16,17 20:5
20:18,25 24:18
30:19 37:6
38:23
**binding** 10:16
**bit** 2:20 4:24
11:14 40:19

**[blank - committee]**

**blank** 4:7
**body** 17:18
**bold** 14:10 16:1
16:4,8 19:13
**bound** 8:3,13
**box** 2:22 14:4
16:24 17:16
**break** 30:2,3
34:13 35:18
36:10 38:17
40:2,4
**breakout** 5:20
**breakup** 8:22
9:3 24:15
**brian** 33:17
**brief** 39:15
40:13
**bring** 18:9
26:10
**broker** 2:11 3:7
8:5 9:12,16
**broker's** 19:25
41:13
**burdened**
20:13
**business** 9:18
14:20 31:9
**buyer** 15:1,1,5
15:6,14,15,16
15:19,21 16:5
16:7 17:4,6,8
17:10
**buyer's** 15:3,4
16:3

**buyers** 17:1

**c**

**c** 2:1 6:5
**calculated**
35:25
**calculation**
36:1
**california** 1:18
43:16
**call** 6:8 29:17
31:21 32:15
40:16
**capital** 21:9
25:10
**careconnectmd**
6:4
**cascade** 6:4
**case** 7:16
**cash** 14:9,9
15:10 17:6,8
17:11 26:21
27:1,10,10
31:25 32:6,19
33:14 34:9
36:17,23,24
37:7,23 38:23
39:23
**catch** 38:1
**caused** 43:7
**ccr** 1:19 43:17
**ceos** 4:5
**certainly** 3:18

**certainty** 6:13
20:10,25 22:18
25:9 30:8,23
**certificate** 43:1
**certified** 43:3
**certify** 43:4
**cetera** 29:16
**challenge** 19:2
**change** 5:7
20:23 29:17
**changes** 9:19
9:22 13:23
14:2
**channel** 7:21
**charge** 25:21
**chat** 36:16
**check** 25:25
**choose** 9:8
**circulated** 2:22
2:25 3:1 6:11
16:5
**circumstance**
6:9
**clarification**
11:21 16:15
17:18 25:20
36:19
**clarify** 21:23
23:25 29:10
32:3
**clear** 33:5
**client** 12:23
**clint** 13:8

**close** 15:4 16:3
30:8,23
**closes** 19:13
**closing** 6:14,14
16:10 17:3
20:25 22:9
40:16
**colleagues** 3:9
**collusion** 11:20
12:2,17,18
13:3,11,12
**come** 11:13
30:10 40:15
**comes** 20:14
**coming** 19:20
**comment** 36:15
**comments**
18:20 20:20
23:12 26:13
**commit** 21:8
**commitment**
15:7 16:15,18
21:24 22:14,15
24:1,1,6 25:9
**commitments**
23:19
**committed**
15:11,21 22:18
**committee** 2:10
4:11,12 7:21
8:6 9:16 19:18
19:25 29:3
30:8,20 41:9

**[committees - degree]**                                                         Page 5

committees
  18:23
committing
  23:3
communicati...
  7:24
community
  40:14
complete  11:7
comprehensive
  7:12
concept  6:8
conclude  42:8
concluded
  42:12
condition  16:1
  16:3,9
conditional
  15:8
conditionality
  24:6
conditions  8:17
conducted  6:25
confidentiality
  42:2
confirm  12:1
  13:1,9 16:12
  16:21 17:14
  21:14,16,18
  29:13 35:4
  36:17,21,22
  39:23
confirmation
  11:19 12:5

confirmations
  2:18
confirmed
  29:19,21 36:2
  37:1,2
conformity
  8:11
consideration
  6:13 9:25 23:2
  28:15
consistent  20:5
constituencies
  2:12
consultation
  8:7,7 9:17
  28:11 29:4,4
  30:9,21,21
  40:14 41:10,11
contains  16:5
contemplate
  34:2
contemplated
  8:19,20 24:14
continued  3:20
contrary  8:11
conversations
  3:2 8:4
copy  18:14
correct  21:24
  23:22 29:20,25
  32:14,21 33:1
  33:10 36:18
  37:3 38:11

correctly  31:16
couple  4:12
  14:5 16:24
  35:16,17
course  11:15
court  1:1 4:15
  5:12,15,18 7:5
  41:14,20
court's  7:2
covenant  15:5
covenants
  29:14
cover  2:17
covering  15:9
created  30:21
credit  9:3 17:11
  28:3
creditors  3:8
cros  4:5
csr  1:17,18
  43:15,16
current  29:24
customary  15:7

**d**

d  2:1
dallas  1:3
date  1:17 14:21
  43:16
day  23:4 25:10
  26:11 43:11
days  14:21,25
  15:12,16,20
  17:12 21:9,11

21:20 22:19
  30:16,16,17
  31:9
deadline  15:15
  15:19,22
deal  30:7
dealing  30:6
debt  15:7 16:15
  16:17
debtor  2:10 4:4
  9:16 15:10
  19:24 30:9,20
  41:25
debtor's  32:23
debtors  3:22
  7:20 8:6 18:23
  18:24,25 19:18
  29:3 40:13
  41:9
decided  29:4
decides  8:2
  20:15
decline  10:1,14
declines  10:8
  26:6 40:10
deduct  22:22
deemed  8:10
  24:21
default  31:10
defined  15:11
definitely  21:25
definition  24:2
degree  10:4

