

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed January 14, 2026

_____
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| GENESIS HEALTHCARE, INC., *et al.*,[1] | ) |
| | ) Case No. 25-80185 (SGJ) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) **Related to Docket No. 2006** |

### THIRD ORDER APPROVING THE REJECTION
### OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Pursuant to the order approving the procedures for the rejection of executory contracts and unexpired leases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") and granting related relief [Docket No. 838] (the "Procedures Order");[2] and the

---

[1] The last four digits of Genesis Healthcare, Inc's federal tax identification number are 4755. There are 299 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Genesis. The location of Genesis Healthcare, Inc.'s corporate headquarters and the Debtors' service address is 101 East State Street, Kennett Square, PA 19348.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Procedures Order.

Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Order of Reference of Bankruptcy Cases and Proceedings Nunc Pro Tunc* dated August 3, 1984; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties-in-interest; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Exhibit A**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the Rejection of such Contracts and Leases; and due and proper notice of the Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Contracts and Leases, as applicable, listed on the Rejection Schedule attached hereto as **Exhibit A** are rejected under Bankruptcy Code section 365 effective as of the date of rejection set forth in the Rejection Schedule (the "Contract Rejection Date").

2. Any claims against the Debtors arising from the rejection of any applicable Contracts or Leases set forth in the Rejection Schedule must be filed on or before the later of (a) the applicable dates designated by the Bankruptcy Court (or pursuant to the Bankruptcy Rules) as the last date for filing proofs of claims in these Chapter 11 Cases, (b) on the date that is thirty (30) days following the entry of the order approving such rejection of the applicable

Contract or Lease, and (c) on the date that is thirty (30) days following the effective date of such rejection of the applicable Contract or Lease.

3. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # # END OF ORDER # # #

Prepared and presented by:

/s/ *Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
**MCDERMOTT WILL & SCHULTE LLP**
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201-1574
Telephone:     (214) 295-8000
Facsimile:      (972) 232-3098
Email:            mhelt@mwe.com
                      jhaake@mwe.com

- and -

Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
William A. Guerrieri (admitted *pro hac vice*)
Catherine T. Lee (admitted *pro hac vice*)
Landon W. Foody (admitted *pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:     (312) 372-2000
Facsimile:      (312) 984-7700
Email:            dsimon@mwe.com
                      ekeil@mwe.com
                      wguerrieri@mwe.com
                      clee@mwe.com
                      lfoody@mwe.com

*Counsel for the Debtors and Debtors-in-Possession*

**EXHIBIT A**

**Third Rejection Schedule**

| Contract / Lease | Debtor(s) | Location | Counterparty | Rejection Date |
|---|---|---|---|---|
| Office Lease, dated as of January 6, 2023, as amended, supplemented, or modified | Metro Therapy, Inc. | 1363 Veterans Memorial Highway, Suite 8 Hauppauge, New York 11788 | Crest Hauppauge LLC 1201 Route 112, Suite 900 Port Jefferson Station New York, NY 11776 Registered Agent Corporate Creations Network Inc. 1521 Concord Pike, Suite 201 Wilmington, DE 19803 | 2/28/26 |
| Lease Agreement, dated October 17, 2024, as amended, supplemented, or modified | Powerback Rehabilitation, LLC | Brush Creek Commons II 125 Emeryville Drive, Suite 320 Cranberry Township, Butler County, PA 16066 | Bottled Lightning, LP 4848 Route 8, Unit 2 Allison Park, PA 15101 | 1/13/26 |
| Therapy Services Agreement, dated November 1, 2024, as amended, supplemented, or modified | Powerback Rehabilitation, LLC | Woodlawn HealthCare Center 84 Pine Street Newport, NH 03773-2005 | Greenleaf Properties, Inc Attn: Registered Agent Christopher Martin 84 Pine Street Newport, NH 03773 Woodlawn HealthCare Center 84 Pine Street Newport, NH 03773-2005 Attn: Administrator | 1/13/26 |