**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GENESIS HEALTHCARE, INC., *et al.,* [1] | ) Case No. 25-80185 (SGJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |

**SECOND SUPPLEMENTAL DECLARATION OF THOMAS R. CALIFANO IN
SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF SIDLEY AUSTIN
LLP AS SPECIAL TRANSACTION ADVISORY COUNSEL TO THE SPECIAL
RESTRUCTURING COMMITTEE, EFFECTIVE AS OF DECEMBER 23, 2025**

I, Thomas R. Califano, being duly sworn, state the following under penalty of perjury:

1.　　I am a partner of the law firm of Sidley Austin LLP ("Sidley") and am based in the New York office of Sidley located at 787 Seventh Avenue, New York, New York 10019. I am the lead attorney from Sidley working on the above-captioned chapter 11 cases (the "Chapter 11 Cases"). I am a member in good standing of the Bars of the States of New York and Texas. There are no disciplinary proceedings pending against me. This declaration (this "Second Supplemental Declaration") is being submitted pursuant to sections 327(a), 328(a), 329, 504, and 1107(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the

---

[1]　　The last four digits of Genesis Healthcare, Inc.'s federal tax identification number are 4755. There are 299 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Genesis. The location of Genesis Healthcare, Inc.'s corporate headquarters and the Debtors' service address is 101 East State Street, Kennett Square, PA 19348.

Bankruptcy Local Rules of the United States Bankruptcy Court for the Northern District of Texas (the "Local Rules").

2.     On January 5, 2026, the Debtors filed the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Special Transaction Advisory Counsel to the Special Restructuring Committee, Effective as of December 23, 2025* [Docket No. 2034] (the "Application"),[2] which included the *Declaration of Thomas R. Califano in Support of Debtors' Application for Entry of Order Authorizing the Retention and Employment of Sidley Austin LLP as Special Transaction Advisory Counsel to the Special Restructuring Committee, Effective as of December 23, 2025*, appended thereto as Exhibit B (the "Original Declaration").

3.     On January 30, 2026, the Debtors filed the *Supplemental Declaration of Thomas R. Califano in Support of Debtors' Application for Entry of Order Authorizing the Retention and Employment of Sidley Austin LLP as Special Transaction Advisory Counsel to the Special Restructuring Committee, Effective as of December 23, 2025* [Docket No. 2245] (the "First Supplemental Declaration").

4.     I submit this Second Supplemental Declaration to supplement the information set forth in the Original Declaration and the First Supplemental Declaration.  I am duly authorized to make this Second Supplemental Declaration on behalf of Sidley in further support of the Application in connection with the above-referenced Chapter 11 Cases.

5.     The facts set forth in this Second Supplemental Declaration are based upon my personal knowledge, discussions with other Sidley attorneys, and the firm's client/matter records

---

[2]   Capitalized terms used but not defined herein will have the meaning ascribed to such terms in the Application and the Original Declaration, as applicable.

that were reviewed by me or by other Sidley attorneys acting under my supervision and direction. To the extent any information disclosed herein requires amendment or modification, as additional information becomes available to me, I will file an additional supplemental declaration with the Court reflecting such amended or modified information.

6.      As disclosed in the Original Declaration, I had a limited engagement with ReGen Healthcare, LLC ("ReGen") at my prior firm (DLA Piper LLP) in connection with a potential transaction with Genesis Healthcare, Inc. ("Genesis") in late 2020.  Neither DLA Piper LLP nor I represented ReGen in connection with the subsequent investment into Genesis in March 2021, other than to provide limited advice through February 2021 concerning the risks to ReGen as a new investor in the event that Genesis subsequently sought bankruptcy protection.  I was not involved in providing any representation regarding the underlying substantive terms or conditions of that investment and Joel Landau was never a client of mine or, that I am aware, of DLA Piper LLP.  Neither ReGen nor Mr. Landau has ever been a client of Sidley, either before or after I moved to Sidley in April 2021.  This representation from five years ago, while at a prior firm, will have no impact on Sidley's representation of the Special Restructuring Committee of Genesis Healthcare, Inc. (the "SRC") in these Chapter 11 Cases.

7.      To the best of my knowledge, based on the searches conducted to date and as described in detail on Schedule 2 of the Original Declaration, Sidley (a) is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates, and (b) has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Original Declaration, the First Supplemental Declaration, and this Second Supplemental Declaration.

8.      If any new relevant facts or relationships are discovered or arise, Sidley will use reasonable efforts to identify such further developments and will promptly file an additional supplemental declaration, as required by Bankruptcy Rule 2014(a).

9.      Given the foregoing, I continue to believe Sidley is eligible for employment and retention by the SRC pursuant to sections 327(a), 328(a), and 1107(b) of the Bankruptcy Code and the applicable Bankruptcy Rules and Bankruptcy Local Rules.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  July 24, 2026                    */s/ Thomas R. Califano*
       Dallas, Texas                    Thomas R. Califano
                                                Partner, Sidley Austin LLP

**<u>Certificate of Service</u>**

I certify that on July 24, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Thomas R. Califano*
Thomas R. Califano