**MCDERMOTT WILL & SCHULTE LLP**
Charles R. Gibbs (TX Bar No. 7846300)
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201-1574
Telephone: (214) 295-8000
Facsimile:  (972) 232-3098
Email: crgibbs@mcdermottlaw.com

*Counsel for the Debtors and
Debtors-in-Possession*

**MCDERMOTT WILL & SCHULTE LLP**
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
William A. Guerrieri (admitted *pro hac vice*)
Catherine L. Bloomberg (admitted *pro hac vice*)
Landon W. Foody (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 372-2000
Facsimile:  (312) 984-7700
Email: dsimon@mcdermottlaw.com
         ekeil@mcdermottlaw.com
         wguerrieri@mcdermottlaw.com
         cbloomberg@mcdermottlaw.com
         lfoody@mcdermottlaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GENESIS HEALTHCARE, INC., *et al.*,[1] | ) | Case No. 25-80185 (SGJ) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## AGENDA FOR HEARING SCHEDULED FOR
## JULY 31, 2026 AT 9:30 A.M. (PREVAILING CENTRAL TIME)

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby file this agenda for matters set for hearing on **July 31, 2026 at 9:30 a.m. (prevailing Central Time)** (the "Hearing") before the Honorable Stacey G.C. Jernigan at the United States Bankruptcy Court for the Northern District of Texas in Courtroom 1, 14th Floor, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242-1496.  The Debtors will ask the Court to consider the following matters:

---

[1]  The last four digits of Genesis Healthcare, Inc.'s federal tax identification number are 4755.  There are 299 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only.  A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Genesis.  The location of Genesis Healthcare, Inc.'s corporate headquarters and the Debtors' service address is 101 East State Street, Kennett Square, PA 19348.

## I.   **MATTERS GOING FORWARD**

1.   *Debtors' Motion for Entry of Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation and Voting Procedures in Connection with Confirmation of Plan; (III) Approving the Form of Ballots and Notices in Connection Therewith; (IV) Scheduling Certain Dates with Respect Thereto; and (V) Granting Related Relief* [Docket No. 2767]

   **Response Deadline:** June 23, 2026 at 5:00 p.m. (prevailing Central Time); extended by agreement via e-mail for various parties-in-interest.

   **Related Documents:**

   a.   *Debtors' Joint Chapter 11 Plan of Genesis Healthcare, Inc. and its Debtor Affiliates* [Docket No. 2693]

   b.   *Disclosure Statement for Debtors' Joint Chapter 11 Plan of Genesis Healthcare, Inc. and its Debtor Affiliates* [Docket No. 2694]

   c.   *Notice of Hearing on (I) Adequacy of Information Contained in the Disclosure Statement and (II) Solicitation Procedures Motion* [Docket No. 2768]

   d.   *Affidavit of Publication in The Wall Street Journal* [Docket No. 2804]

   e.   *Affidavit of Publication in USA Today* [Docket No. 2805]

   f.   *Manufacturers and Traders Trust Company's Reservation of Rights with Respect to the Disclosure Statement and Plan* [Docket No. 2894]

   g.   *Limited Objection and Reservation of Rights of Capital One, National Association, to Approval of Disclosure Statement for Debtors' Joint Chapter 11 Plan of Genesis Healthcare, Inc. and its Debtor Affiliates* [Docket No. 2897]

   h.   *Notice of Continued Hearing on (I) Adequacy of Information Contained in the Disclosure Statement and (II) Solicitation Procedures Motion* [Docket No. 2904]

   i.   *Certificate of Publication of USA Today of the Notice of Continued Hearing on (I) Adequacy of Information Contained in the Disclosure Statement and (II) Solicitation Procedures Motion* [Docket No. 2935]

   j.   *Certificate of Publication of the Wall Street Journal of the Notice of Continued Hearing on (I) Adequacy of Information Contained in the Disclosure Statement and (II) Solicitation Procedures* [Docket No. 2936]

2

k.      *Healthcare Negligence Claimants' Objection to the Disclosure Statement Motion [Doc. 2767]* [Docket No. 2973]

l.      *Welltower's Objection to Approval of Disclosure Statement for Debtors' Joint Chapter 11 Plan of Genesis Healthcare, Inc. and Its Debtor Affiliates* [Docket No. 2976]

m.      *Objection of OHI Parties to Approval of Disclosure Statement for Debtors' Joint Chapter 11 Plan of Genesis Healthcare, Inc. and Its Debtor Affiliates* [Docket No. 2979]

n.      *Limited Objection of the LG Entities to Approval of Disclosure Statement for Debtors' Joint Chapter 11 Plan* [Docket No. 2982]

o.      *Notice of Further Continued Hearing on (I) Adequacy of Information Contained in the Disclosure Statement and (II) Solicitation Procedures Motion* [Docket No. 3007]

p.      *Debtors' Amended Joint Chapter 11 Plan of Genesis Healthcare, Inc. and Its Debtor Affiliates* [Docket No. 3041]

q.      *Disclosure Statement for Debtors' Amended Joint Chapter 11 Plan of Genesis Healthcare, Inc. and Its Debtor Affiliates* [Docket No. 3042]

r.      *Notice of Filing of (I) Debtors' Amended Joint Chapter 11 Plan of Genesis Healthcare, Inc. and Its Debtor Affiliates and (II) Disclosure Statement for Debtors' Amended Joint Chapter 11 Plan of Genesis Healthcare, Inc. and Its Debtor Affiliates* [Docket No. 3043]

