SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Chelsea McManus (24131499)
2323 Cedar Springs, Suite 2600
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
cmcmanus@sidley.com

SIDLEY AUSTIN LLP
William E. Curtin (admitted *pro hac vice*)
Jon Muenz (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: wcurtin@sidley.com
jmuenz@sidley.com
anne.wallice@sidley.com

*Counsel to the Special Restructuring Committee of Genesis Healthcare, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>GENESIS HEALTHCARE, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 25-80185 (SGJ)<br>(Jointly Administered) |
| GENESIS HEALTHCARE, INC., ITS AFFILIATED DEBTORS, AND THE STATUTORY UNSECURED CLAIMHOLDERS' COMMITTEE OF GENESIS HEALTHCARE, INC.<br>Plaintiffs,<br><br>v.<br><br>WAX DYNASTY PARTNERS LLC, MAO 22322 LLC,<br><br>Defendants. | Adv. Pro. No. 26-08003-SGJ |

[1] The last four digits of Genesis Healthcare, Inc's federal tax identification number are 4755. There are 299 Debtors in these chapter 11 cases, which are being jointly administered. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Genesis. The location of Genesis Healthcare, Inc.'s corporate headquarters and the Debtors' service address is 101 East State Street, Kennett Square, PA 19348.

**AGENDA FOR PRETRIAL STATUS CONFERENCE AND HEARING SCHEDULED FOR AUGUST 11, 2026 AT 1:30 P.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") along with the Statutory Unsecured Claimholders' Committee of Genesis Healthcare, Inc. (the "Committee," and together with Debtors, the "Plaintiffs") hereby file this agenda for matters set for docket call, pretrial status conference, and hearing on August 11, 2026, at 1:30 p.m. (prevailing Central Time), before the Honorable Stacey G.C. Jernigan at the United States Bankruptcy Court for the Northern District of Texas, at Courtroom 1, 14th Floor, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242-1496.

**AGENDA MATTERS**

1. Pretrial status conference on *Complaint of Debtors and the Statutory Unsecured Claimholders' Committee Objecting to Claims Filed by WAX Dynasty Partners LLC and MAO 22322 LLC* [Adv. Pro. No. 26-08003-SGJ, Docket No. 1]

**Related Documents:**

a. *Amended Notice of Hearing for August 11, 2026 Setting* [Docket No. 68]

b. *Witness and Exhibit List for Hearing and Status Conference Scheduled for August 11, 2026 at 1:30 P.M. (Prevailing Central Time)* [Docket No. 72]

c. *Witness and Exhibit List for Hearing Scheduled for August 11, 2026* [Docket No. 73]

d. *Joint Pretrial Order* [Docket No. 74]

e. *Plaintiffs' Proposed Findings of Fact and Conclusions of Law* [Docket No. 75]

f. *Defendants' Proposed Findings of Fact and Conclusions of Law* [Docket No. 76]

**Status: The parties will provide a status update on pre-trial matters and trial logistics.**

2. Hearing on *Motion to Disqualify Sidley Austin LLP* [Case No. 25-80185, Docket No. 3013]

**Related Documents:**

a. *Brief in Support of Motion to Disqualify Sidley Austin LLP* [Docket No. 3014]

b. *Declaration of Justin J. DeCamp in Support of Motion to Disqualify Sidley Austin LLP* [Docket No. 3015]

c. *Declaration of Joel Landau in Support of Motion to Disqualify Sidley Austin LLP* [Docket No. 3016]

d. *Notice of Hearing on Motion to Disqualify Sidley Austin LLP* [Docket No. 3033]

e. *Brief in Opposition to Motion to Disqualify Sidley Austin LLP* [Docket No. 3078]

f. *Objection of the Statutory Committee of Unsecured Claimholders to Motion to Disqualify Sidley Austin LLP* [Docket No. 3098]

g. *Witness and Exhibit List for Hearing and Status Conference Scheduled for August 11, 2026 at 1:30 P.M. (Prevailing Central Time)* [Docket No. 3314]

**Status: This matter is going forward.**

[*Remainder of page intentionally left blank.*]

Dated: August 10, 2026
Dallas, Texas

*/s/ Thomas R. Califano*

**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Chelsea McManus (24131499)
2323 Cedar Springs Road, Suite 2600
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
cmcmanus@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Jon Muenz (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: wcurtin@sidley.com
jmuenz@sidley.com
anne.wallice@sidley.com

*Counsel to the Special Restructuring Committee of Genesis Healthcare, Inc.*

*and*

*/s/ Nicholas Zluticky*

**STINSON LLP**
Nicholas Zluticky (admitted *pro hac vice*)
Zachary Hemenway (59670MO)
Miranda Swift (admitted *pro hac vice*)
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Email: nicholas.zluticky@stinson.com
zachary.hemenway@stinson.com
miranda.swift@stinson.com

*and*

**PROSKAUER ROSE LLP**
Brian S. Rosen (admitted *pro hac vice*)

Ehud Barak (admitted *pro hac vice*)
Daniel Desatnik (admitted *pro hac vice*)
Elliot R. Stevens (admitted *pro hac vice*)
Eleven Times Square
New York, New York 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Email: brosen@proskauer.com
ebarak@proskauer.com
ddesatnik@proskauer.com
estevens@proskauer.com

*and*

Paul V. Possinger (admitted *pro hac vice*)
Jordan E. Sazant (admitted *pro hac vice*)
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
Telephone: (312) 962-3570
Email: ppossinger@proskauer.com
jsazant@proskauer.com

*Counsel to the Statutory Unsecured Claimholders' Committee to Genesis Healthcare, Inc., et al*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Thomas R. Califano*
Thomas R. Califano