**deliver**  15:6,21
**demonstrate**
  28:9
**depending**  20:3
**deposit**  11:10
  14:18,19,24
  15:14,17,23,24
  17:11 21:11
  22:17 30:14,16
  30:17 32:2,8
  32:23 33:15
  34:10 35:5
  36:3 37:7,24
  38:10,25 39:2
  39:23 41:17,22
**deposited**  32:6
**described**  6:10
**designated**
  10:21,22
**detail**  6:10
**determine**  5:1
  9:18
**determined**
  8:18 10:20
  22:21
**determining**
  18:25
**difference**  33:9
  37:12
**direction**  8:6
  41:9,11
**disagreements**
  10:24

**disclosed**  42:4
**disclosure**
  17:25
**discounted**
  19:15 20:17
**discuss**  2:24
  24:10 41:8
**discussed**  13:10
**discussing**  7:19
**discussion**  5:3
  11:20 12:2
  28:10 30:9
**discussions**
  5:20 7:22,23
  12:15 13:2
  29:13
**disinterested**
  43:5
**dispute**  11:1
**distill**  6:15
**district**  1:2
**dive**  2:16 23:9
**division**  1:3
**docket**  7:1,2
**document**
  17:18
**documentation**
  11:8
**documents**
  2:21
**doing**  39:4
**dollar**  22:17
**dollars**  9:2
  19:14 21:12

24:23
**double**  25:25
**draft**  2:25 3:1
**driving**  22:9
**due**  26:10
**dunn**  4:9
**duration**  10:5

**e**

**e**  2:1,1
**easier**  13:18
**effect**  10:14
  20:17
**effectively**  7:15
  9:2 19:14
**efficient**  2:13
**effort**  41:3,5
**efforts**  3:20
  18:23
**either**  7:22 8:10
  9:24 13:10
  20:9
**element**  19:3
**elimination**
  10:10
**elizabeth**  12:8
  21:17 23:24
  26:20 29:9
  31:20 34:8
  38:22
**ellen**  2:19 11:13
  13:14 18:7
  20:20 24:3,5

**encourage**  4:21
**engage**  11:20
  12:2,15
**enrollment**
  9:22
**ensure**  11:8
**entered**  16:4
  22:19
**entry**  15:12,16
  15:20 17:13
  21:9 31:8,9
  32:1
**equivalent**  9:2
  17:11
**escrow**  14:16
**estate**  2:11 3:7
  8:5,12,15,19
  9:8,11,14,15,15
  9:18 10:16,19
  10:20 19:25
  20:15 22:5,11
  23:6,11 36:4
  41:13
**estate's**  10:1
  32:23
**et**  1:6 29:16
**ethan**  3:9
**evaluate**  6:8
**evaluating**  6:11
  23:9
**evening**  12:6
  40:17 41:25
**everybody**  2:5
  2:7 18:11 42:1

42:9
**everyone's** 41:3
**examples** 6:12
**exceed** 24:15
**exceeded** 24:22
**exceeds** 28:22
**exclude** 16:16
**excluded** 14:9
**excuse** 26:15
**exist** 42:2
**exp** 1:17,18,19
  43:16,17
**expected** 2:9
**expense** 8:23
  9:3 24:16
**expiration**
  43:16
**extend** 15:15
  15:19 21:10
**extension** 21:19
**extent** 42:5
**extra** 37:7,24

**f**

**face** 19:14 29:6
**facilities** 18:1
  22:8
**facility** 17:3
**fact** 3:17 20:24
  24:13,22,24
  32:5
**factors** 6:12,17
  19:1

**fail** 12:23
**fails** 15:21
**faith** 11:10
  14:18 28:4,16
**fantastic** 3:12
**far** 18:7 40:19
  42:2
**farber** 12:10,12
  38:2
**fast** 40:15
**fbfk** 4:10
**features** 6:16
**fee** 8:22 9:3
  20:14 24:16,16
  24:19 37:7
**fees** 20:12
**filed** 41:24 42:4
**finally** 2:18
  17:10
**financing** 15:12
  15:22 20:19
  21:8 22:6,18
  23:4,19 25:7
  26:7
**fine** 33:25 34:3
**finger** 21:22,22
  22:2
**fire** 6:5
**firms** 19:19
**first** 2:7 3:15
  6:24,24 9:7
  13:22 14:9
  24:15 29:10

**five** 14:20 35:2
  35:25
**flag** 7:17 24:24
**flow** 17:8
**focus** 17:19,25
**focussing** 7:13
**folder** 14:4
  16:25 17:16
**folks** 6:5
**follow** 31:4
**following** 17:12
**follows** 41:14
**foregoing** 43:6
**foreshadowing**
  20:2
**form** 6:13
  14:16,18 15:8
  28:1,3,14
  29:14
**former** 7:20,25
  12:3,16 13:2
**forth** 8:15
  14:21 18:22
  36:4
**forward** 2:14
  5:7 8:25 9:10
  13:1 16:8
  19:24 23:13
  25:1 30:19
**foster** 3:23
**found** 7:1
**four** 17:18,25
**fox** 6:4

**freeman** 3:12
**friday** 24:18
**friday's** 11:15
**front** 3:16
  10:24 11:4
  31:13
**fti** 4:13
**full** 15:10,23
**fundamental**
  15:2
**funded** 31:6,7
**funding** 11:9
**further** 10:14
  20:11 40:11
**future** 29:7