s.      *Debtors' Amended Joint Chapter 11 Plan of Genesis Healthcare, Inc. and Its Debtor Affiliates* [to be filed]

t.      *Disclosure Statement for Debtors' Amended Joint Chapter 11 Plan of Genesis Healthcare, Inc. and Its Debtor Affiliates* [to be filed]

u.      *Notice of Filing of (I) Debtors' Amended Joint Chapter 11 Plan of Genesis Healthcare, Inc. and Its Debtor Affiliates and (II) Disclosure Statement for Debtors' Amended Joint Chapter 11 Plan of Genesis Healthcare, Inc. and Its Debtor Affiliates* [to be filed]

v.      *Certificate of Counsel Regarding Debtors' Motion for Entry of Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation and Voting Procedures in Connection with Confirmation of Plan; (III) Approving the Form of Ballots and Notices in Connection Therewith; (IV) Scheduling Certain Dates with Respect Thereto; and (V) Granting Related Relief* [to be filed]

3

w. *Debtors' Reply in Support of, and in Response to Objections to, Motion for Entry of Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation and Voting Procedures in Connection with Confirmation of Plan; (III) Approving the Form of Ballots and Notices in Connection Therewith; (IV) Scheduling Certain Dates with Respect Thereto; and (V) Granting Related Relief* [to be filed]

x. *Statement of the Statutory Unsecured Claimholders' Committee in Support of the Debtors' Disclosure Statement Motion* [to be filed]

**Status:** This matter is going forward.

2. *Debtors' Motion for Entry of Order Approving Stipulation Regarding Cozen O'Connor P.C.* [Docket No. 2960]

**Response Deadline:** July 20, 2026 at 5:00 p.m. (prevailing Central Time)

**Related Documents:**

a. *United States Trustee's Objection to Motion for Entry of Order Approving Stipulation Regarding Cozen O'Connor P.C.* [Docket No. 3005]

b. *Notice of Continued Hearing on Debtors' Motion for Entry of Order Approving Stipulation Regarding Cozen O'Connor P.C. Set for July 31, 2026 at 9:30 a.m. (Prevailing Central Time)* [Docket No. 3017]

**Status:** This matter is going forward.

## II. PROCEDURAL MATTER

3. WITNESS AND EXHIBIT LISTS FOR JULY 31, 2026 HEARING

a. *Witness and Exhibit List in Connection with United States Trustee's Objection to Motion for Entry of Order Approving Stipulation Regarding Cozen O'Connor P.C.* [Docket No. 3006]

b. *OHI Parties' Witness & Exhibit List for July 31, 2026* [Docket No. 3049]

c. *The Statutory Unsecured Claimholders' Committee's Witness and Exhibit List for the Hearing on July 31, 2026, at 9:30 a.m. (Prevailing Central Time)* [Docket No. 3051]

d. *Welltower OP LLC's Witness and Exhibit List for Hearing on July 31, 2026* [Docket No. 3052]

e. *Debtors' Witness and Exhibit List for Hearing on July 31, 2026 at 9:30 a.m. (Prevailing Central Time)* [Docket No. 3054]

4

f.   *LG Entities' Witness & Exhibit List for July 31, 2026* [Docket No. 3056]

Dated: July 30, 2026  
      Dallas, Texas

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ Charles R. Gibbs*

Charles R. Gibbs (TX Bar No. 7846300)  
2801 N. Harwood Street, Suite 2600  
Dallas, Texas 75201-1574  
Telephone:     (214) 295-8000  
Facsimile:     (972) 232-3098  
Email:     crgibbs@mcdermottlaw.com

- and -

Daniel M. Simon (admitted *pro hac vice*)  
Emily C. Keil (admitted *pro hac vice*)  
William A. Guerrieri (admitted *pro hac vice*)  
Catherine L. Bloomberg (admitted *pro hac vice*)  
Landon W. Foody (admitted *pro hac vice*)  
444 West Lake Street, Suite 4000  
Chicago, Illinois 60606  
Telephone:     (312) 372-2000  
Facsimile:     (312) 984-7700  
Email:     dsimon@mcdermottlaw.com  
           ekeil@mcdermottlaw.com  
           wguerrieri@mcdermottlaw.com  
           cbloomberg@mcdermottlaw.com  
           lfoody@mcdermottlaw.com

*Counsel for the Debtors and Debtors-in-Possession*

5

## CERTIFICATE OF SERVICE

I do hereby certify that on the date hereof, a true and correct copy of the foregoing was served via the Court's CM/ECF system to all parties authorized to receive electronic notice in these cases.

Dated: July 30, 2026
Dallas, Texas

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ Charles R. Gibbs*
Charles R. Gibbs (TX Bar No. 7846300)
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201-1574
Telephone:     (214) 295-8000
Facsimile:     (972) 232-3098
Email:     crgibbs@mcdermottlaw.com

- and -

Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
William A. Guerrieri (admitted *pro hac vice*)
Catherine L. Bloomberg (admitted *pro hac vice*)
Landon W. Foody (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:     (312) 372-2000
Facsimile:     (312) 984-7700
Email:     dsimon@mcdermottlaw.com
     ekeil@mcdermottlaw.com
     wguerrieri@mcdermottlaw.com
     cbloomberg@mcdermottlaw.com
     lfoody@mcdermottlaw.com

*Counsel for the Debtors and Debtors-in-Possession*