**g**

**g** 2:1
**g3** 12:8
**garrett** 12:23
**gene** 8:23
**general** 6:7
  22:5 30:10
**generally** 7:11
**generates** 36:1
**genesis** 1:6 2:6
  4:25 8:12
**genie** 5:22 9:2
  12:4,9,11
  18:17 19:6,9
  20:22 21:4,13
  21:14,17,17,18
  23:7,25 24:22
  26:17,20,21

**[genie - identify]** Page 8

28:5,17,21,22
29:1,3,8,9,11
29:16 31:13,20
31:21 32:15
34:7,8,9 35:15
35:17 36:9,14
36:18,25 37:5
37:6,17 38:14
38:16,21,22,23
39:11 40:1,3,9
40:10 41:21
**getting** 12:7
**gibson** 4:9
**give** 24:3 28:17
37:11
**given** 10:10
14:6
**glad** 12:7
**go** 3:21 5:7
6:18 11:16,22
16:8 19:1
23:20 25:1,16
34:4 42:10
**goes** 27:12
**going** 2:13,19
5:8,16,17,20
6:24 7:3,24
8:25 9:10 10:4
11:23 13:1,22
13:23 14:6
16:23 18:13
19:16,23 20:2
25:24 27:16
30:13,19 34:1

35:1 36:16
41:24
**good** 2:4 11:10
12:6 13:6
14:18 28:4,16
42:10
**goshal** 12:22
**granted** 8:23
**great** 12:13
13:4 25:15
27:21 28:6
30:5 36:12
37:25 40:7
**greatly** 5:12
**green** 12:6,8,14
12:18 21:16,17
23:24,24 24:10
26:19,20,25
29:9,9,23 30:2
31:5,11,20,20
32:7,21 33:1
33:20,24 34:1
34:8,8 35:16
37:6 38:15,22
38:22,25 39:2
40:2,10
**gross** 9:1
**guess** 20:19
35:13 42:1
**guidance** 6:10
**guys** 13:21

### h

**hale** 3:11 11:3
**half** 19:14
40:20
**hallways** 6:20
**hand** 28:23
36:17 43:10
**happened**
11:15
**happening** 20:6
**harold** 13:7
**harsh** 27:7
**hatler** 1:16
43:3,15
**hatton** 4:2
**healthcare** 1:6
2:6 4:25
**hear** 5:25 26:13
35:7,9,22
**heard** 7:12
32:13 35:20
**hearing** 3:16
14:25
**held** 25:17
27:20 28:10
30:4 34:5,19
36:11 38:18
39:16 40:6,22
**help** 13:14
30:11,22
**helpers** 3:13
**hereunto** 43:10

**higher** 33:5,6
**highest** 6:9
10:20
**highlight** 14:5
16:24
**history** 15:3
**holdco** 2:12,23
3:3 4:19,23 5:6
5:21 6:1,2 7:14
11:17,24 18:16
**holdings** 41:16
**hope** 34:17
**hopefully** 2:14
18:10 36:7
41:1
**hoping** 34:16
35:10
**horse** 5:23 8:24
41:15
**host** 3:25
**houlihan** 3:6,7
6:20 7:22 8:5
**hours** 40:20
41:1
**howard** 17:22
23:15 26:4,5
**hud** 15:3 17:5

### i

**identical** 21:6
**identified** 23:6
**identify** 7:8
11:18,24,25

[important - letters]                                                     Page 9

**important** 19:21 21:12 22:4
**impose** 8:17 13:14
**impossible** 26:8
**improve** 9:25
**inadequate** 8:10
**inappropriate** 26:10
**include** 14:9 15:1 21:5 41:19
**included** 24:18 41:24 42:5
**including** 15:24 25:6
**incorporate** 5:5 19:4
**incorporated** 9:20
**increase** 11:9 15:18,24 26:21 27:9,25 30:13 30:18 31:23 32:19 33:13 35:23 36:3 37:22 38:8 39:22 40:10
**increased** 28:14 36:21
**increases** 15:14 15:17 29:5

**increasing** 9:24 21:11 23:2 32:17,23
**increment** 9:5 9:9
**incremental** 11:9 30:12,19 32:5,24 36:2
**indicated** 29:2 38:16
**industry** 4:24
**information** 24:17,20 42:5
**initial** 9:5
**initially** 7:14
**input** 18:24
**inserted** 22:22
**inside** 23:4
**installment** 16:16 28:1
**insufficient** 8:10
**interest** 5:1,2 8:12,19 10:3 22:10 29:18,23 29:25 31:23 32:17 35:1,24 36:17,22
**interested** 26:18
**interfere** 15:4
**interrupt** 6:19
**introduce** 3:11 11:17,25 12:5

**introduced** 5:10
**introduction** 3:4 5:8
**introductions** 2:17
**invaluable** 3:17
**investment** 41:1
**isaac** 13:7
**issue** 11:4
**issues** 30:11
**item** 14:9,12,15 18:21 20:12 23:1
**items** 14:5 16:24 18:19

| j |
| --- |

**january** 1:14 2:2 43:11
**jeff** 12:21 16:13 21:22 29:12 33:11 37:1
**jefferies** 4:6 6:21 7:22
**jeffrey** 27:24 34:25 37:21 38:7 39:20
**jernigan** 3:16 11:5
**joint** 8:6 41:9 41:10

**jonathan** 3:23 4:1
**judge** 3:11,16 11:3,5
**judgement** 9:19
**jump** 35:11
**jun** 25:23 26:2
**jv** 14:10 16:8

| k |
| --- |

**keep** 5:12 15:23
**keeping** 10:3 27:3
**kind** 3:25
**know** 6:15 14:5 18:19 24:9 39:4
**kollipara** 25:23 27:2,5 31:2 32:11 39:6

| l |
| --- |

**language** 14:24
**lapuma** 3:23
**late** 2:8
**latest** 31:13
**law** 12:9
**layden** 12:9
**led** 7:13 11:3
**lender** 20:16
**letter** 17:11 24:1,1,6,8
**letters** 15:7,12 15:22 22:15

**[letters - mortenson]** Page 10

| | **m** | **mechanics** | 34:10 35:3,4 |
|---|---|---|---|
| 25:9 | | 29:17 | 36:2,3,8 37:6,7 |
| **liabilities** 15:11 | **made** 14:16 | **mediations** | 37:17,23,24 |
| 17:2 | 23:19 24:20 | 11:3 | 38:4,4,5,10,23 |
| **liability** 20:5 | **main** 7:4,6 | **meet** 3:5 26:9 | 39:2,22 41:17 |
| **light** 20:19 | **make** 2:12 9:12 | **members** 3:22 | 41:18,22,22 |
| 24:13,17,17,19 | 9:24 10:1,8,19 | 4:12 | **mind** 31:3 |
| **likelihood** 20:1 | 12:5 15:15 | **memo** 6:10 | **minimum** 9:5,9 |
| 20:8 | 18:18 22:8 | **mention** 20:19 | 25:2 38:5 |
| **likely** 41:25 | 24:13 25:8 | **mentioned** 6:5 | **minute** 21:2 |
| **limit** 10:5 34:15 | 28:16 32:4 | 7:9 | 30:2 |
| **line** 18:19,21 | 33:7,23 37:14 | **mexico** 1:19 | **minutes** 25:14 |
| 20:11 | 40:15,16 41:14 | 43:17 | 27:13,14 33:20 |
| **listed** 20:6 | 42:3 | **mic** 13:17 24:3 | 33:21,23,24 |
| **little** 2:20 4:24 | **makes** 22:24 | 25:5 37:8 | 35:16,18 38:15 |
| 11:14 18:13 | **making** 3:14 | **microphone** | 38:17 39:13 |
| 40:19 | 10:13 26:22 | 26:19 | **misremember...** |
| **live** 27:3 | **management** | **million** 8:24 9:6 | 24:9 |
| **lives** 22:7 | 18:25 | 15:15,17,18,19 | **modification** |
| **liz** 3:23 4:1 | **manges** 12:22 | 17:5,7,9 19:8,9 | 9:7 |
| 32:14 | **manor** 17:5 | 19:14 20:14 | **modifications** |
| **llc** 16:9 41:16 | **marc** 17:22 | 21:12,19 22:22 | 2:21 9:12 |
| 41:21 | 23:16 26:5 | 23:1,17,17 | 13:15 14:19 |
| **loan** 17:5 | **market** 10:7 | 24:16,19,23,23 | 17:15 20:21 |
| **lokey** 3:7 8:5 | 15:7 21:8,23 | 25:2,3 26:21 | 23:5 |
| **long** 3:1 22:7 | 21:24 25:9 | 26:22,25 27:2 | **modify** 8:16 9:8 |
| 25:12 | **marsal** 4:8 | 27:10,10,11 | 21:5 |
| **longer** 40:19 | **matter** 8:19 | 28:2,2,14,17,21 | **monitoring** |
| **looking** 20:24 | **mcdermott** 4:6 | 28:22,25 30:14 | 3:13 |
| 36:22 | **mean** 26:22 | 30:17,18 31:15 | **morning** 41:1 |
| **lot** 3:19 | 33:24 | 31:22,24,25 | 41:25 |
| **louis** 4:5 | **means** 29:11 | 32:1,5,16,18,19 | **mortenson** |
| **lowest** 22:24 | **meant** 21:24 | 32:20 33:5,6,9 | 12:24 |
| 25:5 | | 33:13,15 34:9 | |

**[move - pace]**                                            Page 11

| | | | |
|---|---|---|---|
| **move**  11:23 | **night**  2:25 | **oblige**  40:19 | **opportunity** |
| 23:13 41:2 | **non**  9:19 | **occasion**  12:12 | 3:5 10:11 41:8 |
| **moving**  10:4 | **northern**  1:2 | **official**  7:3 | **opposed**  7:14 |
| **multiple**  35:8 | **note**  17:9 18:18 | **offline**  24:10 | **option**  29:17 |
| **muted**  35:12 | 18:21,21 19:6 | **oh**  12:14 21:25 | 31:21 32:15 |
| **n** | 19:6,9,22,23 | 26:2,25 | **order**  15:13,16 |
| | 24:12 28:4,5 | **okay**  16:20 | 15:20 17:13 |
| **n**  2:1 | 28:16,24 29:10 | 18:6 21:21 | 21:10 22:19 |
| **name**  3:6 13:6 | 29:14 31:21 | 25:12 26:16 | 31:8,10 |
| 17:21 | 32:16,17 35:2 | 27:9,15,21 | **organization** |
| **named**  41:16 | 35:24,25 36:18 | 28:6 30:3,5 | 4:25 |
| **nature**  4:20 | 36:25 | 31:12 32:10 | **overall**  7:16 |
| **necessarily** | **noted**  7:7 10:15 | 33:2 34:3,6,14 | **overbid**  10:19 |
| 14:6 | 30:7 | 34:20 35:6,7,9 | 23:10 24:15 |
| **necessary**  11:4 | **notes**  13:25 | 35:13,15,21 | 25:2,6 26:18 |
| 11:7 30:16 | 14:1 19:1,4,20 | 36:12 37:5,9 | 38:5 |
| **need**  7:15 17:19 | 20:1 29:6 | 38:9,19 39:3 | **overbids**  22:12 |
| 24:6 25:11,13 | **notice**  28:12 | 39:17 40:12 | 23:3 |
| 27:13,17 34:13 | 41:24 42:4,6 | **olumie**  6:1 13:5 | **overcome**  23:1 |
| 35:16 38:15,17 | **number**  6:12 | 13:8 14:4 | **overpayments** |
| 39:13 40:2 | 23:18,18 | 16:23 17:1,14 | 14:14 |
| **needs**  35:17 | **numbers**  18:13 | 17:24 19:6,8 | **p** |
| **negative**  9:21 | 19:21 31:16 | 22:23 23:16 | |
| **negotiated**  28:4 | **o** | 25:4 26:5,6 | **p**  2:1 |
| 28:16 | | 41:5 | **p.m.**  2:2 25:17 |
| **net**  19:7 20:18 | **o**  2:1 | **olumie's**  18:17 | 25:17 27:20,20 |
| **new**  1:19 15:5 | **oak**  4:7 8:8 | 22:24 23:8 | 30:4,4 34:5,5 |
| 24:17,19 30:22 | 17:3 20:7,12 | **omega**  4:10 8:8 | 34:19,19 36:11 |
| 43:17 | 23:25 | **ooo**  1:4 2:3 | 36:11 38:18,18 |
| **newgen**  5:25 | **obligated**  20:15 | 43:2 | 39:16,16 40:6 |
| **nextgen**  6:4 | **obligation**  8:3 | **open**  7:6 | 40:6,22,22 |
| **nhatler**  43:17 | 16:3,16,17 | **opening**  16:6 | 42:12 |
| **nicole**  1:16 43:3 | 19:11 | 23:6 | **pace**  10:4 |
| 43:15 | | | |

**[page - quail]** Page 12

| | | | |
|---|---|---|---|
| **page** 24:14 | 19:23 34:2 | **point** 2:13 5:4 | **process** 2:13 |
| **paid** 14:10 | 35:7,22 | 10:22 19:24 | 3:14,19 5:24 |
| 36:23,24 41:1 | **people's** 22:7 | 22:12 | 10:3,25 22:4,6 |
| **papers** 16:15 | **percent** 31:23 | **positive** 9:21 | **professionals** |
| **part** 7:23 19:2 | 32:6,17,18 | **possible** 18:9 | 26:10 |
| 35:20 | 35:1,24 36:16 | **possibly** 41:25 | **prohibited** 7:19 |
| **participate** | 36:22,23 | **potentially** | **promissory** |
| 4:21 | **perfect** 19:17 | 11:8 18:2 | 17:9 18:21 |
| **participated** | **period** 22:15 | **powerback** | 19:23 29:6 |
| 5:15 10:6 | **periods** 22:16 | 16:9 | **proposed** 9:19 |
| **parties** 4:21 5:9 | **perlstein** 13:7 | **prefer** 7:9 | **proposing** 17:8 |
| 8:7 9:17 10:19 | **permitted** 9:9 | **prepared** 25:6 | **proskauer** 4:13 |
| 13:10 16:4 | **perry** 4:5 | 28:3 30:13 | **protocol** 11:1 |
| 22:11 23:10 | **person** 43:5 | **presented** 26:8 | 21:1 |
| 28:11 29:4 | **perspective** 3:5 | **president** 12:9 | **provide** 34:10 |
| 30:9,21 40:14 | 3:14 10:1 19:5 | **previous** 36:4 | **provided** 10:14 |
| 41:11 | 19:25 22:23 | **price** 9:13,14 | 14:24 |
| **partner** 12:9 | 23:8 | 9:19 15:10 | **provides** 14:19 |
| **partners** 41:21 | **phase** 5:23 | **principal** 19:7 | **provision** 21:6 |
| **parts** 6:3 | 23:13 | 19:8 | 23:3 31:25 |
| **party** 11:18 | **phillips** 13:8 | **prior** 16:5 | **provisions** 42:2 |
| 20:16 22:13,14 | **phone** 6:6 | 25:10 | **pull** 31:14 39:6 |
| **patience** 30:6 | **piecemeal** 4:20 | **probably** 13:18 | **purchase** 13:15 |
| 40:18,25 | 4:20 7:15 | **problem** 33:19 | 15:10 |
| **pause** 12:4 | **place** 3:17 7:3 | **procedure** 7:1 | **purposes** 17:23 |
| 23:10 | 22:14 | 8:20 41:12 | **put** 3:17 18:22 |
| **pay** 17:6 20:15 | **plays** 20:3 | **procedures** | 22:10 27:6 |
| **payment** 16:16 | **please** 6:19,19 | 2:17 6:23 8:11 | 28:20,24 29:13 |
| 19:11 28:1,15 | 7:23 10:7 12:5 | 8:15,21 9:10 | 41:5 |
| **payments** | 21:15 24:4 | 11:2,12 14:22 | **putting** 31:3 |
| 29:15,18 | **plug** 23:18 | 24:14 | **q** |
| **pending** 10:15 | **plus** 24:16 | **proceedings** | **quail** 14:10 |
| **people** 3:10,19 | 33:15 | 1:12 42:12 | 16:1,4,8 19:13 |
| 3:21 5:22 9:1 | | | |

[qualified - representation] Page 13

**qualified** 5:9
7:18 8:1 9:11
9:23 10:8,12
10:18 24:1,21
**qualitative**
6:16
**quantitative**
6:16
**quarterly**
36:23,24
**question** 16:14
23:15
**questioning**
41:2
**questions** 6:18
6:21 18:20
23:12,23 30:24
34:2

**r**

**r** 2:1
**raise** 34:9
**raises** 28:19,20
**rate** 29:18,23
29:25 31:23
32:17 35:2,24
36:17,22
**reaching** 16:7
**read** 13:22,23
16:21 18:4
20:20
**real** 33:21
**really** 23:18
33:23,24 41:4

**reasonable**
19:3
**reasonably**
15:9
**rebid** 10:11
**recall** 24:11
31:15
**receipt** 11:9
**received** 4:18
6:3 22:15
**recent** 10:15
14:6
**recess** 10:2
25:11,17 27:20
30:4 34:5,19
36:11 38:18
39:15,16 40:6
40:13,22
**recesses** 10:5
**recollection**
24:7
**recommendat...**
41:13,19,20
**reconvene**
39:15
**record** 5:12,17
8:14 10:14
11:19 12:1
16:21 17:24
18:4 20:20
21:14 24:25
25:16,19 27:19
27:22,24 28:10
28:13 33:11

34:4,7,21,24
36:13 37:21
38:6,20 39:18
40:5,8,15,24
42:10
**recording** 5:16
5:18
**reduction**
30:15
**refer** 9:15
14:17 20:22
**referred** 5:25
20:12
**referring** 14:16
**refers** 14:14
**refinance** 15:10
**reflect** 17:25
**reflected** 16:12
17:19
**reflects** 17:14
**regard** 5:4
**regarding** 16:1
**rehab** 6:4
**rehabilitation**
16:9
**reimbursement**
8:23 9:4 24:16
**reinhardt** 3:11
**reisman** 31:17
35:19
**reject** 8:9
**rejected** 10:16
**related** 2:18
17:2

**relative** 19:21
22:24 23:8
28:25
**remain** 8:3,13
10:16 30:1
**remains** 25:2
35:2
**remarks** 40:16
**remind** 42:1
**remiss** 19:22
**remotely** 6:6
**remove** 14:13
14:24 15:25
31:21
**removed** 15:25
**removing**
32:15
**repayment**
20:1
**repeat** 35:19
**replace** 17:10
**replacement**
20:9
**replicates** 19:6
**reported** 43:5
**reporter** 4:15
5:12,16,18 7:5
11:21 17:21
25:20 36:19
42:11 43:1,3
**reporter's** 1:12
**represent** 4:8
**representation**
15:2

**representative**
16:11
**represented**
3:24 4:2,11
**representing**
3:8
**represents**  7:9
**requested**  5:4
**required**  11:10
**requirement**
26:7
**requirements**
29:18
**reserve**  8:9
11:6
**reserves**  8:16
**resolute**  11:1
**resolution**  11:1
**resource**  3:18
**respect**  8:17
16:23 26:10
**respective**
19:19
**restated**  6:25
**result**  18:22
20:18
**results**  41:8,23
42:3
**returned**  14:20
14:25
**revised**  11:2
14:17 41:12
**revision**  3:1
14:12

**revisions**  11:14
14:16
**right**  2:4 8:9,16
11:6 13:20
14:8 15:23
17:23 18:10
22:3,20 23:20
25:15,18 26:1
26:12,17 27:2
28:23 30:25
38:12 39:10,14
39:24 40:7,21
40:23 42:9
**rises**  27:11
**risk**  20:19
**river**  6:4
**robichaux**  4:5
**rochester**  17:5
**rome**  4:7
**room**  5:17 7:4
7:6 11:16,25
18:12,12 25:21
26:1
**rooms**  5:20
**rosen**  33:15,17
33:18 35:12
36:5 37:13
39:9
**round**  9:8
30:12,14,22
32:24
**rounds**  29:7
**rowan**  12:10

**rule**  30:10,22
**rules**  8:16 36:4
**run**  6:23 14:2
**russell**  4:5

**s**

**s**  2:1
**saferstein**
12:21,21 16:13
16:13,20 27:13
27:16,24,25
29:19,21 33:4
33:11,12 34:13
34:15,18,24,25
37:1,2,11,14,21
37:22 38:6,7
38:11 39:13,20
39:20
**sai**  3:9 18:9
25:23,24 27:8
28:8,19,24
30:25 31:14
38:1 39:4
**sale**  3:15 14:25
15:13,16,20
17:13 21:10
22:19 25:10
31:8,9 32:1
43:6
**sales**  29:16
**sandy**  6:4
**satisfy**  23:19
**schedule**  17:20

**schedules**  11:8
17:25 18:1,2
**science**  19:17
**scorecard**  2:24
6:17 9:20
18:10,15 19:5
27:4 28:9,20
31:4
**scored**  18:16
**scoring**  22:23
**screen**  36:7
**scripted**  29:15
**scroll**  37:13
**second**  2:5
14:12
**section**  14:13
14:15,23 15:25
17:1,4,10
**see**  18:11 20:11
23:11 28:23
36:7 39:7
**seek**  11:19
**seeking**  9:7
**seen**  14:4
**segments**  4:25
**seller's**  14:18
15:7 16:1
**sellers**  14:10
15:9,22 17:24
**send**  14:1
**separate**  14:16
16:17
**separately**  14:2

[serving - submission]

Page 15

| | | | |
|---|---|---|---|
| **serving** 3:12 | **sorry** 12:14 | **square** 7:13 | **statement** |
| **set** 8:15 9:6 | 17:21 21:17 | **src** 3:23 | 10:13 |
| 14:21 36:4 | 22:1 26:13,23 | **stage** 5:6 | **states** 1:1 |
| 43:10 | 26:25 27:7,7 | **stake** 22:7 | **stating** 15:6 |
| **settlement** | 28:12 33:18 | **stalking** 5:23 | 16:3 |
| 14:11 16:1,4 | 36:20,24 41:10 | 8:24 41:14 | **stinson** 4:13 |
| 19:13 | 41:15 | **standard** 10:7 | **stole** 33:18 |
| **sgj** 1:7 | **sort** 3:13 6:7 | 30:20 32:23 | **stop** 6:19 8:2 |
| **shawn** 12:23 | 7:17 11:23 | **start** 2:8,9 3:4 | **street** 5:24 |
| **sheet** 21:9,24 | 18:21 20:24 | 18:20 | 12:20,22,25 |
| **short** 25:11 | 22:16 30:10 | **started** 12:7 | 13:24 14:3,8 |
| 40:2,4 | 31:4 | **starting** 14:8 | 16:11,14 18:17 |
| **shorthand** 43:1 | **speaker** 12:1 | 18:15 21:13 | 19:11 20:7,13 |
| 43:3,6,7 | **speakers** 35:8 | 30:12 | 20:15,21 21:7 |
| **sic** 4:1 | **speaking** 7:11 | **starts** 11:2 | 21:20 23:7 |
| **side** 2:23 4:4 | 11:18 12:11 | **stat** 31:13 | 24:21 27:12,23 |
| 22:11 23:11 | **speaks** 12:12 | **state** 5:24 | 27:25 28:13 |
| 28:23 | **special** 17:19 | 12:20,22,25 | 29:2 33:3,12 |
| **sidley** 3:25 | 17:25 | 13:23 14:2,8 | 34:12,22,25 |
| **signature** 43:15 | **specific** 22:16 | 16:11,14 18:17 | 35:23 36:8,15 |
| **similar** 21:6 | **specifics** 24:9 | 19:11 20:7,13 | 36:21 37:10,16 |
| 28:17 29:16 | **spector** 13:6,7 | 20:15,21 21:7 | 37:22 39:12,14 |
| **similarly** 29:14 | 13:12 17:17,22 | 21:20 23:7 | 39:19,21 41:16 |
| **simultaneously** | 17:22 18:3 | 24:21 27:12,23 | **street's** 38:13 |
| 35:8 | 23:15,16 25:11 | 27:25 28:13 | 39:25 |
| **single** 7:10 | 25:14 26:5,5 | 29:2 33:3,12 | **structure** 22:13 |
| **sit** 4:1 19:16 | 26:15 | 34:12,22,25 | 25:7 28:15 |
| 22:3 | **spend** 2:20 | 35:23 36:7,15 | 29:16 36:18 |
| **site** 2:22 | **spending** 11:2 | 36:21 37:10,16 | **structured** |
| **small** 18:13 | **spent** 2:15 4:23 | 37:22 38:13 | 29:15 |
| **snyder** 3:24 | 19:19 | 39:11,14,19,21 | **subject** 10:10 |
| **solution** 5:5 | **spokesperson** | 39:24 41:16 | **submission** |
| 7:13 | 5:11 7:10 | 43:4 | 13:24 14:3,7 |
| | 12:25 | | |

**[submissions - turnbull]**                                                    Page 16

**submissions**
    11:16
**submit**   23:10
    25:6
**submitted**   2:23
    8:14 14:13
    24:18
**submitting**
    26:18
**substance**   15:9
**successful**
    10:21 11:11
    22:21 41:15
**suppose**   41:5
**sure**   3:14 5:19
    22:8 24:13
    32:4 33:7
    37:15 42:3
**surprising**   5:19
**suspect**   18:12
    20:2
**syncs**   24:7

**t**

**tackle**   6:21
**take**   7:3 14:1
    30:3 35:18
    38:17 40:13,20
**taken**   1:16
**talk**   11:14 21:1
    22:16 27:17
    36:15
**talked**   3:15
    8:25 9:6

**talking**   2:20
    4:24 9:15 24:8
    25:8
**talks**   20:23
**tally**   37:12
**tax**   19:24
**team**   2:10,10
    3:22 4:6,6 6:21
    18:25
**tell**   19:16 35:14
**ten**   25:14 27:13
    27:14 30:2
    33:20,21,23,24
**term**   10:9 16:5
    17:12 21:9,23
**terminate**
    15:23 22:20
**termination**
    14:21 20:12,14
    24:19
**terms**   8:14,17
    9:13,25 16:8
    16:12 19:7,15
    25:7
**texas**   1:2,17
    43:4,15
**thank**   2:5 3:19
    12:13,19 13:4
    13:13,21 16:22
    18:5,6,10 22:2
    25:15 26:2,3,4
    26:12,13,16
    27:8,18 28:6
    29:22 32:3,10

**34**:3,11 **35**:6
    35:18 37:3,9
    37:25 39:3,9
    40:12,18,20,25
    42:9,11
**thanks**   12:6
    34:18 36:12
**thing**   7:17
    24:12 36:15
**things**   3:15
    13:22 29:15
    41:2
**think**   3:18,18
    4:19 5:11,11
    6:21 7:11 9:1
    19:4,20 21:12
    21:23 24:5
    25:12 26:9
    30:7 31:16
    32:13 33:22
    38:3 40:12
**thinking**   19:20
    20:3
**third**   20:16
    23:8
**three**   3:22 4:18
    5:21 10:2
    11:17 14:25
    22:25
**thunder**   33:18
**time**   2:9,10,15
    2:20 4:23 5:4
    7:25 10:13
    11:3,7 19:19

**22**:12,15,16
    25:1 26:6
    32:12 33:21
    40:24 42:4
**timing**   6:14
**today**   3:25
    30:18
**together**   15:18
    40:14
**told**   35:21
**tomorrow**
    41:25
**total**   26:22 36:5
    36:6 37:12,17
    41:17
**towards**   22:9
**transaction**
    4:19 19:13
**transactions**
    19:12
**transcribed**   7:4
    43:7
**transcript**   1:12
**tried**   6:15
**try**   6:21 10:5
    29:12 34:15
    37:8 40:14
**trying**   2:12
    30:6
**tuesday**   2:2
**turn**   9:23 36:14
**turnbull**   2:4
    3:6 11:22
    12:13,17,19

**[turnbull - ymail.com]**                                        Page 17

13:4,11,13,18
18:6 21:21,25
22:3 23:22
24:3,12 25:12
25:15,18,24
26:3,12,16,24
27:3,6,15,18,21
28:6,11 29:12
29:20,22,25
30:3,5 31:3,7
31:12,18 32:3
32:8,13,22
33:2,8,16,19,22
33:25 34:3,6
34:11,14,17,20
35:6,9,13,17,21
36:6,12,20
37:3,8,16,25
38:3,9,12,16,19
38:24 39:1,3,8
39:10,14,17,24
40:3,7,12,23
**two**   10:1 13:22
22:24 25:5
31:9 40:20
41:4
**typewriting**
43:8

---

**u**

**ultimately**   11:4
**unable**   35:22
**uncertainty**
19:3 22:5

**under**   11:11
20:4 24:1
31:10 41:9,10
**understand**
3:22 21:3,13
28:2 31:22
35:3
**understanding**
21:4
**understands**
32:4
**understood**
31:11 32:7
**united**   1:1
**units**   17:19
**update**   28:8
**use**   20:16
**used**   2:9

---

**v**

**valuation**   19:18
**value**   9:22
17:12 26:22
27:11 28:24
29:6 30:8
32:16,18,20
36:8 37:17
**valued**   19:8,9
31:22,24 35:3
**values**   18:22
19:4 20:1
**variety**   3:10
4:18 18:25

**various**   2:11,18
4:16
**verses**   19:9
**view**   10:7
**viii**   16:2
**virtue**   24:22

---

**w**

**waiting**   25:21
25:25 37:19
**walked**   28:12
**want**   13:16
21:3 22:8
23:10 27:6
31:14 32:4
35:19 36:17
39:1 42:3
**wanted**   2:17,24
36:14,20 42:8
**we've**   2:9 3:2
4:18 6:10,15
10:25 18:16,22
20:6 22:10
25:8 29:2,13
30:6,7,10 41:7
41:7
**week**   6:11
**weil**   12:21,24
**weltower**   4:9
8:8
**west**   5:24 41:16
**wheeler**   2:19
13:16,20 16:19
16:22 17:23

18:5 20:20
24:5,5
**whereof**   43:10
**white**   4:7 8:8
17:3 20:7,12
23:25
**william**   3:23
**willing**   10:18
29:5
**window**   23:4
**wisely**   2:10
**wish**   9:12
**withdraw**
10:12
**witness**   43:10
**wondering**
20:23
**working**   2:11
3:7 28:19
**writing**   43:6,7
**written**   2:21
**wrong**   32:14

---

**y**

**yeah**   22:2
25:24 34:24
38:3 39:6,8
**year**   35:25
**years**   35:2
**yesterday**   26:8
**ymail.com**
43:17

**[zero - zoom]**                                                       Page 18

| z |
|---|
| **zero**  30:1 |
| **zhou**  12:23 |
| **zoom**  4:22 6:6 |
| 18:11 25:21 |
| 35:10,21 |